TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
Proposed Counsel to **Rock & Republic Enterprises, Inc.**
 and **Triple R, Inc.**
Debtors and Debtors-in-Possession
425 Park Avenue
New York, NY  10022
 (212) 754-9400
Alex Spizz, Esq.
Arthur Goldstein, Esq.
Jill Makower, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - - x
In re:                                                                    Chapter 11

ROCK & REPUBLIC ENTERPRISES, INC.,          Case No. 10-_____(___)

                                      Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Rock & Republic Enterprises, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

       GLOBAL DOMINATION ENTERPRISES, INC.
       (100% owned by Michael Ball)

Dated: New York, New York
      April 1, 2010

                                                 TODTMAN, NACHAMIE, SPIZZ
                                                  & JOHNS, P.C.
                                                 Attorneys for Rock & Republic Enterprises,
                                                   Inc. and Triple R, Inc.

                                                 By: ___ s/ Alex Spizz_____
                                                       Alex Spizz
                                                 425 Park Avenue
                                                 New York, NY  10022
                                                 (212) 754-9400  Fax:  212-754-6262