TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
Proposed Counsel to **Rock & Republic Enterprises, Inc.**
 and **Triple R, Inc.**
Debtors and Debtors-in-Possession
425 Park Avenue
New York, NY  10022
 (212) 754-9400
Alex Spizz, Esq.
Arthur Goldstein, Esq.
Jill Makower, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| ROCK & REPUBLIC ENTERPRISES, INC., | : | Case No. 10-11728 (___) |
| Debtor. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| TRIPLE R, INC., | : | Case No.: 10-11729 (___) |
| Debtor. | : | (Joint Administration Pending) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**AFFIDAVIT OF GEOFFREY D. LURIE PURSUANT TO
LOCAL RULE 1007-2 IN SUPPORT OF FIRST-DAY
MOTIONS AND APPLICATIONS**

STATE OF NEW YORK  )
                                          ss.:
COUNTY OF NEW YORK  )

**GEOFFREY D. LURIE,** being duly sworn, deposes and says:

1.      I am the Chief Restructuring Officer ("CRO") of Rock & Republic Enterprises, Inc. ("R&R") and its affiliate Triple R, Inc. ("Triple R") (collectively the "Debtors").  Each of the Debtors commenced cases under Chapter 11 of the Title 11 United States Code (the "Bankruptcy Code") on the date hereof (the "Petition Date").  In my capacity as the CRO I am familiar with the day to day operations, business and

financial affairs of the Debtors.

2.    I submit this Affidavit pursuant to Rule 1007-2 of the Local Bankruptcy Rules of the Southern District of New York (the "Local Rules") to assist the Court and other parties in interest in understanding the circumstances that compelled the commencement of these Chapter 11 cases and in support of the first-day motions and applications that are being filed contemporaneously herewith.

3.    Except as otherwise indicated, all facts set forth in this Affidavit are based upon my personal knowledge, my discussions with other members of the Debtors' senior management, my review of the relevant documents, or my opinion based upon experience, knowledge, and information concerning the Debtors' operations and financial affairs. If called upon to testify, I would testify competently to the facts set forth in this Affidavit. I am authorized to submit this Affidavit on behalf of the Debtors.

4.    This Affidavit is intended to provide a summary overview of the Debtors' businesses and these chapter 11 cases. Parts I through IV of this Affidavit provide an overview of Debtors' business, organizational structure, capital structure, events giving rise to the commencement of these chapter 11 cases, and the Debtors' financial outlook. Section V provides a summary of the motions and applications that the Debtors seek to be heard on an expedited basis immediately following the commencement of these cases (the "First Day Motions"). Section VI lists the schedules of information required by Local Rule 1007-2.

## I.    THE DEBTORS' BUSINESS

5.    The Debtors are a wholesale and retail apparel company specializing

in an avant-garde and distinctive line of clothing. Originally started in 2002 by its Chief Executive Officer, Michael Ball, primarily as an American jeans company, the Debtors have expanded their lines to include high fashion clothing for men, women and children as well as shoes, cosmetics and accessories. The Debtors merchandise can be found at most high end retail stores such as Nordstrom, Neiman Marcus, Bergdorf Goodman, Bloomingdales, Lord & Taylor, Harvey Nichols and Saks Fifth Avenue, as well as in small upscale boutiques.

6.     For the year ending December 31, 2009, the Debtors had annual sales on a consolidation basis of $97,613,200.00 with an EBITDA of $9,790,500.00.

## II.     THE DEBTORS

7.     Rock & Republic Enterprises, Inc. is wholly owned by Global Domination Enterprises, Inc. and Triple R, Inc. is wholly owned by Brick and Mortar Freestanding, Inc. Both Brick and Mortar Freestanding, Inc. and Global Domination Enterprises, Inc. are 100% owned by Michael Ball. The Debtors operate out of thirteen locations consisting of offices, showrooms and retail space (3 retail stores), including an office and showroom at 400 West Broadway, New York, New York since November, 2006. The Debtors currently employ approximately 180 employees.

## III.     DEBT STRUCTURE

8.     R&R operates its business primarily through a factoring agreement and inventory security agreement (the "Factoring Agreement") with The CIT Group/Commercial Services, Inc. ("CIT"). R&R sells and assigns its receivable to CIT on a credit risk basis whereby CIT assumes the credit risk as a result of the customers failure to pay when due solely because of the customers' financial inability to pay. R&R receives an

advance of 85% of all receivables sold and assigned. In addition, CIT has extended to R&R a credit line of $1,000,000 based on ledger debt which is the amount of money R&R owes other customers who also factor their accounts with CIT. CIT has also made available $1,000,000 in letter of credit facilities. R&R pays a factoring fee of .45% on the first $50,000,000 of assigned receivables and .40% of receivables over $50,000,000. R&R currently pays CIT interest at the rate of 3% on all advances. CIT also provides R&R with advances with respect to inventory up to the lesser of (1) $2,500,000 or (2) an amount equal to the sum of (x) 35% of the value of eligible inventory consisting of raw material plus (y) 50% of the value of finished inventory calculated on a first in, first out basis.

9.     As of the filing of the petition, the Debtors owe CIT approximately $5,700,000 and CIT owes the Debtors approximately $1,165,000 under the Factoring Agreement. The loans from CIT are secured by a lien on all of the Debtors' assets other than intellectual property.

10.     On or about November 14, 2007 Rock & Republic Enterprises, Inc. borrowed $15,000,000 from RKF, LLC ("RKF"). RFK is owned by the same person who owns Richard I. Koral, Inc. d/b/a Jessica's ("Jessica's"), the Debtors' U.S. distributor for close-outs and irregular denim products. The loan was evidenced by a Loan Agreement, as well as an Intellectual Property Security Agreement ("Security Agreement") which gave RKF a lien on all the borrower's intellectual property as collateral for the loan. Although the original due date of the loan was May 1, 2009, that date has been extended by various amendments through and including April 2, 2010. The loan bears interest as of February 1, 2010 at the rate of 15% per annum.

