# SCHEDULE 1
# TO LOCAL RULE 1007-2 AFFIDAVIT

# AMENDED LIST OF CREDITORS HOLDING 25 LARGEST UNSECURED CLAIMS ON A CONSOLIDATED BASIS

| Name and Address of Creditor | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|
| ISKO TEXTILES, INC.<br>102 N. ELM ST.<br>SUITE 308<br>GREENSBORO, NC 27401<br>336-272-1400<br>kambiyo@isko.com.tr | Disputed | $3,271,044.81 |
| CONDE NAST PUBLICATIONS<br>P.O. BOX 88965<br>CHICAGO, IL 60695-1965<br>(302) 830-9338<br>Deborah_Kane@condenast.com | | $1,265,657.87 |
| TAVEX ALGODONERA<br>112 W 9th STREET., #626<br>LOS ANGELES, CA 90015<br>213-489-2622<br>george.hayos@tavex.com | | $725,677.57 |
| TAG TRENDS<br>970 S. VIA RODEO<br>PLACENTIA, CA 92870<br>714-524-9000<br>rob@tagtrends.com | | $664,434.44 |
| PCCA/DENIMATRIX<br>dba PLAINS COTTON COOPERATIVE<br>3301 E. 50th ST<br>LUBBOCK, TX 79404<br>502-242-04600 xt 1228<br>Carolina.melendez@denimatrix.com | | $565,027.52 |
| SEWING TRENDS<br>5615 MCKINLEY AVE.<br>LOS ANGELES, CA 90011<br>323-233-9324<br>sewingtrends@sbcglobal.net | Disputed | $326,926.96 |

254995 v2

| Name and Address of Creditor | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|
| BLUE RIVER DENIM INC<br>13200 S AVALON BLVD<br>LOS ANGELES, CA 90061-1227<br>310-856-0777<br>imeldap@blueriverdenim.com | | $320,097.64 |
| PLAINS COTTON COOPERATIVE ASSOCIATION<br>dba AMERICAN COTTON GROWERS<br>P.O. BOX 2827<br>LUBBOCK, TX 79408<br>806-385-6401<br>lori.fudge@pcca.com | | $260,099.75 |
| STOELT PRODUCTIONS LLC<br>1962 S. LA CIENEGA BLVD<br>LOS ANGELES, CA 90034<br>323-463-3700<br>matt@stoeltproductions.com | Disputed | $232,573.42 |
| CBS OUTDOOR<br>P.O. BOX 33074<br>NEWARK, NJ 07188-0074<br>718-242-0716<br>matthew.flinchum@cbsoutdoor.com | | $175,000.00 |
| BARTELUCE ARCHITECTS & ASSOCIATES<br>C/O: DANIEL J. BARTELUCE<br>36 WEST 25TH STREET<br>NEW YORK, NY 10010<br>212-691-7200<br>cgraziano@bapc.net | | $166,986.64 |

| Name and Address of Creditor | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|
| | | |
| GIBSON, DUNN & CRUTCHER LLP<br>333 SOUTH GRAND AVENUE<br>LOS ANGELES, CA 90071<br>213-229-7528<br>TDavis@gibsondunn.com | | $165,270.13 |
| BRAND ID<br>3198 BLDG F AIRPORT LOOP DRIVE<br>COSTA MESA, CA 92626<br>714-545-9902<br>tanyaa@brandid.com | | $152,877.00 |
| ZABIN INDUSTRIES, INC.<br>P.O. BOX 15218<br>DEL VALLE STATION<br>LOS ANGELES, CA 90015<br>(213) 749-1215<br>af@zabin.com | | $151,764.54 |
| AMERICAN EXPRESS<br>P.O. BOX 0001<br>LOS ANGELES, CA 90096 | | $145,564.62 |
| TOP JEANS CORP<br>1223 EAST 58th PLACE<br>LOS ANGELES, CA 90001<br>213-300-3610<br>Bobhanna21@sbcglobal.net | | $134,245.35 |
| LES PUBLICATIONS CONDE NAST S.A.<br>VOGUE<br>56 A, RUE DU FABOURG<br>ST HONORE, PARIS, FRANCE<br>75008<br>015-343-6069<br>ileger@condenast.fr | | $132,381.70 |
| LIGHTING MANAGEMENT, INC.<br>P.O. BOX 992<br>HARRIMAN, NY 10926<br>845-783-1350<br>info@lightingmanagement.com | | $127,113.50 |

| Name and Address of Creditor | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|
| BOARD OF EQUALIZATION<br>P. O. BOX 942879<br>SACRAMENTO, CA 94279-0001<br>800-272-9829 | | $119,860.00 |
| WILLIAM MORRIS AGENCY<br>ATTN: SHELBY MIDDLETON<br>ONE WILLIAM MORRIS PLACE<br>BEVERLY HILLS, CA 90212<br>310-859-4000<br>SMiddleton@wma.com | | $115,057.87 |
| ARTISTIC DYERS INC.<br>2542 TROY AVE.<br>S. EL MONTE, CA 91733<br>626-442-2041<br>artisticdyersinc.@yahoo.com | | $110,180.15 |
| STARSIDE SEC & INVEST, INC.<br>1930 S BREA CANYON RD., #220<br>DIAMOND BAR, CA 91765<br>909-396-9999<br>ycoventry@starside.com | | $98,278.08 |
| ON TARGET LAUNDRY LLC<br>2713 BONNIE BEACH PLACE<br>VERNON, CA 90023<br>323-796-0900<br>ontargetllc@yahoo.com | | $97,897.20 |
| WORLD JUMBO LIMITED<br>FLAT D1 5/F KAI TAK FTY.<br>BLDG, PAHASE 2, 99 KING FUK ST<br>SANPOKONG, KOWLOON<br>852-2324-1919<br>worldjumbo@gmail.com | Disputed | $96,382.06 |

| Name and Address of Creditor | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|
| BANK OF AMERICA<br>P.O. BOX 15710<br>WILMINGTON, DE 19886 | | $90,739.58 |