TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
Proposed Counsel to **Rock & Republic Enterprises, Inc.**
and **Triple R, Inc.**
Debtors and Debtors-in-Possession
425 Park Avenue
New York, NY 10022
 (212) 754-9400
Alex Spizz, Esq.
Arthur Goldstein, Esq.
Jill Makower, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - - - - x
In re:                                                   Chapter 11

ROCK & REPUBLIC ENTERPRISES,         Case No. 10-11728(AJG)
INC., et al.                                              (Jointly Administered)

                            Debtors.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


### NOTICE OF ADJOURNMENT OF CERTAIN
### HEARINGS SCHEDULED FOR APRIL 21, 2010

**PLEASE TAKE NOTICE,** that on the consent of (i) Rock & Republic Enterprises, Inc. and Triple R, Inc. (the "Debtors"); (ii) the Official Committee of Unsecured Creditors appointed in these Chapter 11 cases; (iii) RKF LLC; and (iv) The CIT Group / Commercial Services, Inc., the following hearings (the "Adjourned Hearings") have been adjourned from April 21, 2010 at 11:00 A.M. to **April 28, 2010 at 9:30 A.M**.:

1.  Final Hearing on Debtors' Motion for (A) Maintenance Of Pre-Petition Bank Accounts (B) Continued Use Of Existing Cash Management System, (C) Continued Use Of Existing Business Forms And (D) Granting Other Relief;

2.  Final Hearing on Debtors' Application To Enter Into Factoring Agreement And Authorizing The Purchase And Sale Of Accounts With Priority Over Administrative Expenses And Secured By Liens On Property Of The Estate Pursuant To Sections 363 And 364 Of The Bankruptcy Code;

3.  Debtors' Motion to Reject Exclusive Distribution Agreement Pursuant To 11 U.S.C. §365(a); and

4.  Hearing On Emergency Motion Of RKF, LLC To Transfer Venue Of The Debtors' Bankruptcy Cases To The United States Bankruptcy Court For The Central District Of California.

**PLEASE TAKE FURTHER NOTICE,** that the Adjourned Hearings shall be held before the Honorable Arthur J. Gonzalez, Chief United States Bankruptcy Judge, in Courtroom #523 at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408 on the **28th** day of **April 2010** at **9:30 A.M.**

**PLEASE TAKE FURTHER NOTICE,** that the following hearings scheduled for April 21, 2010 at 11:00 A.M. have NOT been adjourned, and will proceed as scheduled before the Honorable Arthur J. Gonzalez, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004:

1. Debtors' Motion for an Order Pursuant to Sections 105(a) and 366 of the Bankruptcy Code (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment;

2. Debtors' Motion To Reject Leases Of Non-Residential Real Property For (I) 102 Greene Street, New York, NY, (II) 319 North Rodeo Drive, Beverly Hills, CA 90210, And (III) 144 Spring Street, New York, NY; And

3. Debtors' Motion For An Order Authorizing Debtors To Pay Installments Under Insurance Premium Finance Agreement.

Dated: New York, New York
April 16, 2010

                                    TODTMAN, NACHAMIE, SPIZZ
                                        & JOHNS, P.C.
Proposed Attorneys for
Rock & Republic Enterprises, Inc. and
Triple R, Inc.
Debtors and Debtors-in-Possession

By:   s/ Jill Makower
       Alex Spizz, Esq.
       Arthur Goldstein, Esq.
       Jill L. Makower, Esq.
425 Park Avenue
New York, NY 10022
212-754-9400