Karel S. Karpe, Esq.
WHITE AND WILLIAMS LLP
One Penn Plaza, Suite 4110
New York, NY 10119
Telephone (212)631-4421
and
Robert L. Toms, Jr., Esq.
GIBSON RIVERA & TOMS LLP
527 South Lake Avenue, Suite 105
Pasadena, CA 91101
Telephone (626) 405-1122

*Attorneys for Sanko Dis Ticaret Anonim Sirketi*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ROCK & REPUBLIC ENTERPRISES, INC. *et al*., | : | Case No. 10-11728 (AJG) |
| | : | |
| Debtors. | : | |

# NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Sanko Dis Ticaret Anonim Sirketi ("Sanko Dis Ticaret A.S."), hereby appears by its counsel White and Williams LLP and Gibson Rivera & Toms LLP in the above-captioned case, and counsels hereby enter their appearance pursuant to the Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests that an entry be made on the Clerk's Matrix in this case and that all documents filed with the Court and all notices which the Court and/or any party provides in accordance with Bankruptcy Rule 2002 be

served upon the counsel set forth below:

>White and Williams LLP
>One Penn Plaza, Suite 4110
>New York, New York 10119
>Attn.: Karel S. Karpe
>     Telephone: (212) 631-4421
>     Fax: (212) 631-4431
>     Email: karpek@whiteandwilliams.com
>
>and
>
>Gibson Rivera & Toms LLP
>527 South Lake Avenue, Suite 105
>Pasadena, CA 91101
>Attn: Robert L. Toms, Jr., Esq.
>     Telephone (626) 405-1122
>     Fax: (626) 405-8966
>     Email: rtoms@grtlaw.net

This request includes without limitation all papers, reports, orders, notices, applications, motions, petitions, pleadings, disclosure statements, plans of reorganization, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral, transmitted or conveyed by mail, courier service, telephone, facsimile, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit shall be deemed or construed to be a waiver of the rights of Sanko Dis Ticaret A.S. (i) to have final orders in non-core matters entered only after *de novo* review by a District Court, (ii) to trial by jury in any proceeding so triable in these cases, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which Sanko Dis Ticaret A.S. is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

6212265v.1

**PLEASE TAKE FURTHER NOTICE** that request is also made that counsels be added to the Official Service List, or any other creditor matrix for notice of all contested matters, adversary proceedings and other proceedings in the Chapter 11 case.

Dated: New York, New York
May 13, 2010

WHITE AND WILLIAMS LLP

By: /s/Karel S. Karpe
One Penn Plaza, Suite 4110
New York, NY 10119
Telephone (212) 631-4421
Email: karpek@whiteandwilliams.com

and

Robert L. Toms, Jr., Esq.
GIBSON RIVERA & TOMS LLP
527 South Lake Avenue, Suite 105
Pasadena, CA 91101
Telephone (626) 405-1122

*Attorneys for Sanko Dis Ticaret Anonim Sirketi*