# MARVIN TRAUB ASSOCIATES, INC.

May 20, 2010

Via by Hand
The Honorable Arthur J. Gonzalez
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Via Email
Cheryl Moorman, CFO
Rock & Republic Enterprises, Inc.
3523 Eastham Drive
Culver City, CA 90232

Via Email
Schuyler G. Carroll, Esq.
James M. Sullivan, Esq.
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820

Via Email
Richard Morrissey, Esq.
Office of the United States Trustee
33 Whitehall Street – 21st floor
New York, NY 10004

Via Email
Alex Spizz, Esq.
Todtman, Nachamie, Spizz & Johns, P.C.
425 Park Avenue
New York, NY 10022

RE: Rock & Republic Enterprises, Inc., et.al.
Chapter 11 Case No. 11-11728 (RDD) (Jointly Administered)

Pursuant to an Order dated April 28, 2010, Marvin Traub Associates ("MTA") was retained as Merchandising Consultant and Operational Advisor in the above referenced Chapter 11 case. The retention Order provides for monthly payments for fees to MTA of $30,000 pursuant to section 328(a) of the Bankruptcy code. MTA has been paid its fees for the month of April pursuant to the retention Order.

In accordance with the court's Order establishing monthly compensation procedures dated April 29, 2010, MTA is hereby submitting a detailed billing statement for the period is enclosed for your information and review. The billing statement sets forth the name of each MTA employee who rendered services and the applicable billing rate. The report also breaks down the services by category as required by the fee guidelines.

If you have any questions with respect to this billing statement, please do not hesitate to contact the undersigned.

Very truly yours,

Marvin Traub

# MARVIN TRAUB ASSOCIATES, INC.

| Rock & Republic Billing Schedule - April 2010 | Hours | $750 | Hours | $500 | Hours | $350 |
|---|---|---|---|---|---|---|
| | | Marvin Traub | | Morty Singer | | Kelsey Scroggins |
| Retail Review with RnR sales team telephone and in person | 2 | $1,500 | 5 | $2,500 | | $0 |
| Retail review of ducuments submitted for review by sales team | 2 | 1,500 | 3 | 1,500 | | 0 |
| Retail meetings with various key accounts | 2 | 1,500 | 3 | 1,500 | | 0 |
| email+telephone Communication and outreach to global accounts | 2 | 1,500 | 2 | 1,000 | | 0 |
| Meetings in person with RnR management | 2 | 1,500 | 3 | 1,500 | 1 | 350 |
| Calls with RnR management | 3 | 2,250 | 5 | 2,500 | | 0 |
| Calls with RnR CRO | 2 | 1,500 | 5 | 2,500 | | 0 |
| Calls with RnR bankers | 1 | 750 | 2 | 1,000 | | 0 |
| Meeting/calls with potential investors seeking MTA views on business | | 0 | 3 | 1,500 | | 0 |
| Preparation of licensing opportunities materials | | 0 | 1 | 500 | 3 | 1,050 |
| Denim industry research, market research, sales review | | 0 | | 0 | 10 | 3,500 |
| | 16 | $12,000 | 32 | $16,000 | 14 | $4,900 |

| Total | | | 62 | $32,900 | | |

410 PARK AVENUE, NEW YORK, NY 10022 · TELEPHONE 646-723-2990 · FAX 646-723-2972
www.marvintraub.com