

**ATLAS STRATEGIC ADVISORS, LLC**
140 E 45th St, 23rd Floor
New York, NY 10017

May 20, 2010

Debtors
Attn: Cheryl Moorman
c/o Rock & Republic Enterprises, Inc.
3523 Eastham Drive
Culver City, CA 90232

### INVOICE # 0004 - Rock & Republic Enterprises, Inc. - Project Rome

| Description | Amount (US$) |
|---|---:|
| Engagement Fee | $ 20,000.00 |

*Fee incurred as per our engagement letter dated March 26, 2010*

| **Total** | $ 20,000.00 |
|---|---:|

**Kindly wire payment to:**  Atlas Strategic Advisors, LLC
Acc # 74396909
Citibank N.A.
Routing # 021-0000-89
Branch # 165
95 Pondfield Road
Bronxville, NY 10708

**Or mail payment to:**  Atlas Strategic Advisors, LLC
Attn: Judy Lisi
140 East 45th Street, Flr 23
New York, NY 10017

*PAID APR 0 1 2010 BY:*



ATLAS STRATEGIC ADVISORS, LLC
140 E 45th St, 23rd Floor
New York, NY 10017

## INVESTMENT BANKING SERVICES

| Date | Description | Time | Team |
|---|---|---|---|
| 1-Apr-10 | Call with client, setup/organization of data room, reach out to potential buyers | 6 | JS, NE |
| 2-Apr-10 | Reach out to potential buyers | 6 | JS, NE |
| 5-Apr-10 | Reach out to potential buyers, work on Teaser and CIM | 8 | JS, NE |
| 6-Apr-10 | Meeting with potential buyer, work on Teaser and CIM | 16 | JS, NE |
| 7-Apr-10 | Reach out to potential buyers, work on CIM, update with client | 10 | JS, NE |
| 8-Apr-10 | work on CIM, negotiation of retention papers | 14 | JS, NE |
| 9-Apr-10 | Reach out to potential buyer, work on CIM | 8 | JS, NE |
| 10-Apr-10 | Reach out to potential buyers | 1 | JS, NE |
| 11-Apr-10 | Work on engagement letter | 1 | JS, NE |
| 12-Apr-10 | Reach out to potential buyer, work on CIM | 12 | JS, NE |
| 13-Apr-10 | Reach out to potential buyer, work on CIM | 6 | JS, NE |
| 14-Apr-10 | Meetings in LA, work on CIM | 14 | JS, NE |
| 15-Apr-10 | Meetings in LA, work on CIM | 15 | JS, NE |
| 16-Apr-10 | Reach out to potential buyer, work on CIM | 8 | JS, NE |
| 18-Apr-10 | Update with client, Call with FTI, work on CIM | 5 | JS, NE |
| 19-Apr-10 | Reach out to potential buyers | 6 | JS, NE |
| 20-Apr-10 | Reach out to potential buyer, work on CIM | 8 | JS, NE |
| 21-Apr-10 | Reach out to potential buyer, work on CIM, call with FTI | 16 | JS, NE |
| 22-Apr-10 | Reach out to potential buyer, meeting with potential buyer, work on CIM | 12 | JS, NE |
| 23-Apr-10 | Discussion with potential buyers, printing, preperation and sending of CIM | 10 | JS, NE |
| 26-Apr-10 | Discussion/reach out with potential buyers, printing, preperation and sending of CIM | 8 | JS, NE |
| 27-Apr-10 | Discussions/reach out with potential buyers, printing, preperation and sending of CIM | 10 | JS, NE |
| 28-Apr-10 | Discussions/reach out with potential buyers, preperation of materials sent to creditors committee | 8 | JS, NE |
| 29-Apr-10 | Update with client, call with FTI, Discussions and reach out with potential buyers | 7 | JS, NE |
| 30-Apr-10 | Negotiation of engagement letter, work on cash flow model | 6 | JS, NE |

# Atlas Advisors | Strategic Advice Mergers & Acquisitions

ATLAS STRATEGIC ADVISORS, LLC
140 E 45th St, 23rd Floor
New York, NY 10017

May 20, 2010

Debtors
Attn: Cheryl Moorman
c/o Rock & Republic Enterprises, Inc.
3523 Eastham Drive
Culver City, CA 90232

**INVOICE # 0003 - Rock & Republic Enterprises, Inc. - Project Rome**

### Description

Amount (US$)

| Date | Team | Description | Amount |
|---|---|---|---|
| 4/6/2010 | JS | Breakfast for mtg w/ Morty Singer, Alex Spizz, Geoffrey Lurie, David Conn and Joe Smolinski | $62.16 |
| 4/6/2010 | JS,NE | Office meal - Working late | $34.47 |
| 4/8/2010 | JS,NE | Office meal - Working late | $35.00 |
| 4/12/2010 | JS | Car service - office to home (working late) | $8.00 |
| 4/13/2010 | JS | Travel Agency Fee | $30.00 |
| 4/13/2010 | JS | Car service - office to home (working late) | $10.30 |
| 4/14/2010 | JS | Continental Airlines - Newark/LA/Newark | $720.30 |
| 4/16/2010 | JS | Travel Meal @ Hotel Marriott | $14.07 |
| 4/16/2010 | JS | Hotel Marriott - Apr 14-15, 2010 | $349.42 |
| 4/27/2010 | JS,NE | Office meal - Working late | $33.78 |
| 4/30/2010 | JS | Car service from office to mtg with potential buyer | $10.60 |
| 4/30/2010 | JS | Refreshements for meeting with potential buyer | $37.83 |

*Expenses incurred as per our engagment letter dated March 26, 2010.*

### Total

$1,345.93

**Kindly wire payment to:**  Atlas Strategic Advisors, LLC
Acc # 74396909
Citibank N.A.
Routing # 021-0000-89
Branch # 165
95 Pondfield Road
Bronxville, NY 10708

**Or mail payment to:**  Atlas Strategic Advisors, LLC
Attn: Judy Lisi
140 East 45th Street, Flr 23
New York, NY 10017