

# COLEMAN FROST LLP

429 Santa Monica Boulevard,
Suite 700
Santa Monica, California 90401

June 17, 2010

**VIA HAND DELIVERY**

The Honorable Arthur J. Gonzelez
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

**VIA E-MAIL**

Cheryl Moorman, CFO
Rock & Republic Enterprises, Inc.
3523 Eastham Drive
Culver City, CA 90232

**VIA E-MAIL**

Schuyler G. Carroll
James M. Sullivan
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820

**VIA E-MAIL**

Richard Morrissey
Office of the United States Trustee
33 Whitehall Street – 21st Floor
New York, NY 10004

**VIA E-MAIL**

Alex Spizz
Todtman, Nachamie, Spizz & Johns, P.C.
425 Park Avenue
New York, NY 10022

**Re: Rock & Republic Enterprises, Inc. et al.**
**Chapter 11 Case No. 10-11728 (RDD) (Jointly Administered)**

     Pursuant to an Order dated May 26, 2010, our firm was retained *nunc pro tunc* to April 1, 2010 to represent the Debtors in Possession as Special Litigation Counsel in the above-referenced Chapter 11 case. By Order dated April 29, 2010 (the "Compensation

Tel (310) 576-7312·Fax (310) 899-1016· www.colemanfrost.com

Hon. Arthur J. Gonzalez
Cheryl Moorman
Schuyler G. Carroll
James M. Sullivan
Richard Morrissey
Alex Spizz
June 17, 2010
Page 2

Order") the Bankruptcy Court has authorized payment of 80% of our monthly fees and 100% of our monthly expenses for the period from April 1, 2010 through May 31, 2010.

During the period from April 1, 2010 through May 31, 2010, our fees for services rendered as counsel to the Debtors-in Possession were $40,357.50. Our disbursements during this period were $785.92. A detailed billing statement for the period is enclosed for your information and review. The billing statement sets forth the name of each attorney or staff member who rendered services and the applicable billing rate. The report also breaks down the services by category as required by the fee guidelines.

**BY SUBMITTING THIS UNREDACTED BILLING STATEMENT, COLEMAN FROST LLP DOES NOT WAIVE THE ATTORNEY-CLIENT PRIVILEGE OR WORK PRODUCT PRIVILEGE, ALL OF WHICH ARE EXPRESSLY PRESERVED.**

In accordance with the Compensation Order, unless we receive an objection to our billing statement within thirty-five (35) days following the end of the last month for which compensation is sought, the Debtors shall remit to Coleman Frost LLP the sum of $32,286.00, representing 80% of $40,357.50, and $785.92, representing 100% of the disbursements incurred during the applicable period, for a total payment of $33,071.92.

If you have any questions regarding this billing statement, please do not hesitate to contact the undersigned.

Very Truly Yours,

Daniel L. Alexander
   for COLEMAN FROST LLP



# COLEMAN FROST LLP

429 SANTA MONICA BLVD.
SUITE 700
SANTA MONICA, CA 90401

Cheryl Moorman  June 16, 2010
Rock & Republic Enterprises, Inc.  Client No. 1096
3523 Eastham Dr.
Culver City, CA 90232

Cover Statement

|  | Balance |
|---|---|
| 1096-001 Re: Litigation | $34,287.50 |
| 1096-004 Re: Relief From Stay Proceedings | $ 6,070.00 |
| Total Fees | $40,357.50 |
| Expenses | $   785.92 |
| Total Fees and Expenses | $41,143.42 |

Tel (310) 576-7312 • Fax (310) 899-1016 • www.colemanfrost.com

COLEMAN FROST LLP
429 Santa Monica Blvd., Suite 700
Santa Monica, California 90401
(310) 576-7312
TIN # 20-0807972

Cheryl Moorman
Rock & Republic Enterprises, Inc.
3523 Eastham Dr.
Culver City, CA 90232

