

ATLAS STRATEGIC ADVISORS, LLC
140 E. 45th Street, Flr 23
New York, NY 10017

June 17, 2010

Debtors
Attn: Cheryl Moorman
c/o Rock & Republic Enterprises, Inc.
3523 Eastham Drive
Culver City, CA 90232

**INVOICE # 0005 - Rock & Republic Enterprises, Inc. - Project Rome**

| Description | Amount (US$) |
|---|---:|
| Monthly Retainer Fee - May 2010 | $ 20,000.00 |

*Fee incurred as per our engagement letter dated March 26, 2010*

| **Total** | **$ 20,000.00** |
|---|---:|

*Kindly wire payment to:*   Atlas Strategic Advisors, LLC
Acc # 74396909
Citibank N.A.
Routing # 021-0000-89
Branch # 165
95 Pondfield Road
Bronxville, NY 10708



ATLAS STRATEGIC ADVISORS, LLC
140 E. 45th Street, Flr 23
New York, NY 10017

## Investment Banking Services

| Date | Description | Time | Team |
|---|---|---|---|
| 1-May-10 | Call with client regarding next steps | 3 | JS, NE |
| 3-May-10 | Update to CIT regarding selling process, Disscussion with FTI regarding professional fees, modeling of cash flow forecast for company, calls/emails with potential buyers | 10 | JS, NE |
| 4-May-10 | Calls/emails with potential buyers, modeling of cash flow forecast for company, call with CIT | 8 | JS, NE |
| 5-May-10 | Response to diligence requests, calls with potential buyers, calls/emails with company, response to FTI, preperation of materials for meeting with creditors committee | 10 | JS, NE |
| 6-May-10 | Meeting with creditors committee, interaction with company, calls/emails with potential buyers | 16 | JS, NE |
| 7-May-10 | Calls/emails with potential buyers, preperation of bidding materials for potential buyers, fielding of bids from potential buyers, analysis of bids, response to diligence questions, response to questions from FTI | 10 | JS, NE |
| 8-May-10 | Review/markup of term-sheets and bid guidelines | 5 | JS, NE |
| 9-May-10 | Review of term sheets with client | 1 | JS, NE |
| 10-May-10 | Calls/emails with potential buyers, negotiations with potential buyer, update call with client, emails with FTI | 10 | JS, NE |
| 11-May-10 | Negotiations with potential buyers, term-sheet revisions, update call with company, analysis of royalty revenue | 8 | JS, NE |
| 12-May-10 | Meetings with potential buyers, analysis of term-sheets | 10 | JS, NE |
| 13-May-10 | Revisions to potential buyers' term sheet, calls/emails with potential buyers | 2 | JS, NE |
| 14-May-10 | Negotiations with potential buyer | 5 | JS, NE |
| 15-May-10 | Negotiations with potential buyer | 2 | JS, NE |
| 16-May-10 | Negotiations with potential buyer | 3 | JS, NE |
| 17-May-10 | Evaluation of Offers, term sheet revisions, update with client | 12 | JS, NE |
| 18-May-10 | Revisions to term sheet, update with client | 12 | JS, NE |
| 19-May-10 | Evaluation of capital structures and modeling of 2010 forecast, update with client, outreach to mezzanine funds | 14 | JS, NE |
| 20-May-10 | Negotiations with RKF, preperation of filings for transaction expenses, evaluation of capital structure and modeling of 2010 forecast, outreach to mezzanine funds | 10 | JS, NE |
| 21-May-10 | Outreach to mezzanine funds, evaluation of capital structure and modeling of 2010 forecast | 12 | JS, NE |
| 24-May-10 | Negotiation of NDA with Mezzanine funds, negotiation of LOI | 10 | JS, NE |
| 25-May-10 | Evaluation of capital structure and 2010 forecast, negotiation of NDA with Mezzanine funds, update with client | 14 | JS, NE |
| 26-May-10 | Negotiation of NDA with Mezzanine funds, meeting with mezzanine fund, meeting with potential buyer | 10 | JS, NE |
| 27-May-10 | Information request from mezzanine fund, work on budget | 6 | JS, NE |
| 28-May-10 | Completion of NDA with mezzanine funds | 3 | JS, NE |



ATLAS STRATEGIC ADVISORS, LLC
140 E. 45th Street, Flr 23
New York, NY 10017

June 17, 2010

Debtors
Attn: Cheryl Moorman
c/o Rock & Republic Enterprises, Inc.
3523 Eastham Drive
Culver City, CA 90232

