UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ROCK & REPUBLIC ENTERPRISES, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 10-17728 (AJG)<br><br>(Jointly Administered) |

**FIRST STATEMENT SUBMITTED IN COMPLIANCE WITH ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 331 ESTABLISHING PROCEDURES FOR INTERIM MONTHLY COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS FOR THE PERIOD APRIL 15, 2010 THROUGH MAY 31, 2010**

The statement of FTI Consulting, Inc. ("FTI") as financial advisor to the Official Committee of Unsecured Creditors of Rock & Republic Enterprises, Inc. ("R&R") and Triple R., Inc. ("TR"), debtors and debtors in possession, (collectively, the "Debtors") in accordance with the Order Pursuant to sections 105(a) and 331, of title 11, United States Code establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals (the "Order") entered by the Honorable Arthur J. Gonzalez, United States Bankruptcy Judge, in room 523 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY, on April 29, 2010, does respectfully represent and allege as follows:

    1.    The fees and disbursements recorded during the period from April 15, 2010 through and including May 31, 2010 (the "First Period") amount to:

| | |
|---|---:|
| Fees Incurred for First Period | $124,826.00 |
| Fees Requested for First Period (80% Fees Incurred) | 99,860.80 |
| A. Fees Billed | 99,860.80 |
| B. Disbursements | 0.00 |
| **TOTAL** | **$99,860.80** |

As stated in the FTI Retention Application, FTI has agreed to seek compensation on an hourly basis, plus reimbursement of actual and necessary expenses for the First Period. Total fees for the First Period based on actual billing rates were $124,826.00 for a total of 194.0 hours incurred. FTI seeks 80% of the requested fees in the amount of $99,860.80 and 100% of expenses in the amount of $0.00 for the First Period.

2. The professionals providing services and the aggregate hours spent by each professional during the First Period are set forth in the schedule annexed hereto as Exhibit "A."

3. A summary of services rendered and time charges under each service category during the First Period are set forth in the schedule annexed hereto as Exhibit "B."

4. Detailed time entry by services rendered during the First Period is set forth in the schedule annexed hereto as Exhibit "C."

6. A summary of disbursements by category is set forth in the schedule annexed hereto as Exhibit "D".

7. The professionals at FTI record all of their time expended in connection with this engagement in increments of tenths (1/10) of an hour. The time recorded to matters is thereafter billed at the prevailing hourly rates. Disbursements, as they are recorded in FTI's computer records, are thereafter generally billed to each client as applicable. The disbursements in this Fee Statement conform with the limits as set forth in the Administrative Orders of the United States Bankruptcy Court for the Southern District of New York dated August 10, 1991 and August 19, 1995.

Dated: New York, New York
June 21, 2010

>FTI CONSULTING, INC.
>Financial Advisors to the Official Committee of Unsecured Creditors of Rock & Republic Enterprises, Inc., *et al*.
>
>By: /s/ Steven Simms
>Steven Simms
>Senior Managing Director
>Three Times Square
>New York, New York 10036
>(212) 841-9369

** The fees and disbursements requested in this Fee Statement shall be authorized to be paid to the requesting party by the Debtor without further Notice and without a hearing unless, within fifteen (15) days after service of this Fee Statement, an objection is filed with the Clerk of the Bankruptcy Court and served upon FTI Consulting Inc. and those parties identified in the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals

Check and wire transfer instructions are as follows:

| **By Check Remit to:** | **By Wire Transfer Remit to:** |
|---|---|
| FTI Restructuring | ABA # 026009593 |
| PO Box 631916 | Bank of America |
| Baltimore, MD 21263-1916 | FTI Consulting, Inc. |
| | Account #003939577164 |
| | Tax ID #22-3026953 |

Project No. 423829.0001

**EXHIBIT A**
**ROCK & REPUBLIC ENTERPRISES, INC., CASE NO. 10-11728**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD APRIL 15, 2010 TO MAY 31, 2010*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Eisenband, Michael | Senior Managing Director | 885 | 2.0 | 1,770.00 |
| Simms, Steven | Senior Managing Director | 885 | 27.3 | 24,160.50 |
| Cordasco, Michael | Managing Director | 725 | 88.2 | 63,945.00 |
| Bernsohn, Sean | Senior Consultant | 515 | 51.9 | 26,728.50 |
| Schondelmeier, Kathryn | Senior Consultant | 515 | 2.5 | 1,287.50 |
| Creagh, Kristina | Consultant | 355 | 1.2 | 426.00 |
| Lloyd, Brian | Consultant | 370 | 6.9 | 2,553.00 |
| Fabiaschi, Emily | Consultant | 370 | 3.9 | 1,443.00 |
| Hellmund-Mora, Marili | Associate | 250 | 9.6 | 2,400.00 |
| Herold, Christopher | Associate | 225 | 0.5 | 112.50 |
| **TOTAL** | | | **194.0** | **$ 124,826.00** |

