Schuyler G. Carroll
James M. Sullivan
Jordana L. Renert
ARENT FOX LLP
1675 Broadway
New York, NY 10019
(212) 484-3900

Counsel for the Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
In re:                                               :
                                                     :          Chapter 11
                                                     :
ROCK & REPUBLIC ENTERPRISES, INC.,    :          Case No. 10-11728 (AJG)
*et al.*,                                            :
                                                     :          Jointly Administered
                           Debtors.                  :
-------------------------------------------------------- x

**MONTHLY STATEMENT OF ARENT FOX LLP FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD OF APRIL 12, 2010 THROUGH APRIL 30, 2010**

| | |
|---|---|
| Name of Applicant: | Arent Fox LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc pro tunc* to April 12, 2010 |
| Time Period: | April 12, 2010 – April 30, 2010 |
| Total Amount of Compensation for Professional Services: | $125,078.50 |
| *Less* Holdback pursuant to Order dated 04/29/10 (20%): | $ 25,015.70 |
| Interim Compensation for Professional Services (80%): | $100,062.80 |
| *Plus* Reimbursement for Actual and Necessary Expenses (100%): | $    880.92 |
| **TOTAL REQUESTED PAYMENT AT THIS TIME** | **$100,943.72** |

# ARENT FOX LLP

1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Rock & Republic of Official Committee of Unsecured
Creditors

Invoice Number 1258776
Invoice Date    06/22/10
Client Number   032509

--------------------------------------------------------------------------------

| Category | | Hours | Total |
|---|---|---:|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2010 | | | |
| 00000 | General | .00 | 880.92 |
| 00001 | Petition, Schedules, First Day Orders | 27.00 | 12,049.00 |
| 00002 | Case Management and Operating Reports | 14.70 | 6,687.00 |
| 00003 | Corporate and Business Matters | 1.40 | 966.00 |
| 00004 | Sale and Disposition of Assets | 3.50 | 2,463.00 |
| 00006 | Claims Administration and Objections | .40 | 144.00 |
| 00007 | Miscellaneous Motions and Objections | 43.80 | 20,327.50 |
| 00008 | Committee and Debtor Communications, Conference | 47.60 | 25,815.00 |
| 00010 | Professional Retention | 52.90 | 27,378.00 |
| 00012 | Cash Collateral and DIP Financing | 31.80 | 17,074.00 |
| 00014 | Real Estate and Leasing and Executory Contracts | 19.00 | 11,692.00 |
| 00015 | Creditor Inquiries | .70 | 483.00 |
| Totals | | 242.80 | 125,959.42 |

(00000) MATTER NUMBER
RE:   General

FOR PROFESSIONAL SERVICES RENDERED THROUGH: APRIL 30, 2010

FOR CHARGES:

| Date | Description | Amount |
|---|---|---|
| 04/28/10 | POSTAGE User Harold Rivera produced $3.15 in postage on 04/28/2010 at 13:59 hrs | 3.15 |
| | **TOTAL FOR: POSTAGE** | **3.15** |
| 04/20/10 | DUPLICATING SUMMARY User Jeffrey Whitaker copied 456 on 04/20/2010 at 12:31 hrs | 91.20 |
| 04/21/10 | DUPLICATING SUMMARY User Yolanda Cruz copied 16 on 04/21/2010 at 12:23 hrs | 3.20 |
| 04/23/10 | DUPLICATING SUMMARY User Yolanda Cruz copied 6 on 04/23/2010 at 16:50 hrs | 1.20 |
| 04/23/10 | DUPLICATING SUMMARY User Yolanda Cruz copied 4 on 04/23/2010 at 12:00 hrs | 0.80 |
| | **TOTAL FOR: DUPLICATING SUMMARY** | **96.40** |
| 04/23/10 | TELECOPIER User Yolanda Cruz faxed 2 pages to (212) 668-2255, on 04/23/2010 at 16:49 hrs | 3.00 |
| | **TOTAL FOR: TELECOPIER** | **3.00** |
| 04/13/10 | OVERTIME MEALS & CABS - JORDANA RENERT LATE NIGHT WORKING:CAB FARE | 20.12 |
| 04/14/10 | OVERTIME MEALS & CABS - JORDANA RENERT LATE NIGHT WORKING:CAB FARE | 19.20 |
| 04/15/10 | OVERTIME MEALS & CABS - JORDANA RENERT LATE NIGHT WORKING:CAB FARE | 21.90 |
| 04/16/10 | OVERTIME MEALS & CABS - JORDANA RENERT LATE NIGHT WORKING:CAB FARE | 24.70 |
| 04/19/10 | OVERTIME MEALS & CABS - JORDANA RENERT LATE NIGHT WORKING:CAB FARE | 20.10 |
| 04/20/10 | OVERTIME MEALS & CABS - JORDANA RENERT LATE NIGHT WORKING:CAB FARE | 22.20 |
| 04/22/10 | OVERTIME MEALS & CABS - JORDANA RENERT LATE NIGHT WORKING:CAB FARE | 20.10 |
| 04/26/10 | OVERTIME MEALS & CABS - JORDANA RENERT WORKING LATE CAB FARE | 19.30 |
| 04/27/10 | OVERTIME MEALS & CABS - JORDANA RENERT WORKING LATE CAB FARE | 21.70 |

|  | **TOTAL FOR: OVERTIME MEALS & CABS** | **189.32** |
|---|---|---|
| 04/14/10 | TAXICABS - CRC MANAGEMENT INC. DEST:<br>STAMFORD | 121.44 |
| 04/28/10 | TAXICABS - JAMES SULLIVAN<br>TRANSPORTATION TO/FROM HEARING | 37.40 |
|  | **TOTAL FOR: TAXICABS** | **158.84** |
| 04/16/10 | MEALS - SEAMLESS WEB PROFESSIONAL | 213.97 |
| 04/19/10 | MEALS - SEAMLESS WEB PROFESSIONAL | 24.91 |
| 04/20/10 | MEALS - SEAMLESS WEB PROFESSIONAL | 24.91 |
| 04/21/10 | MEALS - SEAMLESS WEB PROFESSIONAL | 116.60 |
| 04/21/10 | MEALS - SEAMLESS WEB PROFESSIONAL | 24.91 |
| 04/26/10 | MEALS - SEAMLESS WEB PROFESSIONAL | 24.91 |
|  | **TOTAL FOR: MEALS** | **430.21** |

------------

                    CURRENT CHARGES                            880.92

                    SUBTOTAL FOR THIS MATTER                  $880.92

(00001) MATTER NUMBER
RE:    Petition, Schedules, First Day Orders

FOR PROFESSIONAL SERVICES RENDERED THROUGH: APRIL 30, 2010

| Date | Timekeeper | | | Hours | Value |
|------|-----------|---|---|-------|-------|
| 04/12/10 | JR | RENERT | Telephone calls with S. Carroll and J. Sullivan regarding case issues. | .7 | 252.00 |
| 04/12/10 | JR | RENERT | Telephone call with S. Carroll, J. Sullivan and A. Spizz regarding status of case. | .4 | 144.00 |
| 04/12/10 | JR | RENERT | Begin review of first day motions. | 2.5 | 900.00 |
| 04/12/10 | GP | ANGELICH | Review first day papers and transfer of venue motion. | 3.8 | 2,014.00 |
| 04/13/10 | JR | RENERT | Continue review of all first day motions and orders. | 5.2 | 1,872.00 |
| 04/13/10 | JR | RENERT | Draft memo for committee summarizing all first day motions and counsel's proposed recommendations. | 5.3 | 1,908.00 |
| 04/13/10 | JM | SULLIVAN | Communication with J. Renert regarding Summaries of first day motions for Committee and consider issues regarding same. | .5 | 345.00 |
| 04/14/10 | JR | RENERT | Prepare for and participate in conference call with J. Sullivan and A. Spizz regarding case status. | 1.0 | 360.00 |
| 04/14/10 | JM | SULLIVAN | Revise memo summarizing and making recommendations regarding first day motions. | .9 | 621.00 |
| 04/14/10 | JM | SULLIVAN | Research regarding venue motion. | .6 | 414.00 |
| 04/16/10 | JR | RENERT | Draft and circulate update to committee regarding April 21st hearing. | .5 | 180.00 |
| 04/19/10 | JR | RENERT | Review and comment on cash management order. | .3 | 108.00 |
| 04/19/10 | JR | RENERT | Correspondence with J. Sullivan regarding comments to cash management and order. | .1 | 36.00 |
| 04/19/10 | JR | RENERT | Review first day affidavit. | .3 | 108.00 |
| 04/19/10 | JR | RENERT | Correspondence with L. Indelicato regarding preparation of hearing binder. | .1 | 36.00 |
| 04/19/10 | JM | SULLIVAN | Communications with J. Renert regarding cash management order and making revisions to proposed language. | .5 | 345.00 |
| 04/21/10 | JM | SULLIVAN | Prepare for and attend hearing on motions for utilities; insurance financing; and lease rejections. | 1.8 | 1,242.00 |
| 04/21/10 | JM | SULLIVAN | Mark up forms of order regarding utilities, insurance financing and lease rejection motions and communications with A. Spizz regarding same. | .8 | 552.00 |

