modification, forbearance or delay or other act or omission of Owner or its failure to proceed promptly or otherwise, or by reason of any action taken or omitted or circumstance which may or might vary the risk or affect the rights or remedies of Guarantor or by reason of any further dealings between Tenant and Owner, whether relating to the Lease or otherwise, and Guarantor hereby expressly waives and surrenders any defense of its liability hereunder based upon any of the foregoing acts, omissions, things, agreements, waivers or any of them and hereby expressly waives and relinquishes all other rights and remedies accorded by applicable law to guarantors and sureties; it being the purpose and intent of the parties hereto that the obligations of Guarantor hereunder are absolute and unconditional under any and all circumstances.

4.     This Guaranty shall extend and apply to, and shall remain in force and effect as to the obligations described above as well as all obligations of Tenant under any and all leases of other space in the Building and any and all modifications, extensions and renewals of the Lease or any such lease of other space, any assignment, subletting or holding over by Tenant, without any notice to or the consent of Guarantor, which right to notice and to consent Guarantor hereby waives.

5.     Owner may, at its option proceed against Guarantor without having commenced any action against or having exhausted any remedy or claim or having obtained any judgment against Tenant.

6.     Guarantor shall pay all of Owner's costs and expenses (including, without limitation, attorneys' and investigators' fees and disbursements) in enforcing this Guaranty.

7.     GUARANTOR WAIVES TRIAL BY JURY IN ANY ACTION OR PROCEEDING BROUGHT BY EITHER OWNER OR GUARANTOR RELATING TO THE LEASE OR THIS GUARANTY AND WAIVE THE BENEFIT OF ANY STATUTE OF LIMITATIONS AFFECTING GUARANTOR'S LIABILITY UNDER THIS GUARANTY. Guarantor will be conclusively bound by any judgment rendered in any action or proceeding by Owner against Tenant (wherever brought) as if Guarantor was a party thereto, even if not joined as a party in such action or proceeding.

8.     This Guaranty shall be deemed to have been made in the City and State of New York and the rights and liabilities of Owner and Guarantor shall be determined in accor-dance with the internal laws of the State of New York; and no defense shall be interposed in any action or proceeding unless such defense is also given or allowed by the laws of the State of New York. No delay on the part of Owner in exercising any power or right hereunder shall operate as a waiver thereof, nor shall any waiver of any rights or powers of Owner or consent by Owner be valid unless in writing duly executed by Owner. This Guaranty shall be binding upon the Guarantor and its respective successors and assigns and shall inure to the benefit of Owner and Owner's successors and assigns, may not be terminated or modified, and no provision may be waived, except in a writing signed by the person sought to be charged.

9.     Guarantor represents and warrants that it is solvent and will not be rendered insolvent by this Guaranty or the enforcement of Owner's rights and remedies under this Guaranty. Within thirty (30) days after request, which request shall not be made more frequently than once every twelve (12) months, Guarantor shall submit to Owner, or to Owner's

mortgagee or proposed mortgagee, or to a purchaser or proposed purchaser of the Property, Guarantor's current annual financial statement of net worth prepared in accordance with generally accepted accounting principals by or on behalf of Guarantor in the ordinary course of Guarantor's business, which statement shall be certified as true and correct by an officer of Guarantor (or certified by an independent certified accountant ("CPA") if Tenant obtains a certified statement). Owner shall keep any such statement confidential, and shall not disclose the same to any third party other than its mortgagee or proposed mortgagee or to a purchaser or proposed purchaser of each Property and its financial and legal advisors, except as may be otherwise required by law. Further, Owner shall use reasonable efforts to ensure that the persons to whom such disclosure is made will, in turn, maintain confidentiality with respect to any such statement.

10.     Guarantor represents and warrants that neither Guarantor nor, if Guarantor is other than an individual, any person owning, directly or indirectly, 25% or more of an interest in Guarantor, it is an "SDN". For purposes of this Guaranty, an "SDN" is someone [1] who is on the list of "Specially designated Nationals and Blocked Persons" promulgated by the Office of Foreign Assets Control of the U.S. Department of the Treasury pursuant to 31 C.F.R. Part 500 or [2] with whom Owner is prohibited or restricted from doing business with pursuant to the United States Patriot Act or any other law, rule, regulation, order or governmental action (an "Anti-Terrorism Law"). Guarantor shall, upon request of Owner, provide (and cause each Principal to provide) such information (including without limitation certification) as may be required to enable Owner to comply with any Anti-Terrorism Law.

11.     Owner shall not be required to provide Guarantor with notice of Tenant's nonpayment, nonperformance or nonobservance of any of its obligations guaranteed hereunder and the Guarantor waives the right to receive such notice. Guarantor further waives any right to require that resort be had to any security or other credit in favor of Tenant prior to enforcing Owner's rights against Guarantor.

12.     If Guarantor is a corporation or other entity, Guarantor represents and warrants that this Guaranty has been duly authorized by all necessary corporate or other entity action on such Guarantor's part. Guarantor represents and warrants that this Guaranty has been duly executed and delivered and constitutes such Guarantor's valid and binding agreement in accordance with its terms.

13.     Guarantor submits and shall submit to the personal jurisdiction of the courts of the State of New York whose jurisdiction shall be exclusive in any action or proceeding arising out of this Guaranty (and, in furtherance of such agreement, the undersigned hereby designates Michael Ball, currently having an office at 3523 Eastham Drive, Culver City, CA 90232, as the agent for service of process in any action or proceeding).

14.     Unless and until all the covenants and conditions in the Lease on Tenant's part to be performed and observed are fully performed and observed, Guarantor:

(a)     shall have no right of subrogation against Tenant by reason of any payments or acts of performance by Guarantor;

(b)     waive any right to enforce any remedy which Guarantor now or hereafter shall have against Tenant by reason of any payments or acts of performance by Guarantor in compliance with the obligations of Guarantor hereunder; and

(c)     subordinate any liability or indebtedness of Tenant now or hereafter held by Guarantor to the obligations of Tenant to Owner under the Lease.

IN WITNESS WHEREOF, the undersigned has executed and delivered this Guaranty on the day and year first above written.

Rock & Republic Enterprises, Inc.

By: _____

Address:  3523 Eastham Drive
          Culver City, CA 90232

Federal Identification Number: _____1000-60257_____

**Acknowledgment by a Person <u>OUTSIDE</u> New York State (RPL § 309-b)**

STATE OF California )
                                        )ss:
COUNTY OF Los Angeles )

On the 21 day of July in the year 2008, before me, the undersigned, personally appeared Michael Frank Ball, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, that by her signature on the instrument, the individual, or the person on behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in the Los Angeles, California (insert the city or other political subdivision and the state or country or other place the acknowledgement was taken).

Notary Public

ALLAN A. SASSOON
Commission # 1695694
Notary Public - California
Los Angeles County
My Comm. Expires Oct 22, 2010

A/72588285.3

EXHIBIT C

## NOTICE OF DEFAULT OF LEASE

TO:    TRIPLE R., INC.                                ("Tenant")
          3523 Eastham Drive
          Culver City, CA 90232
          Attn: Michael Ball

**YOU ARE HEREBY NOTIFIED**, pursuant to Paragraphs "17", "27" and "38" of that certain Lease with respect to the premises known as 144 Spring Street, New York, New York, between 144 Spring Realty LLC, as Lessor ("Landlord"), with Triple R., Inc., as Lessee, dated July 18, 2008 ("Lease"), that you are in substantial breach of the terms of the Lease and in default thereunder by virtue of the following:

    (a)    Lease Article 38 provides, in relevant part:

> Tenant shall deposit with Landlord $500,000, as follows, which sums shall be held as security ... Said security shall be deposited, by letter of credit, or cash, at the following times:
>
> > $125,000 by January 31, 2009
> > $125,000 by April 30, 2009
> > $125,000 by July 31, 2009
> > $125,000 by October 31, 2009

You have breached Lease Article 38 by failing to deposit with Landlord the first installment of $125,000 due on January 31, 2009. Said default shall become an Event of Default, as defined in paragraph 17 of the Lease, unless it is cured within fifteen (15) days after service of this Notice upon you.

Dated:    New York, New York
              February 1 7, 2009

                            144 SPRING REALTY LLC
                            (LANDLORD)

                            BY:                    
                                  Henry Hay, Member

AXELROD, FINGERHUT & DENNIS
Attorneys for Landlord
260 Madison Avenue
New York, New York 10016
(212) 702-0900

VIA FEDERAL EXPRESS

cc:    Rock & Republic Enterprises, Inc.
       3523 Eastham Drive
       Culver City, CA 90232
       Attn: Michael Ball

       Manatt, Phelps & Phillips, LLP
       11355 W. Olympic Boulevard
       Los Angeles, CA 90064
       Attn: Martin E. Steere, Esq.

EXHIBIT D

<u>NOTICE OF TERMINATION</u>

TO:     TRIPLE R., INC.                                              ("Tenant")
        3523 Eastham Drive
        Culver City, CA 90232


        PLEASE TAKE NOTICE, that the Lease with respect to the Premises, between 144 Spring Realty LLC, as Lessor ("Landlord"), with Triple R., Inc., dated July 18, 2008 ("Lease") is hereby terminated effective March 17, 2009, for the reasons that you failed to comply with the Notice of Default of Lease, dated February 17, 2009, a copy of which is annexed hereto and made a part hereof and incorporated herein, as if fully set forth below.

