

FTI Consulting
3 Times Square
11th Floor
New York, NY 10036
212.247.1010 telephone
212.841.9350 fax

www.fticonsulting.com

July 20, 2010

VIA FIRST CLASS MAIL

Rock & Republic Enterprises, Inc.
3523 Eastham Drive
Culver City, CA 90232

Attention: Cheryl Moorman

Re: Rock & Republic Enterprises, et al. (the "Debtors")

Dear Ms. Moorman,

In accordance with the Order Pursuant to Bankruptcy Code Sections 105(a) and 331 establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered by the Honorable Arthur J. Gonzalez on April 29, 2010, annexed herewith is the billing statement of FTI Consulting, Inc. ("FTI") for the period from June 1, 2010 through June 30, 2010. As reflected in the billing statement, FTI requests $58,251.00 compensation for professional services rendered and $146.69 in expense reimbursements. If no objections are received within fifteen days of the submission of this billing statement, our bill should be promptly paid in the amount of **$46,747.49** consisting of: (a) advisory fees in the amount of $46,600.80, equivalent to eighty percent (80%) of the requested fees; and (b) $146.69 in expenses.

To assist the parties in interest in reviewing our billing statement, we have annexed a fee summary and a disbursement summary. Should you have any comments or questions, please feel free to contact me at 212-841-9369.

Very truly yours,

Steven Simms
Senior Managing Director


Encl.
Service List

**Service List**

Rock & Republic Enterprises, Inc.
3523 Eastham Drive
Culver City, CA 90232
Attn: Cheryl Moorman

Todtman, Nachamie, Spizz & Johns, P.C.
425 Park Avenue
New York, NY 10022
Attn: Arthur Goldstein, Esq. and Alex Spizz, Esq.

Arent Fox LLP
1675 Broadway
New York, NY 10019
Attn: Schuyler G. Carroll

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Richard C. Morrissey, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| ROCK & REPUBLIC ENTERPRISES, INC., *et al.*, | Case No. 10-17728 (AJG) |
| Debtors. | (Jointly Administered) |

**SECOND STATEMENT SUBMITTED IN COMPLIANCE WITH ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 331 ESTABLISHING PROCEDURES FOR INTERIM MONTHLY COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS FOR THE PERIOD JUNE 1, 2010 THROUGH JUNE 30, 2010**

The statement of FTI Consulting, Inc. ("FTI") as financial advisor to the Official Committee of Unsecured Creditors of Rock & Republic Enterprises, Inc. ("R&R") and Triple R., Inc. ("TR"), debtors and debtors in possession, (collectively, the "Debtors") in accordance with the Order Pursuant to sections 105(a) and 331, of title 11, United States Code establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals (the "Order") entered by the Honorable Arthur J. Gonzalez, United States Bankruptcy Judge, in room 523 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY, on April 29, 2010, does respectfully represent and allege as follows:

1. The fees and disbursements recorded during the period from June 1, 2010 through and including June 30, 2010 (the "Second Period") amount to:

| | |
|---|---:|
| Fees Incurred for Second Period | $58,251.00 |
| Fees Requested for Second Period (80% Fees Incurred) | 46,600.80 |
| | |
| Fees | $46,600.80 |
| Disbursements | 146.69 |
| **TOTAL** | **$46,747.49** |

As stated in the FTI Retention Application, FTI has agreed to seek compensation on an hourly basis, plus reimbursement of actual and necessary expenses for the Second Period. Total fees for the Second Period based on actual billing rates were $58,251.00 for a total of 92.3 hours incurred. FTI seeks 80% of the requested fees in the amount of $46,600.80 and 100% of expenses in the amount of $146.69 for the Second Period.

2. The professionals providing services and the aggregate hours spent by each professional during the Second Period are set forth in the schedule annexed hereto as Exhibit "A."

3. A summary of services rendered and time charges under each service category during the Second Period are set forth in the schedule annexed hereto as Exhibit "B."

4. Detailed time entry by services rendered during the Second Period is set forth in the schedule annexed hereto as Exhibit "C."

