TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
Attorneys for **Rock & Republic Enterprises, Inc.**
 and **Triple R, Inc.**
Debtors and Debtors-in-Possession
425 Park Avenue
New York, NY 10022
 (212) 754-9400
Alex Spizz, Esq.
Arthur Goldstein, Esq.
Jill Makower, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - --x

| | |
|---|---|
| In re: | Chapter 11 |
| ROCK & REPUBLIC ENTERPRISES, INC., et al., | Case No. 10-11728 (AJG) (Jointly Administered) |
| Debtors. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## SCHEDULING ORDER

Upon the objection dated June 4, 2010 (the "Objection") of Rock & Republic Enterprises, Inc. ("R&R") and Triple R, Inc. ("TR") (collectively, the "Debtors") debtors and debtors in possession, by their attorneys Todtman, Nachamie, Spizz & Johns, P.C., for an order expunging the general unsecured claims (the "Claim") filed against the Debtors by 144 Spring Realty LLC docketed as Claim No. 23-1 (against TR), and Claim No. 24-1 (against R&R); the Joinder and Statement of the Official Committee of Unsecured Creditors in Support of the Debtors' Objection to Claim of 144 Spring Realty LLC (Claim Nos. 23-1 and 24-1) dated July 9, 2010; the Response to Debtors' Objection to Claim of 144 Spring Realty LLC (Claim Nos. 23-1 and 24-1) dated July 9, 2010; the Debtors' Reply to Response of 144 Spring Realty LLC to Debtors' Objection to Claim Nos. 23-1 and 24-1 dated July 12, 2010; and the parties having agreed to a discovery schedule,

258153 v1

IT IS HEREBY ORDERED, as follows:

(i) All of the parties shall identify and exchange non-expert witness lists by July 28, 2010 with the right to supplement such list by August 4, 2010.

(ii) Requests for the production of documents shall be served by all parties by August 4, 2010. All parties shall endeavor to respond to document requests by August 25, 2010 but in no event later than September 1, 2010.

(iii) Notices of non-expert depositions shall be served by August 13, 2010 with supplemental notices based on any opposing party's document productions served no later than seven days after any such production.

(iv) Expert depositions may be noticed after receipt of a deponent's expert report

(v) All parties shall endeavor to complete all non-expert discovery by the date of the pre-trial status conference in this matter.

(vi) A pre-trial status conference shall be held on September 15, 2010 at 9:30 a.m.

(vii) The deadlines contained in this scheduling order may be extended only by the Court or by the written consent of all of the parties.

(viii) The Trial shall commence on October 5, 2010 at 10:00 AM and continue thereafter as needed.

Dated: New York, New York
July 20, 2010

                                          **s/Arthur J. Gonzalez**
                                          HONORABLE ARTHUR J. GONZALEZ
                                          CHIEF UNITED STATES BANKRUPTCY JUDGE