Robert R. Leinwand, Esq.
**ROBINSON BROG LEINWAND GREENE
 GENOVESE & GLUCK P.C.**
*Attorneys for Manny Mashouf and Biba International*
875 Third Avenue, 9th Floor
New York, New York 10022
Telephone: 212-603-6300

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **ROCK & REPUBLIC ENTERPRISES, INC.,** *et al.*, | Case No. 10-11728 (AJG) [Jointly Administered] |
| Debtors. | |

------------------------------------------------------------X

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that **Robinson Brog Leinwand Greene & Gluck P.C.** hereby appears as counsel for *Manny Mashouf and Biba International*, parties in interest herein, and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. Section 1109(b), hereby demands that all notices given or required to be given in this case be given to and served upon the undersigned at the offices, post offices, telephone number, and email address set forth below, addressed to the attention of: **Robert R. Leinwand**, that they be added to the Master Service List in this case.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to 11 U.S.C. Section 1109(b), this demand shall be broadly construed to include, by way of example and not by way of limitation, all notices and papers, including, without limitation, orders and notices of any

{00491469.DOC;1 }491469

application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, fax, e-mail or otherwise, which affects, or purports to affect, the estate of the above named Debtor or the property of the estate of the above named Debtor.

**DATED:** New York, New York
July 20, 2010

        **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
*Counsel for Manny Mashouf and Biba International*
875 Third Avenue, 9th Floor
New York, New York 10022
Tel: 212-603-6300
Email: rrl@robinsonbrog.com


By: /s/ Robert. R. Leinwand
      **Robert R. Leinwand**