MORGAN, LEWIS & BOCKIUS LLP
Wendy S. Walker, Esq.
101 Park Avenue
New York, New York 10178-0600
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
Charles Malaret, Esq.
300 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 612-2500
Facsimile: (213) 612-2501

Attorneys for New Pacific Rodeo, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
                                                           :
In re:                                                     :          **Chapter 11**
                                                           :
    **Rock & Republic Enterprises, Inc., et al.**   :          **Case No. 10-11728 (AJG)**
                                                           :          **(Jointly Administered)**
            **Debtors.**   :
                                                           :
-----------------------------------------------------------x

## SCHEDULING ORDER

Upon the objection, dated June 25, 2010 (the "Objection"), of Rock & Republic Enterprises, Inc. ("R&R"), and Triple R, Inc. ("TR") (together, the "Debtors"), debtors and debtors-in-possession in the above-captioned cases, for an order expunging the general unsecured claim (the "Claim") filed against the Debtors by New Pacific Rodeo LLC ("New Pacific") (Claim 25); by Manny Mashouf ("Mashouf") (Claim 17) and by Biba International ("Biba") (Claim 18) and upon the responses to the Objection timely filed by New Pacific, Mashouf and Biba on July 23, 2010; and the Debtors, New Pacific, Mashouf and Biba having agreed to the discovery and trial schedule set forth herein,

258556 v1

IT IS HEREBY ORDERED THAT:

1. All discovery (including, without limitation, depositions and responses to interrogatories, requests for admissions and requests for the production of documents) taken in the action (the "State Court Discovery") pending in the Superior Court of the State of California, County of Los Angeles, under the caption New Pacific Rodeo, LLC, etc., v. Biba International, Limited, etc., et al., Case No. BC 409639 (the "Action") shall be deemed admissible in the Debtors' cases in connection with the Objection, subject to the rights of the parties to argue that such discovery is inadmissible on grounds other than that the State Court Discovery was elicited in connection with the Action. All such arguments are preserved and shall be heard by this Court;

2. Each party shall designate, by no later than July 30, 2010, the percipient witnesses whose depositions it wishes to take in advance of trial;

3. The parties shall endeavor to complete the depositions of percipient witnesses on or before August 20, 2010;

4. Fact and percipient witness discovery shall be completed by September 17, 2010;

5. Any motions regarding fact and percipient witness discovery shall be filed and served as soon as practicable with a request for an expedited hearing and, in any event, no later than September 24, 2010;

6. The parties are required to comply with the Local Rules on all discovery motions and disputes, including meeting and conferring in good faith to resolve issues before contacting the Court, participating in an informal conference with the Court, and having the motion heard on shortened notice, if acceptable to the Court and the parties;

7. Initial expert disclosure, including expert reports, shall be made by September 13, 2010, and, to the extent requested, any designated expert shall be made available for deposition by September 24, 2010;

8. Rebuttal expert disclosure, including expert reports, shall be made by September 24, 2010 and, to the extent requested, any designated rebuttal witness shall be made available for deposition by October 1, 2010;

9. Pre-trial disclosure of witnesses, documents, and depositions for use in lieu of testimony shall be made by October 1, 2010;

10. Objections to the use of witnesses, documents, and/ or depositions for use in lieu of testimony shall be made by October 18, 2010;

11. All  motions regarding expert witnesses shall be filed prior to October 08, 2010, with requests for an expedited hearing;

12. All parties agree to service of all of the motions, designations, expert reports and other papers covered herein by electronic mail.  Any motion, designations, expert reports or other papers served by electronic mail shall be deemed served on the date that the electronic mail is sent;

13. A pre-trial status conference shall be held before this Court on <u>October 20, 2010, at 10:00 am</u> (New York City time);

14. The deadlines contained in this scheduling order may be extended only by the Court or by written consent of all the parties; and

15. The trial shall commence on October 26 and continue through October 27 and 28, 2010, as needed.

Dated: New York, New York
July 28, 2010

**s/Arthur J. Gonzalez**
HONORABLE ARTHUR J. GONZALEZ
CHIEF UNITED STATES BANKRUPTCY JUDGE
