TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
Counsel to **Rock & Republic Enterprises, Inc.**
 and **Triple R, Inc.**
Debtors and Debtors-in-Possession
425 Park Avenue
New York, NY  10022
 (212) 754-9400
Alex Spizz, Esq.
Arthur Goldstein, Esq.
Jill Makower, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - --x

| | |
|---|---|
| In re: | Chapter 11 |
| ROCK & REPUBLIC ENTERPRISES, INC., <u>et</u> <u>al.</u>, | Case No. 10-11728 (AJG) (Jointly Administered) |
| Debtors. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF ADJOURNMENT OF TRIAL

**PLEASE TAKE NOTICE** that a trial on the Debtors' Objection to Claim of 144 Spring Realty LLC, docketed as Claim Nos. 23-1 and 241-1, was scheduled for October 5, 2010 at 10:00 a.m. (prevailing Eastern Time) before the Honorable Arthur J. Gonzalez, Chief United States Bankruptcy Judge, One Bowling Green, Courtroom 523, New York, New York 10004 (the "Trial")

**PLEASE TAKE FURTHER NOTICE** that the Trial has been adjourned with respect to the Objection to October 20, 2010 at 10:00 a.m. (prevailing Eastern Time)

259152 v1

before the Honorable Arthur J. Gonzalez, Chief United States Bankruptcy Judge, One Bowling Green, Courtroom 523, New York, New York 10004, and will continue thereafter as need.

Dated: New York, New York
August 18, 2010

                    TODTMAN, NACHAMIE, SPIZZ
                     & JOHNS, P.C.
                    Attorneys for the Debtors and
                    Debtors in Possession

                By:   s/ Alex Spizz
                    Alex Spizz, Esq.
                    Arthur Goldstein, Esq.
                    Jill Makower, Esq.
                    425 Park Avenue
                    New York, New York 10022
                    Telephone: (212) 754-9400