TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
Counsel to **Rock & Republic Enterprises, Inc.**
 and **Triple R, Inc.**
Debtors and Debtors-in-Possession
425 Park Avenue
New York, NY 10022
 (212) 754-9400
Alex Spizz, Esq.
Arthur Goldstein, Esq.
Jill Makower, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re: | Chapter 11 |
| ROCK & REPUBLIC ENTERPRISES, INC., <u>et</u> <u>al.</u>, | Case No. 10-11728 (AJG) (Jointly Administered) |
| Debtors. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

# NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that on August 12, 2010 the Debtors filed a Motion to Reject Exclusive Distribution Agreement Pursuant to 11 U.S.C. § 365(a) (Docket No. 285, the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion was scheduled for September 1, 2010 at 9:30 a.m. (prevailing Eastern Time) before the Honorable Arthur J. Gonzalez, Chief United States Bankruptcy Judge, One Bowling Green, Courtroom 523, New York, New York 10004 (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing has been adjourned with respect to the Motion to September 8, 2010 at 9:30 a.m. (prevailing Eastern Time)

259295 v1

before the Honorable Arthur J. Gonzalez, Chief United States Bankruptcy Judge, One Bowling Green, Courtroom 523, New York, New York 10004.

Dated: New York, New York
      August 24, 2010

TODTMAN, NACHAMIE, SPIZZ
 & JOHNS, P.C.
Attorneys for the Debtors and
Debtors in Possession

By:   s/ Alex Spizz
     Alex Spizz, Esq.
     Arthur Goldstein, Esq.
     Jill Makower, Esq.
     425 Park Avenue
     New York, New York 10022
     Telephone: (212) 754-9400