TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
Attorneys for Rock & Republic Enterprises, Inc.
 and Triple R, Inc.
Debtors and Debtors-in-Possession
425 Park Avenue
New York, NY  10022
 (212) 754-9400
Alex Spizz, Esq.
Arthur Goldstein, Esq.
Jill Makower, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:                                                              Chapter 11

ROCK & REPUBLIC ENTERPRISES, INC.,                                  Case No. 10-11728 (AJG)
et al.,                                                             (Jointly Administered)
                                    Debtors.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**AMENDED COVER SHEET PURSUANT TO UNITED STATES TRUSTEE GUIDELINES FOR REVIEWING APPLICATIONS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED PURSUANT TO 11 U.S.C. §§ 328, 330 AND 331**

| | |
|---|---|
| **NAME OF APPLICANT:** | Todtman, Nachamie, Spizz & Johns, P.C. |
| **TIME PERIOD:** | April 2, 2010 through July 31, 2010 ("Fee Period") |
| **ROLE IN THE CASE:** | Counsel to the Debtors |
| **DATE OF RETENTION:** | April 28, 2010, effective as of April 1, 2010 |
| **FIRST INTERIM APPLICATION** [1]**:** | Fees Requested: $484,183.41<br>Expenses Requested: $9,386.88 |
| **PRIOR APPLICATIONS:** | None |

---

[1] This Application requests interim approval of 80% of Monthly Fees and 100% of expenses.  This Application assumes continuation of a 20% Monthly Fee holdback.

259781 v1