Hearing Date: October 13, 2010
Hearing Time: 9:30 A.M.

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
Attorneys for **Rock & Republic Enterprises, Inc.**
 and **Triple R, Inc.**
Debtors and Debtors-in-Possession
425 Park Avenue
New York, NY  10022
 (212) 754-9400
Alex Spizz, Esq.
Arthur Goldstein, Esq.
Jill Makower, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re: | Chapter 11 |
| ROCK & REPUBLIC ENTERPRISES, INC., <u>et</u> <u>al.</u>, | Case No. 10-11728 (AJG) (Jointly Administered) |
| Debtors. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF HEARING TO CONSIDER INTERIM APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**TO: CREDITORS' COMMITTEE, UNITED STATES TRUSTEE AND OTHER PARTIES IN INTEREST:**

     **PLEASE TAKE NOTICE,** that a hearing will be held before the Honorable Arthur J. Gonzalez, Chief United States Bankruptcy Judge, in Courtroom 523 of the United States Bankruptcy Court for the Southern District of New York, The Alexander Hamilton Custom House, One Bowling Green, New York, NY 10004-1408, on the **13th** day of **October 2010** at **9:30 A.M.**, or as soon thereafter as counsel can be heard (the "Hearing"), to consider the following interim applications for allowance of compensation for professional services rendered and for reimbursement of out-of-pocket expenses incurred (the "Applications"):

| Applicant | Application Period | Docket No. of Application | Fees Sought | Expenses Sought |
|---|---|---|---|---|
| Todtman, Nachamie, Spizz & Johns, P.C. Attorneys for Debtors 425 Park Avenue New York, NY 10022 | April 2, 2010 through July 31, 2010 | 311 | $484,183.41 | $9,386.88 |
| Marvin Traub Associates, Inc. Merchandising Consultant and Operational Advisor for the Debtors 410 Park Avenue New York, NY 10022 | April 2, 2010 through July 31, 2010 | 313 | $120,000.00 | $0 |
| Atlas Strategic Advisors, LLC Investment Banker and Financial Advisor for the Debtors 140 East 45th Street, 23rd Fl New York, NY 10017 | April 1, 2010 through July 31, 2010 | 320 | $64,000.00 | $3,113.57 |
| Coleman Frost LLP Special Litigation Counsel for Debtor Rock & Republic Enterprises, Inc. 429 Santa Monica Blvd. Suite 700 Santa Monica, CA 90401 | April 1, 2010 through July 31, 2010 | 319 | $107,442.00 | $3,178.63 |
| Manderson, Schafer & McKinlay, LLP Special Corporate Counsel for the Debtors 4695 MacArthur Court, Suite 1270 Newport Beach, CA 92660 | April 1, 2010 through July 31, 2010 | 332 | $93,130.20 | $0 |
| Arent Fox LLP Attorneys for the Official Committee of Unsecured Creditors 1675 Broadway New York, NY 10019-5820 | April 12, 2010 through July 31, 2010 | 315 | $424,008.50 | $8,868.57 |

| Applicant | Application Period | Docket No. of Application | Fees Sought | Expenses Sought |
|---|---|---|---|---|
| FTI Consulting, Inc. Financial Advisors to the Official Committee of Unsecured Creditors Three Times Square New York, NY 10036 | April 15, 2010 through July 31, 2010 | 316 | $236,697.00 | $185.52 |

**PLEASE TAKE FURTHER NOTICE,** that the Applications are on file with the Office of the Clerk of the United States Bankruptcy Court for the Southern District of New York and may be examined by any party-in-interest during regular business hours in the Office of the Clerk of the Bankruptcy Court for the Southern District of New York, The Alexander Hamilton Custom House, One Bowling Green, New York, NY 10004. The figures delineated above may be supplemented prior to or at the Hearing.

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the Applications must be made in writing and be served upon (i) Todtman, Nachamie, Spizz & Johns, P.C., Attorneys for the Debtors, 425 Park Avenue, New York, New York 10022, Attn: Alex Spizz, Esq., and Arthur Goldstein, Esq., (ii) Arent Fox LLP, Counsel to the Official Committee of Unsecured Creditors, 1675 Broadway, New York, NY 10019-5820, Attn: James Sullivan, Esq. and (iii) each of the other applicants listed above and filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York, at the address set forth above with a copy delivered to Chambers of the Honorable Arthur J. Gonzalez, not later than seven (7) days prior to the Hearing.

**PLEASE TAKE FURTHER NOTICE,** that the Hearing may be adjourned from time to time without further notice.

Dated: New York, New York
September 15, 2010

                                              TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
Attorneys for **Rock & Republic Enterprises, Inc.**
and **Triple R, Inc.**
Debtors and Debtors-in-Possession

By:    s/ Jill Makower
       Alex Spizz
       Arthur Goldstein
       Jill L. Makower
425 Park Avenue
New York, NY 10022
212-754-9400