Counsel to **Rock & Republic Enterprises, Inc.**
 and **Triple R, Inc.**
Debtors and Debtors-in-Possession
425 Park Avenue
New York, NY  10022
 (212) 754-9400
Alex Spizz, Esq.
Arthur Goldstein, Esq.
Jill Makower, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - --x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| ROCK & REPUBLIC ENTERPRISES, INC., <u>et</u> <u>al</u>: | | Case No. 10-11728(AJG) |
| | | (Jointly Administered) |
| Debtors. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  - x

**ORDER SHORTENING TIME WITH RESPECT TO DEBTORS' MOTION PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE FOR A FURTHER EXTENSION OF THEIR EXCLUSIVE PERIODS FOR THE FILING OF A CHAPTER 11 PLAN AND SOLICITATION OF ACCEPTANCES THEREOF**

Upon the ex parte motion dated September 14, 2010 (the "Ex Parte Motion") filed by Rock & Republic Enterprises, Inc. ("R&R") and Triple R, Inc. ("TR"), the debtors and debtors-in-possession herein (collectively, the "Debtors"), by their counsel, Todtman, Nachamie, Spizz & Johns, P.C., for an order pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure and Rules 9006-1(b) and 9077-1(b) of the Local Bankruptcy Rules for the Southern District of New York, shortening the time with respect to the Debtors' motion dated September 14, 2010 (the "Second Exclusivity Motion") to further extend the Debtors' exclusive periods to file a chapter 11 plan and solicit acceptances thereof pursuant to §1121(d) of title 11, United States Code (the

"Bankruptcy Code"), and due deliberation having been had and sufficient cause appearing therefor; it is hereby

**ORDERED**, that a hearing to consider the Second Exclusivity Motion shall be held before the Honorable Arthur J. Gonzalez, Chief United States Bankruptcy Judge, in Courtroom 523, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on September 28, 2010 at 9:30 A.M. (Prevailing Eastern Time); and it is further

**ORDERED**, that service of this Order, the Ex Parte Motion and the Second Exclusivity Motion by email or overnight mail or hand delivery upon (i) the Office of the U.S. Trustee, Attn: Richard C. Morrissey, Esq.; (ii) Attorneys for the Committee, Arent Fox LLP, Attn: James Sullivan, Esq.; and (iii) all parties which have filed a notice of appearance in the Debtors' Chapter 11 cases, would constitute good and sufficient notice of the Second Exclusivity Motion and constitutes sufficient notice and no further notice is necessary.

Dated: New York, New York
September 15, 2010

**s/Arthur J. Gonzalez**
ARTHUR J. GONZALEZ
CHIEF UNITED STATES BANKRUPTCY JUDGE
