TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
Counsel to **Rock & Republic Enterprises, Inc.**
and **Triple R, Inc.**
Debtors and Debtors-in-Possession
425 Park Avenue
New York, NY 10022
(212) 754-9400
Alex Spizz, Esq.
Arthur Goldstein, Esq.
Jill Makower, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - --x

| | |
|---|---|
| In re: | Chapter 11 |
| ROCK & REPUBLIC ENTERPRISES, INC., <u>et</u> <u>al.</u>, | Case No. 10-11728 (AJG) (Jointly Administered) |
| Debtors. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## **<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK   )
                                          : ss.:
COUNTY OF NEW YORK  )

Sheree Nobles, being duly sworn, deposes and says:

I am over the age of eighteen, not a party to the action, and reside in the County of Bronx, State of New York.

On September 15, 2010, I served true copies of the following:

(i) Order Shortening Time With Respect to Debtors' Motion Pursuant to Section 1121(d) of the Bankruptcy Code For a Further Extension of Their Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof;

(ii) Debtor's Ex Parte Motion for An Order Shortening Time With Respect to Debtors' Motion Pursuant to Section 1121(d) of the Bankruptcy Code For a Further Extension of Their Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof; and

259821 v1

  (iii)  Debtors' Motion Pursuant to 11 U.S.C. §1121(d) for Further Extension of Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereto,

via email to the last known email address of the addressees listed on the annexed service list.

s/ Sheree Nobles<br>
Sheree Nobles

Sworn to before me this <u>17th</u>
day of September, 2010

s/ Todd A. Schulman
Notary Public, State of New York
No. 02SC6109578
Qualified in Kings County
Commission Expires May 10, 2012

# SERVICE LIST

RICHARD C. MORRISSEY, ESQ.
OFFICE OF THE U.S. TRUSTEE
33 WHITEHALL STREET, 21ST FL
NEW YORK, NY 10004
richard.morrissey@usdoj.gov

SCHUYLER G. CARROLL, ESQ.
JAMES M. SULLIVAN, ESQ.
JORDANA I. RENERT, ESQ.
ARENT FOX LLP
1675 BROADWAY
NEW YORK, NY 10019-5820
carroll.schuyler@arentfox.com

THE CIT GROUP / COMMERCIAL
SERVICES, INC.
C/O HAHN & HESSEN LLP
488 MADISON AVENUE
NEW YORK, NY 10022
ATTN: ROSANNE MATZAT, ESQ.
rmatzat@hahnhessen.com

RKF, LLC
C/O SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
4 TIMES SQUARE
NEW YORK, NY 10036-6522
ATTN: SUZANNE D. T. LOVETTE, ESQ.
suzanne.lovett@skadden.com

SIMON PROPERTY GROUP, INC.
C/O RONALD M. TUCKER, ESQ.
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204
rtucker@simon.com

CHARLES J. FILARDI, JR.
FILARDI LAW OFFICES LLC
65 TRUMBULL STREET, 2ND FL
NEW HAVEN, CT 06510
charles@filardi-law.com

NICHOLAS M. MILLER, ESQ.
NEAL, GERBER & EISENBERG, LLP
TWO NORTH LASALLE STREET
SUITE 1700
CHICAGO, IL 60602-3801
nmiller@ngelaw.com

VW CREDIT, INC.
P.O. BOX 829009
DALLAS, TX 75382-9009
notice@bkcylaw.com

144 SPRING REALTY LLC
C/O GREGG M. FICKS, ESQ.
COBLENTZ, PATCH, DUFFY & BASS, LLP
ONE FERRY BUILDING, STE. 200
SAN FRANCISCO, CA 94111
gficks@coblentzlaw.com

WHITE AND WILLIAMS, LLP
ONE PENN PLAZA, SUITE 4110
NEW YORK, NY 10119
ATTN: KAREL S. KARPE, ESQ.
karpek@whiteandwilliams.com

GIBSON RIVERA & TOMS, LLP
527 SOUTH LAKE AVENUE, SUITE 105
PASADENA, CA 91101
ATTN: ROBERT L. TOMS, JR., ESQ.
rtoms@grtlaw.net

JANE W. ARNONE, ESQ.
BENANTI & ASSOCIATES
350 BEDFORD STREET, SUITE 201
STAMFORD, CT 06901
benanti_associates@msn.com

CHRISTOPHER P. SCHUELLER, ESQ.
BUCHANAN INGERSOLL & ROONEY PC
620 EIGHTH AVENUE, 23RD FLOOR
NEW YORK, NY 10018
christopher.schueller@bipc.com

TIMOTHY P. PALMER, ESQ.
BUCHANAN INGERSOLL & ROONEY PC
ONE OXFORD CENTRE
301 GRANT STREET, 20TH FL
PITTSBURGH, PA 15219-1410
timothy.palmer@bipc.com

ROBERT L. LEHANE, ESQ.
KELLEY DRYE & WARREN LLP
101 PARK AVENUE
NEW YORK, NY 10178
rlehane@kelleydrye.com

ROBERT R. LEINWAND, ESQ.
ROBINSON BROG LEINWAND AND
GREENE GENOVESE & GLUCK P.C.
875 THIRD AVENUE, 9TH FLOOR
NEW YORK, NY 10022
rrl@robinsonbrog.com

ROBERT CHURCH
COMVEST GROUP
525 OKEECHOBE BLVD., SUITE 1050
WEST PALM BEACH, FL 33401
bobc@comvest.com