TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
Counsel to **Rock & Republic Enterprises, Inc.**
 and **Triple R, Inc.**
Debtors and Debtors-in-Possession
425 Park Avenue
New York, NY  10022
 (212) 754-9400
Alex Spizz, Esq.
Arthur Goldstein, Esq.
Jill Makower, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - --x
| | |
|---|---|
| In re: : | Chapter 11 |
| ROCK & REPUBLIC ENTERPRISES, INC., <u>et</u> <u>al</u>: | Case No. 10-11728(AJG) |
|  | (Jointly Administered) |
| Debtors.    : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  - x

**ORDER SHORTENING TIME AND SCHEDULING HEARING WITH RESPECT TO DEBTORS' MOTION FOR APPROVAL OF STIPULATION BY AND BETWEEN ROCK & REPUBLIC ENTERPRISES, INC. AND RICHARD I. KORAL, INC. D/B/A JESSICA'S, SETTLING ALL CLAIMS RELATING TO DISTRIBUTION AGREEMENT**

Upon the ex parte motion dated September 22, 2010 (the "Ex Parte Motion") filed by Rock & Republic Enterprises, Inc. ("R&R") and Triple R, Inc. ("TR"), the debtors and debtors-in-possession herein (collectively, the "Debtors"), by their counsel, Todtman, Nachamie, Spizz & Johns, P.C., for an order pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure and Rules 9006-1(b) and 9077-1(b) of the Local Bankruptcy Rules for the Southern District of New York, shortening the time with respect to the Debtors' motion dated September 22, 2010 (the "9019 Motion") for approval of the Stipulation dated September 17, 2010 (the "Stipulation") by and between R&R and Richard I. Koral, Inc. d/b/a Jessica's ("Koral"), pursuant to Bankruptcy Rule

9019 and §105(a) of title 11, United States Code (the "Bankruptcy Code"), and due deliberation having been had and sufficient cause appearing therefor; it is hereby

**ORDERED**, that a hearing to consider the 9019 Motion shall be held before the Honorable Arthur J. Gonzalez, Chief United States Bankruptcy Judge, in Courtroom 523, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on **September 28, 2010 at 9:30 A.M.** (Prevailing Eastern Time); and it is further

**ORDERED**, that service of this Order, the Ex Parte Motion and the 9019 Motion by email or overnight mail or hand delivery upon (i) the Office of the U.S. Trustee, Attn: Richard C. Morrissey, Esq.; (ii) Attorneys for the Committee, Arent Fox LLP, Attn: James Sullivan, Esq.; (iii) counsel to Koral, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: Suzanne D.T. Lovett, Esq.; and (iv) all parties which have filed a notice of appearance in the Debtors' Chapter 11 cases, would constitute good and sufficient notice of the 9019 Motion and constitutes sufficient notice and no further notice is necessary.

Dated: New York, New York
September 24, 2010

                                           **s/Arthur J. Gonzalez**
                                           ARTHUR J. GONZALEZ
                                           CHIEF UNITED STATES BANKRUPTCY JUDGE