TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
Counsel to **Rock & Republic Enterprises, Inc.**
 and **Triple R, Inc.**
Debtors and Debtors-in-Possession
425 Park Avenue
New York, NY  10022
 (212) 754-9400
Alex Spizz, Esq.
Arthur Goldstein, Esq.
Jill Makower, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - --x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| ROCK & REPUBLIC ENTERPRISES, INC., <u>et</u> <u>al</u>: | | Case No. 10-11728(AJG) |
| | | (Jointly Administered) |
| Debtors. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  - x

**ORDER SHORTENING TIME AND SCHEDULING HEARING WITH RESPECT TO (A) DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO COMMIT TO AN EXCLUSIVITY AND STAND-STILL PROVISION CONTAINED IN NON-BINDING LETTER OF INTENT PURSUANT TO 11 U.S.C. §363(b)(1), AND (B) DEBTORS' MOTION TO FILE NON-BINDING LETTER OF INTENT UNDER SEAL PURSUANT TO 11 U.S.C. §107(b)(1) AND FED. R. BANK. P. 9018**

Upon the ex parte motion dated September 22, 2010 (the "Motion To Shorten Time") filed by Rock & Republic Enterprises, Inc. ("R&R") and Triple R, Inc. ("TR"), the debtors and debtors-in-possession herein (collectively, the "Debtors"), by their counsel, Todtman, Nachamie, Spizz & Johns, P.C., for an order pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 9006-1(b) and 9077-1(b) of the Local Bankruptcy Rules for the Southern District of New York, shortening the time with respect to (a) the Debtors' motion dated September 22, 2010 (the "Authorization Motion") seeking authorization for the Debtors to commit to an

259961 v1

exclusivity and stand-still provision contained in a non-binding letter of intent dated September 16, 2010 (the "LOI"), pursuant to §363(b)(1) of title 11, United States Code (the "Bankruptcy Code"), and (b) the Debtors' motion dated September 22, 2010 (the "Motion to Seal"), seeking authorization to file the LOI under seal pursuant to Bankruptcy Code Section 107(b)(1) and Bankruptcy Rule 9018, and due deliberation having been had and sufficient cause appearing therefor; it is hereby

**ORDERED**, that a hearing to consider the Authorization Motion and the Motion to Seal (collectively, the "Motions") shall be held before the Honorable Arthur J. Gonzalez, Chief United States Bankruptcy Judge, in Courtroom 523, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on <u>September 28, 2010 at 9:30 A.M.</u> (Prevailing Eastern Time); and it is further

**ORDERED**, that service of this Order, the Motion To Shorten Time and the Motions by email or overnight mail or hand delivery upon (i) the Office of the U.S. Trustee, Attn: Richard C. Morrissey, Esq.; (ii) Attorneys for the Committee, Arent Fox LLP, Attn: James Sullivan, Esq.; and (iii) all parties which have filed a notice of appearance in the Debtors' Chapter 11 cases, would constitute good and sufficient notice of the Motions and constitutes sufficient notice and no further notice is necessary.

Dated: New York, New York
      September 24, 2010

                                        **s/Arthur J. Gonzalez**
                                        ARTHUR J. GONZALEZ
                                        CHIEF UNITED STATES BANKRUPTCY JUDGE