TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
Counsel to **Rock & Republic Enterprises, Inc.**
 and **Triple R, Inc.**
Debtors and Debtors-in-Possession
425 Park Avenue
New York, NY  10022
 (212) 754-9400
Alex Spizz, Esq.
Arthur Goldstein, Esq.
Jill Makower, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - --x

| | |
|---|---|
| In re: | Chapter 11 |
| ROCK & REPUBLIC ENTERPRISES, INC., <u>et</u> <u>al.</u>, | Case No. 10-11728 (AJG) (Jointly Administered) |
| Debtors. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that a hearing to consider interim applications for allowance of compensation for professional services rendered and for reimbursement of out of pocket expenses incurred by the professionals for the Debtors and the Official Committee of Unsecured Creditors (the "Applications") was scheduled for October 13, 2010 at 9:30 a.m. (prevailing Eastern Time) before the Honorable Arthur J. Gonzalez, Chief United States Bankruptcy Judge, One Bowling Green, Courtroom 523, New York, New York 10004 (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing has been adjourned with respect to the Applications to October 26, 2010 at 9:30 a.m. (prevailing Eastern Time)

before the Honorable Arthur J. Gonzalez, Chief United States Bankruptcy Judge, One Bowling Green, Courtroom 523, New York, New York 10004.

Dated: New York, New York
       October 4, 2010

                           TODTMAN, NACHAMIE, SPIZZ
                             &amp; JOHNS, P.C.
                           Attorneys for the Debtors and
                           Debtors in Possession

                     By:   s/ Arthur Goldstein
                           Alex Spizz, Esq.
                           Arthur Goldstein, Esq.
                           Jill Makower, Esq.
                           425 Park Avenue
                           New York, New York 10022
                           Telephone: (212) 754-9400