EXHIBIT "A"

Counsel to **Rock & Republic Enterprises, Inc.**
and **Triple R, Inc.**
Debtors and Debtors-in-Possession
425 Park Avenue
New York, NY 10022
(212) 754-9400
Alex Spizz, Esq.
Arthur Goldstein, Esq.
Jill Makower, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re:                              :      Chapter 11

ROCK & REPUBLIC ENTERPRISES, INC., et al:   Case No. 10-11728(AJG)
                                            (Jointly Administered)
                    Debtors.        :
------------------------------------x

### ORDER AUTHORIZING DEBTORS TO ASSUME CERTAIN NON-RESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(a)

Upon the motion dated October 21, 2010 (the "Motion") filed by Rock & Republic Enterprises, Inc. ("R&R") and Triple R, Inc. ("TR"), the debtors and debtors-in-possession herein (collectively, the "Debtors"), by their counsel, Todtman, Nachamie, Spizz & Johns, P.C., for an order authorizing the Debtors to assume the Leases[1] pursuant to §365(a) of title 11, United States Code (the "Bankruptcy Code"); and this Court having held a hearing on October __, 2010 with respect to the relief sought in the Motion (the "Hearing"); and it appearing from the affidavit of service filed with the Court that the Debtors have given due and sufficient notice of the Motion in accordance with the Court's October __, 2010 Order Shortening Time and Scheduling Hearing on the Motion; and after hearing the attorneys for the Debtors in support of the Motion; and

---
[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.
260652

upon the papers filed in connection with the Motion; and upon the record of the Hearing; and any objections to the relief sought in the Motion having been withdrawn or overruled; and due deliberation having been had and sufficient cause appearing therefor; it is hereby

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the Debtors' immediate assumption of the Leases is hereby approved pursuant to Bankruptcy Code section 365(a), and shall be effective upon entry of this Order; and it is further

**ORDERED**, that no cure amounts are owed by the Debtors to the Landlord under Bankruptcy Code section 365; and it is further

**ORDERED**, that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
      October ___, 2010

                                        _____
                                        ARTHUR J. GONZALEZ
                                        CHIEF UNITED STATES BANKRUPTCY JUDGE