Robert M. Hirsh
Jordana L. Renert
ARENT FOX LLP
1675 Broadway
New York, NY 10019
(212) 484-3900

Counsel for the Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                              :         Chapter 11
                                                    :
ROCK & REPUBLIC ENTERPRISES, INC.,                  :         Case No. 10-11728 (AJG)
*et al.*,                                           :
                                                    :         Jointly Administered
                              Debtors.              :
------------------------------------------------------------x

# SECOND NOTICE OF ADJOURNMENT
# OF HEARING TO CONSIDER THE FIRST
# INTERIM FEE APPLICATION OF ARENT FOX LLP, AS COUNSEL
# TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
# FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
# EXPENSES FOR THE PERIOD FROM APRIL 12, 2010 THROUGH JULY 31, 2010

**PLEASE TAKE NOTICE** that the hearing to consider the First Interim Fee Application of Arent Fox LLP, as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from April 12, 2010 through July 31, 2010 originally scheduled for October 26, 2010 and adjourned to November 17, 2010 at 9:30 a.m. has been further adjourned to **December 15, 2010 at 9:30 a.m.** prevailing Eastern Time, before Chief Judge Arthur J. Gonzalez, United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, Courtroom 523, New York, New York 10004-1408.

NYC/544686.1

Dated: New York, NY
November 16, 2010

        Counsel for the Official Committee
        of Unsecured Creditors
        Arent Fox LLP

By:    */s/ Robert M. Hirsh*
      Robert M. Hirsh
      Jordana L. Renert
      1675 Broadway
      New York, NY 10019
      (212) 484-3900
      (212) 484-3990 (Fax)