TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
Counsel to **Rock & Republic Enterprises, Inc.**
 and **Triple R, Inc.**
Debtors and Debtors-in-Possession
425 Park Avenue
New York, NY  10022
 (212) 754-9400
Alex Spizz, Esq.
Arthur Goldstein, Esq.
Jill Makower, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - --x

| | |
|---|---|
| In re: | Chapter 11 |
| ROCK & REPUBLIC ENTERPRISES, INC., <u>et</u> <u>al.</u>, | Case No. 10-11728 (AJG) (Jointly Administered) |
| Debtors. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that on November 19, 2010 the Debtors filed an Application for an Order, Pursuant to 11 U.S.C. § 364(c)(2): (1) Authorizing the Debtors to Enter Into an Insurance Premium Finance Agreement with IPFS Corporation of California; and (2) Granting Related Relief (Docket No. 546, the "Application").

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Application was scheduled for December 8, 2010 at 9:30 a.m. (prevailing Eastern Time) before the Honorable Arthur J. Gonzalez, Chief United States Bankruptcy Judge, One Bowling Green, Courtroom 523, New York, New York 10004 (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing has been adjourned with respect to the Motion to December 15, 2010 at 9:30 a.m. (prevailing Eastern Time)

261736 v1

before the Honorable Arthur J. Gonzalez, Chief United States Bankruptcy Judge, One Bowling Green, Courtroom 523, New York, New York 10004.

Dated: New York, New York
       December 3, 2010

                            TODTMAN, NACHAMIE, SPIZZ
                             &amp; JOHNS, P.C.
                            Attorneys for the Debtors and
                            Debtors in Possession

                            By: s/ Alex Spizz
                                Alex Spizz, Esq.
                                Arthur Goldstein, Esq.
                                Jill Makower, Esq.
                                425 Park Avenue
                                New York, New York 10022
                                Telephone: (212) 754-9400