## IV.    EVENTS LEADING TO THE FILING OF A CHAPTER 11 CASE

11.    The primary reason for the filing of the Debtors' Chapter 11 cases is the loan from RKF.  The Debtors do not have available the funds necessary to pay the $15,000,000 plus interest due to RKF under the Loan Agreement and RKF has refused to further extend the term of the loan upon conditions that are acceptable to the Debtors.  Upon default in payment of the loan, RKF as a secured creditor under its Security Agreement would have the right without further notice to the Debtors to sell or assign the Debtors' intellectual property through a public or private sale for such amount and at such times as RKF deems advisable.

12.    Inasmuch as the Debtors' intellectual property, which consist of trademarks and trade names, are its most valuable asset, the filing was necessary to prevent RKF from taking any action with respect to the Debtors intellectual property subsequent to April 2, 2010.   It is the Debtors intention in this reorganization proceeding to find a replacement lender for RKF on terms and conditions that the Debtors find acceptable or in the alternative to restructure the existing loan with RKF.

## V.    FIRST DAY AND RELATED MOTIONS

13.    Contemporaneously with the filing of the Chapter 11 Petitions, the Debtors will file the following first day motions and request that the Court schedule hearing(s) on these motions as soon as possible.

- Motion for Joint Administration: The Debtors seek to have their chapter 11 cases jointly administered. Joint administration of the cases will avoid the preparation, replication, service, and filing, as applicable, of duplicative notices, applications, and orders in each of the Debtor cases, thereby saving the Debtors' estates considerable expense and resources. The relief requested will not adversely affect creditors' rights

as this Application requests only administrative, and not substantive, consolidation of the Debtors' estates

- **Application for Extension of Time to File Schedules and Statements of Financial Affairs:** The Debtors seek an additional thirty (30) days to file their schedules and statements of financial affairs. Due to the complexity and diversity of the operations, the Debtors anticipate that they will be unable to complete their Schedules in the fifteen days provided under Bankruptcy Rule 1007(c). To prepare their Schedules, the Debtors must compile information from books, records, and documents relating to hundreds of claims, assets, and contracts. This information is voluminous and is located in numerous places throughout the Debtors' organization. Collecting the necessary information requires that the Debtors and their employees expend an enormous amount of time and effort

- **Application to Continue Factoring Agreement with CIT:** The Debtors seek authorization to continue the Factoring Agreement and Inventory Loan Agreement that they currently have with CIT. CIT has consented to continue post-petition its pre-petition financing relationship with the Debtors. Without continuing the CIT relationship, the Debtors would not have the ability to operate its business.

- **Motion to Reject Leases:** The Debtors have identified various real estate leases which they no longer require and wishes to reject pursuant to § 365 of the Bankruptcy Code. Debtors seek to reject these leases as soon as possible after the filing of the petitions so as to minimize any claims against the estate by lessors.

- **Motion to Retain Professionals:** The Debtors will be filing motions to retain Todtman, Nachamie, Spizz & Johns, P.C. as bankruptcy counsel. In addition, the Debtors will be filing a motion to retain Manderson, Schafer & McKinlay LLP as special corporate counsel to the Debtors, Atlas Strategic Advisors, LLC, as investment bankers to the Debtors and Marvin Traub Associates, Inc., as the strategic, brand management, product development and merchandising, manufacturing, and operations advisors to the Debtors.

- **Motion for Continued Use of Existing Cash Management Systems and Maintaining Existing Accounts:** In order for the Debtors to maintain their current operations and centralized management, both Debtors' operation require that the existing management systems continue during the pendency of the Chapter 11 cases. The Debtors will continue to maintain all of their receipts and disbursements and records of all transfers within the cash management systems utilized post-petition, as all transfers and transactions will be properly

documented and accurate account balances would be maintained. It is my understanding that all of the Debtors' bank accounts are with Bank of America, which is an approved depository by the United States Trustee for the Southern District of New York.

- Motion to Continue Customer Service Program: The Debtors seek authorization to pay prepetition customer obligations and sales taxes; to continue customer service programs, and payment of sales taxes;

- Application for Authorization to Pay Pre-Petition Wages: The Debtors seek authorization to pay the pre-petition wages and benefits of the Debtors' employees. The Debtors seek authorization to pay approximately $173,000 in accrued pre-petition compensation obligations; and approximately $13,000 for Debtors' pre-petition payroll tax obligations.

## VI.    INFORMATION REQUIRED BY LOCAL RULE 1007-2

14.    Local Rule 1007-2 requires certain information related to Debtors, which is set forth below.

15.    The information required by Local Rule 1007-2(a)(1) is set forth in Parts I and V above.

16.    In response to the information requested in Local Rule 1007-2(a)(3), to the best of my knowledge, no committee has been organized prior to the Petition Date.

17.    Pursuant to Local Rule 1007-2(a)(4), Schedule 1 hereto lists the following information with respect to each of the holders of the Debtors' 25 largest unsecured claims on a consolidated basis, excluding claims of insiders: the creditor's name, address, and telephone number (if available); the name(s) of person(s) familiar with the Debtors' accounts, the amount of the claim, and an indication of whether the claim is contingent, unliquidated, disputed or partially secured.

18.    Pursuant to Local Rule 1007-2(a)(5), Schedule 2 hereto

provides the following information with respect to the Debtors' secured creditors, on a consolidated basis: the creditor's name, address (including the number, street, apartment or suite number, and zip code, if not included in the post office address); the amount of the claim; a brief description of the collateral securing the claim; an estimate of the value of the collateral and whether the claim or lien is disputed.

19.    Pursuant to Local Rule 1007-2(a)(6), Schedule 3 provides a summary of the Debtors' assets and liabilities.

20.    In response to the information requested in Local Rule 1007-2(a)(7), the Debtors do not have any publicly held stock, debentures or other securities.

21.    Pursuant to Local Rule 1007(2(a)(8), and upon information and belief there is no property of the Debtors in the possession or custody of any custodian, public officer, mortgagee, pledge, assignee of rents, secured creditors, or agent for any such entity.

22.    Pursuant to Local Rule 1007-2(a)(9), Schedule 4 hereto provides a list of the premises owned, leased or held under other arrangement from which the Debtors operate their businesses.

23.    Pursuant to Local Rule 1007-2(a)(10), Schedule 5 hereto provides the location of the Debtors' substantial assets, the location of their books and records, and the nature, location and value of any assets held by the Debtors outside the territorial limits of the United States.