June 16, 2010
Our File: 1096.001
Invoice # 1055
**Total Balance Due $35073.42**

RE: Litigation

Statement of Account for the Period Ending May 31, 2010

Professional Services

| Date | Emp | Description | Hours | Amount |
|---|---|---|---|---|
| 04/01/10 | DFC | Review/analyze issues re stay | 0.20 | 75.00 |
| | DLA | Review communications re expert witness discovery issues and confer with B. Armstrong and D. Coleman re same | 0.30 | 97.50 |
| | BAA | Email to opposing counsel re depositions currently set and impact of bankruptcy on case | 0.60 | 195.00 |
| | BAA | Research and analysis re bankruptcy and conditions on which cases are stayed when a defendant files bankruptcy | 1.70 | 552.50 |
| | DLA | Contact counsel re response to subpoena | 0.20 | 65.00 |
| | DLA | Draft notice of stay | 0.40 | 130.00 |
| | DLA | Review motions in limine | 0.50 | 162.50 |
| | DFC | Attendance at hearing re New Pacific ex parte application re expert designation | 0.70 | 262.50 |
| | DLA | Draft proposed response to ex parte notice | 4.80 | 1,560.00 |
| | DLA | Review and respond to communications re ex parte notice | 0.20 | 65.00 |

Page 2
June 16, 2010
Rock & Republic Enterprises, Inc.
Litigation
Our File: 1096.001
Invoice # 1055

| Date | Emp | Description | Hours | Amount |
|---|---|---|---|---|
| 04/02/10 | DFC | Telecons w/opposing counsel re stay of New Pacific case/briefing re same | 0.90 | 337.50 |
| | BAA | Preliminary review and analysis of client's bankruptcy schedules and filings | 2.60 | 845.00 |
| | DFC | Conferences w/B. Armstrong and D. Alexander re status and strategy | 0.80 | 300.00 |
| | DFC | Review/analyze arguments and briefing in support of stay | 0.70 | 262.50 |
| | DLA | Confer w/opposing counsel, D. Coleman and B. Armstrong re ex parte application and bankruptcy stay | 0.80 | 260.00 |
| | DLA | Prepare documents re ex parte application for filing and service | 2.00 | 650.00 |
| | DLA | Travel to/from and attendance at hearing re plaintiff's ex parte application and bankruptcy stay | 2.80 | 910.00 |
| 04/05/10 | BAA | Emails and telecons re rescheduling of pending depositions in light of bankruptcy stay | 3.40 | 1,105.00 |
| | DLA | Draft opposition to plaintiff's ex parte application re expert witness discovery; | 5.10 | 1,657.50 |
| | DLA | Confer w/counsel re outstanding subpoenas | 0.30 | 97.50 |
| | DLA | Confer w/B. Armstrong and D. Coleman re status and strategy | 1.00 | 325.00 |
| | DFC | Conference w/D. Alexander and B. Armstrong re New Pacific case strategy | 1.40 | 525.00 |
| | DFC | Telecon w/opposing counsel re stay, depositions | 0.30 | 112.50 |
| | DFC | Telecon w/CBRE attorney re Luchs deposition | 0.20 | 75.00 |
| | DFC | Telecon w/J. Boylston re ex parte application for stay | 0.40 | 150.00 |

Page 3
June 16, 2010
Rock & Republic Enterprises, Inc.
Litigation
Our File: 1096.001
Invoice # 1055

| Date | Emp | Description | Hours | Amount |
|---|---|---|---|---|
| 04/06/10 | DFC | Conferences w/attorneys and bankruptcy counsel re New Pacific case strategy | 1.20 | 450.00 |
| | BAA | Research and analysis re bankruptcy stay and its applicability to all defendants under the circumstances of this case | 3.60 | 1,170.00 |
| | BAA | Emails and telecons w/opposing counsel re depositions that are currently scheduled and necessity of rescheduling after case comes out of bankruptcy | 2.40 | 780.00 |
| | DLA | Draft statement for court re applicability of bankruptcy stay | 2.00 | 650.00 |
| | DLA | Confer w/D. Coleman and B. Armstrong re status and strategy | 1.00 | 325.00 |
| | DFC | Review/analyze issues re New Pacific litigation strategy | 1.00 | 375.00 |
| | DLA | Draft opposition to plaintiff's ex parte application | 2.00 | 650.00 |
| 04/07/10 | DFC | Review/analyze briefs re stay, expert designation | 1.10 | 412.50 |
| | BAA | Drafting of opposition to ex parte application re current status of case w/reference to bankruptcy and plaintiff's establishment of expert witnesses | 3.40 | 1,105.00 |
| | DLA | Draft, review, revise and edit documents re plaintiff's ex parte application and plaintiff's opposition to notice of stay | 4.30 | 1,397.50 |
| 04/08/10 | BAA | Preparation for hearing on bankruptcy stay impact and ex parte application | 1.60 | 520.00 |
| | DLA | Confer w/potential witnesses re potentially responsive documents | 0.60 | 195.00 |
| 04/09/10 | DFC | Telecons w/attorneys and bankruptcy counsel re stay hearing, strategy, discovery, subpoenas | 0.80 | 300.00 |