INVOICE # 0006 - Rock & Republic Enterprises, Inc. - Project Rome

**Description**  Amount (US$)

| Date | Team | Description | Amount |
|---|---|---|---|
| 1-May-10 | JS,NE | Confidential Information Memo Sent to potential buyer | $44.75 |
| 1-May-10 | JS,NE | Confidential Information Memo Sent to potential buyer | $44.75 |
| 1-May-10 | JS,NE | Calls to potential buyers re: Info Memo | $8.45 |
| 3-May-10 | JS,NE | Confidential Information Memo Sent to potential buyer | $36.97 |
| 3-May-10 | JS,NE | Confidential Information Memo Sent to potential buyer | $17.99 |
| 3-May-10 | JS,NE | Confidential Information Memo Sent to potential buyer | $39.96 |
| 3-May-10 | JS,NE | Confidential Information Memo Sent to potential buyer | $37.29 |
| 3-May-10 | JS,NE | Confidential Information Memo Sent to potential buyer | $39.96 |
| 3-May-10 | JS,NE | Confidential Information Memo Sent to potential buyer | $35.44 |
| 3-May-10 | JS,NE | Confidential Information Memo Sent to potential buyer | $33.62 |
| 3-May-10 | JS,NE | Confidential Information Memo Sent to potential buyer | $36.45 |
| 3-May-10 | JS,NE | Confidential Information Memo Sent to potential buyer | $24.11 |
| 3-May-10 | JS,NE | Confidential Information Memo Sent to potential buyer | $41.21 |
| 3-May-10 | JS,NE | Confidential Information Memo Sent to potential buyer | $39.96 |
| 3-May-10 | JS,NE | Confidential Information Memo Sent to potential buyer | $15.01 |
| 3-May-10 | JS,NE | Confidential Information Memo Sent to potential buyer | $44.59 |
| 3-May-10 | JS,NE | Confidential Information Memo Sent to potential buyer | $36.45 |
| 3-May-10 | JS,NE | Confidential Information Memo Sent to potential buyer | $14.19 |
| 3-May-10 | JS,NE | Confidential Information Memo Sent to potential buyer | $14.19 |
| 3-May-10 | JS,NE | Confidential Information Memo Sent to potential buyer | $26.25 |
| 3-May-10 | JS,NE | Confidential Information Memo Sent to potential buyer | $23.57 |
| 3-May-10 | JS,NE | Confidential Information Memo Sent to potential buyer | $44.59 |
| 3-May-10 | JS,NE | Confidential Information Memo Sent to potential buyer | $14.19 |
| 3-May-10 | JS,NE | Calls to potential buyers re: Info Memo | $11.06 |
| 3-May-10 | JS | Taxi in NYC - working late | $6.21 |
| 4-May-10 | JS,NE | Evening meal - working late | $33.90 |
| 4-May-10 | JS | Taxi in NYC - conference call with potential buyer | $8.05 |
| 4-May-10 | JS | Taxi in NYC - working late | $5.60 |
| 5-May-10 | JS | Taxi in NYC - working late | $5.90 |
| 6-May-10 | JS | Taxi in NYC - working late | $8.40 |
| 6-May-10 | JS | Taxi in NYC - working late | $8.05 |
| 11-May-10 | JS | Taxi in NYC - working late | $8.70 |
| 12-May-10 | JS | Breakfast Mtg w/ J Seifer | $83.62 |
| 12-May-10 | JS | Taxi in NYC - working late | $18.02 |
| 13-May-10 | JS | Taxi in NYC - working late | $7.60 |
| 13-May-10 | JS | Taxi in NYC - working late | $12.65 |
| 14-May-10 | JS | Taxi in NYC - working late | $5.40 |
| 17-May-10 | JS | Breakfast meeting with potential buyer | $99.92 |
| 17-May-10 | JS | Taxi in NYC - meeting to office | $6.00 |
| 17-May-10 | JS,NE | Evening meal - working late | $35.00 |
| 25-May-10 | JS,NE | Evening meal - working late | $28.04 |
| 26-May-10 | JS | Taxi in NYC - working late | $8.00 |
| 28-May-10 | JS | Taxi in NYC - working late | $7.60 |
| 28-May-10 | JS,NE | Follow-up calls to potential buyers re: Confidential Information Memo | $15.70 |

*Expenses incurred as per our engagement letter dated March 26, 2010*

**Total**  $1,137.36

*Kindly wire payment to:*  Atlas Strategic Advisors, LLC
Acc # 74396909
Citibank N.A.
Routing # 021-0000-89
Branch # 165
95 Pondfield Road
Bronxville, NY 10708