**EXHIBIT B**
**ROCK & REPUBLIC ENTERPRISES, INC., CASE NO. 10-11728**
**SUMMARY OF HOURS BY TASK**
*FOR THE PERIOD APRIL 15, 2010 TO MAY 31, 2010*

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 2.6 | 1,633.00 |
| 2 | Cash & Liquidity Analysis | 19.8 | 12,550.00 |
| 3 | Financing Matters (DIP, Exit, Other) | 11.6 | 8,810.00 |
| 4 | Trade Vendor Issues | 0.5 | 362.50 |
| 5 | Real Estate Issues | 2.7 | 1,516.50 |
| 6 | Asset Sales | 24.7 | 17,479.50 |
| 11 | Prepare for and Attend Court Hearings | 1.0 | 837.00 |
| 12 | Analysis of SOFAs & SOALs | 22.9 | 12,788.00 |
| 13 | Analysis of Other Miscellaneous Motions | 12.4 | 9,438.00 |
| 14 | Analysis of Claims/Liab Subject to Compromise | 1.3 | 974.50 |
| 19 | Case Management | 19.2 | 11,980.00 |
| 20 | General Mtgs with Debtor & Debtors' Professionals | 20.3 | 13,989.50 |
| 21 | General Mtgs with UCC & UCC Counsel | 23.9 | 17,781.50 |
| 23 | Firm Retention | 29.9 | 14,386.00 |
| 24 | Preparation of Fee Application and Fee Examiner Interaction | 1.2 | 300.00 |
| | **TOTAL** | **194.0** | **$124,826.00** |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 4/20/2010 | Cordasco, Michael | 0.2 | Research and review case related news. |
| 1 | 4/28/2010 | Cordasco, Michael | 0.7 | Review current and historical financials. |
| 1 | 5/18/2010 | Cordasco, Michael | 0.5 | Review data response from Debtors. |
| 1 | 5/31/2010 | Schondelmeier, Kathryn | 1.2 | Review operating results. |
|  |  | **Total Task No. 1** | **2.6** |  |
| 2 | 4/21/2010 | Cordasco, Michael | 0.3 | Review 13 week cash flow draft. |
| 2 | 4/23/2010 | Cordasco, Michael | 0.3 | Participate in call with Debtors re: cash analysis. |
| 2 | 4/23/2010 | Bernsohn, Sean | 0.7 | Review and participate in discussion re: 13 week cash flow. |
| 2 | 4/26/2010 | Bernsohn, Sean | 0.9 | Participate in call with Debtor re: cash. |
| 2 | 4/30/2010 | Cordasco, Michael | 0.7 | Perform review of revised cash flow analysis. |
| 2 | 4/30/2010 | Bernsohn, Sean | 2.1 | Create slides for liquidity weekly update for the Committee presentation. |
| 2 | 5/2/2010 | Bernsohn, Sean | 2.1 | Prepare and analyze comparison re: 13 week cash flow. |
| 2 | 5/3/2010 | Cordasco, Michael | 0.5 | Review updated cash flow analysis. |
| 2 | 5/3/2010 | Bernsohn, Sean | 1.2 | Participate in discussion with Counsel re: cash flow issues. |
| 2 | 5/5/2010 | Cordasco, Michael | 0.5 | Prepare cash questions for Debtors. |
| 2 | 5/5/2010 | Cordasco, Michael | 1.1 | Participate in call with Debtor and Debtor Advisors re: cash update. |
| 2 | 5/10/2010 | Cordasco, Michael | 0.5 | Review updated cash budget. |
| 2 | 5/11/2010 | Cordasco, Michael | 1.4 | Prepare, review and edit cumulative cash file. |
| 2 | 5/20/2010 | Bernsohn, Sean | 1.9 | Compare cash flow forecast update and create variance analysis. |
| 2 | 5/21/2010 | Cordasco, Michael | 0.4 | Participate in discussion re: updated cash forecast. |
| 2 | 5/24/2010 | Simms, Steven | 0.4 | Review cash flow budget. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 5/24/2010 | Cordasco, Michael | 0.7 | Review updated 13 week cash flow. |
| 2 | 5/24/2010 | Cordasco, Michael | 0.7 | Participate in call with debtors re: 13 week cash flow comments. |
| 2 | 5/24/2010 | Cordasco, Michael | 0.6 | Review revised 13 week cash flow. |
| 2 | 5/24/2010 | Cordasco, Michael | 0.5 | Prepare summary of 13 week cash flows for Committee. |
| 2 | 5/25/2010 | Cordasco, Michael | 0.5 | Prepare comparison of recent 13 week cash flow to prior version. |
| 2 | 5/25/2010 | Cordasco, Michael | 0.6 | Participate in call with Debtors re: modified cash budget. |
| 2 | 5/25/2010 | Cordasco, Michael | 0.6 | Review updated cash flow budget. |
| 2 | 5/25/2010 | Cordasco, Michael | 0.6 | Review updated final version of cash flow budget. |
| | | **Total Task No. 2** | **19.8** | |