| 04/22/10 | JR | RENERT | Review and comment on cash management order. | .3 | 108.00 |
| 04/22/10 | JR | RENERT | Correspondence with J. Sullivan regarding case status. | .3 | 108.00 |
| 04/23/10 | JR | RENERT | Meet with J. Sullivan regarding case status and comments to first day orders (interim comp, cash management, Todtman retention and Manderson Retention). | .9 | 324.00 |
| 04/23/10 | JR | RENERT | Draft email to A. Spizz regarding Committee's comments to proposed orders and follow up on case status. | .2 | 72.00 |

```
                              CURRENT FEES                    ------------
                                                               12,049.00
```

```
                    TIMEKEEPER TIME SUMMARY
          ----------------------------------------------------
          JAMES M. SULLIVAN      5.1   at  $690.00 =    3,519.00
          GEORGE P. ANGELICH     3.8   at  $530.00 =    2,014.00
          JORDANA RENERT        18.1   at  $360.00 =    6,516.00
                                ----                   ---------
                   TOTALS       27.0                   12,049.00

                    SUBTOTAL FOR THIS MATTER              $12,049.00
```

(00002) MATTER NUMBER
RE: Case Management and Operating Reports

FOR PROFESSIONAL SERVICES RENDERED THROUGH: APRIL 30, 2010

| Date | Timekeeper | | | Hours | Value |
|------|-----------|---|---|-------|-------|
| 04/12/10 | JR | RENERT | Draft bylaws for committee. | .9 | 324.00 |
| 04/13/10 | JR | RENERT | Review and revise bylaws, agenda, working group list. | 1.6 | 576.00 |
| 04/13/10 | JR | RENERT | Meet with J. Sullivan regarding comments to bylaws, working group list, agenda and DIP issues. | .8 | 288.00 |
| 04/13/10 | JR | RENERT | Circulate agenda to committee. | .2 | 72.00 |
| 04/13/10 | JM | SULLIVAN | Mark-up draft of Committee by laws and communicate with J. Renert regarding same. | .4 | 276.00 |
| 04/13/10 | JM | SULLIVAN | Revise agenda for creditor committee call. | .1 | 69.00 |
| 04/13/10 | JM | SULLIVAN | Final review of Committee by laws, agenda and working group list to be distributed to committee members. | .3 | 207.00 |
| 04/13/10 | NA | CONSTANTINO | Draft notice of appearance | .3 | 79.50 |
| 04/14/10 | NA | CONSTANTINO | Finalize and efile Notice of Appearance | .3 | 79.50 |
| 04/14/10 | JM | SULLIVAN | Review agenda for 4/15/10 committee call and communication with J. Renert regarding same. | .2 | 138.00 |
| 04/14/10 | JR | RENERT | Prepare agenda for 4/15 call. | .2 | 72.00 |
| 04/14/10 | JR | RENERT | Review and revise agenda and circulate to committee. | .4 | 144.00 |
| 04/14/10 | JR | RENERT | Review case correspondence. | .8 | 288.00 |
| 04/14/10 | JR | RENERT | Draft confidentiality agreement and revise per J. Sullivan's comments. | .9 | 324.00 |
| 04/15/10 | JR | RENERT | Update working group list and circulate to FTI. | .4 | 144.00 |
| 04/15/10 | JR | RENERT | Update bylaws. | .1 | 36.00 |
| 04/16/10 | JR | RENERT | Review confidentiality agreement. | .4 | 144.00 |
| 04/16/10 | JR | RENERT | Correspondence with Debtors' counsel and FTI regarding working group list and list of parties in interest. | .2 | 72.00 |
| 04/16/10 | JR | RENERT | Finalize arrangements for meetings with FTI. | .2 | 72.00 |
| 04/16/10 | JM | SULLIVAN | Review debtors' mark-up of confidentiality agreement. | .6 | 414.00 |
| 04/20/10 | JR | RENERT | Draft agenda and finalize details for professional meeting. | .8 | 288.00 |
| 04/21/10 | JR | RENERT | Review and revise agenda regarding professionals meeting. | .3 | 108.00 |
| 04/21/10 | JR | RENERT | Draft agenda for 4/22 committee call and circulate to committee. | .6 | 216.00 |
| 04/21/10 | JM | SULLIVAN | Communication with A. Spizz regarding revisions to confidentiality agreement. | .1 | 69.00 |

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/21/10 | JM | SULLIVAN | Revise confidentiality agreement with debtors. | .8 | 552.00 |
| 04/22/10 | JM | SULLIVAN | Review changes to confidentiality agreement. | .2 | 138.00 |
| 04/22/10 | JM | SULLIVAN | Revise confidentiality agreement. | .6 | 414.00 |
| 04/23/10 | JM | SULLIVAN | Revise confidentiality agreement with debtors and communication with A. Spizz regarding same. | .7 | 483.00 |
| 04/23/10 | JR | RENERT | Update working group list. | .2 | 72.00 |
| 04/23/10 | JR | RENERT | Draft letter to U.S. Trustee regarding Committee's retention of professionals. | .3 | 108.00 |
| 04/26/10 | JR | RENERT | Draft agenda for Committee call. | .3 | 108.00 |
| 04/29/10 | JM | SULLIVAN | Communications with J. Renert regarding open issues and strategy for addressing same. | .4 | 276.00 |
| 04/29/10 | JR | RENERT | Draft agenda for 5/3 Committee meeting. | .1 | 36.00 |

```
                                              -------------
            CURRENT FEES                        6,687.00
```

```
                    TIMEKEEPER TIME SUMMARY
       ------------------------------------------------------
       JAMES M. SULLIVAN      4.4   at  $690.00 =   3,036.00
       JORDANA RENERT         9.7   at  $360.00 =   3,492.00
       NOVA A. CONSTANTINO     .6   at  $265.00 =     159.00
                             ----               ---------
            TOTALS           14.7                6,687.00
```

```
            SUBTOTAL FOR THIS MATTER            $6,687.00
```

(00003) MATTER NUMBER
RE: Corporate and Business Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH: APRIL 30, 2010

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 04/19/10 | JM SULLIVAN | Communications with S. Carroll and J. Renert regarding investigation of M. Ball. | .2 | 138.00 |
| 04/19/10 | JM SULLIVAN | Communications with M. Cordasco regarding document request list for debtors and reviewing same. | .4 | 276.00 |
| 04/30/10 | JM SULLIVAN | Reviewing historical financial statements and offering memos in sale/financing search being conducted by Atlas advisors. | .8 | 552.00 |

         CURRENT FEES         966.00

TIMEKEEPER TIME SUMMARY

| | | | | |
|---|---|---|---|---|
| JAMES M. SULLIVAN | 1.4 | at $690.00 = | 966.00 |
| TOTALS | 1.4 | | 966.00 |

      SUBTOTAL FOR THIS MATTER     $966.00

(00004) MATTER NUMBER
RE:   Sale and Disposition of Assets

FOR PROFESSIONAL SERVICES RENDERED THROUGH: APRIL 30, 2010

| Date | Timekeeper | | | Hours | Value |
|------|------------|--|--|-------|-------|
| 04/20/10 | JM | SULLIVAN | Call with prospective investor in business. | .4 | 276.00 |
| 04/22/10 | JM | SULLIVAN | Communication with potential investors business. | .6 | 414.00 |
| 04/26/10 | SG | CARROLL | Telephone calls and e-mails with potential party in purchase or investment. | .4 | 292.00 |
| 04/27/10 | SG | CARROLL | Participate in telephone conference with committee regarding update on status of debtors' efforts to obtain purchaser or investor, various other issues. | .8 | 584.00 |
| 04/29/10 | JM | SULLIVAN | Communications with FTI Consulting regarding letters of intent from potential investors and reviewing same. | .6 | 414.00 |
| 04/30/10 | JM | SULLIVAN | Review expressions of interest. | .7 | 483.00 |

```
                                                     -------------
                         CURRENT FEES                   2,463.00
```