Dated:      New York, New York
            March 11, 2009


                                        144 SPRING REALTY LLC
                                        (LANDLORD)

                                        BY: _____
                                            Henry Hay, Member

AXELROD, FINGERHUT & DENNIS
Attorneys for Landlord
260 Madison Avenue
New York, New York 10016
(212) 702-0900

**VIA FEDERAL EXPRESS**

cc:     Rock & Republic Enterprises, Inc.
        3523 Eastham Drive
        Culver City, CA 90232
        Attn: Michael Ball

        Manatt, Phelps & Phillips, LLP
        11355 W. Olympic Boulevard
        Los Angeles, CA 90064
        Attn: Martin E. Steere, Esq.

## NOTICE OF DEFAULT OF LEASE

TO:     TRIPLE R., INC.                                          ("Tenant")
        3523 Eastham Drive
        Culver City, CA 90232
        Attn: Michael Ball

    **YOU ARE HEREBY NOTIFIED,** pursuant to Paragraphs "17", "27" and "38" of that certain Lease with respect to the premises known as 144 Spring Street, New York, New York, between 144 Spring Realty LLC, as Lessor ("Landlord"), with Triple R., Inc., as Lessee, dated July 18, 2008 ("Lease"), that you are in substantial breach of the terms of the Lease and in default thereunder by virtue of the following:

    (a)    Lease Article 38 provides, in relevant part:

        Tenant shall deposit with Landlord $500,000, as follows, which sums shall be held as security ... Said security shall be deposited, by letter of credit, or cash, at the following times:

            $125,000 by January 31, 2009
            $125,000 by April 30, 2009
            $125,000 by July 31, 2009
            $125,000 by October 31, 2009

    You have breached Lease Article 38 by failing to deposit with Landlord the first installment of $125,000 due on January 31, 2009. Said default shall become an Event of Default, as defined in paragraph 17 of the Lease, unless it is cured within fifteen (15) days after service of this Notice upon you.

Dated:    New York, New York
          February 17, 2009

                          144 SPRING REALTY LLC
                          (LANDLORD)

                          BY: _____
                                Henry Hay, Member

AXELROD, FINGERHUT & DENNIS
Attorneys for Landlord
260 Madison Avenue
New York, New York 10016
(212) 702-0900

VIA FEDERAL EXPRESS

F:\CLIENT\Centaur\Centaur 144 Triple\not3 090213.wpd

cc:    Rock & Republic Enterprises, Inc.
       3523 Eastham Drive
       Culver City, CA 90232
       Attn: Michael Ball

       Manatt, Phelps & Phillips, LLP
       11355 W. Olympic Boulevard
       Los Angeles, CA 90064
       Attn: Martin E. Steere, Esq.

# EXHIBIT B

## 144 Spring

| | | |
|---|---|---|
| $ | 1,200,000.00 | |
| $ | 1,236,000.00 | |
| $ | 1,273,080.00 | |
| $ | 1,311,272.00 | |
| $ | 1,350,611.00 | |
| $ | 1,391,129.00 | |
| $ | 1,432,863.00 | |
| $ | 1,475,849.00 | |
| $ | 1,520,124.00 | |
| $ | 1,565,728.00 | |
| $ | 1,612,700.00 | |
| $ | 1,661,080.00 | |
| $ | 1,710,913.00 | |
| $ | 1,762,240.00 | |
| $ | 1,815,108.00 | |

| | | | | |
|---|---|---|---|---|
| **Total Rent** | $ 22,318,697.00 | | $ | 22,318,697.00 |
| **Taxes** | $ 32,392.00 | x 15 | $ | 485,880.00 |
| **Insurance** | $ 460.00 | x 15 | $ | 6,900.00 |

| | |
|---|---|
| **Grand Total** | $ 22,811,477.00 |

# EXHIBIT C

Statement Details

THE CITY OF NEW YORK
DEPARTMENT OF FINANCE

| New Charges Due July 01, 2008 | Activity Date | Date | Amount |
|---|---|---|---|
| Finance-Property Tax | | 07/01/2008 | $16,195.98 |
| Total New Charges Due by July 01, 2008 | | | $16,195.98 |

Amount Not Due but That Can be Paid Early

| | Activity Date | Date | Amount |
|---|---|---|---|
| Finance-Property Tax | | 01/01/2009 | $16,195.98 |
| Total Amount Not Due but That Can be Paid Early | | | $16,195.98 |

Annual Property Tax Detail

Market Value $1,270,000
Tax Class 4 - All Other Property
Current Tax Rate     Tax Rate
    10.0590%

| | Assessed Value | Tax Rate | Taxes |
|---|---|---|---|
| Tax Before Exemptions and Abatements | $322,020 | X 10.0590% = | $32,392 |
| Tax Before Abatements | $322,020 | | $32,392 |
| Annual Property Tax | | | $32,392 |

We want to value your property based on actual income and expenses for your building,
instead of our, estimates. Please provide this information by visiting nyc.gov/rpie
before September 2, 2008.

We want to help you pay the right amount on time.  Did we do that?
Did you understand the statement?
Did you know how much you had to pay?
Did you know when your payment was due?
Please let us know by signing on to nyc.gov/financefeedback.
Press "Start Survey".  Select "Statement of Account" and press "Submit".
Complete the 3 question survey.
Thank You.

001400.01

Pay Today The Easy Way
nyc.gov/payonline
Fast.Easy.Accurate.Timely.

Your Prompt Payment is Greatly Appreciated.

# EXHIBIT D



sinvin realty. llc
licensed real estate broker

170 varick street
new york, ny 10013

212.604.9000 tel
212.604.9006 fax

www.sinvin.com

## EXCLUSIVE BROKERAGE AGREEMENT
## 144 SPRING STREET

This agreement is entered into and effective as of December 1, 2007 ("the Effective Date") between Sinvin Realty, LLC ("Broker") and 144 Spring Realty LLC ("Landlord").

1. <u>Term</u>: It is agreed that for a period of five (5) months from the Effective Date, Broker shall have the exclusive right to lease, and shall have the exclusive right to be paid a listing commission for the leasing of the property to be built at 144 Spring Street, New York, NY ("the Property") for any price agreed to by the Landlord. Notwithstanding anything to the contrary set forth herein, at any time after the Effective Date, either party, in its sole and absolute discretion for any reason (or for no reason whatsoever), may, upon thirty (30) days written notice to the other party, terminate this Agreement, provided, the effective date of such termination is not on or before the three (3) month anniversary of the Effective Date.

2. <u>Lease Commission</u>: In the event that a lease agreement is executed between Landlord and a tenant within the period of this Exclusive Brokerage Agreement by Broker or through any other source, Landlord shall pay Broker a commission according to the following terms:

   a. <u>For Office Transactions</u>: One full commission payable to Broker, or up to a maximum of one and one-half commission in the event another broker procures the tenant, with one full commission payable to the broker that procures the tenant, and one-half commission payable to Broker. The commission shall be calculated based on a percentage of the aggregate annual base rent specified in the first lease signed between Landlord and a lessee, according to the following schedule ("Long-term Commission"):

      1. 5% for the first and second years or any fraction thereof;
      2. 4% for the third year or any fraction thereof;
      3. 3% for the fourth through seventh years or any fraction thereof; and
      4. 2% for all succeeding years.

   b. <u>For Retail Transactions</u>: One full commission, which shall be calculated based on a percentage of the aggregate annual base rent specified in the first lease signed between Landlord and a lessee, according to the following schedule ("Long-term Commission"):

      1. 5% for the first year or any fraction thereof;
      2. 4% for the second and third years or any fraction thereof;
      3. 3% for the fourth and fifth years or any fraction thereof;
      4. 2% for the sixth through twentieth or any fraction thereof; and
      5. 1% for all succeeding years.

1

c. <u>Timing of Payment</u>: All commissions are deemed earned upon lease execution. Landlord shall pay said Commission to Broker in installments as follows:

- Twenty-five percent (25%) upon lease execution;
- Twenty-five percent (25%) upon the expiration of two months after the date of possession;
- Twenty-five percent (25%) upon the expiration of three months after the date of possession; and
- Twenty-five percent (25%) upon the expiration of four months after the date of possession.

Notwithstanding anything contained herein to the contrary, no commission shall be considered earned nor shall any installment be due unless the lease for which Broker is due a commission remains in full force and effect, the tenant has deposited the required security with Landlord and the tenant is not in default under any of the terms of its lease. If tenant is in default under any terms of its lease at the time any installment pursuant to this Agreement is due, payment of such installment shall be deferred until all such defaults are fully cured. All final business and legal decisions shall be made solely by Landlord, and all binding agreements shall be executed and delivered solely by Landlord. Landlord shall be free to discontinue negotiations, and/or to refuse to enter into any lease with any proposed tenant, and/or to reject any proposed transaction for any reason or for no reason whatsoever, and, Landlord shall owe Broker no commission or other compensation for its services hereunder unless and until a lease between Landlord and a tenant is executed.

d. <u>Calculation</u>: If the lease expressly provides for an allowance in the form of rental concession (however denominated) the amount of such allowance shall be prorated over the initial term of the Lease and, for the purposes of calculating the commission due, the annual rent set forth in the Lease shall be reduced by such prorated amount.

e. <u>Options</u>: If a lease for which Broker was paid a Commission by Landlord contains an option to renew or extend the lease, and if the lessee exercises that option, an additional Commission shall be due and payable according to the terms set forth above, and calculated on the total years of the term of the lease measured from the Lease Commencement Date. The option commission shall be payable upon Landlord's receipt of the first month's rent for the option period.