5. A summary of disbursements by category is set forth in the schedule annexed hereto as Exhibit "D".

6. A detailed breakdown of the expenses is in the schedule annexed hereto as Exhibit "E."

7. The professionals at FTI record all of their time expended in connection with this engagement in increments of tenths (1/10) of an hour. The time recorded to matters is thereafter billed at the prevailing hourly rates. Disbursements, as they are recorded in FTI's computer records, are thereafter generally billed to each client as applicable. The disbursements in this Fee Statement conform with the limits as set forth in the Administrative Orders of the United States Bankruptcy Court for the Southern District of New York dated August 10, 1991 and August 19, 1995.

Dated: New York, New York
July 20, 2010

                        FTI CONSULTING, INC.
                        Financial Advisors to the Official Committee of Unsecured
                        Creditors of Rock & Republic Enterprises, Inc., *et al*.

By: _____/s/_____

Steven Simms
Senior Managing Director
Three Times Square
New York, New York 10036
(212) 841-9369

** The fees and disbursements requested in this Fee Statement shall be authorized to be paid to the requesting party by the Debtor without further Notice and without a hearing unless, within fifteen (15) days after service of this Fee Statement, an objection is filed with the Clerk of the Bankruptcy Court and served upon FTI Consulting Inc. and those parties identified in the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals

Check and wire transfer instructions are as follows:

| By Check Remit to: | By Wire Transfer Remit to: |
|---|---|
| FTI Restructuring | ABA # 026009593 |
| PO Box 631916 | Bank of America |
| Baltimore, MD 21263-1916 | FTI Consulting, Inc. |
| | Account #003939577164 |
| | Tax ID #22-3026953 |

Project No. 423829.0001

**EXHIBIT A**
**ROCK & REPUBLIC ENTERPRISES, INC., CASE NO. 10-11728**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD JUNE 1, 2010 TO JUNE 30, 2010*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Simms, Steven | Senior Managing Director | $885 | 12.1 | $10,708.50 |
| Cordasco, Michael | Managing Director | 725 | 41.7 | 30,232.50 |
| Schondelmeier, Kathryn | Senior Consultant | 515 | 29.0 | 14,935.00 |
| Hellmund-Mora, Marili | Associate | 250 | 9.5 | 2,375.00 |
| **TOTAL** | | | 92.3 | $58,251.00 |

# EXHIBIT B
## ROCK & REPUBLIC ENTERPRISES, INC., CASE NO. 10-11728
## SUMMARY OF HOURS BY TASK
### *FOR THE PERIOD JUNE 1, 2010 TO JUNE 30, 2010*

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 3.7 | $2,682.50 |
| 2 | Cash & Liquidity Analysis | 8.0 | 4,771.00 |
| 5 | Real Estate Issues | 1.1 | 797.50 |
| 6 | Asset Sales | 36.9 | 25,477.50 |
| 7 | Analysis of Business Plan | 4.6 | 2,963.00 |
| 13 | Analysis of Other Miscellaneous Motions | 3.2 | 2,400.00 |
| 14 | Analysis of Claims/Liab Subject to Compromise | 8.8 | 5,519.00 |
| 19 | Case Management | 1.8 | 1,305.00 |
| 21 | General Mtgs with UCC & UCC Counsel | 10.8 | 7,589.00 |
| 22 | Meetings with Other Parties | 0.3 | 217.50 |
| 24 | Preparation of Fee Application | 13.1 | 4,529.00 |
| | **TOTAL** | **92.3** | **$58,251.00** |