24.     Pursuant to Local Rule 1007-2(a)(11), Schedule 6 hereto provides a list of the nature and present status of each action or proceeding, pending or threatened, against the Debtors or their property.

25.     Pursuant to Local Rule 1007-2(a)(12), Schedule 7 hereto provides a list of the individuals who comprise the Debtors' existing senior management, their tenure with the Debtors and a description of their responsibilities and experience.

26.     Pursuant to Local Rule 1007-2(b)(1)-(2)(A), the estimated amount of bi-weekly payroll to the Debtors' employees (not including officers, directors and stockholders) is $382,000 and the estimated amount to be paid to officers, directors and stockholder for the thirty (30) day period following the filing of the Debtors' chapter 11 petitions is $266,000.

27.     Pursuant to Local Rule 1007-2(b)(3), Schedule 8 hereto provides for the thirty (30) day period following the filing of the chapter 11 petitions, a list of estimated cash receipts and disbursements, net cash gain or loss, and obligations and receivables expected to accrue that remain unpaid, other than professional fees.

28.     The foregoing is true to the best of my knowledge, information and

belief.

ROCK & REPUBLIC ENTERPRISES, INC.
TRIPLE R, INC.
Debtors and Debtors in Possession


By:___s/ Geoffrey D. Lurie_____
        Geoffrey D. Lurie
        Chief Restructuring Officer


Sworn to before me this 1st
day of April, 2010


s/ Arthur Goldstein_____
Notary Public, State of New York
No. 4653340
Qualified in Rockland County
Commission Expires March 30, 2011

## SCHEDULE 1
## TO LOCAL RULE 1007-2 AFFIDAVIT

## LIST OF CREDITORS HOLDING 25 LARGEST
## UNSECURED CLAIMS ON A CONSOLIDATED BASIS

| Name and Address of Creditor | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|
| | | |
| ISKO TEXTILES, INC.<br>102 N. ELM ST.<br>SUITE 308<br>GREENSBORO, NC 27401<br>336-272-1400<br>kambiyo@isko.com.tr | Disputed | $3,271,044.81 |
| CONDE NAST PUBLICATIONS<br>P.O. BOX 88965<br>CHICAGO, IL 60695-1965<br>(302) 830-9338<br>Deborah_Kane@condenast.com | | $1,265,657.87 |
| TAVEX ALGODONERA<br>112 W 9th STREET., #626<br>LOS ANGELES, CA 90015<br>213-489-2622<br>george.hayos@tavex.com | | $725,677.57 |
| TAG TRENDS<br>970 S. VIA RODEO<br>PLACENTIA, CA 92870<br>714-524-9000<br>rob@tagtrends.com | | $664,434.44 |
| PCCA/DENIMATRIX<br>dba PLAINS COTTON<br>COOPERATIVE<br>3301 E. 50th ST<br>LUBBOCK, TX 79404<br>502-242-04600 xt 1228<br>Carolina.melendez@denimatrix.com | | $565,027.52 |
| SEWING TRENDS<br>5615 MCKINLEY AVE.<br>LOS ANGELES, CA 90011<br>323-233-9324<br>sewingtrends@sbcglobal.net | Disputed | $326,926.96 |

254995 v1

| Name and Address of Creditor | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
| --- | --- | --- |
| | | |
| BLUE RIVER DENIM INC<br>13200 S AVALON BLVD<br>LOS ANGELES, CA 90061-1227<br>310-856-0777<br>imeldap@blueriverdenim.com | | $320,097.64 |
| PLAINS COTTON COOPERATIVE ASSOCIATION<br>dba AMERICAN COTTON GROWERS<br>P.O. BOX 2827<br>LUBBOCK, TX 79408<br>806-385-6401<br>lori.fudge@pcca.com | | $260,099.75 |
| STOELT PRODUCTIONS LLC<br>1962 S. LA CIENEGA BLVD<br>LOS ANGELES, CA 90034<br>323-463-3700<br>matt@stoeltproductions.com | Disputed | $232,573.42 |
| CBS OUTDOOR<br>P.O. BOX 33074<br>NEWARK, NJ 07188-0074<br>718-242-0716<br>matthew.flinchum@cbsoutdoor.com | | $175,000.00 |
| BARTELUCE ARCHITECTS & ASSOCIATES<br>C/O: DANIEL J. BARTELUCE<br>36 WEST 25TH STREET<br>NEW YORK, NY 10010<br>212-691-7200<br>cgraziano@bapc.net | | $166,986.64 |

| Name and Address of Creditor | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|
| | | |
| GIBSON, DUNN & CRUTCHER LLP<br>333 SOUTH GRAND AVENUE<br>LOS ANGELES, CA 90071<br>213-229-7528<br>TDavis@gibsondunn.com | | $165,270.13 |
| BRAND ID<br>3198 BLDG F AIRPORT LOOP DRIVE<br>COSTA MESA, CA 92626<br>714-545-9902<br>tanyaa@brandid.com | | $152,877.00 |
| ZABIN INDUSTRIES, INC.<br>P.O. BOX 15218<br>DEL VALLE STATION<br>LOS ANGELES, CA 90015<br>(213) 749-1215<br>af@zabin.com | | $151,764.54 |
| TOP JEANS CORP<br>1223 EAST 58th PLACE<br>LOS ANGELES, CA 90001<br>213-300-3610<br>Bobhanna21@sbcglobal.net | | $134,245.35 |
| LES PUBLICATIONS CONDE NAST S.A.<br>VOGUE<br>56 A, RUE DU FABOURG<br>ST HONORE, PARIS, FRANCE<br>75008<br>015-343-6069<br>ileger@condenast.fr | | $132,381.70 |
| LIGHTING MANAGEMENT, INC.<br>P.O. BOX 992<br>HARRIMAN, NY 10926<br>845-783-1350<br>info@lightingmanagement.com | | $127,113.50 |