Page 4
June 16, 2010
Rock & Republic Enterprises, Inc.
Litigation
Our File: 1096.001
Invoice # 1055

| Date | Emp | Description | Hours | Amount |
|---|---|---|---|---|
| | BAA | Preparation for, travel to/from and attendance at hearing re bankruptcy stay and ex parte application | 4.00 | 1,300.00 |
| | BAA | Conference w/opposing counsel re potential lifting of stay in order to bring case back on line for trial | 0.60 | 195.00 |
| | BAA | Preliminary review and analysis of proposed notice of ruling re ex parte application | 0.40 | 130.00 |
| 04/10/10 | IS | Prepare photocopies of documents | 4.00 | 100.00 |
| 04/12/10 | BAA | Preliminary review and analysis of proposed notice of ruling on ex parte application and bankruptcy status report | 0.60 | 195.00 |
| | BAA | Preliminary review and analysis of codefendant's brief and applicability of bankruptcy stay to stay the whole case | 2.40 | 780.00 |
| | DLA | Confer w/attorneys and bankruptcy counsel re case status | 0.90 | 292.50 |
| | DFC | Telecon w/bankruptcy counsel re case status; review of file | 0.30 | 112.50 |
| | DFC | Review/analyze litigation strategy | 0.20 | 75.00 |
| 04/14/10 | BAA | Preliminary review and analysis of deposition transcript | 1.90 | 617.50 |
| 04/16/10 | DFC | Emails to/from and telecons w/bankruptcy counsel re case strategy | 0.20 | 75.00 |
| | DLA | Review and respond to communication from attorney re potential witness | 0.60 | 195.00 |
| | DLA | Confer w/attorney re strategy | 0.30 | 97.50 |
| | DFC | Conference w/D. Alexander re case strategy | 0.30 | 112.50 |

Page 5
June 16, 2010
Rock & Republic Enterprises, Inc.
Litigation
Our File: 1096.001
Invoice # 1055

| Date | Emp | Description | Hours | Amount |
|---|---|---|---|---|
| 04/20/10 | BAA | Preliminary review and analysis of stipulations to lift the bankruptcy stay drafted by opposing counsel | 0.90 | 292.50 |
| | DLA | Review and respond to requests for information from bankruptcy counsel | 0.70 | 227.50 |
| 04/27/10 | DFC | Telecons re status of litigation | 0.20 | 75.00 |
| | DFC | Review/analyze issues re status of litigation | 0.40 | 150.00 |
| | DFC | Emails to/from bankruptcy counsel re status of litigation | 0.20 | 75.00 |
| | DFC | Drafting of revisions/additions to memo re status of litigation | 0.30 | 112.50 |
| | DFC | Conference w/attorneys re status of litigation | 0.20 | 75.00 |
| | DFC | Review/analyze issues re settlement | 0.30 | 112.50 |
| 05/06/10 | BAA | Analysis of stipulation to retain Coleman Frost as special litigation counsel | 1.60 | 520.00 |
| 05/10/10 | DFC | Telecons w/bankruptcy counsel re New Pacific action | 0.80 | 300.00 |
| | BAA | Telecon w/bankruptcy counsel re issues related to trial on the case | 0.80 | 260.00 |
| 05/11/10 | BAA | Analysis of attorney declaration in support of motion to employ Coleman Frost as special counsel | 1.10 | 357.50 |
| 05/12/10 | BAA | Telecon w/attorneys re current status and strategy to handle case | 0.90 | 292.50 |
| 05/17/10 | BAA | Analysis of discovery status at time of bankruptcy filing | 0.80 | 260.00 |