| 3 | 4/21/2010 | Cordasco, Michael | 0.6 | Review factoring motion. |
| 3 | 4/29/2010 | Cordasco, Michael | 0.7 | Review draft report to committee re: financing. |
| 3 | 4/29/2010 | Cordasco, Michael | 0.4 | Prepare financing summary. |
| 3 | 4/30/2010 | Cordasco, Michael | 1.2 | Participate in call with Counsel re: cash collateral. |
| 3 | 4/30/2010 | Cordasco, Michael | 0.6 | Review markup of CIT motion. |
| 3 | 4/30/2010 | Cordasco, Michael | 1.1 | Participate in call with Debtor Counsel re: Koral agreement. |
| 3 | 4/30/2010 | Simms, Steven | 0.4 | Review Koral agreement. |
| 3 | 4/30/2010 | Simms, Steven | 0.9 | Participate in call with Debtor Counsel re: Koral agreement. |
| 3 | 4/30/2010 | Simms, Steven | 0.7 | Participate in call with Counsel re: cash collateral issues. |
| 3 | 5/7/2010 | Cordasco, Michael | 0.4 | Review the Koral settlement agreement. |
| 3 | 5/10/2010 | Cordasco, Michael | 0.5 | Review the redline factor order. |
| 3 | 5/14/2010 | Cordasco, Michael | 0.5 | Participate in call with Counsel re: due diligence / Koral distribution agreement. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 3 | 5/14/2010 | Cordasco, Michael | 0.4 | Review revised draft of distribution agreement. |
| 3 | 5/14/2010 | Cordasco, Michael | 0.4 | Review executed financing agreement re: breakup fee. |
| 3 | 5/18/2010 | Cordasco, Michael | 0.3 | Review proposed changes to Koral agreement. |
| 3 | 5/24/2010 | Simms, Steven | 0.2 | Correspond re: DIP line items and budget. |
| 3 | 5/24/2010 | Cordasco, Michael | 0.4 | Review limited objection re: CIT. |
| 3 | 5/24/2010 | Cordasco, Michael | 0.5 | Participate in call with Counsel re: CIT motion. |
| 3 | 5/25/2010 | Simms, Steven | 0.3 | Correspond re: DIP issues and budget. |
| 3 | 5/25/2010 | Cordasco, Michael | 0.6 | Participate in call with CIT re: factor motion. |
| 3 | 5/25/2010 | Cordasco, Michael | 0.5 | Participate in call with Counsel re: factor facility. |
| | | **Total Task No.3** | **11.6** | |
| 4 | 4/19/2010 | Cordasco, Michael | 0.5 | Review draft distribution contract rejection motion. |
| | | **Total Task No. 4** | **0.5** | |
| 5 | 4/19/2010 | Cordasco, Michael | 0.6 | Review property lease rejection motions. |
| 5 | 4/26/2010 | Bernsohn, Sean | 1.2 | Review lease rejection notes |
| 5 | 4/26/2010 | Bernsohn, Sean | 0.9 | Participate in discussion with market participants re: market value of properties. |
| | | **Total Task No. 5** | **2.7** | |
| 6 | 4/28/2010 | Cordasco, Michael | 0.6 | Review Roth teaser document. |
| 6 | 4/28/2010 | Cordasco, Michael | 0.7 | Review Atlas teaser document. |
| 6 | 4/29/2010 | Cordasco, Michael | 0.6 | Review Atlas potential financing contact list. |
| 6 | 4/29/2010 | Cordasco, Michael | 1.1 | Perform review of received financing bids. |
| 6 | 4/29/2010 | Cordasco, Michael | 0.5 | Prepare list of question for financing call with Atlas. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 4/30/2010 | Cordasco, Michael | 1.2 | Participate in call with Atlas re: financing update. |
| 6 | 4/30/2010 | Simms, Steven | 0.8 | Participate in call with Debtor re: M&A process. |
| 6 | 4/30/2010 | Bernsohn, Sean | 1.1 | Participate in call with Atlas re: M&A activity. |
| 6 | 5/3/2010 | Simms, Steven | 0.4 | Review information on sale in preparation for the Committee call. |
| 6 | 5/11/2010 | Cordasco, Michael | 0.8 | Review received Letters of Intent (LOIs). |
| 6 | 5/11/2010 | Cordasco, Michael | 0.7 | Prepare summary of LOIs for the Committee. |
| 6 | 5/11/2010 | Simms, Steven | 0.7 | Participate in call with Committee re: offers and related items. |
| 6 | 5/11/2010 | Simms, Steven | 0.4 | Review offers on business. |
| 6 | 5/13/2010 | Simms, Steven | 0.6 | Review LOI summary. |
| 6 | 5/13/2010 | Cordasco, Michael | 0.5 | Participate in discussion with Atlas re: update on LOIs. |