### TIMEKEEPER TIME SUMMARY

```
-----------------------------------------------------------
SCHUYLER CARROLL        1.2    at  $730.00 =       876.00
JAMES M. SULLIVAN       2.3    at  $690.00 =     1,587.00
                        ----                    ---------
           TOTALS       3.5                      2,463.00

                 SUBTOTAL FOR THIS MATTER          $2,463.00
```

(00006) MATTER NUMBER
RE:   Claims Administration and Objections

FOR PROFESSIONAL SERVICES RENDERED THROUGH: APRIL 30, 2010

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 04/23/10 | JR  RENERT | Review reclamation demands filed on docket. | .4 | 144.00 |

                                                    -------------
                    CURRENT FEES                         144.00


                    TIMEKEEPER TIME SUMMARY
----------------------------------------------------------------
JORDANA RENERT          .4    at  $360.00 =      144.00
                       ----                   ---------
        TOTALS          0.4                      144.00

                    SUBTOTAL FOR THIS MATTER               $144.00

(00007) MATTER NUMBER
RE:  Miscellaneous Motions and Objections

FOR PROFESSIONAL SERVICES RENDERED THROUGH: APRIL 30, 2010

| Date | Timekeeper | | Hours | Value |
|------|------------|---|-------|-------|
| 04/12/10 | SG CARROLL | Consider issues related to RKF venue motion. | .8 | 584.00 |
| 04/13/10 | JM SULLIVAN | Review venue decisions by Judge Gonzalez and considering issues regarding transfer of venue motion. | 1.1 | 759.00 |
| 04/13/10 | JM SULLIVAN | Communications with J. Renert regarding drafting objection to motion to assume factoring agreement & basis therefore. | .3 | 207.00 |
| 04/13/10 | JM SULLIVAN | Review and outline issues to address in connection with pending motions. | 2.6 | 1,794.00 |
| 04/13/10 | DJ KOZLOWSKI | Telephone conference with Schuyler Carroll and office conferences with James Sullivan, Jordana renert regarding objection to motion to transfer venue. | .6 | 255.00 |
| 04/14/10 | DJ KOZLOWSKI | Review of petition, affidavit in support, motion, joinder and documents related to motion to transfer venue. | 2.1 | 892.50 |
| 04/14/10 | DJ KOZLOWSKI | Review of correspondence and attend internal meetings regarding various motions, including venue motion. | .9 | 382.50 |
| 04/14/10 | DJ KOZLOWSKI | Legal research and review of case law regarding venue transfer as decided in SDNY. | 3.3 | 1,402.50 |
| 04/14/10 | DJ KOZLOWSKI | Outline, draft, review and revise objection of creditors' committee to RFK's motion to transfer venue to California. | 2.8 | 1,190.00 |
| 04/14/10 | JM SULLIVAN | Communications with V. Durrer regarding status of discussions between Koral and debtors and request to adjourn disputed motions to 4/28/10 hearing date. | .6 | 414.00 |
| 04/14/10 | JM SULLIVAN | Communications with S. Carroll, J. Renert and D. Kozlowski regarding call with V. Durrer and motion to transfer venue and reject distribution agreement. | .4 | 276.00 |
| 04/14/10 | JM SULLIVAN | Communications with D. Kozlowski regarding venue motion. | .4 | 276.00 |
| 04/15/10 | SG CARROLL | E-mails with David Kozlowski, James Sullivanregarding objection to RKF venue motion. | .4 | 292.00 |
| 04/15/10 | DJ KOZLOWSKI | Review and revise draft objection to transfer venue motion. | 4.8 | 2,040.00 |

| Date | Init. | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/15/10 | JM | SULLIVAN | Communications with D. Kozlowski regarding venue transfer motion. | .3 | 207.00 |
| 04/16/10 | DJ | KOZLOWSKI | Work with George Angelich, Schuyler Carroll to determine course of action with respect to seeking adjournment of upcoming hearings. | .5 | 212.50 |
| 04/16/10 | DJ | KOZLOWSKI | Correspondence with debtor's counsel and internally regarding adjournment of various motions and objection deadlines. | .3 | 127.50 |
| 04/16/10 | SG | CARROLL | E-mails with David Kozlowski, James Sullivan, George Angelich regarding objection to RKF venue motion. | .9 | 657.00 |
| 04/16/10 | SG | CARROLL | E-mails with James Sullivan, David Kozlowski, Jordana Renert regarding adjournment of various motions. | .6 | 438.00 |
| 04/19/10 | DJ | KOZLOWSKI | Review of debtor's draft opposition to transfer venue motion. | 1.1 | 467.50 |
| 04/19/10 | JR | RENERT | Meet with J. Sullivan regarding outstanding issues with debtors' motions. | .8 | 288.00 |
| 04/20/10 | JR | RENERT | Draft formal document requests to debtors and Koral regarding distribution agreement rejection motion. | 2.8 | 1,008.00 |
| 04/20/10 | JR | RENERT | Correspondence with J. Sullivan regarding document requests. | .8 | 288.00 |
| 04/20/10 | JR | RENERT | Telephone call with J. Vanacore regarding drafting formal document requests. | .4 | 144.00 |
| 04/20/10 | DJ | KOZLOWSKI | Forward debtor's draft opposition to the transfer venue motion to James Sullivan with substantial comments. | .8 | 340.00 |
| 04/20/10 | JD | VANACORE | Review document demand and discovery issues with Jordana Renert. | .4 | 208.00 |
| 04/20/10 | AG | COLLINS | Review docket and prepared April 21, 2010 Hearing Binder. | 2.4 | 384.00 |
| 04/20/10 | JM | SULLIVAN | Communication with D. Kozlowski regarding venue transfer motion; review debtors' draft reply. | .9 | 621.00 |
| 04/21/10 | JR | RENERT | Meet with J. Sullivan regarding case status and follow up with Debtors', Koral's and CIT's professionals regarding outstanding motions. | 1.1 | 396.00 |
| 04/22/10 | DJ | KOZLOWSKI | Review and revise opposition to venue transfer motion. | 3.6 | 1,530.00 |
| 04/22/10 | JM | SULLIVAN | Review draft of venue transfer venue. | .5 | 345.00 |
| 04/23/10 | JM | SULLIVAN | Review proposed mark-up of cash management order and communication with J. Renert regarding same. | .2 | 138.00 |
| 04/23/10 | JM | SULLIVAN | Communications with V. Durrer regarding contract rejection and Venue transfer motions. | .3 | 207.00 |

| 04/23/10 | JM | SULLIVAN | Communications with A. Spizz and J. Renert regarding extension of objection deadline in connection with motions on for 4-28 hearing. | .4 | 276.00 |
|---|---|---|---|---|---|
| 04/23/10 | DJ | KOZLOWSKI | Telephone conference with Jordana Renert regarding status of adjournment of upcoming hearings. | .1 | 42.50 |
| 04/23/10 | JR | RENERT | Follow up with J. Sullivan regarding status of adjournment negotiations. | .2 | 72.00 |
| 04/23/10 | JR | RENERT | Meet with G.Angelich regarding status of adjournment negotiations. | .1 | 36.00 |
| 04/23/10 | JR | RENERT | Contact court regarding extension of objection deadlines. | .1 | 36.00 |
| 04/23/10 | JR | RENERT | Emails to FTI regarding cases status. | .2 | 72.00 |
| 04/27/10 | AG | COLLINS | Prepare April 28, 2010 hearing binder. | 1.8 | 288.00 |
| 04/29/10 | JM | SULLIVAN | Communications with J. Renert regarding venue transfer motion. | .2 | 138.00 |
| 04/29/10 | SG | CARROLL | Consider issues related to motion to change venue and various joinders filed, e-mails with Jordana Renert, James sullivan. | .7 | 511.00 |
| 04/29/10 | DJ | KOZLOWSKI | Office conference with Jordana Renert regarding status of objections in light of pending deadlines. | .2 | 85.00 |

```
                                                    -------------
               CURRENT FEES                          20,327.50
```

### TIMEKEEPER TIME SUMMARY

```
--------------------------------------------------------------
  SCHUYLER CARROLL      3.4   at  $730.00 =    2,482.00
  JAMES M. SULLIVAN     8.2   at  $690.00 =    5,658.00
  JEFFREY VANACORE       .4   at  $520.00 =      208.00
  DAVID J. KOZLOWSKI   21.1   at  $425.00 =    8,967.50
  JORDANA RENERT        6.5   at  $360.00 =    2,340.00
  ALLAN G. COLLINS      4.2   at  $160.00 =      672.00
                       ----                  ---------
         TOTALS        43.8                  20,327.50

              SUBTOTAL FOR THIS MATTER          $20,327.50
```