3. <u>Post-Agreement</u>: In the event that a lease is executed within twelve (12) months after the expiration of this Exclusive Brokerage Agreement, for which Broker shall be deemed the procuring cause during the exclusive term, Landlord shall pay Broker a commission according to the terms set forth above, provided that in the event that this Exclusive Leasing Agreement is terminated or otherwise ends, Broker has within fifteen (15) days furnished Landlord with a list of prospective tenants (the "List") not to exceed ten (10) tenants, to whom Broker identified and presented the Property for lease and with whom Broker was in active negotiations at the expiration of the exclusive term. Failure provide the Landlord the List or to include a name of a proposed tenant on the List shall be deemed an absolute waiver by Broker of any right

whatsoever to claim any commission if any portion of the Property is leased to a tenant not set forth on the List.

4.     Co-Brokerage: In the event of a co-brokerage transaction, where a broker other than Broker procures a tenant or buyer for the Property acceptable to Landlord, Landlord shall pay subject to Article 2 above, or, using Landlord's funds if all Commission is paid to Broker, shall permit Broker to pay on Landlord's behalf, such broker one full commission if an office transaction, or one-half commission if a retail transaction, according to the terms set forth above. Broker shall have the right, but not the obligation, to negotiate and execute a co-brokerage agreement with any such third party broker. Broker shall indemnify and hold harmless Landlord from and against any and all loss, claim, cost, damage, liability and expense, including attorney's fees, arising out of the claims of any broker for any brokerage commission, brokerage fee for negotiations for any lease of the Property, in an amount not to exceed the total amount payable to Broker under this Agreement.

5.     Façade Signage: Broker may place advertising signage on the building façade, displaying Broker's contact information.

6.     Advertising and Marketing: Broker shall provide professional and appropriate advertising and marketing for the Property. Broker agrees that it shall use its standard marketing materials and procedures in connection with the Building. At Owner's option to be communicated or confirmed in writing, and at Owner's sole cost and expense, Broker shall use additional print media advertising, specialized brochures, DVD and web site presentations. It is agreed that Broker shall work with Owner's preferred marketing firm. Broker shall have no authority to spend in excess of the pre-approved budget without written authorization from Owner. Broker's services shall include but not be limited to:

   a.  Creation and direction of a marketing set-up brochure
   b.  Placement of the Property on the Sinvin website, www.sinvin.com
   c.  Listing the Property on appropriate real estate databases
   d.  Production and coordination of direct mailing
   e.  Holding promotional events
   f.  Canvassing the commercial brokerage community and appropriate businesses

7.     Broker's Duties: In the marketing and brokerage of the Property, Broker shall do the following:

   a.  Broker will promptly convey relevant information to Landlord
   b.  Broker will conduct him or herself with the utmost candor and professionalism
   c.  Broker will cooperate fully with all brokers
   d.  Broker will promptly respond to Landlord's inquiries
   e.  Broker will promptly convey to Landlord all offers to lease the Property, whether verbal or written

*Exclusive Brokerage Agreement*
*144 Spring Street*

8.    Indemnification: Landlord shall not be liable or responsible for any accident, loss, injury or damage attributable to the negligence of Broker, its partners, agents, employees, successors and assigns occurring or accruing in the Property during the term of this Agreement or in connection with this Agreement, and Broker shall and does fully indemnify, protect, defend and hold harmless Landlord from and against all loss, liability and expense, including attorney's fees, of any person or entity whomsoever or whatsoever arising out of, caused by or resulting from the negligence of or violation of the terms of this Agreement by Broker, in an amount not to exceed the total amount payable to Broker under this Agreement.

9.    Disputes: In the event of litigation or other agreed upon judicial or dispute resolution proceeding ("legal action") arising from or in connection with this Agreement, all costs and expenses of the legal action (including but not limited to all actual attorneys' fees and costs paid or payable by the other party, and filing fees) shall be awarded to the prevailing party, and payable by the losing party. Venue for any legal action shall be New York, New York.

Agreed to and accepted as of the Effective Date above:


BROKER                                LANDLORD

SINVIN REALTY LLC                     144 SPRING REALTY LLC

By: Christopher Owles                 By: Henry Hay

4

 **SINVIN**

sinvin realty, llc
licensed real estate broker

170 varick street
new york, ny 10013

212.604.9000 tel
212.604.9006 fax

www.sinvin.com

# Commission Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 8/7/2008 | 1052KM-1/1 |

BILL TO:

144 Spring Realty, LLC

c/o Centaur Properties

35 East 21st Street, 3rd Floor

New York, NY 10010

| BUILDING: |
|-----------|
| 144 Spring Street |

| SPACE | TENANT | COMMISSION TOTAL | PAYMENT AMOUNT |
|-------|--------|------------------|----------------|
| Entire Bldg. | Triple R, Inc., dba Rock & Republic | $562,386.16 | $562,386.16 |
| | | **Total Due:** | **$562,386.16** |

**PLEASE REFERENCE INVOICE # ON ALL CHECKS, MADE PAYABLE TO:**

SINVIN REALTY, LLC
170 Varick Street, 3FL
New York, NY 10013

Tel: (212) 604-9000  Fax: (212) 604-9006

THANK YOU!

# EXHIBIT E

## Expense Register
### 144 - 144 SPRING STREET

| Ctr# Batch# | Inv Num Check Num | Inv Date Chk Dat | Post Mnth | Due Date A/P Acct | Cash Acct Exp Acct | Payee Pty | Payee's Name Account Name | Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 13959 | 254 | 01/11/07 01/11/07 | 01/07 01/07 | | 1110 4630 | ICRAVE 144 | ICRAVE, LLC Professional fees | 3,190.00 3,190.00 | |
| 13961 | 1225639 255 | 01/11/07 01/11/07 | 01/07 01/07 | | 1110 4630 | DUANE 144 | DUANE MORRIS Professional fees | 534.91 534.91 | |
| 15087 | 264 | 03/07/07 03/09/07 | 03/07 03/07 | | 1110 4630 | MORALI 144 | Morali Architect, PL Professional fees | 5,000.00 5,000.00 | Prof. Fees |
| 15316 | --- | 03/21/07 | 03/07 | | 1110 4630 | DUANE 144 | DUANE MORRIS Professional fees | 2,691.01 2,691.01 | |
| 15320 | 571 282 | 03/21/07 07/17/07 | 03/07 07/07 | | 1110 4630 | SCIALO 144 | SCIALO & COMPA Professional fees | 3,500.00 3,500.00 | |
| 15388 | 265 | 03/27/07 03/27/07 | 03/07 03/07 | | 1110 4630 | MSTUDIO 144 | Anthony Morali, PLL Professional fees | 5,000.00 5,000.00 | |
| 15628 | 279 | 04/18/07 07/10/07 | 04/07 07/07 | | 1110 4630 | MSTUDIO 144 | Anthony Morali, PLL Professional fees | 5,000.00 5,000.00 | |
| 17003 | 1247893 275 | 06/27/07 06/27/07 | 06/07 06/07 | | 1110 4630 | DUANE 144 | DUANE MORRIS Professional fees | 814.55 814.55 | |
| 17270 | 280-VOID 280-VOID 281 | 07/10/07 07/10/07 07/10/07 07/10/07 | 07/07 07/07 07/07 07/07 | | 1110 4630 4630 4630 | DUANE 144 144 144 | DUANE MORRIS Professional fees Professional fees Professional fees | 201.82 605.48 -605.48 201.82 | |
| 17573 | 2340745 285 | 08/01/07 08/01/07 | 08/07 08/07 | | 1110 4630 | BINGHAM 144 | BINGHAM McCUTC Professional fees | 1,127.20 1,127.20 | |
| 17862 | 286 | 08/15/07 08/15/07 | 08/07 08/07 | | 1110 4630 | SCIALO 144 | SCIALO & COMPA Professional fees | 2,000.00 2,000.00 | 144 2004 Tax Returns, meetings, etc |
| 18638 | 362 292 | 09/27/07 09/27/07 | 09/07 09/07 | | 1110 4630 | STERN 144 | STERN, TANNENB Professional fees | 2,137.75 2,137.75 | |
| 19131 | 543 295 | 10/26/07 10/26/07 | 10/07 10/07 | | 1110 4630 | STERN 144 | STERN, TANNENB Professional fees | 1,646.66 1,646.66 | |
| 19454 | 8585 296 | 11/07/07 11/07/07 | 11/07 11/07 | | 1110 4630 | Leitner 144 | Group Inc Professional fees | 3,000.00 3,000.00 | |
| 20202 | 10053 299 | 12/18/07 12/18/07 | 12/07 12/07 | | 1110 4630 | GREENBER 144 | GREENBERG, TRA Professional fees | 4,922.00 4,922.00 | |
| 20226 | 2373792 300 | 12/19/07 12/19/07 | 12/07 12/07 | | 1110 4630 | BINGHAM 144 | BINGHAM McCUTC Professional fees | 4,318.50 4,318.50 | |
| 21675 | --- | 02/25/08 | 02/08 | | 1110 4630 | GREENBER 144 | GREENBERG, TRA Professional fees | 3,213.00 3,213.00 | |
| 22030 | 102 | 03/05/08 03/05/08 | 03/08 03/08 | | 1110 4630 | SCIALO 144 | SCIALO & COMPA Professional fees | 3,500.00 3,500.00 | |
| 22032 | 10132 103 | 03/05/08 03/05/08 | 03/08 03/08 | | 1110 4630 | GREENBER 144 | GREENBERG, TRA Professional fees | 3,213.00 3,213.00 | INVOICE# 10132 |
| 22033 | 10289 104 | 03/05/08 03/05/08 | 03/08 03/08 | | 1110 4630 | GREENBER 144 | GREENBERG, TRA Professional fees | 397.50 397.50 | INVOICE# 10289 |
| 25312 | 2411689 118 | 07/22/08 07/22/08 | 07/08 07/08 | | 1110 4630 | BINGHAM 144 | BINGHAM McCUTC Professional fees | 9,305.25 9,305.25 | |
| 25313 | 2411700 119 | 07/22/08 07/22/08 | 07/08 07/08 | | 1110 4630 | BINGHAM 144 | BINGHAM McCUTC Professional fees | 2,887.40 2,887.40 | |
| 25315 | 0 | 07/22/08 07/22/08 | 07/08 07/08 | | 1110 4630 | PLESKOW 144 | PLESKOW & RAEL Professional fees | 22,000.00 22,000.00 | WIRE TRANSFER |
| 26347 | 0 | 09/08/08 09/08/08 | 09/08 09/08 | | 1110 4630 | PLETSKOW 144 | PLETSKOW & RAE Professional fees | 22,000.00 22,000.00 | PARTIAL PAYMENT ARCHITECT FEE |