**EXHIBIT A**
**ROCK & REPUBLIC ENTERPRISES, INC., CASE NO. 10-11728**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD JUNE 1, 2010 TO JUNE 30, 2010*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Simms, Steven | Senior Managing Director | $885 | 12.1 | $10,708.50 |
| Cordasco, Michael | Managing Director | 725 | 41.7 | 30,232.50 |
| Schondelmeier, Kathryn | Senior Consultant | 515 | 29.0 | 14,935.00 |
| Hellmund-Mora, Marili | Associate | 250 | 9.5 | 2,375.00 |
| **TOTAL** | | | 92.3 | $58,251.00 |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 6/1/2010 | Cordasco, Michael | 0.5 | Participate in call with Debtor re: April results. |
| 1 | 6/3/2010 | Cordasco, Michael | 0.2 | Review organizational chart re: audit / tax. |
| 1 | 6/7/2010 | Cordasco, Michael | 0.4 | Review dataroom contents. |
| 1 | 6/14/2010 | Cordasco, Michael | 0.4 | Participate in call with Debtors re: Reduction in Force (RIF). |
| 1 | 6/14/2010 | Cordasco, Michael | 0.5 | Participate in call with Counsel re: RIF/vendor impact. |
| 1 | 6/16/2010 | Cordasco, Michael | 0.6 | Review due diligence response from Debtors. |
| 1 | 6/22/2010 | Cordasco, Michael | 0.2 | Coordinate with Debtors re: outstanding request list. |
| 1 | 6/25/2010 | Cordasco, Michael | 0.5 | Review dataroom contents. |
| 1 | 6/25/2010 | Cordasco, Michael | 0.4 | Review May results. |
| | | **Total Task Code No. 1** | **3.7** | |
| 2 | 6/3/2010 | Cordasco, Michael | 0.6 | Participate in call with Debtors re: cash. |
| 2 | 6/8/2010 | Schondelmeier, Kathryn | 1.1 | Review actuals for two weeks ended June 4th and draft questions for Company. |
| 2 | 6/9/2010 | Cordasco, Michael | 0.4 | Review budget to actual cash flows. |
| 2 | 6/9/2010 | Cordasco, Michael | 0.9 | Participate in call with Debtors re: cash. |
| 2 | 6/9/2010 | Schondelmeier, Kathryn | 0.6 | Participate in call with Debtor re: actual results and liquidity. |
| 2 | 6/10/2010 | Schondelmeier, Kathryn | 1.5 | Prepare presentation summarizing overall liquidity. |
| 2 | 6/14/2010 | Cordasco, Michael | 0.4 | Participate in call with Debtors re: weekly cash flows. |
| 2 | 6/14/2010 | Schondelmeier, Kathryn | 1.2 | Prepare report on cash flow actuals and liquidity. |
| 2 | 6/15/2010 | Cordasco, Michael | 0.5 | Review updated cash flow analysis. |
| 2 | 6/15/2010 | Schondelmeier, Kathryn | 0.5 | Update variance analysis to include actuals for week ended June 11th. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 6/24/2010 | Cordasco, Michael | 0.3 | Participate in call with Debtor re: cash/May performance. |
|  |  | **Total Task Code No. 2** | **8.0** |  |
| 5 | 6/17/2010 | Cordasco, Michael | 0.3 | Review potential damages from lease rejections. |
| 5 | 6/17/2010 | Cordasco, Michael | 0.3 | Participate in call with Counsel re: lease rejection costs/update. |
| 5 | 6/17/2010 | Cordasco, Michael | 0.3 | Review status lease rejection discovery trial timeline. |
| 5 | 6/30/2010 | Cordasco, Michael | 0.2 | Review lease extension motion. |
|  |  | **Total Task Code No. 5** | **1.1** |  |
| 6 | 6/2/2010 | Schondelmeier, Kathryn | 0.6 | Review latest letter of intent. |
| 6 | 6/3/2010 | Cordasco, Michael | 0.3 | Correspond with Debtors re: sale status. |
| 6 | 6/5/2010 | Cordasco, Michael | 0.9 | Participate in call with Atlas re: status update. |
| 6 | 6/5/2010 | Cordasco, Michael | 0.3 | Participate in call with Counsel re: follow up to Atlas call on sale. |
| 6 | 6/5/2010 | Simms, Steven | 0.9 | Participate in call with Debtors advisors re: sale process update and timeline. |
| 6 | 6/5/2010 | Schondelmeier, Kathryn | 0.9 | Participate in call with Debtors advisors re: sale process status update. |
| 6 | 6/5/2010 | Simms, Steven | 0.2 | Participate in call with Counsel re: sale and related items. |
| 6 | 6/7/2010 | Simms, Steven | 0.3 | Review LOI for discussion with the Committee. |
| 6 | 6/8/2010 | Cordasco, Michael | 0.5 | Review updated purchaser term sheet. |
| 6 | 6/8/2010 | Schondelmeier, Kathryn | 0.8 | Update comparison of letters of intent with revised deal. |