| Name and Address of Creditor | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|
| | | |
| BOARD OF EQUALIZATION<br>P. O. BOX 942879<br>SACRAMENTO, CA 94279-0001<br>800-272-9829 | | $119,860.00 |
| WILLIAM MORRIS AGENCY<br>ATTN: SHELBY MIDDLETON<br>ONE WILLIAM MORRIS PLACE<br>BEVERLY HILLS, CA 90212<br>310-859-4000<br>SMiddleton@wma.com | | $115,057.87 |
| ARTISTIC DYERS INC.<br>2542 TROY AVE.<br>S. EL MONTE, CA 91733<br>626-442-2041<br>artisticdyersinc.@yahoo.com | | $110,180.15 |
| STARSIDE SEC & INVEST, INC.<br>1930 S BREA CANYON RD., #220<br>DIAMOND BAR, CA 91765<br>909-396-9999<br>ycoventry@starside.com | | $98,278.08 |
| ON TARGET LAUNDRY LLC<br>2713 BONNIE BEACH PLACE<br>VERNON, CA 90023<br>323-796-0900<br>ontargetllc@yahoo.com | | $97,897.20 |
| WORLD JUMBO LIMITED<br>FLAT D1 5/F KAI TAK FTY.<br>BLDG, PAHASE 2, 99 KING<br>FUK ST<br>SANPOKONG, KOWLOON<br>852-2324-1919<br>worldjumbo@gmail.com | Disputed | $96,382.06 |

| Name and Address of Creditor | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|
| | | |
| LENORE WINSBERG<br>DBA ONE-O-ONE PROPERTIES<br>101 S. ROBERTSON BLVD., #206<br>LOS ANGELES, CA 90048<br>310-278-9111<br>carrie@rwinsberg.com | | $32,661.81 |
| DEPARTMENT OF WATER AND POWER<br>1394 SOUTH SEPULVEDA BLVD.<br>LOS ANGELES, CA 90025-3547<br>1-800-342-5397 | | $1,381.01 |

## SCHEDULE 2
## TO LOCAL RULE 1007-2 AFFIDAVIT

### DEBTORS' SECURED CREDITORS

| Creditor Name | Description of Collateral | Estimated Value of Collateral | Amount of Claim | Disputed |
|---|---|---|---|---|
| RKF, LLC<br>5500 Soto Street<br>Attn: Richard I. Koral<br>Vernon, CA 90058 | Intellectual Property | $50,000,000.00 | $15,000,000.00 | No |
| The CIT Group / Commercial Services, Inc.<br>505 Fifth Avenue<br>New York, NY 10017 | All Rock & Republic assets excluding intellectual property | $30,000,000.00 (estimated) | $5,700,000.00 | No |
| O'Gara Coach Company<br>8833 West Olympic Boulevard<br>Beverly Hills, CA 90211 | Aston Martin V8 | Unknown | $26,000.00 | No |
| O'Gara Coach Company<br>8833 West Olympic Boulevard<br>Beverly Hills, CA 90211 | 2005 Bentley Continental | Unknown | $20,000.00 | No |

## SCHEDULE 3
## TO LOCAL RULE 1007-2 AFFIDAVIT

**Summary of the Debtors' Assets and Liabilities**

## Rock & Republic Group
### Balance Sheet
### January 31, 2010

| | Rock & Republic | Triple R | Elim | Consol |
|---|---:|---:|---:|---:|
| **ASSETS** | | | | |
| *Current Assets* | | | | |
| Cash & Equivalents | 653.0 | 230.7 | | 883.7 |
| Due from Factor | 414.8 | 0.0 | | 414.8 |
| Accounts Receivable, Net of Allowance | 4,406.9 | 63.6 | (3,840.1) | 630.4 |
| Due from Related Parties | 3,118.0 | (1,423.5) | | 1,694.4 |
| Other Receivables | 421.6 | 0.0 | | 421.6 |
| Inventory | 10,160.2 | 2,457.3 | (1,481.2) | 11,136.3 |
| Prepaid Expense | 541.8 | 87.4 | | 629.2 |
| *Total current assets* | 19,716.2 | 1,415.5 | (5,321.2) | 15,810.4 |
| | | | | |
| *Long Term Assets* | | | | |
| Auto | 669.0 | 0.0 | | 669.0 |
| Furniture & Fixtures | 1,839.1 | 983.1 | | 2,822.2 |
| Computer & Software | 1,253.4 | 138.9 | | 1,392.4 |
| Bicycles & Equipment | 0.0 | 0.0 | | 0.0 |
| Machinery & Equipment | 1,501.2 | 194.1 | | 1,695.3 |
| Leasehold Improvements | 1,026.7 | 2,745.0 | | 3,771.7 |
| Construction In Progress | 0.0 | 0.0 | | 0.0 |
| Accumulated Depreciation | (3,802.0) | (804.3) | | (4,606.4) |
| Other Assets | 1,552.8 | 1,066.1 | | 2,618.8 |
| Intellectual Property | 50,248.0 | 0.0 | | 50,248.0 |
| Due from Officer | 7,378.9 | 0.0 | | 7,378.9 |
| *Total long term assets* | 61,666.9 | 4,322.9 | 0.0 | 65,989.8 |
| **TOTAL ASSETS** | **81,383.1** | **5,738.4** | **(5,321.2)** | **81,800.3** |
| | | | | |
| **LIABILITIES AND EQUITY** | | | | |
| *Current Liabilities* | | | | |
| Due to Factor | 0.0 | 0.0 | | 0.0 |
| Accounts Payable | 10,116.2 | 4,941.2 | (3,840.1) | 11,217.3 |
| Accounts Payable-Disputes | 2,847.1 | 0.0 | | 2,847.1 |
| Accrued Expenses | 2,937.1 | 2,655.8 | | 5,592.9 |
| Other Payables | 1,585.5 | 102.9 | | 1,688.4 |
| Current Long Term Debt | 0.0 | 0.0 | | 0.0 |
| S/T Capital Lease | 397.1 | 0.0 | | 397.1 |
| S/T Note Payable | 211.7 | 0.0 | | 211.7 |
| *Total current liabilities* | 18,094.8 | 7,699.8 | (3,840.1) | 21,954.6 |
| | | | | |
| *Long Term Liabilities* | | | | |
| Lease Payable | 200.6 | 0.0 | | 200.6 |
| Long Term Debt | 0.0 | 0.0 | | 0.0 |
| Note Payable | 122.6 | 0.0 | | 122.6 |
| Term Loan | 15,000.0 | 0.0 | | 15,000.0 |
| Deferred Rent | 128.9 | 733.3 | | 862.2 |
| *Total long term liabilities* | 15,452.1 | 733.3 | 0.0 | 16,185.4 |
| TOTAL LIABILITIES | 33,546.9 | 8,433.1 | (3,840.1) | 38,139.9 |
| | | | | |
| *Stockholders' Equity* | | | | |
| Capital stock | 5.0 | 0.0 | | 5.0 |
| Additional Paid In Capital | 0.0 | 0.0 | | 0.0 |
| Distributions | 17.9 | 0.0 | | 17.9 |
| Equity in IP | 50,248.0 | 0.0 | | 50,248.0 |
| Net income for the period | (164.4) | (519.3) | 61.0 | (622.7) |
| Retained earnings | (2,270.2) | (2,175.4) | (1,542.2) | (5,987.8) |
| *Total Stockholders' equity* | 47,836.3 | (2,694.7) | (1,481.2) | 43,660.4 |
| **TOTAL LIABILITIES AND EQUITY** | **81,383.2** | **5,738.4** | **(5,321.2)** | **81,800.3** |
| | (0.0) | 0.0 | (0.0) | (0.0) |