Page 6
June 16, 2010
Rock & Republic Enterprises, Inc.
Litigation
Our File: 1096.001
Invoice # 1055

| Date | Emp | Description | Hours | Amount |
|---|---|---|---|---|
| 05/18/10 | BAA | Analysis of operative pleadings and documents produced in discovery in preparation for informal settlement conference | 2.90 | 942.50 |
| | DFC | Telecons re meeting w/New Pacific, settlement, issues re New Pacific action | 0.50 | 187.50 |
| | DFC | Conference w/B. Armstrong re settlement | 0.30 | 112.50 |
| | DFC | Review/analyze lease | 1.00 | 375.00 |
| 05/19/10 | DFC | Preparation for, travel to/from and attendance at meetings w/New Pacific re settlement and conference w/G. Lurie | 4.60 | 1,725.00 |
| | BAA | Preliminary review and analysis of creditor's claim | 0.90 | 292.50 |
| | BAA | Preparation for, travel to/from and attendance at informal settlement conference | 4.30 | 1,397.50 |
| | BAA | Conference following informal settlement conference | 0.80 | 260.00 |
| | DLA | Review claim; draft communication to attorneys re same | 0.40 | 130.00 |
| | DLA | Draft communication to attorney re research question in preparation for meeting w/New Pacific | 0.10 | 32.50 |
| | JBF | Analyze potential settlement issues w/D. Coleman | 0.40 | 150.00 |
| 05/20/10 | BAA | Fact investigation re filing status of creditor | 1.30 | 422.50 |
| 05/21/10 | DFC | Conference w/attorney re call w/creditors committee counsel | 0.20 | 75.00 |
| 05/26/10 | DLA | Confer w/attorney re status and strategy | 1.10 | 357.50 |
| 05/28/10 | BAA | Commence analysis of deposition testimony | 2.40 | 780.00 |
| | DLA | Review documents produced by plaintiff | 1.70 | 552.50 |

Page 7
June 16, 2010
Rock & Republic Enterprises, Inc.
Litigation
Our File: 1096.001
Invoice # 1055

## Summary of Services

| | | | | |
|---|---|---|---|---|
| BAA | Bruce A. Armstrong | 47.90 hr @ 325.00 | $ | 15567.50 |
| DFC | Derrick F. Coleman | 19.70 hr @ 375.00 | $ | 7387.50 |
| DLA | Daniel L. Alexander | 34.10 hr @ 325.00 | $ | 11082.50 |
| IS | Ian Smith | 4.00 hr @ 25.00 | $ | 100.00 |
| JBF | J.B. Frost | 0.40 hr @ 375.00 | $ | 150.00 |

Total Professional Services     106.10     $ 34,287.50

## Costs and Disbursements

| Date | Description | Amount |
|---|---|---|
| 04/02/10 | Mileage and Parking | 30.56 |
| 04/07/10 | Fax Filing Fee | 6.00 |
| 04/07/10 | Jury Fee Deposit | 150.00 |
| 04/14/10 | Business Records Production (Travers and Pleskow) | 119.90 |
| 04/16/10 | Document Production | 121.67 |
| 04/28/10 | Messenger Fees | 116.71 |
| 04/29/10 | Attorney Service (Depo Subpoenas) | 210.00 |
| 04/30/10 | Westlaw Charges | 31.08 |

Total Costs and Disbursements     $ 785.92

**TOTAL NEW CHARGES**     $ 35,073.42

Previous Balance Due     $ 0.00

Page 8
June 16, 2010
Rock & Republic Enterprises, Inc.
Litigation
Our File: 1096.001
Invoice # 1055

SUMMARY OF ACCOUNT

| | |
|---|---:|
| Balance Forward | $ 0.00 |
| Total New Charges | 35,073.42 |
| Payments and Credits | 0.00 |
| **TOTAL BALANCE DUE *** PLEASE PAY THIS AMOUNT **** | $ 35,073.42 |

COLEMAN FROST LLP
429 Santa Monica Blvd., Suite 700
Santa Monica, California 90401
(310) 576-7312
TIN # 20-0807972

Cheryl Moorman
Rock & Republic Enterprises, Inc.
3523 Eastham Dr.
Culver City, CA 90232

June 16, 2010
Our File: 1096.004
Invoice # 1056
**Total Balance Due $6070.00**

RE: Relief From Stay Proceedings

Statement of Account for the Period Ending May 31, 2010

Professional Services

| Date | Emp | Description | Hours | Amount |
|---|---|---|---|---|
| 04/22/10 | JBF | Analyze stipulation to lift stay and discuss same w/D. Coleman | 0.50 | 187.50 |
| 05/11/10 | DFC | Conferences/emails w/A. Goldstein and B. Armstrong re stay and reivew/analyze issues re same | 1.00 | 375.00 |
| | JBF | Review and revise counsel affidavit | 0.40 | 150.00 |
| 05/12/10 | DLA | Compile documents to send to bankruptcy counsel; confer w/D. Coleman and B. Armstrong re same | 4.00 | 1,300.00 |
| | DFC | Preparation for and attendance at telecons w/bankruptcy counsel re lifting of stay and New Pacific litigation | 0.40 | 150.00 |
| | DFC | Review/analyze issues re lifting of stay | 0.50 | 187.50 |
| | DFC | Telecon w/J. Makower and drafting of revisions to declaration re retention | 0.30 | 112.50 |