| 6 | 5/13/2010 | Cordasco, Michael | 0.2 | Prepare summary of key LOI terms. |
| 6 | 5/14/2010 | Cordasco, Michael | 0.8 | Review and edit of M&A presentation. |
| 6 | 5/14/2010 | Cordasco, Michael | 0.7 | Review and update the presentation to the Committee on LOI's. |
| 6 | 5/14/2010 | Simms, Steven | 0.6 | Review presentation for the Committee on sale process. |
| 6 | 5/14/2010 | Bernsohn, Sean | 2.4 | Create and edit presentation for the Committee on sale process. |
| 6 | 5/14/2010 | Simms, Steven | 0.6 | Participate in call with potential buyer's counsel. |
| 6 | 5/17/2010 | Cordasco, Michael | 0.5 | Participate in call with Atlas re: updated LOIs. |
| 6 | 5/17/2010 | Cordasco, Michael | 0.4 | Review updated LOIs. |
| 6 | 5/17/2010 | Cordasco, Michael | 0.7 | Review and compile buyer list statistics. |
| 6 | 5/17/2010 | Cordasco, Michael | 0.3 | Review Atlas offer summary. |
| 6 | 5/17/2010 | Cordasco, Michael | 0.4 | Review recently received LOI. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 5/17/2010 | Bernsohn, Sean | 1.2 | Review termsheets and case updates. |
| 6 | 5/18/2010 | Cordasco, Michael | 0.6 | Participate in call with Debtors re: M&A process |
| 6 | 5/18/2010 | Cordasco, Michael | 0.5 | Attend meeting re: M&A process. |
| 6 | 5/18/2010 | Simms, Steven | 0.4 | Review bids and LOI's. |
| 6 | 5/18/2010 | Simms, Steven | 0.3 | Participate in call with Investment Banker (IB) on bids. |
| 6 | 5/25/2010 | Cordasco, Michael | 0.4 | Correspond with Debtors re: M&A update. |
| 6 | 5/25/2010 | Simms, Steven | 0.2 | Correspond re: status of sale related items. |
| 6 | 5/26/2010 | Cordasco, Michael | 0.6 | Participate in call with Atlas re: status of agreement with purchaser. |
| 6 | 5/26/2010 | Cordasco, Michael | 0.3 | Prepare summary re: status of purchase agreement for Counsel. |
| 6 | 5/26/2010 | Simms, Steven | 0.2 | Participate in discussion re: update on sale and related items. |
| 6 | 5/27/2010 | Cordasco, Michael | 0.4 | Prepare summary re: status of M&A for Committee. |
| 6 | 5/31/2010 | Schondelmeier, Kathryn | 1.3 | Review LOI and asset sale proposals. |
|   |   | **Total Task No. 6** | **24.7** |   |
| 11 | 5/26/2010 | Simms, Steven | 0.7 | Attend hearing on DIP, retention and other matters. |
| 11 | 5/26/2010 | Cordasco, Michael | 0.3 | Participate in meeting with Counsel re: Hearing re: DIP, retention, and other matters. |
|   |   | **Total Task No. 11** | **1.0** |   |
| 12 | 5/4/2010 | Cordasco, Michael | 1.2 | Review SOFAs / SOALs. |
| 12 | 5/4/2010 | Bernsohn, Sean | 2.2 | Prepare summary of SOFA and SOAL schedules. |
| 12 | 5/4/2010 | Creagh, Kristina | 1.2 | Review Schedule F for claims greater than $100K. |
| 12 | 5/5/2010 | Lloyd, Brian | 0.9 | Prepare summary of SOAL / SOFAs as of the filing date. |
| 12 | 5/5/2010 | Lloyd, Brian | 1.4 | Prepare summary schedule of assets and liabilities (SOALs). |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 12 | 5/5/2010 | Lloyd, Brian | 1.7 | Prepare summary of Schedule F - creditors holding unsecured non-priority claims. |
| 12 | 5/5/2010 | Lloyd, Brian | 0.8 | Prepare summary of payments made to insiders within one year prior to the filing date. |
| 12 | 5/5/2010 | Cordasco, Michael | 0.7 | Review the SOFA/Schedules summary presentation. |
| 12 | 5/5/2010 | Cordasco, Michael | 0.5 | Review Triple R SOFA/Schedules. |
| 12 | 5/5/2010 | Bernsohn, Sean | 1.2 | Review SOFA and SOALs. |
| 12 | 5/6/2010 | Lloyd, Brian | 1.3 | Update analysis of SOFAs and SOALs. |
| 12 | 5/7/2010 | Cordasco, Michael | 0.6 | Prepare and review questions re: SOFAs / SOALs. |
| 12 | 5/11/2010 | Cordasco, Michael | 0.7 | Prepare summary of payments to insiders. |
| 12 | 5/13/2010 | Cordasco, Michael | 1.1 | Review recently received analysis from Debtors re: financial performance / SOFAs. |
| 12 | 5/13/2010 | Cordasco, Michael | 0.3 | Participate in call with Counsel re: SOFAs/Schedules. |