(00008) MATTER NUMBER
RE:   Committee and Debtor Communications, Conference

FOR PROFESSIONAL SERVICES RENDERED THROUGH: APRIL 30, 2010

| Date | Timekeeper | | | Hours | Value |
|------|-----------|--|--|-------|-------|
| 04/12/10 | SG | CARROLL | Telephone conference with Alex Spizz in order to gain information and background. | .4 | 292.00 |
| 04/12/10 | SG | CARROLL | Telephone conferences with Jordana Renert, James Sullivan regarding review of initial background and develop strategy related to first day and recent motions, consider issues related to various motions and initial items. | 1.3 | 949.00 |
| 04/12/10 | JM | SULLIVAN | Meet with creditors committee following organizational meeting of creditors. | .5 | 345.00 |
| 04/13/10 | SG | CARROLL | Consider various issues related to first day and recent motions and strategy moving forward. | 1.1 | 803.00 |
| 04/13/10 | DJ | KOZLOWSKI | Internal correspondence regarding Spanish language interpreter for committee member. | .1 | 42.50 |
| 04/14/10 | DJ | KOZLOWSKI | Internal correspondence with respect to Spanish language interpreter for committee member. | .1 | 42.50 |
| 04/14/10 | DJ | KOZLOWSKI | Participate in telephone conference with committee. | 1.2 | 510.00 |
| 04/14/10 | JM | SULLIVAN | Consider issues regarding and revising list of issues to discuss with Debtors' counsel. | .4 | 276.00 |
| 04/14/10 | JM | SULLIVAN | Consider issues regarding form of confidentiality agreement with debtor. | .3 | 207.00 |
| 04/14/10 | SG | CARROLL | Meetings with James Sullivan, Jordana Renert regarding strategy in addressing financing motion, RKF venue motion, other first day motions. | 1.3 | 949.00 |
| 04/14/10 | JM | SULLIVAN | Prepare for and participate in call with creditors committee to discuss first day pleadings and retention of financial advisors. | 1.7 | 1,173.00 |
| 04/14/10 | JM | SULLIVAN | Communications with A. Spizz and A. Goldstein regarding transfer of venue motion and about possible adjournment of contentious motions to 4/28/10 hearing date. | .5 | 345.00 |
| 04/14/10 | JM | SULLIVAN | Communications with J. Renert regarding list of issues to discuss with Debtor's counsel. | .3 | 207.00 |

| Date | Init | Name | Description | Hours | Amount |
|------|------|------|-------------|-------|--------|
| 04/14/10 | JM | SULLIVAN | Communications with A. Spizz and J. Renert regarding form of confidentiality agreement. | .3 | 207.00 |
| 04/14/10 | SG | CARROLL | Meetings with James Sullivan, Jordana Renert regarding agenda for conference call, review and revise agenda. | .3 | 219.00 |
| 04/14/10 | SG | CARROLL | Conduct telephone conference with committee regarding first day and other recent motions and strategy moving forward. | 1.2 | 876.00 |
| 04/14/10 | NV | VELASCO | Confer with D.Llorente via e-mail and telephone regarding the specifics of a translation project. | .3 | 45.00 |
| 04/14/10 | NV | VELASCO | Confer with J.Sullivan via e-mail and telephone regarding the translation project. | .2 | 30.00 |
| 04/14/10 | NV | VELASCO | Prepare for translation by looking up unfamiliar bankruptcy terms prior to commencement of Committee conference call. | .6 | 90.00 |
| 04/14/10 | NV | VELASCO | Participate in Committee conference call. | .2 | 30.00 |
| 04/15/10 | JR | RENERT | Prepare for and participate in committee call regarding financial advisor pitches. | 1.8 | 648.00 |
| 04/15/10 | SG | CARROLL | Telephone calls and e-mails with James Sullivan, Jordana Renertregarding debtors' request to speak with committee. | .6 | 438.00 |
| 04/15/10 | JM | SULLIVAN | Prepare for and participate in creditors committee call. | 2.3 | 1,587.00 |
| 04/15/10 | JM | SULLIVAN | Call with FTI Consulting regarding first steps regarding FTI engagement. | .5 | 345.00 |
| 04/15/10 | JM | SULLIVAN | Communications with J. Renert regarding revisions to confidentiality agreement with debtors. | .2 | 138.00 |
| 04/16/10 | JM | SULLIVAN | Communications with J. Renert regarding agenda for next committee call. | .2 | 138.00 |
| 04/16/10 | JM | SULLIVAN | Communications with R. Hart and S. Berger regarding FTI retention. | .3 | 207.00 |
| 04/16/10 | JR | RENERT | Correspondence with J. Sullivan and S. Carroll regarding case issues. | .8 | 288.00 |
| 04/16/10 | JR | RENERT | Draft minutes of 4/14 and 4/15 committee call. | 1.1 | 396.00 |
| 04/17/10 | JR | RENERT | Correspondence with S. Carroll and J. Sullivan regarding confidentiality agreement. | .3 | 108.00 |
| 04/17/10 | JM | SULLIVAN | Communications with S. Carroll and J. Renert regarding confidentiality agreement with debtors. | .2 | 138.00 |
| 04/19/10 | JM | SULLIVAN | Meet with FTI Consulting to discuss case strategy. | 1.0 | 690.00 |

| 04/19/10 | JM | SULLIVAN | Communications with A. Spizz and S. Carroll regarding confidentiality agreement with debtors. | .6 | 414.00 |
| 04/19/10 | SG | CARROLL | Meet with Steve Simms, James Sullivan, Jordana Renert regarding developing work plan for committee professionals, preparation for meeting. | 1.7 | 1,241.00 |
| 04/19/10 | JR | RENERT | Prepare for and meet with FTI and J. Sullivan and S. Carroll regarding developing work plan. | 1.7 | 612.00 |
| 04/19/10 | JR | RENERT | Coordinate meeting with debtors' professionals. | .3 | 108.00 |
| 04/20/10 | JR | RENERT | Correspondence with J. Sullivan regarding outstanding case issues. | .8 | 288.00 |
| 04/20/10 | JM | SULLIVAN | Communications with J. Renert regarding agenda for 4/21/10 meeting with Debtor's professionals. | .4 | 276.00 |
| 04/21/10 | JM | SULLIVAN | Prepare for and attend meeting with debtors' professionals to discuss status of debtors' business and prospects for reorganization. | 2.1 | 1,449.00 |
| 04/21/10 | JM | SULLIVAN | Communications with J. Renert regarding agenda for meeting with debtors' professionals. | .3 | 207.00 |
| 04/21/10 | JM | SULLIVAN | Communications with A. Rosenstein regarding status of hearing. | .1 | 69.00 |
| 04/21/10 | JM | SULLIVAN | Communications with J. Renert regarding emails to committee regarding next meeting. | .2 | 138.00 |
| 04/21/10 | JR | RENERT | Prepare for and participate in meeting with FTI and Debtors' professionals regarding case status. | 2.4 | 864.00 |
| 04/22/10 | JR | RENERT | Prepare for and participate in committee call. | 1.8 | 648.00 |
| 04/22/10 | JM | SULLIVAN | Participate in committee call. | 1.1 | 759.00 |
| 04/22/10 | JM | SULLIVAN | Call with R. Toms regarding report due to U.S. Trustee's office . | .2 | 138.00 |
| 04/22/10 | JM | SULLIVAN | Communication with J. Renert regarding report to U.S. Trustee Office. | .2 | 138.00 |
| 04/23/10 | JR | RENERT | Draft email to Committee regarding adjournment of hearing and other case updates. | .3 | 108.00 |
| 04/23/10 | JR | RENERT | Draft minutes for 4/21 Committee call. | .9 | 324.00 |
| 04/26/10 | JR | RENERT | Review case correspondence and follow-up on administrative case matters. | .4 | 144.00 |
| 04/26/10 | JR | RENERT | Draft summary email to Committee regarding status of negotiations and agenda. | .1 | 36.00 |
| 04/26/10 | JR | RENERT | Correspondence with J. Sullivan and S. Carroll regarding case status. | .3 | 108.00 |
| 04/26/10 | JR | RENERT | Correspondence with L. Indelicato, N. Constantino and A. Collins regarding hearing binder. | .1 | 36.00 |