# Expense Register
## 144 - 144 SPRING STREET

| Ctrl# Batch# | Inv Num Check Num | Inv Date Chk Dat | Post Mnth | Due Date A/P Acct | Cash Acct Exp Acct | Payee Ppty | Payee's Name Account Name | Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 26611 | | 09/22/08 | 09/08 | | 1110 | SALONR | SALON REALTY C | 2,000.00 | |
| | 124 | 09/22/08 | 09/08 | | 4630 | 144 | Professional fees | 2,000.00 | Hay Dispute Fees |
| 27001 | 1-08 | 10/03/08 | 10/08 | | 1110 | PLESKOW | PLESKOW & RAEL. | 7,884.67 | |
| | 126 | 10/03/08 | 10/08 | | 4630 | 144 | Professional fees | 7,884.67 | |
| 27002 | | 10/03/08 | 10/08 | | 1110 | ELLIOT | ELLIOT GABBAY | 2,596.20 | |
| | 127 | 10/03/08 | 10/08 | | 4630 | 144 | Professional fees | 2,596.20 | 3 WEEKS |
| 27059 | 0968-08 | 10/01/08 | 10/08 | | 1110 | OUT | OUT SOURCE CON | 2,000.00 | |
| | 128 | 10/08/08 | 10/08 | | 4630 | 144 | Professional fees | 2,000.00 | |
| 27142 | 1430 | 10/15/08 | 10/08 | | 1110 | ACC | CONTROL CONSU | 450.00 | |
| | 130 | 10/15/08 | 10/08 | | 4630 | 144 | Professional fees | 450.00 | |
| 27143 | 1430- | 10/15/08 | 10/08 | | 1110 | ACC | CONTROL CONSU | 375.00 | |
| | 131 | 10/15/08 | 10/08 | | 4630 | 144 | Professional fees | 375.00 | |
| 27188 | | 10/17/08 | 10/08 | | 1110 | SULFARO | CARL A. SULFARO | 2,235.00 | |
| | 133 | 10/17/08 | 10/08 | | 4630 | 144 | Professional fees | 2,235.00 | estimate for 382 zoning lot |
| 27200 | | 10/20/08 | 10/08 | | 1110 | ELLIOT | ELLIOT GABBAY | 865.40 | |
| | 134 | 10/20/08 | 10/08 | | 4630 | 144 | Professional fees | 865.40 | |
| 27215 | | 10/20/08 | 10/08 | | 1110 | ELLIOT | ELLIOT GABBAY | 865.40 | |
| | 135 | 10/20/08 | 10/08 | | 4630 | 144 | Professional fees | 865.40 | |
| 27883 | 1072-08 | 11/01/08 | 11/08 | | 1110 | OUT | OUT SOURCE CON | 4,000.00 | |
| | 137 | 11/12/08 | 11/08 | | 4630 | 144 | Professional fees | 4,000.00 | |
| 27923 | 0000001 | 11/14/08 | 11/08 | | 1110 | SEVERUD | SEVERUD ASSOCI | 5,075.00 | |
| | 138 | 11/14/08 | 11/08 | | 4630 | 144 | Professional fees | 5,075.00 | Profession Services |
| 27925 | | 11/14/08 | 11/08 | | 1110 | BINGHAM | BINGHAM McCUTC | 5,258.64 | |
| | 139 | 11/14/08 | 11/08 | | 4630 | 144 | Professional fees | 5,258.64 | Invoices#2417850, #2423601, #24292 |
| 27961 | 2-08 | 11/17/08 | 11/08 | | 1110 | PLESKOW | PLESKOW & RAEL. | 15,000.00 | |
| | 140 | 11/17/08 | 11/08 | | 4630 | 144 | Professional fees | 15,000.00 | |
| 28010 | | 11/19/08 | 11/08 | | 1110 | A. | A. ESTABAN & CO | 129.88 | |
| | 141 | 11/19/08 | 11/08 | | 4630 | 144 | Professional fees | 129.88 | |
| 28385 | 1178-08 | 12/01/08 | 12/08 | | 1110 | OUT | OUT SOURCE CON | 4,000.00 | |
| | 145 | 12/04/08 | 12/08 | | 4630 | 144 | Professional fees | 4,000.00 | |
| 28489 | | 12/10/08 | 12/08 | | 1110 | MORALI | Morali Architect, PL | 5,000.00 | |
| | 146 | 12/10/08 | 12/08 | | 4630 | 144 | Professional fees | 5,000.00 | LANDMARK WORK |
| 28490 | | 12/10/08 | 12/08 | | 1110 | MORALI | Morali Architect, PL | 1,000.00 | |
| | 147 | 12/10/08 | 12/08 | | 4630 | 144 | Professional fees | 1,000.00 | PRINTING |
| 30925 | | 03/01/09 | 03/09 | | 1110 | SCIALO | SCIALO & COMPA | 3,500.00 | |
| | 170 | 05/28/09 | 05/09 | | 4630 | 144 | Professional fees | 3,500.00 | |
| 30965 | 29128 | 03/06/09 | 03/09 | | 1110 | AXELROD | AXELROD, FINGER | 2,585.00 | |
| | 159 | 03/06/09 | 03/09 | | 4630 | 144 | Professional fees | 2,585.00 | |
| 31375 | 29208 | 03/01/09 | 03/09 | | 1110 | AXELROD | AXELROD, FINGER | 120.00 | |
| | 161 | 03/25/09 | 03/09 | | 4630 | 144 | Professional fees | 120.00 | |
| 31376 | 29430 | 03/16/09 | 03/09 | | 1110 | AXELROD | AXELROD, FINGER | 327.27 | |
| | 162 | 03/25/09 | 03/09 | | 4630 | 144 | Professional fees | 327.27 | |
| 31517 | | 03/31/09 | 03/09 | | 1110 | COBLENTZ | LLP | 10,000.00 | |
| | 163 | 03/31/09 | 03/09 | | 4630 | 144 | Professional fees | 10,000.00 | Retainer- 144 Spring Realty, LLC |
| 31808 | 29588 | 04/08/09 | 04/09 | | 1110 | AXELROD | AXELROD, FINGER | 3,482.86 | |
| | — | | | | 4630 | 144 | | 3,482.86 | |
| 31972 | 29655 | 04/21/09 | 04/09 | | 1110 | AXELROD | AXELROD, FINGER | 62.13 | |
| | 166 | 04/21/09 | 04/09 | | 4630 | 144 | Professional fees | 62.13 | |
| 32954 | 29939 | 05/21/09 | 05/09 | | 1110 | AXELROD | AXELROD, FINGER | 280.00 | |
| | 169 | 05/21/09 | 05/09 | | 4630 | 144 | Professional fees | 280.00 | ROCK & REPUBLIC CASE |

## Expense Register
### 144 - 144 SPRING STREET

| Ctrl# Batch# | Inv Num Check Num | Inv Date Chk Dat | Post Mnth | Due Date A/P Acct | Cash Acct Exp Acct | Payee Ppty | Payee's Name Account Name | Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 33602 29868 | | 06/23/09 | 06/09 | | 1110 | AXELROD | AXELROD, FINGER | 582.50 | |
| | 177 | 06/23/09 | 06/09 | | 4630 | 144 | Professional fees | 582.50 | Rock & Republic |
| 33615 60392 | | 06/23/09 | 06/09 | | 1110 | GOLDBERG | WEPRIN & USTIN L | 3,062.50 | |
| | 178 | 06/23/09 | 06/09 | | 4630 | 144 | Professional fees | 3,062.50 | File#26351 |
| 33782 205054 | | 04/29/09 | 06/09 | | 1110 | COBLENTZ | LLP | 2,780.67 | |
| | | | | | 4630 | 144 | Professional fees | 2,780.67 | |