| 6 | 6/8/2010 | Schondelmeier, Kathryn | 0.5 | Update the comparison of letters of intent with additional offer. |
| 6 | 6/8/2010 | Schondelmeier, Kathryn | 0.7 | Review latest letters of intent. |
| 6 | 6/8/2010 | Simms, Steven | 1.0 | Participate in call with Counsel re: LOI update. |
| 6 | 6/8/2010 | Schondelmeier, Kathryn | 1.0 | Participate in Committee call on sale update. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 6/8/2010 | Simms, Steven | 0.1 | Review LOI from interested buyer. |
| 6 | 6/9/2010 | Cordasco, Michael | 0.3 | Review LOI from purchaser. |
| 6 | 6/9/2010 | Cordasco, Michael | 0.3 | Review draft LOI summary. |
| 6 | 6/10/2010 | Cordasco, Michael | 1.0 | Participate in call with Debtor re: financing proposals. |
| 6 | 6/10/2010 | Simms, Steven | 0.7 | Participate in call with Debtor re: proposals received and next steps. |
| 6 | 6/10/2010 | Schondelmeier, Kathryn | 1.0 | Participate in call with Debtors and advisors re: various purchase proposals. |
| 6 | 6/10/2010 | Cordasco, Michael | 0.5 | Participate in call with Counsel in preparation for call with Debtor re: purchase proposals. |
| 6 | 6/10/2010 | Simms, Steven | 0.3 | Participate in call with Counsel re: various proposals. |
| 6 | 6/10/2010 | Schondelmeier, Kathryn | 0.3 | Participate in call with Counsel re: various purchase proposals. |
| 6 | 6/11/2010 | Simms, Steven | 0.3 | Participate in call with Debtor re: sale process and timing. |
| 6 | 6/11/2010 | Simms, Steven | 0.2 | Participate in call with Counsel re: sale process and timing. |
| 6 | 6/11/2010 | Simms, Steven | 0.2 | Participate in call with Counsel re: potential buyer. |
| 6 | 6/11/2010 | Cordasco, Michael | 0.7 | Participate in call with Debtors re: sale process timing. |
| 6 | 6/14/2010 | Simms, Steven | 0.1 | Correspond re: proposed sale timeline. |
| 6 | 6/14/2010 | Schondelmeier, Kathryn | 1.3 | Prepare summary of various asset sale proposals for presentation to Committee. |
| 6 | 6/14/2010 | Cordasco, Michael | 1.2 | Review and update sale proposal section of the Committee report. |
| 6 | 6/14/2010 | Cordasco, Michael | 0.4 | Prepare the sale process and recommendation section of the Committee report. |
| 6 | 6/14/2010 | Cordasco, Michael | 0.5 | Review and revise Committee report on sale offers and recommendations. |
| 6 | 6/14/2010 | Schondelmeier, Kathryn | 1.6 | Review and update report for Committee on liquidity, claims and asset sale proposals. |
| 6 | 6/15/2010 | Schondelmeier, Kathryn | 2.2 | Update asset sale proposal section of presentation to Committee. |
| 6 | 6/15/2010 | Cordasco, Michael | 0.4 | Review and update sale process section of the Committee report. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 6/15/2010 | Cordasco, Michael | 0.4 | Review and revise Committee report on sale offers and related issues. |
| 6 | 6/15/2010 | Cordasco, Michael | 0.5 | Participate in call with Counsel in preparation for the Committee call regarding sales process. |
| 6 | 6/15/2010 | Cordasco, Michael | 1.1 | Participate in call with the Committee re: sale process. |
| 6 | 6/15/2010 | Simms, Steven | 0.4 | Participate in call with Counsel re: sale process. |
| 6 | 6/15/2010 | Simms, Steven | 0.6 | Review and revise Committee report on sale offers and related issues. |
| 6 | 6/15/2010 | Simms, Steven | 0.9 | Participate in call with Committee re: bids and sale process. |
| 6 | 6/15/2010 | Cordasco, Michael | 0.3 | Participate in call with Counsel re: response to Debtors on sale. |
| 6 | 6/16/2010 | Cordasco, Michael | 0.7 | Participate in call with Debtors re: financing offer. |
| 6 | 6/16/2010 | Simms, Steven | 0.7 | Participate in call with Debtor and Counsel on sale process. |
| 6 | 6/16/2010 | Schondelmeier, Kathryn | 0.7 | Participate in call with Debtors' Counsel and advisors re: various asset sale proposals. |
| 6 | 6/16/2010 | Simms, Steven | 0.1 | Participate in call with potential bidder. |
| 6 | 6/18/2010 | Cordasco, Michael | 1.4 | Participate in call with Counsel and Debtors re: status of offer/next steps. |
| 6 | 6/18/2010 | Simms, Steven | 0.8 | Participate in call with Debtor on sale issues. |