**SCHEDULE 4**
**TO LOCAL RULE 1007-2 AFFIDAVIT**

**LIST OF PREMISES**

**Rock & Republic Enterprises, Inc., as Tenant**

| Location | Landlord |
|---|---|
| 400 West Broadway<br>New York, NY 10012<br>5th, 6th and 7th Floors | SF Acquisition LLC |
| 3523-3525 Eastham Avenue<br>Culver City, CA 90232 | 3525 Eastham, LLC |
| 101 and 105 S. Robertson Blvd.<br>Los Angeles, CA 90048 | 101 South Robertson, LLC |
| 5808 South Wilmington Avenue<br>Los Angeles, CA 90058<br>(lease expired on 12/31/08 but R&R is in possession) | Cee Sportswear |
| 127 East Ninth Street - #1111<br>Los Angeles, CA | Ben Eisenberg Properties – New Mart Building, Inc. |

**Rock & Republic Enterprises, Inc., as Sublandlord**

| Location | Subtenant |
|---|---|
| 3525 Eastham Drive<br>Culver City, CA 90232 | Sussman/Prejza & Company |

**LIST OF PREMISES**

**Triple R, Inc. as Tenant**

| Location | Landlord |
|---|---|
| 103 S. Robertson Blvd.<br>Los Angeles, CA 90048<br>ground floor | 101 South Robertson, LLC |
| Promenade at Camarillo<br>Premium Outlets<br>740 East Ventura Blvd. – Unit 1512<br>Camarillo, CA 93010[1] | CPG Partners, L.P. |
| Desert Hills Premium Outlets<br>48400 Seminole Drive<br>Space 222<br>Cabazon, CA 92230 | CPG Partners, L.P. |
| Woodbury Common Premium Outlets<br>Town of Woodbury<br>County of Orange<br>State of New York<br>Unit 0842 | CPG Partners, L.P. |

---

[1] Both Triple R, Inc. and R&R are named as tenants but Triple R, Inc. signed as tenant.

**SCHEDULE 5**
**TO LOCAL RULE 1007-2 AFFIDAVIT**

1.     **Location of Debtors' Substantial Assets**

103 S. Robertson Blvd.
Los Angeles, CA  90048
ground floor

Promenade at Camarillo
Premium Outlets
740 East Ventura Blvd. – Unit 1512
Camarillo, CA  93010

Desert Hills Premium Outlets
48400 Seminole Drive
Space 222
Cabazon, CA 92230

AQL
350 Westmont Drive
San Pedro, CA 90731


2.     **Location of Books and Records**

3523 Eastham Avenue
Culver City, CA 90232


3.     **Nature, Location and Value of any Assets held by the Debtors outside the Territorial Limits of the United States**

None

**SCHEDULE 6**
**TO LOCAL RULE 1007 -2 AFFIDAVIT**
Litigation Summary for Rock & Republic Enterprises, Inc. (R&R)

| Parties | Status | Jurisdiction | Dispute Summary | Opposing Counsel |
|---|---|---|---|---|
| *Beckham Brand Limited v. R&R* | Settlement | UK | BBL seeks money for alleged breach of contract. | Lee & Thompson Greengarden House 15-22 St. Christopher's Place London, England W1U 1NL |
| *R&R v. Rich & Skinny, Inc.*, USDC Central CA Case No. 08CV-04199 PSG | Settlement | CDCA | R&R seeks damages for willful infringement of trademarks. Rich & Skinny cross-claimed, . | Matthew Seror, Esq. Buchalter Nemer 1000 Wilshire Blvd., Suite 1500 Los Angeles CA 90017 Tel: 213-891-0700 Fax: 213-896-0400 |
| *Alisped USA, Inc. v. R&R*, Los Angeles Superior Court, Case No. BC410826 | Settlement | CA | Alisped seeks money for alleged non-payment of invoices containing Alisped billing errors. | Tamara Droubi, Esq. Kane Law Firm 1154 S. Crescent Heights Blvd. Los Angeles, CA 90035 Tel: 323-937-3291 Fax: 323-571-3579 |
| *Anisa International, Inc. v. R&R*, Los Angeles Superior, Case No. SC102383 | Settlement | CA | Anisa seeks money for alleged breach of contract | Erin Melody-Rosenfeld Cron, Israels & Stark 1541 Ocean Ave., #200 Santa Monica, CA 90401 Tel: 310-451-9888 Fax: 310-451-3473 |
| *Labelfex Mills v. R&R*, Los Angeles Superior Court, Case No. SC100973 | Active Litigation | CA | Labelfex seeks money for alleged breach of contract. R&R has asserted counterclaims. | India Thompson Law Offices of Rheuban & Gresen 15910 Ventura Blvd., #1610 Encino, CA 91436 Tel: 818-815-2727 Fax: 818-815-2723 |
| *JT & CO, LLC v. R&R*, Los Angeles Superior Court, Case No. SC100503 | On Appeal | CA | JT & CO seeks money for alleged conversion of JT&CO's purported merchandise. On appeal from denial of R&R's "Anti-SLAPP" Motion | Joseph Fischbach Fischbach & Fischbach 9300 Wilshire Blvd., #308 Beverly Hills, CA 90212 Tel: 310-278-4015 Fax: 310-278-2894 |