Page 2
June 16, 2010
Rock & Republic Enterprises, Inc.
Relief From Stay Proceedings
Our File: 1096.004
Invoice # 1056

| Date | Emp | Description | Hours | Amount |
|---|---|---|---|---|
| 05/14/10 | DLA | Confer w/J. Renert at Arent Fox re creditors committee request; confer w/B. Armstrong and D. Coleman re same; contact witness re factual question related to creditors committee request | 0.80 | 260.00 |
| 05/17/10 | DLA | Confer w/D. Coleman and B. Armstrong re creditors committee request; confer w/bankruptcy counsel re same | 1.40 | 455.00 |
|  | CSC | Conference call w/bankruptcy counsel; conference w/D. Coleman, B. Armstrong and D. Alexander | 0.50 | 162.50 |
| 05/18/10 | DLA | Review and respond to communications from creditors committee counsel re potential phone call to dicuss their opposition to lifting the automatic stay | 0.40 | 130.00 |
| 05/19/10 | DLA | Review and respond to communications re creditors committee requests | 0.50 | 162.50 |
| 05/20/10 | BAA | Conference call w/D. Alexander and counsel for creditors committee | 0.90 | 292.50 |
|  | DLA | Review and respond to communications from D. Coleman re requests from bankruptcy counsel; contact witness re same; participate in creditors committee conference call w/J. Sullivan, J. Renert and B. Armstrong; contact A. Spizz re same | 1.70 | 552.50 |
|  | DFC | Email to bankruptcy counsel re lifting of stay/retention | 0.30 | 112.50 |
|  | DFC | Emails to/from Dept. of Justice, bankruptcy counsel, creditors committee counsel re New Pacific case | 0.40 | 150.00 |
|  | DFC | Conference w/D. Alexander re lifting of stay | 0.20 | 75.00 |
|  | JBF | Correspondence re retention issues | 0.20 | 75.00 |

Page 3
June 16, 2010
Rock & Republic Enterprises, Inc.
Relief From Stay Proceedings
Our File: 1096.004
Invoice # 1056

| Date | Emp | Description | Hours | Amount |
|---|---|---|---|---|
| 05/21/10 | DLA | Review and respond to communications from D. Coleman re creditors committee communications; review and respond to counsel for creditors committee re same | 1.50 | 487.50 |
| 05/25/10 | BAA | Preliminary review and analysis of email from Mr. Sullivan re mediation | 0.40 | 130.00 |
| 05/26/10 | DFC | Review/analyze court order re retention and conference w/D. Alexander and B. Armstrong re case strategy | 1.00 | 375.00 |
|  | DFC | Telecon w/A. Goldstein re case strategy | 0.20 | 75.00 |
|  | JBF | Analyze stay issues | 0.30 | 112.50 |

Summary of Services

| | | | | |
|---|---|---|---|---|
| BAA | Bruce A. Armstrong | 1.30 hr @ 325.00 | $ | 422.50 |
| CSC | Caroline S. Craddock | 0.50 hr @ 325.00 | $ | 162.50 |
| DFC | Derrick F. Coleman | 4.30 hr @ 375.00 | $ | 1612.50 |
| DLA | Daniel L. Alexander | 10.30 hr @ 325.00 | $ | 3347.50 |
| JBF | J.B. Frost | 1.40 hr @ 375.00 | $ | 525.00 |

| | | |
|---|---|---|
| Total Professional Services | 17.80 | $ 6,070.00 |

TOTAL NEW CHARGES $ 6,070.00

Previous Balance Due $ 0.00

Page 4
June 16, 2010
Rock & Republic Enterprises, Inc.
Relief From Stay Proceedings
Our File: 1096.004
Invoice # 1056

SUMMARY OF ACCOUNT

| | |
|---|---:|
| Balance Forward | $ 0.00 |
| Total New Charges | 6,070.00 |
| Payments and Credits | 0.00 |
| **TOTAL BALANCE DUE *** PLEASE PAY THIS AMOUNT **** | **$ 6,070.00** |