| 12 | 5/14/2010 | Lloyd, Brian | 0.8 | Update the analysis of SOFAs & SOALs. |
| 12 | 5/14/2010 | Cordasco, Michael | 0.8 | Review supporting documents re: SOAL/SOFA. |
| 12 | 5/17/2010 | Cordasco, Michael | 0.5 | Review SOFA/Schedule memo from Counsel. |
| 12 | 5/17/2010 | Bernsohn, Sean | 1.9 | Review and update SOFA/ SOALS presentation. |
| 12 | 5/17/2010 | Simms, Steven | 0.6 | Review and revise report for Committee on sale and SOFA's, SOAL's. |
| 12 | 5/17/2010 | Cordasco, Michael | 1.1 | Review and update the presentation to the Committee on SOFA/SOAL. |
| 12 | 5/18/2010 | Simms, Steven | 0.6 | Review and revise the Committee report on sale process and SOFA and SOAL's. |
| 12 | 5/18/2010 | Cordasco, Michael | 0.8 | Review and update the presentation to the Committee on SOFA and SOALS. |
| | | **Total Task No. 12** | **22.9** | |
| 13 | 4/19/2010 | Simms, Steven | 0.8 | Review information related to upcoming motions. |
| 13 | 4/19/2010 | Cordasco, Michael | 0.8 | Review Debtor professional retention applications. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 13 | 4/19/2010 | Cordasco, Michael | 0.3 | Participate in call with Counsel re: Atlas retention. |
| 13 | 4/20/2010 | Cordasco, Michael | 0.6 | Review and provide comment on Atlas retention. |
| 13 | 4/20/2010 | Cordasco, Michael | 0.4 | Participate in discussion re: Atlas retention. |
| 13 | 4/21/2010 | Cordasco, Michael | 0.6 | Review first day motions. |
| 13 | 4/21/2010 | Cordasco, Michael | 0.4 | Participate in call with Counsel re: first day motions. |
| 13 | 4/21/2010 | Simms, Steven | 0.5 | Participate in call with Counsel first day motions. |
| 13 | 4/26/2010 | Cordasco, Michael | 0.4 | Participate in discussion with Counsel and Debtor re: Atlas coordination. |
| 13 | 4/26/2010 | Cordasco, Michael | 0.7 | Review proposed terms to Atlas retention agreement. |
| 13 | 4/26/2010 | Simms, Steven | 0.6 | Correspond re: Atlas retention. |
| 13 | 4/27/2010 | Cordasco, Michael | 0.8 | Prepare document re: definitions for Atlas retention. |
| 13 | 4/27/2010 | Cordasco, Michael | 0.4 | Attend meeting re: Atlas retention. |
| 13 | 4/27/2010 | Cordasco, Michael | 0.5 | Review comparable retention letters. |
| 13 | 4/27/2010 | Cordasco, Michael | 0.5 | Review updated Atlas draft retention papers.. |
| 13 | 4/27/2010 | Cordasco, Michael | 0.5 | Participate in call with Counsel re: Atlas retention. |
| 13 | 4/27/2010 | Simms, Steven | 0.2 | Correspond re: Atlas retention. |
| 13 | 4/27/2010 | Simms, Steven | 0.7 | Prepare modifications to Atlas agreement. |
| 13 | 4/27/2010 | Cordasco, Michael | 0.6 | Participate in call with Debtors re: Atlas application. |
| 13 | 5/6/2010 | Cordasco, Michael | 0.8 | Review proposed amendments to Atlas retention agreement. |
| 13 | 5/6/2010 | Cordasco, Michael | 0.5 | Participate in call with Counsel re: modifications to Atlas retention agreement. |
| 13 | 5/7/2010 | Cordasco, Michael | 0.3 | Participate in call with Counsel re: Atlas retention application. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 13 | 5/18/2010 | Cordasco, Michael | 0.5 | Participate in call with Counsel re: motions for May 26th hearing. |
| | | **Total Task No. 13** | **12.4** | |
| 14 | 5/26/2010 | Simms, Steven | 0.2 | Participate in discussion with Debtor re: Rodeo claim and case. |
| 14 | 5/27/2010 | Cordasco, Michael | 0.6 | Review and prepare claims reconciliation analysis. |
| 14 | 5/27/2010 | Cordasco, Michael | 0.5 | Participate in call with Counsel re: claims. |
| | | **Total Task No. 14** | **1.3** | |
| 19 | 4/15/2010 | Simms, Steven | 0.4 | Review case information. |
| 19 | 4/16/2010 | Bernsohn, Sean | 2.8 | Review case materials and first day docket filings. |
| 19 | 4/16/2010 | Bernsohn, Sean | 1.3 | Review case materials and draft request outline. |