| | | | | | |
|---|---|---|---|---|---|
| 04/26/10 | JM | SULLIVAN | Communication with S. Carroll and J. Renert regarding confidentiality agreement with debtors. | .3 | 207.00 |
| 04/26/10 | JM | SULLIVAN | Review committee minutes and communication with J. Renert regarding same. | .3 | 207.00 |
| 04/27/10 | JM | SULLIVAN | Prepare for and participate in conference call with creditors committee. | 1.3 | 897.00 |
| 04/27/10 | JM | SULLIVAN | Communication with S. Carroll regarding confidentiality agreement with debtors. | .2 | 138.00 |
| 04/27/10 | JM | SULLIVAN | Communications with J. Renert regarding revisions to agenda for committee call. | .2 | 138.00 |
| 04/27/10 | JR | RENERT | Review and revise Minutes from 4/14, 4/15 and 4/22 Committee calls per J. Sullivan's comments. | .8 | 288.00 |
| 04/27/10 | JR | RENERT | Draft email to Committee regarding case status and Committee meeting. | .1 | 36.00 |
| 04/27/10 | JR | RENERT | Correspondence regarding rescheduling Committee meeting. | .1 | 36.00 |
| 04/27/10 | JR | RENERT | Prepare for and participate in Committee call. | .9 | 324.00 |
| 04/27/10 | JR | RENERT | Follow up meeting with J. Sullivan regarding case status. | .2 | 72.00 |
| 04/28/10 | JR | RENERT | Review minutes from 4/14, 4/15 and 4/22 committee meetings. | .3 | 108.00 |
| 04/28/10 | JR | RENERT | Review case correspondence. | .2 | 72.00 |
| 04/28/10 | JR | RENERT | Draft minutes from 4/27 committee meeting. | .4 | 144.00 |
| 04/28/10 | JR | RENERT | Review revised Confidentiality Agreement and email J. Sullivan regarding same. | .1 | 36.00 |
| 04/28/10 | JR | RENERT | Correspondence with A. Spizz regarding FTI comments to Confidentiality Agreement. | .1 | 36.00 |
| 04/28/10 | JR | RENERT | Telephone call with M. Cordasco regarding Confidentiality Agreement. | .2 | 72.00 |
| 04/28/10 | JM | SULLIVAN | Communication with M. Cordasco and J. Renert regarding confidentiality agreement with debtors. | .2 | 138.00 |
| 04/29/10 | DJ | KOZLOWSKI | Correspondence with Jordana Renert, James Sullivan regarding upcoming telephone conference with committee and agenda and correspondence with debtor's counsel regarding miscellaneous issues. | .9 | 382.50 |
| 04/29/10 | JM | SULLIVAN | Review agenda for 5/3/10 committee call. | .1 | 69.00 |
| 04/29/10 | JR | RENERT | Meet with J. Sullivan regarding case status. | .3 | 108.00 |
| 04/29/10 | JR | RENERT | Emails to team regarding case status and objection status. | .6 | 216.00 |

| 04/30/10 | JM | SULLIVAN | Conference call with G. Lurie, debtor's counsel, and FTI Consulting regarding amendment of Koral distribution agreement. | .9 | 621.00 |
| 04/30/10 | JM | SULLIVAN | Revise agenda for 5/3/10 committee meeting. | .2 | 138.00 |
| 04/30/10 | DJ | KOZLOWSKI | Review of documents in preparation for telephone conference with committee. | 1.1 | 467.50 |

```
                                          -------------
            CURRENT FEES                      25,815.00
```

```
                 TIMEKEEPER TIME SUMMARY
        -----------------------------------------------
        SCHUYLER CARROLL      7.9   at  $730.00 =    5,767.00
        JAMES M. SULLIVAN    17.6   at  $690.00 =   12,144.00
        DAVID J. KOZLOWSKI    3.4   at  $425.00 =    1,445.00
        JORDANA RENERT       17.4   at  $360.00 =    6,264.00
        NOEL VELASCO          1.3   at  $150.00 =      195.00
                             ----                  ---------
              TOTALS         47.6                  25,815.00

            SUBTOTAL FOR THIS MATTER               $25,815.00
```

(00010) MATTER NUMBER
RE:    Professional Retention

FOR PROFESSIONAL SERVICES RENDERED THROUGH: APRIL 30, 2010

| Date | Timekeeper | | | Hours | Value |
|------|-----------|--|--|-------|-------|
| 04/13/10 | SG | CARROLL | Telephone calls and e-mails with Sheila Smith, Mike Eisenband, Rob Hirsh, Jim Fox, Jim Atkinson, James Sullivan, Jordana Renert regarding committee's consideration of retention of financial advisors. | 1.8 | 1,314.00 |
| 04/13/10 | SG | CARROLL | Review and revise notice of appearance. | .1 | 73.00 |
| 04/13/10 | SG | CARROLL | E-mails with Jordana Renert, Nova Constantino regarding revisions to notice of appearance. | .1 | 73.00 |
| 04/13/10 | JR | RENERT | Correspondence with potential financial advisors regarding pitch schedule. | .3 | 108.00 |
| 04/13/10 | JM | SULLIVAN | Numerous communications with potential financial advisors to the Committee regarding their proposals and reviewing submissions. | 1.6 | 1,104.00 |
| 04/14/10 | JR | RENERT | Prepare for and participate in committee call regarding status of first day motions. | 1.3 | 468.00 |
| 04/14/10 | JR | RENERT | Correspondence with financial advisors regarding pitch. | .3 | 108.00 |
| 04/14/10 | SG | CARROLL | Telephone calls and e-mails with Mike Eisenband, Steve Simms, Jim Fox, Jim Atkinson, James Sullivan, Jordana Renert regarding committee's consideration of retention of financial advisors. | .9 | 657.00 |
| 04/14/10 | JM | SULLIVAN | Review proposals received from potential financial advisors. | 1.1 | 759.00 |
| 04/15/10 | JR | RENERT | Review of retention applications. | .4 | 144.00 |
| 04/15/10 | SG | CARROLL | Telephone conference with committeeregarding committee's consideration of retention of financial advisors. | 1.9 | 1,387.00 |
| 04/15/10 | SG | CARROLL | Telephone calls and e-mails with Mike Eisenband, Steve Simms, Jim Fox, Jim Atkinson, Sheila Smith, James Sullivan, Jordana Renertregarding committee's consideration of retention of financial advisors and preparation for telephone conference. | 1.4 | 1,022.00 |
| 04/16/10 | LA | INDELICATO | Prepare list of parties for connections search and forward to Jordana Renert. | 1.1 | 297.00 |

| 04/16/10 | SG | CARROLL | E-mails with James Sullivan, Jordana Rener tregarding minutes of telephone conferences with committee. | .2 | 146.00 |
|---|---|---|---|---|---|
| 04/16/10 | SG | CARROLL | E-mails with Steve Simms, James Sullivan, Jordana Rener tregarding preparation of work plan. | .4 | 292.00 |
| 04/19/10 | JR | RENERT | Review and draft summary memorandum regarding debtors' retention applications. | 3.3 | 1,188.00 |
| 04/19/10 | LA | INDELICATO | Draft retention application, declaration and proposed order. | 2.8 | 756.00 |
| 04/20/10 | JM | SULLIVAN | Review memo regarding retention applications regarding debtors' professionals and communication with J. Renert regarding same. | .5 | 345.00 |
| 04/20/10 | JM | SULLIVAN | Communications with R. Morrissey regarding retention applications for debtors' professionals. | .3 | 207.00 |
| 04/20/10 | JM | SULLIVAN | Review Atlas retention agreement and consider issues regarding payment of success fee. | .7 | 483.00 |
| 04/20/10 | JM | SULLIVAN | Communications with J. Renert regarding Arent Fox retention application. | .2 | 138.00 |
| 04/20/10 | JM | SULLIVAN | Communications with M. Cordasco regarding Atlas retention application. | .2 | 138.00 |
| 04/20/10 | JR | RENERT | Review and revise memorandum regarding debtors' retention applications. | .8 | 288.00 |
| 04/20/10 | JR | RENERT | Review and revise Arent Fox retention application, declaration, order and notice. | 1.6 | 576.00 |
| 04/20/10 | JR | RENERT | Telephone call with R. Morrissey regarding Atlas retention application. | .2 | 72.00 |
| 04/20/10 | JR | RENERT | Correspondence with FTI regarding Atlas retention application. | .4 | 144.00 |
| 04/21/10 | JR | RENERT | Review and revise memo regarding debtors' professional retention applications. | 1.2 | 432.00 |
| 04/21/10 | JM | SULLIVAN | Communications with J. Renert and G. Angelich regarding interim compensation procedures motion. | .3 | 207.00 |
| 04/21/10 | JM | SULLIVAN | Communications with J. Renert regarding revised memo to committee regarding retention applications of debtors' professionals and review same. | .3 | 207.00 |
| 04/21/10 | GP | ANGELICH | Confer with James Sullivan regarding interim comp issues. | .3 | 159.00 |
| 04/22/10 | JR | RENERT | Review and comment on interim compensation procedures order. | .3 | 108.00 |
| 04/22/10 | JR | RENERT | Review and comment on Manderson retention order. | .2 | 72.00 |
| 04/23/10 | JR | RENERT | Review and comment on Todtman retention order. | .2 | 72.00 |
| 04/23/10 | JR | RENERT | Review revisions made by Debtors' counsel to Atlas retention order. | .2 | 72.00 |