TOTAL                  197,118.67
TOTAL UNPAID        12,167.54

Totals By Account

| umber | Name | Total |
|---|---|---|
| 110 | Cash In Bank-1 | 197,118.67 |
| 630 | Professional fees | 197,118.67 |

144

Professional Fees

$184,951.13
- $20,220.43   (Axelrod & Coblentz
_____    included in Exhibit F)
$164,730.70

## Expense Register

| Ctrl# Batch# | Inv Num Check Num | Inv Date Chk Dat | Post Mnth | Due Date A/P Acct | Cash Acct Exp Acct | Payee Ppty | Payee's Name Account Name | Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 16716 | | 06/06/07 | 06/07 | | 1110 | ACE | A.C.E. | 5,000.00 | |
| | 565 | 06/06/07 | 06/07 | | 4650 | 376 | Misc. Expense | 5,000.00 | |
| 16717 | | 06/06/07 | 06/07 | | 1110 | ACE | A.C.E. | 5,000.00 | |
| | 2646 | 06/06/07 | 06/07 | | 4650 | 436 | Misc. Expense | 5,000.00 | |
| 16718 | | 06/06/07 | 06/07 | | 1110 | ACE | A.C.E. | 5,000.00 | |
| | 272 | 06/06/07 | 06/07 | | 4650 | 396 | Misc. Expense | 5,000.00 | |
| 16719 | | 06/06/07 | 06/07 | | 1110 | ACE | A.C.E. | 15,000.00 | |
| | 274-VOID | 06/06/07 | 06/07 | | 4650 | 144 | Misc. Expense | 15,000.00 | Reversed by ctrl# 17093 |
| | 274-VOID | 06/29/07 | 06/07 | | 4650 | 144 | Misc. Expense | -15,000.00 | |
| | --- | | | | 4650 | 144 | Misc. Expense | 15,000.00 | |
| 17093 | | 06/28/07 | 06/07 | 06/06/07 | 1110 | ACE | A.C.E. | -15,000.00 | |
| | --- | | | | 4650 | 144 | Misc. Expense | -15,000.00 | :Prog Gen Reverses invoice ctrl# 1671 |
| | --- | | | | 4650 | 144 | Misc. Expense | 15,000.00 | |
| | --- | | | | 4650 | 144 | Misc. Expense | -15,000.00 | |
| 23991 | | 05/23/08 | 05/08 | | 1110 | ACE | A.C.E. | 16,500.00 | |
| | 122 | 05/23/08 | 05/08 | | 4650 | 396 | Misc. Expense | 5,000.00 | |
| | 111 | 05/23/08 | 05/08 | | 4650 | 144 | Misc. Expense | 2,500.00 | |
| | 228 | 05/23/08 | 05/08 | | 4650 | 436 | Misc. Expense | 5,000.00 | |
| | 137 | 05/23/08 | 05/08 | | 4650 | 376 | Misc. Expense | 4,000.00 | |
| 25113 | | 06/10/08 | 06/08 | | 1110 | ACE | A.C.E. | 3,000.00 | |
| | 1342 | 06/10/08 | 06/08 | | 4650 | 70 | Misc. Expense | 3,000.00 | donation |
| 33063 | | 05/28/09 | 05/09 | | 1110 | ACE | A.C.E. | 10,000.00 | |
| | 196 | 05/28/09 | 05/09 | | 4650 | 396 | Misc. Expense | 3,333.33 | DONATION |
| | 10078 | 05/28/09 | 05/09 | | 4650 | 436 | Misc. Expense | 3,333.33 | |
| | 275 | 05/28/09 | 05/09 | | 4650 | 376 | Misc. Expense | 3,333.34 | |
| | | | | | | | TOTAL | 44,500.00 | |
| | | | | | | | TOTAL UNPAID | 0.00 | |

| Number | Totals By Account Name | Total |
|---|---|---|
| 1110 | Cash in Bank-1 | 44,500.00 |
| 4650 | Misc. Expense | 44,500.00 |

*A.C.E Donations*

*All Properties in order to be able to get Community Board approval for new building*

*$44,500.00*



# METROPOLIS
#### GROUP INC

| Bill To | RE: |
|---|---|
| 144 Spring Realty LLC<br>Centaur Properties<br>35 East 21st Street<br>New York, New York 10010<br>Attn: Mr. Julia Matzar | 144 Spring Street |

| Date | Invoice # | P.O. No. | Terms | Due Date | Ship Date | Project |
|---|---|---|---|---|---|---|
| 1/5/2009 | Cent-109 | | Net 30 | 2/4/2009 | 1/5/2009 | |

| Description | Rate | Amount |
|---|---|---|
| For services rendered on attending the Landmark meeting in preliminary bases with Bernadette Artus and Caroline Kane-Levy<br>Prank Fortino 1 hour @ $250.00 per hour | 250.00 | 250.00 |

| Thank you for your business. | **Total** | $250.00 |
|---|---|---|

22 Cortland Street     10th Floor     New York     NY     10007     Ph: 212.233.6344     Fax: 212.233.6333

35 East 21st Street-3rd Floor
New York, NY 10011
Tel: (212) 308-4443
Fax: (212) 308-8630

**Centaur Properties, LLC**

# Fax

| | | | |
|---|---|---|---|
| To: Andie | | From: Mary | |
| Fax: 534-6237 | | Pages: 2 | |
| Phone: | | Date: 2/2/09 | |
| Re: 144 Spring | | CC: | |

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

Please pay ASAP.

Mail to:
Drewal Inc.
35 East 21st St.
Ny, Ny 10010

thank you.

SILVER LINE PRESS
200 EAST 3RD STREET
NEW YORK, N.Y. 10016

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 1/23/08 | 2134 |

BILL TO

CENTAUR PROPERTIES
33 EAST 21ST STREET, 3RD FL.
NEW YORK, N.Y. 10010

ATTENTION: MARY DI CARLO

SHIP TO

SAME

| P.O. NO. | TERMS | SHIP DATE | SHIP VIA | PREP WORK | ARTWORK/COMP./SN |
|----------|-------|-----------|----------|-----------|------------------|
| | | 10 DAYS | BEST METH | | |

| QTY (M) | DESCRIPTION | RATE | AMOUNT |
|---------|-------------|------|--------|
| 1 | LOT - 90 ENGRAVED BUSINESS CARDS - 1 UP SPRING READY BY | 70.00 | 70.00 |
| | LILCA-ELLIOT GABBAY | | |
| | STRATHMORE ULTIMATE WHITE | | |
| | 13 TYPE SET | | |
| 1 | FREIGHT CHARGE | 15.00 | 15.00 |
| | | 8.20 | 8.20 |
| | *****PLEASE MAKE CHECK PAYABLE TO  SILVER LINE PRESS***** | | |
| | TAX | 8.25% | 7.69 |

*[handwritten:]* make check to ↑

| | | |
|---|---|---|
| **Total** | | $100.89 |

*[handwritten:]* #100.89

**Out Source Consultants LTD**
1438 Stephan Marc Lane
East Meadow, NY 11554
PH: 516-565-3620
FX: 516-463-9565

Centaur Properties
35 East 21st Street, 3rd Floor
New York, New York 10010
Attn: Henry Hay

Dec. 1, 2008

INVOICE

For Owner's Representative Services:

Services for:
144 Spring Street, New York, NY

**Invoice #1178-08**
November, 2008                                          $4,000.00

Total          $4,000.00

REMIT PAYMENT TO:

Out Source Consultants, Ltd.
1438 Stephan Marc Lane
East Meadow, NY 11554
Attn: Arthur Kornberg

# A. Estéban & Company, Inc.

135 West 21st Street
New York, New York 10011
(212) 989-7000

an "M.B.E." firm

INVOICE

REMIT TO: A. Estéban & Company, Inc.