| 6 | 6/18/2010 | Cordasco, Michael | 0.5 | Participate in call with Counsel re: financing offer next steps. |
| 6 | 6/18/2010 | Simms, Steven | 0.2 | Participate in call with Counsel re: sale issues. |
| 6 | 6/22/2010 | Simms, Steven | 0.1 | Participate in call re: potential buyer LOI and related issues. |
| 6 | 6/22/2010 | Schondelmeier, Kathryn | 1.1 | Review latest information regarding asset sale and compare to initial offer. |
| 6 | 6/23/2010 | Cordasco, Michael | 0.5 | Participate in call with Debtors re: sale update |
| 6 | 6/23/2010 | Cordasco, Michael | 0.5 | Review status of sale update. |
| 6 | 6/23/2010 | Cordasco, Michael | 0.7 | Participate in call with Counsel re: sale strategy. |
| 6 | 6/28/2010 | Cordasco, Michael | 1.0 | Participate in status update call with Debtor re: asset sale. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 6/28/2010 | Cordasco, Michael | 0.6 | Participate in call with Counsel re: asset sale discussion with Debtors. |
| 6 | 6/28/2010 | Simms, Steven | 0.6 | Participate in call with Debtor on LOI. |
| | | **Total Task Code No. 6** | **36.9** | |
| 7 | 6/10/2010 | Simms, Steven | 0.3 | Review 2010 projections. |
| 7 | 6/10/2010 | Cordasco, Michael | 0.5 | Review the 2010 business plan summary. |
| 7 | 6/10/2010 | Cordasco, Michael | 0.4 | Prepare list of questions regarding the business plan in preparation for call with Debtor advisors. |
| 7 | 6/10/2010 | Cordasco, Michael | 0.8 | Participate in call with Debtor advisors re: business plan/claims estimates. |
| 7 | 6/10/2010 | Schondelmeier, Kathryn | 0.5 | Participate in discussion with Debtor re: 2010 projected financials. |
| 7 | 6/10/2010 | Schondelmeier, Kathryn | 1.5 | Review 2010 projected financial statements and underlying assumptions. |
| 7 | 6/15/2010 | Cordasco, Michael | 0.3 | Review RIF impact on business plan. |
| 7 | 6/21/2010 | Cordasco, Michael | 0.3 | Reconcile 2009 actuals to business plan presentation. |
| | | **Total Task Code No. 7** | **4.6** | |
| 13 | 6/2/2010 | Cordasco, Michael | 0.5 | Review proposed retention of accounting firm. |
| 13 | 6/2/2010 | Cordasco, Michael | 0.4 | Participate in call with Counsel re: accounting firm retention. |
| 13 | 6/3/2010 | Cordasco, Michael | 0.4 | Participate in call with Counsel re: Debtor auditor application. |
| 13 | 6/4/2010 | Cordasco, Michael | 0.4 | Participate in call with Counsel re: accounting firm professional retention. |
| 13 | 6/4/2010 | Simms, Steven | 0.5 | Participate in call with Debtor re: accounting firm retention. |
| 13 | 6/23/2010 | Cordasco, Michael | 0.3 | Participate in call with Counsel re: accounting firm retention. |
| 13 | 6/23/2010 | Cordasco, Michael | 0.4 | Review revised accounting firm retention papers. |
| 13 | 6/24/2010 | Cordasco, Michael | 0.3 | Participate in call with Counsel re: accounting firm motion. |
| | | **Total Task Code No. 13** | **3.2** | |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 14 | 6/9/2010 | Cordasco, Michael | 0.9 | Prepare claims reconciliation analysis. |
| 14 | 6/9/2010 | Cordasco, Michael | 0.6 | Further review and update claims reconciliation analysis. |
| 14 | 6/9/2010 | Cordasco, Michael | 0.4 | Review filed proofs of claim. |
| 14 | 6/9/2010 | Schondelmeier, Kathryn | 2.1 | Update summary claims schedule with additionally filed proof of claims. |
| 14 | 6/10/2010 | Cordasco, Michael | 0.3 | Review updated claims analysis. |
| 14 | 6/10/2010 | Cordasco, Michael | 0.3 | Update claims analysis prior to distribution to Debtors. |
| 14 | 6/11/2010 | Cordasco, Michael | 0.3 | Participate in call with Counsel re: litigation claims. |
| 14 | 6/14/2010 | Schondelmeier, Kathryn | 0.9 | Prepare summary of current claims estimate for presentation to Committee. |
| 14 | 6/21/2010 | Cordasco, Michael | 0.3 | Review updated proof of claim listing. |
| 14 | 6/25/2010 | Schondelmeier, Kathryn | 1.1 | Revise claims summary with newly filed proof of claims. |
| 14 | 6/28/2010 | Cordasco, Michael | 0.7 | Review and edit of claims analysis. |
| 14 | 6/28/2010 | Cordasco, Michael | 0.5 | Review New Pacific claims objection. |