1

Litigation Summary for Rock & Republic Enterprises, Inc. (R&R)

| Parties | Status | Jurisdiction | Dispute Summary | Opposing Counsel |
|---|---|---|---|---|
| New Pacific Rodeo LLC v. Biba Int'l, M. Mashouf, R&R, M. Ball, Los Angeles Superior Court, Case No. BC 409639 | Active Litigation | CA | New Pacific seeks payment for alleged unpaid rent from Sublandlord, Sublandlord Guarantor, Subtenant, Subtenant Guarantor. Sublandlord and Sublandlord Guarantor seek indemnification from Subtenant and Subtenant Guarantor | New Pacific Counsel: Charles Malaret Morgan, Lewis & Bockius 300 S. Grand Ave., 22nd Flr. Los Angeles, CA 90071 Tel: 213-612-7305 Fax: 213-612-2501 Biba & Mashouf Counsel: Mark Rosenbaum Wolf, Rifkin Shapiro, Shulman & Rabkin 11400 W. Olympic Blvd., 9th Flr. Los Angeles, CA 90064 Tel: 310-478-4100 Fax: 310-479-1422 |
| Brightex Industries Ltd. v. R&R, Los Angeles Superior Court, Case No. BC419183 | Active Litigation | CA | Brightex seeks money for alleged non-payment for goods allegedly sold to R&R. | Alexis Galindo Curd, Galindo & Smith 301 E. Ocean Blvd., #1700 Long Beach, CA 90802 Tel: 562-624-1177 Fax: 562-624-1178 |
| D.H.M. International Corp d/b/a Sunshine Enterprises v. R&R, Los Angeles Superior Court, Case No. GC043885 | Active Litigation | CA | D.H.M. seeks money for alleged non-payment for goods allegedly sold to R&R. | J. Steven Kennedy Law Offices of J. Steven Kennedy 225 S. Lake Ave., #300 Pasadena, CA 91101 Tel: 626-432-5440 Fax: 626-405-0226 |
| Advance Magazine Publishers v. R&R, Los Angeles Superior Court, Case No. BC423637 | Active Litigation | CA | Advance Magazine seeks money for alleged non-payment for advertising. | Martin Goldman Law Offices of Martin Goldman 10800 Wilshire Blvd., #2240 Los Angeles, CA 90024 Tel: 310-470-8487 Fax: 310-474-0653 |

| Parties | Status | Jurisdiction | Dispute Summary | Opposing Counsel |
|---|---|---|---|---|
| *Fantasy Activewear, Inc. v. R&R*, Los Angeles Superior Court Case No. VC055568 | Active Litigation | CA | Fantasy seeks money for alleged non-payment for goods allegedly sold to R&R. | Faizan Hanif<br>Rex Law LLP<br>70 S. Lake Ave., #1000<br>Pasadena, CA 91101<br>Tel: 626-798-7869<br>Fax: 626-463-7357 |
| *144 Spring Realty LLC v. Triple R and R&R*, Supreme Court, New York County<br>Index No.: 600940/09 | Active Litigation | NY | Landlord 144 Spring Realty LLC seeks money for alleged breach of lease agreement. | Osman Dennis, Esq.<br>Axelrod, Fingerhut & Dennis<br>260 Madison Avenue<br>New York, New York 10016<br>Tel: 212-702-0900<br><br>*Pro Hac Vice Counsel*<br>Jonathan R. Bass, Esq.<br>Coblentz, Patch, Duffy & Bass, LLP<br>One Ferry Building, Suite 200<br>San Francisco, CA 94111-4213<br>Tel: 415-772-5726<br>Fax: 415-989-1663 |
| *102 Greene Street Realty LLC v. R&R*, Supreme Court, New York County<br>Index No. 650480/09 | Active Litigation | NY | Landlord 102 Greene Street Realty LLC seeks money for alleged breach of lease agreement. R&R has counterclaims seeking return of security deposit. | Gretchen A. Silver, Esq.<br>Sullivan & Worcester LLP<br>1290 Avenue of the Americas, 29th Floor<br>New York, New York 10104<br>Tel: 212-660-3039<br>Fax: 212- 660-3001 |
| *Fred Naggar, et al.r v. Micahel Ball and R&R*, Supreme Court, New York County<br>Index No. 07602018 | Active Litigation | NY | Naggar and his company A&F Apparel, USA, Inc. seek money for unpaid commissions. Naggar has individual claims against Michael Ball for defamation and assault. | Anthony A. Lopresti, Esq.<br>Lopresti PLLC<br>30 Broad Street, 37th Floor,<br>New York, NY 10004<br>Tel: 212- 425-0551<br>Fax: 212-658-9001 |

**SCHEDULE 7**
**TO LOCAL RULE 1007-2 AFFIDAVIT**

The individuals who comprise the Debtors' existing senior management, their tenure with the Debtors and a description of their responsibilities and experience are as follows:

1.  Michael Ball – Chief Executive Officer.  Michael Ball is founder of the Debtors and, in addition to being the Chief Executive Officer, is the creative and innovated force behind the Debtors' operations and brands.

2.  Andrea Bernholtz – President.  Ms. Bernholtz has been with the Debtors since September 2003. Ms. Bernholtz in addition to her duties and responsibilities as President oversees the Debtors' sales and merchandising.

3.  Edward Bromberg –  Senior Vice President.  Mr. Ball has been with the Debtors since August 2009. He is charge of operations and production for the Debtors.

4.  Cheryl Moorman – Chief Financial Officer.  Ms. Moorman has been with the Debtors since August 2008 and oversees all accounting and financial matters.

5.  Geoffrey D. Lurie – Chief Restructuring Officer.  Mr. Lurie was recently hired as CRO for the Debtors. Mr. Lurie has over 30 years experience in the field of corporate restructuring and Turn Around Management, having worked at NorthFace, Coleco, Brendle's, Fisher Big Wheels, Cook United, and others large companies.