| 19 | 4/16/2010 | Simms, Steven | 0.5 | Correspond re: information request and pending motions. |
| 19 | 4/19/2010 | Cordasco, Michael | 0.6 | Prepare and review initial request list. |
| 19 | 4/19/2010 | Bernsohn, Sean | 2.9 | Review court filings in order to prepare draft re: due diligence list. |
| 19 | 4/20/2010 | Bernsohn, Sean | 1.1 | Correspond re: case status and issues. |
| 19 | 4/20/2010 | Simms, Steven | 0.4 | Correspond re: case issues. |
| 19 | 4/21/2010 | Cordasco, Michael | 0.3 | Review and edit agenda for meeting. |
| 19 | 4/23/2010 | Simms, Steven | 0.3 | Correspond re: case status and issues. |
| 19 | 4/26/2010 | Cordasco, Michael | 0.3 | Correspond re: confidentiality agreements. |
| 19 | 4/27/2010 | Cordasco, Michael | 0.4 | Review confidentiality agreement. |
| 19 | 4/28/2010 | Eisenband, Michael | 1.0 | Review case status and related issues. |
| 19 | 4/28/2010 | Cordasco, Michael | 0.4 | Review and update outstanding request list. |
| 19 | 4/28/2010 | Cordasco, Michael | 0.3 | Review confidentiality agreement. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 19 | 4/28/2010 | Cordasco, Michael | 0.8 | Coordinate the negotiation of confidentiality agreement. |
| 19 | 4/30/2010 | Bernsohn, Sean | 2.4 | Create and update due diligence checklist. |
| 19 | 5/3/2010 | Cordasco, Michael | 0.6 | Prepare summary of case issues. |
| 19 | 5/4/2010 | Cordasco, Michael | 0.5 | Attend meeting to discuss case status and next steps. |
| 19 | 5/6/2010 | Bernsohn, Sean | 0.4 | Review updated due diligence request list. |
| 19 | 5/10/2010 | Eisenband, Michael | 0.5 | Update on case timeline and strategy. |
| 19 | 5/11/2010 | Cordasco, Michael | 0.3 | Participate in call with Debtors re: open request items. |
| 19 | 5/11/2010 | Bernsohn, Sean | 0.7 | Update request list. |
| | | **Total Task No. 19** | **19.2** | |
| 20 | 4/18/2010 | Simms, Steven | 0.8 | Participate in call with Debtor re: case background and strategy. |
| 20 | 4/18/2010 | Cordasco, Michael | 0.4 | Prepare agenda for initial call with Debtor advisors. |
| 20 | 4/18/2010 | Cordasco, Michael | 1.0 | Participate in call with Debtor re: case background and strategy |
| 20 | 4/18/2010 | Bernsohn, Sean | 1.0 | Participate in call with Debtor re: case background. |
| 20 | 4/21/2010 | Simms, Steven | 1.5 | Prepare for and attend meeting with Debtor re: case background and issues. |
| 20 | 4/21/2010 | Cordasco, Michael | 1.7 | Prepare for and attend meeting with Debtors' professionals re: case background. |
| 20 | 4/21/2010 | Bernsohn, Sean | 1.3 | Attend meeting with Debtors' professionals re: case background. |
| 20 | 4/21/2010 | Bernsohn, Sean | 1.2 | Prepare for meeting with Debtors' professionals re: case background. |
| 20 | 4/28/2010 | Cordasco, Michael | 0.3 | Participate in call with Debtors re: case status update. |
| 20 | 4/28/2010 | Bernsohn, Sean | 1.9 | Participate in call with Atlas re: data requests. |
| 20 | 4/29/2010 | Cordasco, Michael | 0.5 | Participate in call with Debtors re: case status update. |
| 20 | 5/4/2010 | Cordasco, Michael | 0.4 | Participate in call with Debtors re: outstanding request list. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 20 | 5/5/2010 | Cordasco, Michael | 0.4 | Prepare agenda for meeting with debtors and correspond with counsel re: same. |
| 20 | 5/6/2010 | Cordasco, Michael | 2.3 | Attend meeting with Committee, Debtors, and Counsel re: sale process and issues. |
| 20 | 5/6/2010 | Bernsohn, Sean | 1.8 | Attend meeting with Committee Counsel and Debtors re: sale process and issues. |
| 20 | 5/6/2010 | Cordasco, Michael | 0.7 | Review debtor materials in preparation for meeting. |
| 20 | 5/6/2010 | Simms, Steven | 2.3 | Attend meeting with Debtor and Committee re: sale process and sale issues. |
| 20 | 5/10/2010 | Simms, Steven | 0.3 | Participate in call with Debtor re: sale process. |