| | | | | | |
|---|---|---|---|---|---|
| 04/23/10 | JR | RENERT | Correspondence with Debtors' counsel and J. Sullivan regarding revisions to Atlas retention order. | .2 | 72.00 |
| 04/23/10 | JM | SULLIVAN | Review proposed mark-ups of retention orders and communications with J. Renert regarding same. | .5 | 345.00 |
| 04/23/10 | JM | SULLIVAN | Communications with A. Spizz regarding information needed regarding Atlas and Marvin Traub retention applications. | .3 | 207.00 |
| 04/23/10 | JM | SULLIVAN | Communications with J. Makower and A. Spizz regarding Atlas retention agreement. | .3 | 207.00 |
| 04/23/10 | JM | SULLIVAN | Communication with J. Renert regarding Atlas retention agreement and order. | .1 | 69.00 |
| 04/23/10 | JM | SULLIVAN | Review revised forms of retention orders. | .3 | 207.00 |
| 04/26/10 | JM | SULLIVAN | Communications with J. Renert regarding amended Marvin Traub application. | .2 | 138.00 |
| 04/26/10 | JM | SULLIVAN | Communications with J. Renert and FTI Consulting regarding Atlas retention application and proposed revisions to same. | .6 | 414.00 |
| 04/26/10 | JM | SULLIVAN | Drafting list of questions regarding Atlas retention agreement and considering issues regarding same. | 1.8 | 1,242.00 |
| 04/26/10 | JM | SULLIVAN | Review Arent Fox retention application and communications with J. Renert regarding same. | .4 | 276.00 |
| 04/26/10 | JM | SULLIVAN | Review amended retention application regarding Marvin Traub. | .6 | 414.00 |
| 04/26/10 | JM | SULLIVAN | Communications with A. Spizz regarding Atlas retention application. | .3 | 207.00 |
| 04/26/10 | JM | SULLIVAN | Review and revise draft objection to application to retain Atlas as investment banker. | .5 | 345.00 |
| 04/26/10 | JM | SULLIVAN | Communications with J. Renert regarding objection to Marvin Traub retention application. | .3 | 207.00 |
| 04/26/10 | JM | SULLIVAN | Review draft objection to Marvin Traub retention application. | .2 | 138.00 |
| 04/26/10 | JM | SULLIVAN | Communication with R. Morrissey regarding debtors' retention application. | .4 | 276.00 |
| 04/26/10 | JR | RENERT | Follow up with J. Sullivan and FTI regarding Atlas retention application. | .7 | 252.00 |
| 04/26/10 | JR | RENERT | Follow up with Debtors' counsel regarding concerns about Atlas retention application. | .3 | 108.00 |
| 04/26/10 | JR | RENERT | Draft email in connection with issues with Atlas retention application. | .2 | 72.00 |
| 04/26/10 | JR | RENERT | Telephone calls with FTI in connection with Atlas retention application and revised defined terms. | .8 | 288.00 |

| 04/26/10 | JR | RENERT | Telephone call with Debtors' counsel in connection with Atlas retention and Marvin Traub retention issues. | .3 | 108.00 |
|---|---|---|---|---|---|
| 04/26/10 | JR | RENERT | Draft objection to Atlas retention application. | 1.6 | 576.00 |
| 04/26/10 | JR | RENERT | Review Marvin Traub revised application. | .7 | 252.00 |
| 04/26/10 | JR | RENERT | Draft objection to revised application to retain Marvin Traub. | .8 | 288.00 |
| 04/26/10 | JR | RENERT | Review and revise committee's limited objections to retention applications per J. Sullivan's comments. | .3 | 108.00 |
| 04/26/10 | JR | RENERT | Coordinate filing of limited objections to retention aplications. | .4 | 144.00 |
| 04/26/10 | JR | RENERT | Review revised Marvin Traub retention documents and comment on same. | .8 | 288.00 |
| 04/26/10 | JR | RENERT | Telephone call with M.Cordasco regarding retention issues and case status. | .2 | 72.00 |
| 04/26/10 | NA | CONSTANTINO | Efile Objection to Atlas Retention. | .3 | 79.50 |
| 04/26/10 | NA | CONSTANTINO | Efile Objection to Marvin Traub Retention. | .3 | 79.50 |
| 04/27/10 | NA | CONSTANTINO | Serve Limited Objections to retention application on notice parties. | .4 | 106.00 |
| 04/27/10 | NA | CONSTANTINO | Prepare and efile affidavit of service of limited objections to retentions. | .2 | 53.00 |
| 04/27/10 | JR | RENERT | Review and revise Arent Fox retention application. | .2 | 72.00 |
| 04/27/10 | JR | RENERT | Correspondence with FTI and J. Sullivan regarding outstanding issues with Atlas retention applications. | .6 | 216.00 |
| 04/27/10 | JR | RENERT | Follow up with J. Sullivan regarding Committee comments to retention applications. | .1 | 36.00 |
| 04/27/10 | JR | RENERT | Review revised order and supplemental affidavit filed in connection with Todtman retention application and follow up with J. Sullivan regarding same. | .3 | 108.00 |
| 04/27/10 | JR | RENERT | Review revised interim compensation order. | .2 | 72.00 |
| 04/27/10 | JR | RENERT | Review and revise Atlas engagement letter. | .8 | 288.00 |
| 04/27/10 | JR | RENERT | Follow up call with debtor's counsel on Atlas retention issues and further revisions to agreement. | .4 | 144.00 |
| 04/27/10 | JR | RENERT | Review and summarize UST objection regarding Manderson retention application. | .3 | 108.00 |
| 04/27/10 | JM | SULLIVAN | Calls with FTI Consulting regarding Atlas retention application. | .6 | 414.00 |
| 04/27/10 | JM | SULLIVAN | Review supplemental affidavit and revise order regarding Todtman retention application. | .3 | 207.00 |

| Date | Init | Name | Description | Hours | Amount |
|------|------|------|-------------|-------|--------|
| 04/27/10 | JM | SULLIVAN | Review debtors' letters to court regarding retention applications and interim compensation motion and attachments to same. | 1.1 | 759.00 |
| 04/27/10 | JM | SULLIVAN | Review proposed revisions to Atlas retention agreement. | .7 | 483.00 |
| 04/27/10 | JM | SULLIVAN | Call with debtors' counsel and Atlas Advisors regarding proposed revisions to retention application. | .4 | 276.00 |
| 04/27/10 | JM | SULLIVAN | Review revisions to Atlas retention agreement. | .3 | 207.00 |
| 04/28/10 | SG | CARROLL | E-mails with James Sullivan, Jordana Renert, Steve Simms, Michael Cordasco regarding objections to debtorsretention application. | .3 | 219.00 |
| 04/28/10 | JM | SULLIVAN | Prepare for and attend hearing on debtors' retention applications and interim compensation motion. | 2.2 | 1,518.00 |
| 04/28/10 | SG | CARROLL | Consider issues related to potential objections to retention of Atlas Advisors and Marvin Traub. | .4 | 292.00 |
| 04/28/10 | JM | SULLIVAN | Communications with S. Simms regarding further revisions to Atlas retention agreement. | .2 | 138.00 |
| 04/28/10 | JR | RENERT | Review correspondence regarding modifications to Atlas engagement letter. | .1 | 36.00 |
| 04/28/10 | JR | RENERT | Review revised Atlas engagement letter and email J. Sullivan regarding same. | .1 | 36.00 |
| 04/28/10 | JR | RENERT | Review and comment on revised Atlas retention order. | .3 | 108.00 |
| 04/28/10 | JR | RENERT | Telephone call with A. Goldstein regarding revised Atlas order. | .2 | 72.00 |
| 04/28/10 | JR | RENERT | Correspondence with J. Sullivan regarding revised Atlas order and engagement letter. | .1 | 36.00 |
| 04/28/10 | JR | RENERT | Telephone call with J. Sullivan regarding Atlas retention order. | .2 | 72.00 |
| 04/30/10 | JM | SULLIVAN | Communications with FTI Consulting regarding analysis of budget and impact of professional fees and amendment to distribution agreement upon budget. | .3 | 207.00 |