135 West 21st Street
New York, New York 10011
(212) 989-7000

**IMPORTANT: PLEASE RETURN REMITTANCE COPY WITH PAYMENT. THANK '**

TERMS NET 10 DAYS

| SOLD TO | SHIP TO |
|---|---|
| CENTAUR PROPERTIES<br>35 EAST 21ST STREET<br>3RD FLOOR<br>NEW YORK NY 10010 | |

| JOB/REFERENCE NUMBER | | | BILLING UNIT CODE | CUST. NO. | INV |
|---|---|---|---|---|---|
| 144 SPRING STREET | | | F = SQ. FT.   C = PER 100   L = LABOR HOURS<br>E = EACH   I = PER INCH   X = 9200 | 14442 | 10 |

| ORDER NUMBER | NO. ORIG. | SIZE X | | COPIES EACH | TOTAL COPIES | ITEM CODE | | DESCRIPTION | TOTAL SQ. FT. | TA |
|---|---|---|---|---|---|---|---|---|---|---|
| 51914 | 24 | | | 1 | 24 | 4820 | E | PL-PDF/DWF CONVERSION | 24 | |
| 51914 | 24 | 15 | 22 | 1 | 24 | 0160 | F | DP-DIG. PLOT/BOND 1ST SET | 72 | |
| 51914 | 24 | 15 | 22 | 1 | 24 | 0161 | F | DP-DIG. PLOT/BOND ADD'L SETS | 72 | |
| 51914 | 24 | 15 | 22 | 2 | 48 | 0127 | F | BW-BLACK/WHITE COLLATING | 144 | |
| 51914 | 8 | | | 1 | 8 | 6932 | E | CC-FIERY CLR 11X17 1ST COPY | 8 | |
| 51914 | 8 | | | 1 | 8 | 6933 | E | CC-FIERY CLR 11X17 ADD'L | 8 | |
| 51914 | 8 | | | 2 | 16 | 1646 | E | SP-MANUAL COLLATING | 16 | |
| 51949 | 9 | | | 1 | 9 | 6932 | E | CC-FIERY CLR 11X17 1ST COPY | 9 | |
| 51949 | 9 | | | 1 | 9 | 6933 | E | CC-FIERY CLR 11X17 ADD'L | 9 | |
| 51949 | 9 | | | 2 | 18 | 1646 | E | SP-MANUAL COLLATING | 18 | |
| 51949 | 33 | | | 1 | 33 | 4820 | E | PL-PDF/DWF CONVERSION | 33 | |
| 51949 | 33 | 15 | 22 | 1 | 33 | 0160 | F | DP-DIG. PLOT/BOND 1ST SET | 99 | |
| 51949 | 33 | 15 | 22 | 1 | 33 | 0161 | F | DP-DIG. PLOT/BOND ADD'L SETS | 99 | |
| 51949 | 33 | 15 | 22 | 2 | 66 | 0127 | F | BW-BLACK/WHITE COLLATING | 198 | |
| 51949 | 2 | | | 1 | 2 | 0120 | E | BW-BIND W/STRIP | 2 | |

TITLE TO MERCHANDISE ON THIS INVOICE PASSES UPON DELIVERY TO THE CARRIER UNLESS OTHERWISE AGREED BY THE PARTIES. SELLER CERTIFIES THAT THESE GOODS/SERVICES WERE PRODUCED/PERFORMED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS ON SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED, AND ALL REGULATIONS AND ORDERS OF THE U.S. DEPT. OF LABOR ISSUED UNDER SEC. 14 THEREOF.

| SUB TOTAL | SALES TAX | TO |
|---|---|---|
| 119.84 | 10.04 | |

ORIGINAL INVOICE

#129.88

# Invoice

**Pleskow & Rael, Inc**
13432 Beach Ave
Marina del Rey CA 90292-5624

| Invoice # | 2-08 |
|---|---|
| Invoice Date | 10/20/2008 |

Bill To:

Henry Hay, 144 Spring Realty, LLC
c/o Centaur Properties
35 East 21st Street, 3rd Floor
New York, NY 10010

Project

144 Spring Street
New York, NY.

| Period | P.O. Numb... | Terms | Due Date: |
|---|---|---|---|
| August 1 - October 19, 2008 | | On Receipt | 10/21/2008 |

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| PROGRESS BILLING | | 32,765.00 | 32,765.00 |
| Schematic Design (Design Refinements) - Refinement Options | | | |
| Design Development - Coordination with Consulting Engineers and Expeditor | | | |
| Construction Document Drawings - Base Drawings | | | |
| | | | |
| Meetings with Owner, Owner Rep, Owner Asst. | | | |
| Meetings with Landmarks Commission Consultant, | | | |
| Kick-off Meeting with Consulting Engineers and Expeditor | | | |
| SUB TOTAL PROFESSIONAL FEES | | | 32,765.00 |
| | | | |
| REIMBURSABLES | | | |
| 30" x 42" CAD Plots - Base Drawing Print Set | 24 | 14.00 | 336.00 |
| 15" x 21" CAD Plots - 1/2 Size Base Drawing Print Set | 24 | 7.00 | 168.00 |
| Model Supplies - Roark Invoice #17410 | 1 | 13.10 | 13.10 |
| Model Supplies - Roark Invoice #17435 | 1 | 138.48 | 138.48 |
| Model Supplies - Roark Invoice #17443 | 1 | 10.54 | 10.54 |
| Model Supplies - Roark Invoice #17446 | 1 | 115.05 | 115.05 |
| Outsourced Reprographics - Blair Graphics Invoice #1215223 | 1 | 14.883 | 14.88 |
| Outsourced Reprographics - Blair Graphics Invoice #1218220 | 1 | 72.99 | 72.99 |
| SUBTOTAL REIMBURSABLE EXPENSES | | | 869.04 |

Federal Tax ID: 20-0569269

| Phone # | 310-577-9300 | Fax # | 310-577-9302 |
|---|---|---|---|

| Total | $33,634.04 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $33,634.04 |

# ICRAVE, LLC

411 West 14th Street
2nd Floor
New York, NY 10014
Tel: 212 929-8320
Fax: 212 929-8373

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/5/2006 | 01-06-100-01 |

Bill To:

Centaur Properties
551 Madison Ave 8th Floor
New York, NY, 10022
Attn: Henry Hay

| Terms | Due Date | Project # |
|-------|----------|-----------|
| Due Upon Receipt | 12/5/2006 | 01-06-100 |

*re: 144 Spring St.*

| Description | Current Amount Due |
|-------------|--------------------|
| Concept Renderings | |
| Principal Director: Siobhan Barry        11 hrs @200/hr | 2,200.00 |
| Designer:Raymond Chung        11 hrs @90/hr | 990.00 |
| | |
| **Current Balance Due** | **3,190.00** |

# AZAR ASSOCIATES

215 WEST 94 STREET
SUITE 517
NEW YORK, NEW YORK
10025-6953
212-222-3719  phone
212-222-2606  fax
RCNY@aol.com  e-mail

February 9, 2006

Mr. Henry Hay
CENTAUR PROPERTIES
551 Madison Avenue
New York, NY. 10022

Ref:    Zoning Review and Analysis

Dear Mr. Hay,

Please accept this correspondence as an invoice for the following:

Fees for services rendered providing zoning review and analysis for the following:

|  |  |  |
|---|---|---|
| 396-398 West Broadway | | |
| 400 West Broadway | | |
| 76-78 Thompson Street | | |
| 382 West Broadway | $512.50 | andre |
| 144 Spring Street | 325.00 | andre |
| 127-131 Eighth Avenue | 325.00 | CPUC |
| 24 East 81 Street | 400.00 | andre |

TOTAL DUE: $1562.50

Please remit checks made payable to Azar Associates.

It is our pleasure to be of continued service to you and your organization. If there are any questions regarding this invoice, please contact me at 212-222-3719 or on my cell phone: 646-765-8852.

Thank you,


Rick Azar

**Mary DiCarlo**

From:    SulfaroLaw@aol.com
Sent:    Sunday, October 05, 2008 4:34 PM
To:      Henry Hay
Subject: zoning lot declaration for 382 West Broadway, NYC

October 6, 2008

Mr. Henry Hay, Member
Centaur Properties,LLC
35 East 21st Street, 3rd Floor
New York, New York

   Re: Estimate for Zoning Lot Declaration

Dear Mr. Hay:

At the request of Ms. Lika of M-Studio architects, I am forwarding an estimate of the costs to have a zoning lot declaration (exhibits I and III) prepared and filed with the Office of the City Register, Department of Finance with advance copy to the architect's office hopefully in time for a scheduled audit with the Department of Buildings reviewer for the project for this week.

Fee for research and preparation of documents:........................................$  1,500.00
Title Company fee:........................................................................... $     525.00
NYCDOF filing fees: (estimated):................................................$      210.00

Total:.................................................................................................$  2,235.00

Please make payment to "Law Office of Carl A. Sulfaro". Thank you.


Law Office of Carl A. Sulfaro
245 Bay 10th Street
Brooklyn, New York 11228-3907

Tel: 718-232-7670
Fax: 718-236-5199
Cell: 917-952-3178
E-Mail: SULFAROLAW@aol.com

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please destroy this message and are asked to notify the sender by reply e-mail.

To ensure compliance with requirements imposed by the IRS, we inform you that, unless specifically indicated otherwise, any tax advice contained in this communication (including attachments) was not intended or written to be used, and can not be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code, or (ii) promoting, marketing, or recommending to another party any tax-related matter addressed herein.


New MapQuest Local shows what's happening at your destination. Dining, Movies, Events, News & more. Try it out!