| 14 | 6/30/2010 | Cordasco, Michael | 0.4 | Review updated proof of claim listing. |
| | | **Total Task Code No. 14** | **8.8** | |
| 19 | 6/2/2010 | Cordasco, Michael | 0.4 | Coordinate engagement workstreams re: staffing and fee applications. |
| 19 | 6/2/2010 | Cordasco, Michael | 0.6 | Review case issues and near term deliverables. |
| 19 | 6/4/2010 | Cordasco, Michael | 0.3 | Review status update and next steps. |
| 19 | 6/9/2010 | Cordasco, Michael | 0.3 | Review case workplan. |
| 19 | 6/10/2010 | Cordasco, Michael | 0.2 | Review case status updates and workplan. |
| | | **Total Task Code No. 19** | **1.8** | |
| 21 | 6/7/2010 | Cordasco, Michael | 0.6 | Correspond with Counsel re: Committee presentation. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 21 | 6/7/2010 | Simms, Steven | 0.1 | Correspond with Counsel re: deal terms. |
| 21 | 6/9/2010 | Cordasco, Michael | 0.3 | Participate in call with Counsel re: status update. |
| 21 | 6/10/2010 | Cordasco, Michael | 0.3 | Review Committee presentation. |
| 21 | 6/14/2010 | Cordasco, Michael | 0.3 | Review Committee report. |
| 21 | 6/15/2010 | Schondelmeier, Kathryn | 1.5 | Review and update the presentation to Committee. |
| 21 | 6/15/2010 | Schondelmeier, Kathryn | 1.2 | Participate in call with the Committee. |
| 21 | 6/16/2010 | Cordasco, Michael | 0.3 | Participate in call with Counsel in preparation for the Committee call. |
| 21 | 6/16/2010 | Simms, Steven | 0.2 | Participate in call with Counsel in preparation for call with Debtor. |
| 21 | 6/16/2010 | Schondelmeier, Kathryn | 0.2 | Participate in call with Counsel. |
| 21 | 6/22/2010 | Cordasco, Michael | 0.3 | Prepare for Committee call. |
| 21 | 6/22/2010 | Cordasco, Michael | 1.4 | Participate in call with Committee. |
| 21 | 6/22/2010 | Simms, Steven | 0.8 | Participate in Committee call re: potential buyer LOI and related items. |
| 21 | 6/29/2010 | Cordasco, Michael | 0.3 | Prepare for Committee call. |
| 21 | 6/29/2010 | Cordasco, Michael | 1.5 | Participate in Committee call. |
| 21 | 6/29/2010 | Cordasco, Michael | 0.3 | Participate in call with Counsel re: follow-up to Committee call. |
| 21 | 6/29/2010 | Simms, Steven | 1.2 | Participate on call with Committee re: LOI, exclusivity, operating performance and related issues. |
| | | **Total Task Code No. 21** | **10.8** | |
| 22 | 6/15/2010 | Cordasco, Michael | 0.3 | Participate in call with vendor re: case update. |
| | | **Total Task Code No. 22** | **0.3** | |
| 24 | 6/4/2010 | Hellmund-Mora, Marili | 0.6 | Generate and review WIP to date. |
| 24 | 6/4/2010 | Hellmund-Mora, Marili | 1.2 | Begin to prepare April and May fee application. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 6/8/2010 | Hellmund-Mora, Marili | 1.3 | Review the WIP and update Fee Application. |
| 24 | 6/9/2010 | Cordasco, Michael | 0.2 | Review draft fee application. |
| 24 | 6/9/2010 | Hellmund-Mora, Marili | 1.5 | Continue to review and revise the fee application. |
| 24 | 6/9/2010 | Hellmund-Mora, Marili | 0.9 | Further update the fee application. |
| 24 | 6/17/2010 | Schondelmeier, Kathryn | 0.8 | Review April and May fee application. |
| 24 | 6/18/2010 | Hellmund-Mora, Marili | 1.9 | Review and incorporate edits to the May Fee Application and exhibits. |
| 24 | 6/18/2010 | Cordasco, Michael | 0.5 | Review and update fee application. |
| 24 | 6/18/2010 | Schondelmeier, Kathryn | 0.3 | Continue to review April/May fee statement. |
| 24 | 6/20/2010 | Simms, Steven | 0.3 | Review and revise fee application. |
| 24 | 6/20/2010 | Schondelmeier, Kathryn | 0.5 | Review changes to April/May bill. |
| 24 | 6/21/2010 | Cordasco, Michael | 0.2 | Review final draft of May fee application. |
| 24 | 6/21/2010 | Schondelmeier, Kathryn | 0.8 | Finalize April/May bill. |
| 24 | 6/21/2010 | Hellmund-Mora, Marili | 1.2 | Finalize April-May fee statement and distribute. |
| 24 | 6/21/2010 | Hellmund-Mora, Marili | 0.9 | Incorporate updates to the May Fee Application. |
| | | **Total Task Code No. 22** | **13.1** | |
| | | **Grand Total** | **92.3** | |