**SCHEDULE 8**
**TO LOCAL RULE 1007-2 AFFIDAVIT**

**Estimated Cash Receipts and Disbursements**

# ROCK & REPUBLIC GROUP
## Weekly Cash Flow

| | | APRIL | | | | |
|---|---|---|---|---|---|---|
| | | **Weeks Ending** | | | | |
| | | **2-Apr** | **9-Apr** | **16-Apr** | **23-Apr** | **30-Apr** |
| **Units** | **Ave Price** | | | | | |
| Mainline | $ 89.00 | | 8,000 | 7,000 | 7,000 | 6,000 |
| OTS | $ 50.00 | | 10,000 | 7,500 | | 7,500 |
| Distributor | $ 75.00 | | | | | 4,000 |
| Dropship | $ 50.00 | | | 23,000 | 22,000 | |
| | | | 18,000 | 37,500 | 29,000 | 17,500 |
| **Regular Sales** | | 602,000 | 712,000 | 623,000 | 623,000 | 534,000 |
| OTS | | - | 500,000 | 375,000 | - | 375,000 |
| Distributor | | 137,000 | - | - | - | 300,000 |
| Dropship | | - | - | 1,150,000 | 1,100,000 | - |
| **TOTAL SALES** | | **739,000** | **1,212,000** | **2,148,000** | **1,723,000** | **1,209,000**  → **7,031,000** |
| **FACTORED ACCOUNTS RECEIVABLE** | | | | | | |
| **R&R - ACCOUNTS RECEIVABLE** | | | | | | |
| Regular Sales (70% of regular sales) | 70% | 7,549,400 | 6,672,580 | 6,506,188 | 6,160,595 | 5,440,002 |
| OTS | | 214,000 | 498,400 | 436,100 | 436,100 | 373,800 |
| Distributor | | 137,000 | 500,000 | 375,000 | - | 375,000 |
| Dropship | | - | - | - | - | 300,000 |
| Total Sales | | 351,000 | 998,400 | 811,100 | 436,100 | 1,048,800 |
| Collections (45 day assumption) | | (1,200,000) | (1,100,000) | (1,100,000) | (1,100,000) | (1,100,000) |
| Dilution | | | | | | |
| Returns and allowances | 13% | (27,820) | (64,792) | (56,693) | (56,693) | (48,594) |
| Discount - Distributor | 15% | - | - | - | - | (45,000) |
| **TOTAL FACTORED ACCOUNTS RECEIVABLE** | | **6,672,580** | **6,506,188** | **6,160,595** | **5,440,002** | **5,295,208** |
| **R&R LOAN** | | | | | | |
| Beginning Balance | | (5,838,400) | (5,621,814) | (5,489,788) | (4,913,228) | (4,430,520) |
| Collections | | 1,200,000 | 1,100,000 | 1,100,000 | 1,100,000 | 1,100,000 |
| Advances | | (830,430) | (959,488) | (516,545) | (613,586) | 228,470 |
| Interest | | (2,984) | (8,486) | (6,894) | (3,707) | (17,698) |
| Commission | 8.00% | | | | | (8,915) |
| Attorney fees | 0.85% | (100,000) | | | | |
| DIP fee | | (50,000) | | | | (11,000) |
| **TOTAL FACTOR LOAN** | | **(5,621,814)** | **(5,489,788)** | **(4,913,228)** | **(4,430,520)** | **(3,139,663)** |
| **Net Balance** | | **1,050,767** | **1,016,400** | **1,247,367** | **1,009,482** | **2,155,545** |

# ROCK & REPUBLIC GROUP
## Weekly Cash Flow

**APRIL — Weeks Ending**

### Units

| | Ave Price | 2-Apr | 9-Apr | 16-Apr | 23-Apr | 30-Apr |
|---|---|---|---|---|---|---|
| Mainline | $ 89.00 | | 8,000 | 7,000 | 7,000 | 6,000 |
| OTS | $ 50.00 | | 10,000 | 7,500 | | 7,500 |
| Distributor | $ 75.00 | | | | | 4,000 |
| Dropship | $ 50.00 | | | 23,000 | 22,000 | |
| | | - | 18,000 | 37,500 | 29,000 | 17,500 |

### Sales

| | 2-Apr | 9-Apr | 16-Apr | 23-Apr | 30-Apr |
|---|---|---|---|---|---|
| Regular Sales | 602,000 | 712,000 | 623,000 | 623,000 | 534,000 |
| OTS | - | 500,000 | 375,000 | - | 375,000 |
| Distributor | 137,000 | - | - | - | 300,000 |
| Dropship | - | - | 1,150,000 | 1,100,000 | - |
| **TOTAL SALES** | **739,000** | **1,212,000** | **2,148,000** | **1,723,000** | **1,209,000** |

(30-Apr total box: **7,031,000**)

### AVAILABILITY

| | | 2-Apr | 9-Apr | 16-Apr | 23-Apr | 30-Apr |
|---|---|---|---|---|---|---|
| Accounts Receivable | | 6,672,580 | 6,506,188 | 6,160,595 | 5,440,002 | 5,295,208 |
| Less - Disputes | | (30,000) | (50,000) | (50,000) | (75,000) | (75,000) |
| | | 6,642,580 | 6,456,188 | 6,110,595 | 5,365,002 | 5,220,208 |
| | 80% | 5,314,064 | 5,164,950 | 4,888,476 | 4,292,002 | 4,176,166 |
| Less - Standby LC | | (200,000) | (200,000) | (200,000) | (200,000) | (200,000) |
| | | 5,114,064 | 4,964,950 | 4,688,476 | 4,092,002 | 3,976,166 |
| **NET AVAILABILITY** | | **(507,750)** | **(524,838)** | **(224,752)** | **(338,518)** | **836,504** |

### INVENTORY

| | | ACTUAL (2-Apr) | 9-Apr | 16-Apr | 23-Apr | 30-Apr |
|---|---|---|---|---|---|---|
| Inventory total | | 10,453,000 | 10,453,000 | 10,203,000 | 10,015,500 | 10,015,500 |
| Estimated FG (46% of Inv Total) | 47% | 4,926,000 | 4,926,000 | 4,808,187 | 4,719,827 | 4,719,827 |
| Estimated RM (10% of Inv. Total) | 11% | 1,199,000 | 1,199,000 | 1,170,324 | 1,148,817 | 1,148,817 |
| Estimated WIP and Ineligible | 11% | 1,197,000 | 1,197,000 | 1,168,372 | 1,146,901 | 1,146,901 |
| Inventory Availability | | 2,272,000 | 2,272,000 | 2,197,166 | 2,141,041 | 2,141,041 |
| OTS Sales | | - | 250,000 | 187,500 | - | 187,500 |
| Ending Inventory | | 10,453,000 | 10,203,000 | 10,015,500 | 10,015,500 | 9,828,000 |
| Reserve / Ineligibles - FG | 1,315,000 | | | | | |
| Reserve / Ineligibles - RM | 382,000 | | | | | |