| 20 | 5/13/2010 | Cordasco, Michael | 0.5 | Participate in call with Debtors re: information request. |
|  |  | **Total Task No. 20** | **20.3** |  |
| 21 | 4/15/2010 | Eisenband, Michael | 0.5 | Participate in Conference call with Creditor Committee and Counsel re: strategy. |
| 21 | 4/19/2010 | Simms, Steven | 1.6 | Attend meeting with Counsel re: first day motions. |
| 21 | 4/19/2010 | Cordasco, Michael | 1.4 | Attend meeting with Counsel re: first day motions. |
| 21 | 4/19/2010 | Bernsohn, Sean | 1.2 | Attend meeting with Committee Counsel re: first day motions. |
| 21 | 4/20/2010 | Cordasco, Michael | 0.5 | Participate in call with Counsel re: status update. |
| 21 | 4/22/2010 | Simms, Steven | 1.2 | Participate in call with Committee re: case status and pending motions. |
| 21 | 4/22/2010 | Cordasco, Michael | 0.7 | Prepare for initial call with Committee. |
| 21 | 4/22/2010 | Cordasco, Michael | 1.6 | Participate in call with Committee re: case status and pending motions. |
| 21 | 4/22/2010 | Cordasco, Michael | 0.5 | Participate in call with Committee member re: lease rejection. |
| 21 | 4/22/2010 | Bernsohn, Sean | 1.3 | Participate in call with Committee re: case status and pending motions. |
| 21 | 4/23/2010 | Cordasco, Michael | 0.4 | Participate in call with Counsel re: request list and confidentiality agreement. |
| 21 | 4/27/2010 | Simms, Steven | 0.7 | Prepare for and participate on Committee call. |
| 21 | 4/27/2010 | Cordasco, Michael | 0.9 | Participate in weekly call with Committee. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 21 | 4/30/2010 | Cordasco, Michael | 0.4 | Participate in call with Counsel re: case status update. |
| 21 | 5/3/2010 | Cordasco, Michael | 0.3 | Coordinate Committee call. |
| 21 | 5/3/2010 | Simms, Steven | 0.7 | Participate in call with Committee on Koral and other items. |
| 21 | 5/3/2010 | Bernsohn, Sean | 0.9 | Participate in call with the Committee re: Koral and other items. |
| 21 | 5/4/2010 | Cordasco, Michael | 0.4 | Participate in call with Counsel re: case status update. |
| 21 | 5/6/2010 | Cordasco, Michael | 0.7 | Prepare for Committee meeting re: sale process and issues. |
| 21 | 5/7/2010 | Simms, Steven | 0.4 | Participate in call with Counsel re: workplan. |
| 21 | 5/7/2010 | Cordasco, Michael | 0.6 | Participate in call with Counsel re: status update. |
| 21 | 5/11/2010 | Cordasco, Michael | 1.3 | Participate in call with Committee re: offers and related items. |
| 21 | 5/18/2010 | Cordasco, Michael | 0.4 | Coordinate with Counsel re: distribution agreement / fee application. |
| 21 | 5/18/2010 | Simms, Steven | 0.8 | Participate in call with Committee re: sale and related issues. |
| 21 | 5/18/2010 | Cordasco, Michael | 1.2 | Participate in call with Committee. |
| 21 | 5/24/2010 | Cordasco, Michael | 0.5 | Participate in call with Debtor re: upcoming motions and 13 week cash flows. |
| 21 | 5/25/2010 | Simms, Steven | 0.8 | Participate in Committee call re: DIP, sale process, LOI's, and related items. |
| 21 | 5/25/2010 | Simms, Steven | 0.2 | Participate in call with Creditor re: sale issues. |
| 21 | 5/25/2010 | Cordasco, Michael | 1.4 | Participate in call with Committee re: sale process, DIP, and LOI's. |
| 21 | 5/27/2010 | Simms, Steven | 0.4 | Participate in call with Counsel re: sale process, claims and other action steps. |
| | | **Total Task No. 21** | **23.9** | |
| 23 | 4/15/2010 | Hellmund-Mora, Marili | 1.6 | Prepare and review relationship check list and submit findings in connection with FTI's retention affidavit. |
| 23 | 4/19/2010 | Hellmund-Mora, Marili | 2.9 | Continue to review relationship check in preparation of FTI's retention affidavit. |
| 23 | 4/19/2010 | Hellmund-Mora, Marili | 1.1 | Prepare Exhibits A and B for the FTI retention affidavit. |