                                                                                ------------

**CURRENT FEES**                                  27,378.00

```
                  TIMEKEEPER TIME SUMMARY
      -------------------------------------------------------
      SCHUYLER CARROLL      7.5    at  $730.00 =      5,475.00
      JAMES M. SULLIVAN    18.1    at  $690.00 =     12,489.00
      GEORGE P. ANGELICH     .3    at  $530.00 =        159.00
      JORDANA RENERT       21.9    at  $360.00 =      7,884.00
      LISA INDELICATO       3.9    at  $270.00 =      1,053.00
      NOVA A. CONSTANTINO   1.2    at  $265.00 =        318.00
                           ----                    ---------
            TOTALS         52.9                     27,378.00

                  SUBTOTAL FOR THIS MATTER                 $27,378.00
```

(00012) MATTER NUMBER
RE:   Cash Collateral and DIP Financing

FOR PROFESSIONAL SERVICES RENDERED THROUGH: APRIL 30, 2010

| Date | Timekeeper | | | Hours | Value |
|------|------------|--|--|-------|-------|
| 04/12/10 | SG | CARROLL | Review of financing order, interim order, financing agreement and numerous amendments and develop strategy moving forward. | 1.2 | 876.00 |
| 04/13/10 | SG | CARROLL | Review and revise memorandum to committee regarding financing motion, RKF venue motion, all first day motions. | .8 | 584.00 |
| 04/13/10 | SG | CARROLL | E-mails with Jordana Renert, James Sullivan regarding revisions to memorandum to committee regarding financing motion, RKF venue motion, all first day motions. | .6 | 438.00 |
| 04/13/10 | SG | CARROLL | Develop strategy and consider issues regarding financing motion, RKF venue motion, all first day motions, to present recommendations to committee with respect to same. | 1.4 | 1,022.00 |
| 04/13/10 | JM | SULLIVAN | Communications with D. Kozlowksi regarding drafting objection to transfer of venue motion. | .3 | 207.00 |
| 04/14/10 | JR | RENERT | Review precedents and begin drafting DIP objection. | 3.3 | 1,188.00 |
| 04/14/10 | JM | SULLIVAN | Call to R. Matzat regarding CIT financing motion. | .1 | 69.00 |
| 04/15/10 | JR | RENERT | Draft objection to DIP factoring agreement. | 5.1 | 1,836.00 |
| 04/15/10 | JM | SULLIVAN | Communications with R. Matzat regarding CIT financing motion. | .3 | 207.00 |
| 04/20/10 | JM | SULLIVAN | Prepare for and participate in call with R. Matzat regarding CIT financing motion. | 1.2 | 828.00 |
| 04/20/10 | JM | SULLIVAN | Communication with M. Cordasco regarding CIT financing motion. | .2 | 138.00 |
| 04/21/10 | JR | RENERT | Continue drafting DIP objection. | 2.2 | 792.00 |
| 04/22/10 | JR | RENERT | Review and revise DIP objection. | 4.1 | 1,476.00 |
| 04/22/10 | GP | ANGELICH | Confer with James Sullivan regarding hearing on cash collateral and DIP | .4 | 212.00 |
| 04/22/10 | LA | INDELICATO | Discussions with Jordana Renert regarding DIP objection. | .2 | 54.00 |
| 04/22/10 | JM | SULLIVAN | Communication with R. Matzat regarding CIT financing motion. | .2 | 138.00 |
| 04/22/10 | JM | SULLIVAN | Review draft response to CIT financing motion. | .8 | 552.00 |
| 04/27/10 | JM | SULLIVAN | Review proposed final order approving CIT financing. | .6 | 414.00 |

| 04/27/10 | JM | SULLIVAN | Communications with R. Matzat regarding proposed final order approving CIT financing motion. | .2 | 138.00 |
|----------|----|----------|-----------------------------------------------------|-----|----------|
| 04/28/10 | JR | RENERT | Review blue-booking revisions made to DIP Objection. | .3 | 108.00 |
| 04/29/10 | JM | SULLIVAN | Reviewing proposed final order approving CIT financing agreement and marking up same. | 2.4 | 1,656.00 |
| 04/29/10 | JM | SULLIVAN | Emails to FTI Consulting regarding CIT financing motion. | .1 | 69.00 |
| 04/29/10 | HM | VOGEL | Review and analyze correspondence from Jordana Renert regarding DIP objection and possible strategy moving forward with respect to same. | .2 | 104.00 |
| 04/30/10 | JM | SULLIVAN | Conference call with FTI Consulting regarding proposed modifications to CIT financing order. | 1.0 | 690.00 |
| 04/30/10 | JM | SULLIVAN | Mark up proposed CIT financing order. | 1.7 | 1,173.00 |
| 04/30/10 | JM | SULLIVAN | Communications with R. Matzat regarding CIT financing order. | .3 | 207.00 |
| 04/30/10 | SG | CARROLL | Consider strategy related to cash collateral and adequate protection. | .9 | 657.00 |
| 04/30/10 | SG | CARROLL | E-mails with James Sullivan, Jordana Renert regarding strategy related to cash collateral and adequate protection. | .6 | 438.00 |
| 04/30/10 | SG | CARROLL | Review of cash collateral budget. | .4 | 292.00 |
| 04/30/10 | SG | CARROLL | Consider budget items for professionals. | .7 | 511.00 |

```
                                                     -------------
                CURRENT FEES                           17,074.00
```

### TIMEKEEPER TIME SUMMARY

```
---------------------------------------------------------------
SCHUYLER CARROLL        6.6    at  $730.00 =     4,818.00
JAMES M. SULLIVAN       9.4    at  $690.00 =     6,486.00
GEORGE P. ANGELICH       .4    at  $530.00 =       212.00
HEIKE M. VOGEL           .2    at  $520.00 =       104.00
JORDANA RENERT         15.0    at  $360.00 =     5,400.00
LISA INDELICATO          .2    at  $270.00 =        54.00
                       ----                    ---------
        TOTALS         31.8                     17,074.00
```

                    SUBTOTAL FOR THIS MATTER              $17,074.00

(00014) MATTER NUMBER
RE:    Real Estate and Leasing and Executory Contracts

FOR PROFESSIONAL SERVICES RENDERED THROUGH: APRIL 30, 2010

| Date | Timekeeper | | Hours | Value |
|------|-----------|--|-------|-------|
| 04/15/10 | JM SULLIVAN | Review communications regarding meeting between Debtors and Koral to discuss amendment to distribution agreement and related issues. | .3 | 207.00 |
| 04/16/10 | JM SULLIVAN | Communications with V. Durrer and A. Spizz regarding Koral related issues and adjournment of motions. | .3 | 207.00 |
| 04/16/10 | JM SULLIVAN | Communications with J. Renert regarding lease rejection motion and considering issues regarding same. | .3 | 207.00 |
| 04/16/10 | JR RENERT | Correspondence with J. Sullivan regarding lease rejection motion. | .3 | 108.00 |
| 04/16/10 | JR RENERT | Follow up with FTI regarding lease questions in connection with motion. | .2 | 72.00 |
| 04/16/10 | SG CARROLL | E-mails with Steve Simms, James Sullivan, Jordana Renert regarding review of lease rejection motions to determine value of leases. | .4 | 292.00 |
| 04/17/10 | JM SULLIVAN | Communications with J. Renert regarding lease rejection motion. | .1 | 69.00 |
| 04/19/10 | JM SULLIVAN | Communications with committee professionals regarding status of negotiations between Koral and debtors. | .3 | 207.00 |
| 04/19/10 | JM SULLIVAN | Communications with counsel for Rodeo Drive landlord regarding litigation. | .3 | 207.00 |
| 04/19/10 | JM SULLIVAN | Communications with V. Durrer regarding status of negotiations between Koral and debtors. | .4 | 276.00 |
| 04/19/10 | JM SULLIVAN | Communications with A. Spizz regarding litigation with Rodeo Drive landlord. | .3 | 207.00 |
| 04/19/10 | JM SULLIVAN | Conducting due diligence regarding potential damage claims in connection with rejection of leases. | 1.2 | 828.00 |
| 04/20/10 | JM SULLIVAN | Legal research regarding 11 U.S.C. 502(b)(6) cap on lease rejection damages. | 1.1 | 759.00 |
| 04/20/10 | JM SULLIVAN | Communications with J. Renert regarding document requests from debtor and Koral in connection with motion to reject distribution agreement. | .6 | 414.00 |
| 04/20/10 | JM SULLIVAN | Communications with A. Spizz regarding New Pacific Rodeo pleadings and stipulation regarding relief from automatic stay in connection therewith. | .3 | 207.00 |