Tel: (631) 589-3666
Fax: (631) 589-4004

Cellular: (917) 886-9885

# A C C

## ASBESTOS CONTROL CONSULTANTS, INC.
1302 Walnut Avenue, Bohemia, NY 11716

## Statement

| DATE | STATEMENT # |
|------|-------------|
| 09/25/2008 | 1430 |

M Studio
137 Varick Street
6th Floor
New York, NY 10013

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $825.00 | |

Please detach top portion and return with your payment.

| DATE | ACTIVITY | AMOUNT | OPEN AMOUNT |
|------|----------|--------|-------------|
| 06/10/2008 | Invoice #MK-2467: Due 07/10/2008. | | 450.00 | 450.00 |
| | --- 06/10/2008 Asbestos investigation of 382 West Broadway - C, 1, Mezz = $300.00 | | |
| | --- 06/10/2008 6 Samples @ $25 each = $150.00 | | |
| 06/26/2008 | Invoice #MK-2494: Due 07/26/2008. | 375.00 | 375.00 |
| | --- 06/26/2008 Asbestos investigation of 396 West Broadway - 1-3 Floors = $300.00 | | |
| | --- 06/26/2008 3 Samples @ $25 each = $75.00 | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---------|--------------------|---------------------|---------------------|-----------------------|------------|
| $0.00 | $0.00 | $0.00 | $825.00 | $0.00 | $825.00 |

**Out Source Consultants LTD**
1438 Stephan Marc Lane
East Meadow, NY 11554
PH: 516-565-3620
FX: 516-483-9565

Centaur Properties
35 East 21st Street, 3rd Floor
New York, New York 10010
Attn: Henry Hay

Oct.1, 2008

## I N V O I C E

---

For Owner's Representative Services:

Services for:
144 Spring Street, New York, NY

**Invoice #0968-08**
September, 2008  Partial Billing                              $2,000.00

Total            $2,000.00

**REMIT PAYMENT TO:**

Out Source Consultants, Ltd.
1438 Stephan Marc Lane
East Meadow, NY 11554
Attn: Arthur Kornberg

35 East 21st Street-3rd Floor
New York, NY 10011
Tel: (212) 308-4443
Fax: (212) 308-8630

**Centaur Properties, LLC**

# Fax

| To: | Andre | From: | Mary DiCarlo |
|---|---|---|---|
| Fax: | (212) 534-6237 | Pages: | 3 |
| Phone: | | Date: | 10/03/2008 |
| Re: | | CC: | |

Kindly pay the attached email to Pleskow & Rael Inc from 144 Spring. (I transferred $10,000 from 376 to 144)

Cut a check to Elliot Gabbay from 144 Spring in the amount of $2,596.20. (3 weeks). He will be working here as a consultant. He will be paid by-weekly. Annual salary is $45,000.00. Please pay him next week as well and then after that it will be every two weeks.

Thank you

# Invoice

**Pleskow & Rael, Inc**
13432 Beach Ave
Marina del Rey CA 90292-5624

| Invoice # | 1-08 |
|---|---|
| Invoice Date | 8/1/2008 |

Bill To:

Henry Hay, 144 Spring Realty, LLC
c/o Centaur Properties
35 East 21st Street, 3rd Floor
New York, NY  10010

Project

144 Spring Street
New York, NY

| Period | | P.O. Numb... | Terms | Due Date: |
|---|---|---|---|---|
| June 1 - July 31, 2008 | | | On Receipt | 8/1/2008 |
| Description | | Hours/Qty | Rate | Amount |
| PRINCIPAL - CONCEPT DESIGN, SCHEMATIC DESIGN<br>Initial Concept Design Development;<br>Schematic Design Development;<br>Coordination and Review with Henry;<br>Coordination with Chris Owles;<br>Conference Call with Henry, Chris Owles and 'Rock & Republic' | | 31.5 | 175.00 | 5,512.50 |
| PROJECT DESIGNER - CONCEPT DESIGN, SCHEMATIC DESIGN<br>Initial Concept Design Renderings for Presentation to Henry for approval,<br>transmittal to Tenant, 'Rock & Republic' for review,<br>and Attachment to Lease Agreement<br> - High Entry, Extended Frame<br> - Low Entry, Extended Frame<br> - High Entry, Parapet at Roof<br> - Low Entry, Parapet at Roof<br> - Light Steel finish alternates<br>Refinement of Initial Renderings, Placement in block context | | 44.5 | 125.00 | 5,562.50 |
| TECHNICAL STAFF - CONCEPT DESIGN, SCHEMATIC DESIGN<br>Initial Concept Design Plans and Elevations for Presentation to Henry for<br>approval,<br>transmittal to Tenant, 'Rock & Republic' for review,<br>and Attachment to Lease Agreement<br><br>Scale Model of Site - Wooster and Spring Street Buildings (1/8" scale)<br><br>Enlarged Model of Building - (1/4" scale) | | 184 | 95.00 | 17,480.00 |
| SUB TOTAL PROFESSIONAL FEES | | | | 28,555.00 |

| Federal Tax ID: 20-0569269 | | | | Total | |
|---|---|---|---|---|---|
| Phone # | 310-577-9300 | Fax # | 310-577-9302 | Payments/Credits | |
| | | | | Balance Due | |

Page 1

# Invoice

**Pleskow & Rael, Inc**
13432 Beach Ave
Marina del Rey CA 90292-5624

| Invoice # | 1-08 |
|---|---|
| Invoice Date | 8/1/2008 |

Bill To:

Henry Hay, 144 Spring Realty, LLC
c/o Centaur Properties
35 East 21st Street, 3rd Floor
New York, NY 10010

Project

144 Spring Street
New York, NY

| Period | P.O. Numb... | Terms | Due Date: |
|---|---|---|---|
| June 1 - July 31, 2008 | | On Receipt | 8/1/2008 |

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| REIMBURSABLE EXPENSES | | | |
| 11x17 Color Presentation Prints | 32 | 22.00 | 704.00 |
| 11x17 CAD Plots | 52 | 6.00 | 312.00 |
| Model Supplies - Staples 07/02/08 (see attached receipt copy) | 1 | 19.04 | 19.04 |
| Model Supplies - Graphaids 77550 (see attached receipt copy) | 1 | 72.20 | 72.20 |
| Model Supplies - SCI-Arc 183841 (see attached receipt copy) | 1 | 199.90 | 199.90 |
| Model Supplies Utrecht 1042182 (see attached receipt copy) | | 22.53 | 22.53 |
| SUBTOTAL REIMBURSABLE EXPENSES | | | 1,329.67 |

| Federal Tax ID: 20-0569269 | | | | Total | $29,884.67 |
|---|---|---|---|---|---|
| Phone # | 310-577-9300 | Fax # | 310-577-9302 | Payments/Credits | $-22,000.00 |
| | | | | Balance Due | $7,884.67 |

Page 2

**Out Source Consultants LTD**
1438 Stephan Marc Lane
East Meadow, NY 11554
PH: 516-565-3620
FX: 516-483-9565

Centaur Properties
35 East 21st Street, 3rd Floor
New York, New York 10010
Attn: Henry Hay

Nov. 1, 2008

## INVOICE

For Owner's Representative Services:

Services for:
144 Spring Street, New York, NY

**Invoice #1072-08**
October, 2008                                            $4,000.00

Total          $4,000.00

**REMIT PAYMENT TO:**

Out Source Consultants, Ltd.
1438 Stephan Marc Lane
East Meadow, NY 11554
Attn: Arthur Kornberg

# Severud Associates

## CONSULTING ENGINEERS P.C.

469 Seventh Avenue • New York, New York 10018 • (212) 986-3700

October 31, 2008
Project No: 13285
Invoice No: 0000001

Mr. Henry Hay
Centaur Properties Ltd.
35 East 21st Street, 3rd Floor
New York NY 10010

144 Spring Street - New Building
New York, NY

---

Professional Services

Fee

Total Fee          29,000.00

| Phase | Percent of Fee | Fee | Percent Complete | Earned |
|---|---|---|---|---|
| Design Development | 35.00 | 10,150.00 | 50.00 | 5,075.00 |
| Construction Documents | 45.00 | 13,050.00 | 0.00 | 0.00 |
| Construction Contract Administration | 20.00 | 5,800.00 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total Earned | 5,075.00 |
| Previous Fee | 0.00 |
| Current Fee | 5,075.00 |
| Total Fee | 5,075.00 |

Total this invoice          $5,075.00

# EXHIBIT F

**Ficks, Gregg**

**Subject:** 13837.001



| Matter Number: | 13837-001 | 5/19/2010 9:46:46 AM |
|---|---|---|
| Matter Name: | 13837-001 | |
| Client Number: | 13837 | << Previous    Next >> |
| Client Name | 144 Spring Realty LLC | ☐ List Related Matters |

**Select Detail**

Time & Fee Summary ▼  Go    ☐ View As Matter Matter

| | Accounts Receivable | Unbilled Fees/Costs | | |
|---|---|---|---|---|
| 0 to 30 | 0.00 | 6,653.90 | OP Open ▼ | |
| 31 to 60 | 0.00 | 316.09 | Date Opened: | |
| 61 to 90 | 0.00 | 0.00 | 03/31/2009 | |
| 91+ | 0.00 | 0.00 | Date Closed: | |
| Total: | 0.00 | 6,969.99 | | |

Refresh

| | Billed To Date | Unbilled |
|---|---|---|
| Fees: | 53,620.50 | 6,931.50 |
| Costs: | 893.01 | 38.49 |
| Other: | 166.95 | |

| Last | Date | Amount |
|---|---|---|
| Bill: | 04/30/2010 | 4,717.50 |
| Payment: | 05/10/2010 | 4,717.50 |
| Time Entry: | 05/14/2010 | |

Unallocated Payments:
0.00
Interim Bills:
0.00
Non Billable:
0.00
Net Unbilled Fees:
6,931.50
Total Investment:
6,969.99

$61,650.45

+ $1,000.00  (Gruber Ellis invoice attached)

+ $17,439.76  (Axelrod fees and Coblentz retainer from Exhibit E)

$80,090.21

5/20/2010

 **GRUBB & ELLIS.**
From Insight to Results

# *INVOICE T-109*

144 Spring Realty LLC
c/o Jonathan Bass
Coblentz, Patch, Duffy & Bass LLP
One Ferry Building, Suite 200
San Francisco, CA 94111-4213
*415-772-5726*

**April 29, 2010**

**FEDERAL TAX I.D. #: 65-0574421**

TERMS: *PAYABLE IN FULL*
*UPON RECEIPT OF*
*INVOICE*

**Re: 144 Spring Street, New York, NY**

For professional services in connection with conducting research to
prepare a full narrative self-contained appraisal report for the above-
mentioned property.