**EXHIBIT D**
**ROCK & REPUBLIC ENTERPRISES, INC., CASE NO. 10-11728**
**SUMMARY OF EXPENSES BY CATEGORY**
*FOR THE PERIOD JUNE 1, 2010 TO JUNE 30, 2010*

| Expense Category | Expense Total |
| --- | ---: |
| Ground Transportation | $130.05 |
| Business Meals | 16.64 |
| **Total Out-of-Pocket Expenses** | **$146.69** |

**EXHIBIT E**
**ROCK & REPUBLIC ENTERPRISES, INC., CASE NO. 10-11728**
**DETAIL OF EXPENSES**
*FOR THE PERIOD JUNE 1, 2010 TO JUNE 30, 2010*

| Professional | Date | Description | Ground Transportation | Airfare | Lodging | Business Meals | Other | Total |
|---|---|---|---|---|---|---|---|---|
| Cordasco, Michael | 5/25/10 | Taxi from office to home while working late on a Rock & Republic matter. | 130.05 | | | | | 130.05 |
| **Cordasco, Michael Total** | | | **130.05** | | | | | **130.05** |
| Schondelmeier, Kathryn | 6/14/10 | Meals - Incurred in office - while working late on Rock & Republic matter. | | | | 16.64 | | 16.64 |
| **Schondelmeier, Kathryn Total** | | | | | | **16.64** | | **16.64** |
| **Grand Total** | | | **$130.05** | | | **$16.64** | | **$146.69** |