### CASH REQUIREMENTS
#### Production

| | | 2-Apr | 9-Apr | 16-Apr | 23-Apr | 30-Apr |
|---|---|---|---|---|---|---|
| Contractors - Domestic | $ 20.00 | 350,000 | 350,000 | 275,000 | 200,000 | 250,000 |
| Contractors - DMX - Distributor | | - | - | - | 80,000 | - |

# ROCK & REPUBLIC GROUP
## Weekly Cash Flow

### APRIL — Weeks Ending

| | Ave Price | 2-Apr | 9-Apr | 16-Apr | 23-Apr | 30-Apr |
|---|---|---|---|---|---|---|
| **Units** | | | | | | |
| Mainline | $ 89.00 | | | | | |
| OTS | $ 50.00 | | 8,000 | 7,000 | 7,000 | 6,000 |
| Distributor | $ 75.00 | - | 10,000 | 7,500 | | 7,500 |
| Dropship | $ 50.00 | | | 4,000 | | 4,000 |
| | | | | | | |
| **Regular Sales** | | 602,000 | 712,000 | 623,000 | 623,000 | 534,000 |
| OTS | | - | 500,000 | 375,000 | - | 375,000 |
| Distributor | | 137,000 | - | 1,150,000 | 1,100,000 | 300,000 |
| Dropship | | - | 18,000 | 23,000 | 22,000 | 17,500 |
| **TOTAL SALES** | | 739,000 | 1,212,000 | 2,148,000 | 1,723,000 | 1,209,000 |
| | | | | | | **7,037,000** |
| | | | | | | |
| Contractors - DMX - Dropship | | - | 460,000 | 440,000 | - | - |
| Fabric | $ 20.00 | 16,000 | 33,000 | 85,000 | 375,000 | 30,000 |
| Contingency - production | | - | 20,000 | 20,000 | 20,000 | 20,000 |
| | | | | | | |
| **Operating Expenses** | | | | | | |
| **Payroll** | | | | | | |
| Payroll Base | | 430,000 | | 430,000 | | 490,000 |
| Payroll Loadings | | 430 | | 430 | | 430 |
| Employee Benefits | | | 200 | | 83,800 | |
| FSA Administrator | | | | | 200 | |
| Rent | | | 67,000 | | 230,813 | |
| Parking | | | 8,200 | | | |
| Security | Quarterly | | 5,275 | 5,300 | | |
| Utilities | | | 2,229 | 5,000 | 2,147 | |
| Communications | | | 5,000 | 5,000 | 10,526 | |
| Office Supplies | | | | 24,617 | | |
| Equipment Leases - Quarterly | | | | | | |
| Equipment Leases - Software Licenses | | | | 16,000 | | |
| Equipment Leases - Monthly | | | 1,700 | | | |
| Auto - April | | | | | | |
| Auto Post April | | | | | | |
| Insurance | | | | 96,185 | | |
| Building Maintenance and Services | | | | 12,858 | | |
| EDI Charges | | | 1,300 | 8,295 | | |
| Storage | | | | 2,645 | | |
| Sales Tax | Monthly | | 43,000 | | | |
| Sales Tax | Quarterly | | 36,000 | | | |
| Shipping | | | 50,000 | 50,000 | 50,000 | 50,000 |
| Marketing | | | | 35,000 | 35,000 | 50,000 |

ROCK & REPUBLIC GROUP
Weekly Cash Flow

**APRIL**

| | Ave Price | | 2-Apr | 9-Apr | 16-Apr | 23-Apr | 30-Apr |
|---|---|---|---|---|---|---|---|
| | | | | | Weeks Ending | | |
| **Units** | | | | | | | |
| Mainline | $ | 89.00 | - | 8,000 | 7,000 | 7,000 | 6,000 |
| OTS | $ | 50.00 | | 10,000 | 7,500 | | 7,500 |
| Distributor | $ | 75.00 | | | | | 4,000 |
| Dropship | $ | 50.00 | | | 23,000 | 22,000 | |
| | | | - | 18,000 | 37,500 | 29,000 | 17,500 |
| **Regular Sales** | | | 602,000 | 712,000 | 623,000 | 623,000 | 534,000 |
| OTS | | | - | 500,000 | 375,000 | - | 375,000 |
| Distributor | | | 137,000 | - | - | - | 300,000 |
| Dropship | | | - | - | 1,150,000 | 1,100,000 | - |
| **TOTAL SALES** | | | 739,000 | 1,212,000 | 2,148,000 | 1,723,000 | 1,209,000 |
| | | | | | | | 7,031,000 |
| Travel, sales and other employee expenses | | | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Normal Business Professional fees | | | 50,000 | | | | |
| Tradeshows | | | | 25,000 | | | |
| Trustee fees | | | | | | 3,000 | 3,000 |
| Reorganization Expenses | | | 235,000 | | | | |
| Contingencies | | | | 10,000 | 15,000 | 15,000 | 15,000 |
| **TOTAL CASH OUTFLOW** | | | 1,215,430 | 1,140,088 | 1,430,145 | 1,075,486 | 863,430 |
| **OTHER DEPOSITS** | | | | | | | |
| LC | | | | | | | 805,000 |
| Other | | | 250,000 | 180,600 | 213,600 | 186,900 | 186,900 |
| Sample Sale | | | 135,000 | | 600,000 | 100,000 | 100,000 |
| Retail Receipts | | | | | 100,000 | 175,000 | |
| E Commerce | | | 385,000 | 180,600 | 913,600 | 461,900 | 1,091,900 |
| **NET CASH OUTFLOW** | | | 830,430 | 959,488 | 516,545 | 613,586 | (228,470) |