**EXHIBIT C**
**ROCK & REPUBLIC ENTERPRISES, INC., CASE NO. 10-11728**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD APRIL 15, 2010 TO MAY 31, 2010*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 23 | 4/19/2010 | Hellmund-Mora, Marili | 2.8 | Continue to review relationship check list and submit findings in connection with FTI's retention affidavit. |
| 23 | 4/22/2010 | Fabiaschi, Emily | 3.9 | Prepare draft retention affidavit and application. |
| 23 | 4/23/2010 | Bernsohn, Sean | 2.8 | Prepare retention application. |
| 23 | 4/23/2010 | Bernsohn, Sean | 0.6 | Update the retention application. |
| 23 | 4/23/2010 | Cordasco, Michael | 0.5 | Review initial draft of the retention application. |
| 23 | 4/27/2010 | Cordasco, Michael | 0.3 | Attend meeting re: retention application. |
| 23 | 5/6/2010 | Bernsohn, Sean | 0.4 | Review and update retention documents. |
| 23 | 5/6/2010 | Bernsohn, Sean | 1.3 | Review court documents and retention documents. |
| 23 | 5/7/2010 | Cordasco, Michael | 0.4 | Review Counsel's changes to retention application. |
| 23 | 5/10/2010 | Simms, Steven | 0.4 | Participate in call with Counsel re: retention issues. |
| 23 | 5/11/2010 | Cordasco, Michael | 0.5 | Review and update the retention application. |
| 23 | 5/11/2010 | Cordasco, Michael | 0.7 | Perform research of comparable fee structures for retention document. |
| 23 | 5/11/2010 | Bernsohn, Sean | 0.8 | Correspond re: fee study for retention documentation. |
| 23 | 5/11/2010 | Herold, Christopher | 0.5 | Perform research of professional retention comparables. |
| 23 | 5/17/2010 | Bernsohn, Sean | 1.1 | Update fee study to compare fees for various cases. |
| 23 | 5/17/2010 | Cordasco, Michael | 0.6 | Prepare information related to retention. |
| 23 | 5/18/2010 | Simms, Steven | 0.3 | Participate in call re: retention items. |
| 23 | 5/18/2010 | Cordasco, Michael | 0.4 | Review and update required information for retention documents. |
| 23 | 5/18/2010 | Cordasco, Michael | 0.3 | Continue to review and update required information related to retention. |
| 23 | 5/18/2010 | Cordasco, Michael | 0.4 | Participate in call with General Counsel re: objection response. |
| 23 | 5/19/2010 | Cordasco, Michael | 0.5 | Update retention papers to reflect hourly agreement. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 23 | 5/19/2010 | Cordasco, Michael | 0.4 | Review and update the professional fee study. |
| 23 | 5/19/2010 | Bernsohn, Sean | 0.9 | Review and update fee comparison study. |
| 23 | 5/20/2010 | Simms, Steven | 0.3 | Review and revise retention papers. |
| 23 | 5/20/2010 | Cordasco, Michael | 0.5 | Update retention papers to reflect negotiations. |
| 23 | 5/20/2010 | Cordasco, Michael | 0.4 | Update the application to incorporate updated negotiations. |
| 23 | 5/21/2010 | Cordasco, Michael | 0.6 | Participate in call with Counsel re: retention modifications. |
| 23 | 5/21/2010 | Bernsohn, Sean | 0.8 | Review and update retention documents. |
| 23 | 5/24/2010 | Cordasco, Michael | 0.3 | Review and update retention papers. |
| 23 | 5/26/2010 | Cordasco, Michael | 0.6 | Review retention agreements. |
|  |  | **Total Task No. 23** | **29.9** |  |
| 24 | 5/14/2010 | Hellmund-Mora, Marili | 0.6 | Review Rock & Republic billing to date. |
| 24 | 5/24/2010 | Hellmund-Mora, Marili | 0.6 | Review additional R&R billings to date. |
|  |  | **Total Task No. 24** | **1.2** |  |
|  |  | **Grand Total** | **194.0** |  |

# EXHIBIT D
## ROCK & REPUBLIC ENTERPRISES, INC., CASE NO. 10-11728
## SUMMARY OF EXPENSES BY CATEGORY
### *FOR THE PERIOD APRIL 15, 2010 TO MAY 31, 2010*

| Expense Category | Expense Total |
|---|---:|
| Ground Transportation | $0.00 |
| Airfare | 0.00 |
| Lodging | 0.00 |
| Business Meals | 0.00 |
| Other - Research | 0.00 |
| **Total Out-of-Pocket Expenses** | $ - |