| | | | | | |
|---|---|---|---|---|---|
| 04/20/10 | JM | SULLIVAN | Review New Pacific Rodeo pleadings regarding landlord/tenant dispute. | .8 | 552.00 |
| 04/20/10 | JM | SULLIVAN | Call with V. Durrer regarding discovery regarding motion to reject distribution agreement. | .3 | 207.00 |
| 04/20/10 | JR | RENERT | Review correspondence regarding lease rejection claims. | .2 | 72.00 |
| 04/20/10 | JR | RENERT | Review Colliers regarding Section 502(b)(6). | .3 | 108.00 |
| 04/20/10 | JM | SULLIVAN | Communications with J. Renert regarding legal research regarding 11 U.S.C. 502(b)(6) cap on lease rejection damages. | .3 | 207.00 |
| 04/20/10 | JM | SULLIVAN | Review pleadings regarding leases to be rejected. | .6 | 414.00 |
| 04/20/10 | JM | SULLIVAN | Revise drafts of document requests from debtor and Koral in connection with motion to reject distribution agreement | .9 | 621.00 |
| 04/21/10 | JM | SULLIVAN | Communication with J. Renert regarding cases regarding 502(b)(6) cap on landlord rejection damage claim. | .2 | 138.00 |
| 04/21/10 | JR | RENERT | Research regarding 502(b)(6) of Bankruptcy Code. | 1.7 | 612.00 |
| 04/21/10 | JR | RENERT | Draft summary of findings on research regarding 502(b)(6) of Bankruptcy Code. | .6 | 216.00 |
| 04/21/10 | JM | SULLIVAN | Communications with A. Spizz regarding request for documents regarding contract rejection motion. | .2 | 138.00 |
| 04/21/10 | JM | SULLIVAN | Reviewing cases regarding 502(b)(6) cap on landlord rejection damage claims. | 1.1 | 759.00 |
| 04/21/10 | JM | SULLIVAN | Communications with V. Durrer and J. Renert regarding discovery in connection with contract rejection motion. | .3 | 207.00 |
| 04/22/10 | JM | SULLIVAN | Communications with New Pacific Rodeo regarding landlord claims. | .3 | 207.00 |
| 04/22/10 | JM | SULLIVAN | Review pleadings regarding New Pacific Rodeo litigation. | .3 | 207.00 |
| 04/26/10 | JR | RENERT | Review research regarding 502(b)(6) of Bankruptcy Code. | .3 | 108.00 |
| 04/26/10 | JM | SULLIVAN | Communications with S. Carroll regarding issues regarding landlord claims and considering issues regarding same. | .3 | 207.00 |
| 04/29/10 | SG | CARROLL | Consider approach and strategy to distribution agreement and potential assumption, review of various issues needed to determine whether assumption is in best interests. | 1.7 | 1,241.00 |

| | | | | | |
|---|---|---|---|---|---|
| 04/29/10 | SG | CARROLL | E-mails with James Sullivan, David Kozlowski, Jordana Renert regarding potential assumption of distribution agreement. | .4 | 292.00 |
| 04/29/10 | JM | SULLIVAN | Communications with with debtors regarding amendment of distribution agreement. | .2 | 138.00 |
| 04/29/10 | JR | RENERT | Telephone call with and follow up email to A. Goldstein regarding status of negotiations between RKF and Debtors. | .3 | 108.00 |
| 04/30/10 | JR | RENERT | Correspondence with J. Sullivan regarding amendment to distribution contract. | .7 | 252.00 |
| 04/30/10 | JM | SULLIVAN | Review amendment to Koral distribution agreement. | .6 | 414.00 |

```
                                                              -------------
                    CURRENT FEES                                 11,692.00


                   TIMEKEEPER TIME SUMMARY
         -------------------------------------------------------
         SCHUYLER CARROLL        2.5    at  $730.00 =      1,825.00
         JAMES M. SULLIVAN      11.9    at  $690.00 =      8,211.00
         JORDANA RENERT          4.6    at  $360.00 =      1,656.00
                                 ----                    ---------
                 TOTALS         19.0                     11,692.00

                   SUBTOTAL FOR THIS MATTER                 $11,692.00
```

(00015) MATTER NUMBER
RE:   Creditor Inquiries

FOR PROFESSIONAL SERVICES RENDERED THROUGH: APRIL 30, 2010

| Date | Timekeeper | | Hours | Value |
|------|-----------|--|-------|-------|
| 04/16/10 | JM  SULLIVAN | Communications with R. Toms regarding sales to debtor. | .2 | 138.00 |
| 04/16/10 | JM  SULLIVAN | Communications with M. Diaz regarding case status. | .2 | 138.00 |
| 04/22/10 | JM  SULLIVAN | Communication with Lorenzo of Alisped regarding case status. | .3 | 207.00 |

                       CURRENT FEES                           483.00

TIMEKEEPER TIME SUMMARY

| | | | |
|--|--|--|--|
| JAMES M. SULLIVAN | .7 | at  $690.00 = | 483.00 |
| TOTALS | 0.7 | | 483.00 |

                     SUBTOTAL FOR THIS MATTER            $483.00

SUMMARY OF CHARGES
------------------

| TOTAL FOR: | | |
|---|---|---|
| TOTAL FOR: | POSTAGE | 3.15 |
| TOTAL FOR: | DUPLICATING SUMMARY | 96.40 |
| TOTAL FOR: | TELECOPIER | 3.00 |
| TOTAL FOR: | OVERTIME MEALS & CABS | 189.32 |
| TOTAL FOR: | TAXICABS | 158.84 |
| TOTAL FOR: | MEALS | 430.21 |

| | Area of Expertise, Year Admitted | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| **PARTNER** | | | | |
| SCHUYLER CARROLL | BR, 1993 (NY) | 29.10 | 730.00 | 21,243.00 |
| JAMES M. SULLIVAN | BR, 1995 (NJ), 1996 (NY), 1998 (DC) | 79.10 | 690.00 | 54,579.00 |
| GEORGE P. ANGELICH | BR, 2000 (PA), 2003 (DC), 2005 (NY) | 4.50 | 530.00 | 2,385.00 |
| **ASSOCIATES** | | | | |
| HEIKE M. VOGEL | BR, 2000 (NJ), 2001 (NY) | .20 | 520.00 | 104.00 |
| JEFFREY VANACORE | BR, 2001 (CO), 2003 (NY & NJ) | .40 | 520.00 | 208.00 |
| DAVID J. KOZLOWSKI | BR, 2007 (NY) | 24.50 | 425.00 | 10,412.50 |
| JORDANA RENERT | | 93.60 | 360.00 | 33,696.00 |
| **PARAPROFESSIONALS** | | | | |
| LISA INDELLICATO | BR | 4.10 | 270.00 | 1,107.00 |
| NOVA A. CONSTANTINO | BR | 1.80 | 265.00 | 477.00 |
| ALLAN G. COLLINS | LDR | 4.20 | 160.00 | 672.00 |
| NOEL VELASCO | | 1.30 | 150.00 | 195.00 |
| | | 242.80 | | 125,078.50 |

Blended Rate: 515.15

BF:      Banking and Finance
BR:      Bankruptcy and Reorganization
CORP:    Corporate
EMPL:    Employment Law
HEALTH:  Health Law
INTL:    International Law
LDR:     Litigation Dispute Resolution
RE:      Real Estate

| | |
|---|---|
| CURRENT CHARGES FOR ALL MATTERS | 880.92 |
| CURRENT FEES FOR ALL MATTERS | 125,078.50 |
| TOTAL AMOUNT OF THIS INVOICE | $125,959.42 |

# ARENT FOX LLP

1050 Connecticut Ave., N.W.
Washington, D.C 20036-5339
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Rock & Republic of Official Committee of Unsecured
Creditors

Invoice Number 1258776
Invoice Date   06/22/10
Client Number  032509

--------------------------------------------------------------------------------

## - - REMITTANCE COPY - -

## PLEASE SEND WITH CHECK

**TOTAL AMOUNT OF THIS INVOICE**                    **$125,959.42**

**PLEASE REMIT PAYMENT BY CHECK TO THE FOLLOWING ADDRESS:**

    Arent Fox LLP
    P.O. Box 644672
    Pittsburgh, PA  15264-4672

**WIRING INSTRUCTIONS (if applicable):**

| | |
|---|---|
| Bank: | PNC BANK |
| Address: | 800 Connecticut Avenue NW |
| | Washington, DC 20006 |
| ABA#: | 031000053 |
| SWIFT CODE: | PNNCCUS33 (for international use) |
| Account #: | 5559763933 |
| Beneficiary Name: | Arent Fox LLP |
| Beneficiary Address: | 1050 Connecticut Ave., NW |
| | Washington, DC 20036 |

    Please reference the following:
            Client #        032509
            Client Name     Rock & Republic of Official Committee of Unsecured
            Invoice Number  1258776

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.