Robert Von Ancken's time for conferences and analysis to determine the
potential loss/profit due to the tenant Tripler R, Inc. and Rock & Republic
Enterprises, Inc. vacating the proposed building:
2 hours @ $500 per hour

**$1,000.00**

TOTAL FEE DUE AT THIS TIME:

**$1,000.00**

*PLEASE REFERENCE ASSIGNMENT # T-109 ON YOUR CHECK.*
*Make check payable to:*
*Grubb & Ellis Consulting Services Company*
*Attention: Meg Berke*
*1177 Avenue of the Americas*
*New York, NY 10036*

*Thank you.*

# EXHIBIT G

# Expense Register

Page 1
7/15/2009
04:16 PM

| Ctrl#<br>Batch# | Inv Num<br>Check Num | Inv Date<br>Chk Dat | Post<br>Mnth | Due Date<br>A/P Acct | Cash Acct<br>Exp Acct | Payee<br>Ppty | Payee's Name<br>Account Name | Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 27002 | | 10/03/08 | 10/08 | | 1110 | ELLIOT | ELLIOT GABBAY | 2,596.20 | |
| | 127 | 10/03/08 | 10/08 | | 4630 | 144 | Professional fees | 2,596.20 | 3 WEEKS |
| 27200 | | 10/20/08 | 10/08 | | 1110 | ELLIOT | ELLIOT GABBAY | 865.40 | |
| | 134 | 10/20/08 | 10/08 | | 4630 | 144 | Professional fees | 865.40 | |
| 27215 | | 10/20/08 | 10/08 | | 1110 | ELLIOT | ELLIOT GABBAY | 865.40 | |
| | 135 | 10/20/08 | 10/08 | | 4630 | 144 | Professional fees | 865.40 | |
| 27477 | | 10/30/08 | 10/08 | | 1110 | ELLIOT | ELLIOT GABBAY | 1,764.20 | |
| | 174 | 10/30/08 | 10/08 | | 4630 | 376 | Professional fees | 1,730.80 | 2 WEEKS + rEIMBURSE OF $23.40 |
| | 174 | 10/30/08 | 10/08 | | 4130 | 376 | Travel | 23.40 | |
| 27880 | | 11/12/08 | 11/08 | | 1110 | ELLIOT | ELLIOT GABBAY | 1,730.80 | |
| | 435 | 11/12/08 | 11/08 | | 4660 | 70 | Office Expense | 1,730.80 | |
| 27884 | | 11/12/08 | 11/08 | | 1110 | ELLIOT | ELLIOT GABBAY | 108.70 | |
| | 179 | 11/12/08 | 11/08 | | 4130 | 376 | Travel | 108.70 | Reimburse for Travel Expense |
| 28179 | | 11/25/08 | 11/08 | | 1110 | ELLIOT | ELLIOT GABBAY | 1,764.90 | |
| | 440 | 11/25/08 | 11/08 | | 4660 | 70 | Office Expense | 1,730.80 | |
| | 440 | 11/25/08 | 11/08 | | 4130 | 70 | Travel | 34.10 | |
| 28388 | | 12/05/08 | 12/08 | | 1110 | ELLIOT | ELLIOT GABBAY | 865.40 | |
| | 413 | 12/05/08 | 12/08 | | 4660 | 436 | Office Expense | 865.40 | |
| 30114 | | 02/02/09 | 02/09 | | 1110 | ELLIOT | ELLIOT GABBAY | 1,200.00 | |
| | 214 | 02/02/09 | 02/09 | | 4630 | 376 | Professional fees | 1,200.00 | |

TOTAL     11,751.00
TOTAL UNPAID     0.00

| umber | Totals By Account<br>Name | Total |
|---|---|---|
| 110 | Cash in Bank-1 | 11,751.00 |
| 130 | Travel | 166.20 |
| 630 | Professional fees | 7,257.80 |
| 660 | Office Expense | 4,327.00 |

*Elliot Gabbay*
*All Properties*
*$11,751.00*

# EXHIBIT H


## SINVIN
EXCLUSIVE LISTING

# 144 Spring Street
SW Corner of Wooster Street

## BUILD-TO-SUIT FLAGSHIP OPPORTUNITY



Proposed Design

**SPACE** Up to 9,600 sf   **FRONTAGE** 100' Wraparound   **RENT** Upon Request

## PRIME FEATURES

Single Tenant, 5 Story Building With Dramatic Selling Lower Level

Private Roof Deck Overlooking The Heart of SoHo

All-Glass Building, with Wraparound Frontage on Spring and Wooster Streets

High Ceilings: 17' on Ground Floor, 16' on 2nd Floor, 11' on 3/4/5, and 9' on Lower Level

Unique Floating Slab Floor Design

Exceptional Neighbors: Chanel, John Varvatos, Barney's Co-Op, Hogan, Diesel, Burberry, Longchamp, Ilori, Tretorn

| 212.604.9002 | 646.673.8740 | 212.604.9004 |
| chris@sinvin.com | kristin@sinvin.com | michael@sinvin.com |



# 144 Spring Street
## Southwest Corner of Wooster Street



GROUND FLOOR

20' of frontage

Spring Street

80' of frontage

Wooster Street



FLOORS 2-5



Spring Street Skyline

212.604.9002
chris@sinvin.com

646.673.8740
kristin@sinvin.com

212.604.9004
michael@sinvin.com



# SINVIN
EXCLUSIVE LISTING

# 144 Spring Street
SW Corner of Wooster Street

## UNIQUE SINGLE TENANT FLAGSHIP OPPORTUNITY



Masonry Columns
with Trellised Roof Terrace

GROUND 1,600 sf
2ND FLOOR 1,600 sf
LOWER LEVEL 1,600 sf

TOTAL AREA 4,800 sf
FRONTAGE 80' Wraparound
RENT Upon Request

### PRIME FEATURES

Build-To-Suit 2-Story Building with Selling Lower Level and rooftop "room"

All-glass, Double-height storefront wrapping around Spring and Wooster Streets

High Ceilings: 17' on Ground Floor, 16' on 2nd Floor and 9' on Lower Level

Irreplaceable visibility in Soho. Up to a total of 5 floors can be built.

### EXCEPTIONAL NEIGHBORS:
Chanel, John Varvatos, Barney's Co-Op, Diesel, Burberry, Longchamp, Ilori, Tretorn

| 212.604.9002 chris@sinvin.com | 646.673.8740 kristin@sinvin.com | 212.604.9004 michael@sinvin.com |



# 144 Spring Street
## Southwest Corner of Wooster Street







LOWER LEVEL

GROUND FLOOR

2ND FLOOR

212.604.9002
chris@sinvin.com

646.673.8740
kristin@sinvin.com

212.604.9004
michael@sinvin.com



# 144 Spring Street
## Southwest Corner of Wooster Street



M.A.C · JENNY B SHOES

OPERA GALLERY · EVOLUTION

ELEANOR ETTINGER GALLERY

JOHN VARVATOS

Y-3 · AMERICAN APPAREL

**GREENE STREET**

ANNE FONTAINE · LA PERLA · BAPE · ETRO

J. LINDEBERG

MIMI FERZT GALLERY · KIKI DE MONTPARNASSE · NICOLE MILLER

MANHATTAN BISTRO

MOLTON BROWN

BURBERRY

VOSGES

DIESEL

LONGCHAMP

ADIDAS SLVR · MO851 · PHAIDON · ERES · CHANEL

ILORI · THE RUG COMPANY · CHRISTOPHER FISCHER

**WOOSTER STREET**

PATAGONIA · OSKLEN · CROCS

**SPRING STREET**

LUMAS

CUSTO BARCELONA · L'OCCITANE

VARDA · TRETORN

LF STORES · BOOM

THEORY · THE BODY SHOP

COMPTOIR DES COTONNIERS · LE PETIT CAFÉ

OLIVE & BETTE'S

ATELIER MINYON · JEREMY ARGYLE NYC

WINK · MORGENTHAL FREDERICS

STUART MOORE · MAX AZRIA · SUNGLASS HUT

EILEEN FISHER

**WEST BROADWAY**

DIESEL KIDS · SOBRAL · EMPORIO ARMANI

ORIGINS · LINKS OF LONDON · ROBERT LEE MORRIS · BAROLO · 7 FOR ALL MANKIND

144 Spring Street

212.604.9002
chris@sinvin.com

646.673.8740
kristin@sinvin.com

212.604.9004
michael@sinvin.com

