UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
In re                                            :    Chapter 11
                                                 :
ROCK & REPUBLIC ENTERPRISES, INC.,               :    Case No. 10-11728 (AJ8)
                                                 :    (Jointly Administered)
                                    Debtor.      :
------------------------------------------------------------ X

## STIPULATION EXTENDING FINAL FACTORING AGREEMENT AND AUTHORIZING THE PURCHASE AND SALE OF ACCOUNTS WITH PRIORITY OVER ADMINISTRATIVE EXPENSES AND SECURED BY LIENS ON PROPERTY OF THE ESTATE PURSUANT TO SECTIONS 363 AND 364 OF THE BANKRUPTCY CODE

**WHEREAS,** on April 1, 2010 (the "Petition Date"), Rock & Republic Enterprises, Inc. ("R&RE") and Triple R. Inc. ("Triple R"), debtors and debtors-in-possession (collectively, the "Debtors") filed voluntary petitions under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"); and

**WHEREAS,** on May 26, 2010, the Court entered a final order pursuant to Bankruptcy Code § 363 and § 364(c), ratifying, reaffirming and adopting the pre-petition factoring arrangement between R&RE and The CIT Group/Commercial Services, Inc. ("Factor"), pursuant to the terms and conditions of certain Pre-Petition Agreements (as defined therein) (the "Final Factoring Order")[1], which Final Factoring Order (as extended by Stipulation dated October 28, 2010) provides for termination of the Factoring Arrangement on December 31, 2010; and

---

[1] Capitalized terms not otherwise defined shall have the meaning set forth in the Final Factoring Order.

**WHEREAS**, the Debtors have requested and Factor has agreed to continue to provide factoring services to the Debtors, subject to the terms of the Factoring Order, up to and including March 31, 2011, on the terms and conditions set forth herein; and

**WHEREAS**, the Committee consents and agrees to the terms of this extension.

**NOW, THEREFORE, IT IS HEREBY**

1. The Final Factoring Order, as supplemented by the attached Budget, is hereby extended through the date of March 31, 2011 (the "Extension"), *provided however*, the percentage rate of Factor Risk Accounts advanced under Paragraph 6 of the Factoring Agreement shall be reduced by 1.5% per week, each week commencing on January 3, 2011 (such that for the week commencing January 24, 2011, such percentage rate shall be 74%; for the week commencing February 21, 2011, such percentage rate shall be 68%; and for the week commencing March 28, 2011, such percentage rate shall be 60.5%; *and further provided*, it shall be an Event of Default under the Factoring Arrangement if the Debtors fail to continue to employ Geoffrey Lurie (or such senior managerial executive as is reasonably acceptable to Factor) to provide oversight in connection with the Debtors' continued operations; *and further provided*, in connection with the Extension, a $75,000 extension fee shall be earned on January 1, 2011 with $25,000 due and payable on each of January 3, 2011, February 1, 2011 and March 1, 2011

.

115420/086-1943143.3
115350/214-1989676.1

2. The Final Financing Order shall in all other respects remain in full force and effect.

Date: New York, New York
December 29, 2010

**HAHN & HESSEN LLP**
*Counsel to Factor*

By: *Rosanne Thomas Matzat* .
    Rosanne Thomas Matzat
488 Madison Avenue
New York, New York 10022
(212) 478-7200

**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**
*Counsel to Debtors*

By: *Arthur Goldstein* .
    Arthur Goldstein
425 Park Avenue
New York, New York 10022
(212) 754-9400

**ARENT FOX LLP**
*Counsel to Committee*

By: *Robert Hirsch* .
    A Member of the Firm
1675 Broadway
New York, New York 10019-5820
(212) 484-3900

So Ordered:

**s/Arthur J. Gonzalez**   1-7-2011
ARTHUR J. GONZALEZ
CHIEF UNITED STATES BANKRUPTCY JUDGE

**Company Name:** Rock & Republic Enterpri:
Chapter 11 Bankruptcy: 16 Week Cash Flow - Liquidation
As of 12/23

Projected Cash Flow ($000s)

| | | 1<br>12/24/10 | 2<br>12/31/10 | 3<br>1/7/11 | 4<br>1/14/11 | 5<br>1/21/11 | 6<br>1/28/11 | 7<br>2/4/10 | 8<br>2/11/11 | 9<br>2/18/11 | 10<br>2/25/11 | 11<br>3/4/11 | 12<br>3/11/11 | 13<br>3/18/11 | 14<br>3/25/11 | 15<br>4/1/11 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A/R** | | | | | | | | | | | | | | | | | |
| Gross Sales | | 590 | 165 | 340 | 284 | 908 | 284 | 340 | 1,530 | 340 | 340 | 283 | 283 | 284 | 283 | 284 | 6,538 |
| Net Sales | | 590 | 165 | 340 | 284 | 908 | 284 | 340 | 1,530 | 340 | 340 | 283 | 283 | 284 | 283 | 284 | 6,538 |
| Collections | | 1,158 | 291 | 454 | 590 | 822 | 86 | 1,338 | 362 | 384 | 328 | 945 | 321 | 707 | 377 | 377 | 8,540 |
| A/R Balance | 4,408 | 3,840 | 3,714 | 3,600 | 3,294 | 3,380 | 3,578 | 2,580 | 3,748 | 3,704 | 3,716 | 3,054 | 3,016 | 2,593 | 2,499 | 2,406 | |
| Ineligibles | | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | |
| Elig. A/R Balance | | 3,787 | 3,661 | 3,547 | 3,241 | 3,327 | 3,525 | 2,527 | 3,695 | 3,651 | 3,663 | 3,001 | 2,963 | 2,540 | 2,446 | 2,353 | |
| Elig. A/R @ | 80% | 3,030 | 2,929 | 2,838 | 2,593 | 2,662 | 2,820 | 2,022 | 2,956 | 2,921 | 2,930 | 2,401 | 2,370 | 2,032 | 1,957 | 1,882 | |
| **Inventory** | | | | | | | | | | | | | | | | | |
| Finished Goods | | 5,529 | 5,529 | 5,529 | 5,529 | 5,529 | 5,529 | 5,529 | 5,529 | 5,529 | 5,529 | 5,529 | 5,529 | 5,529 | 5,529 | 5,529 | |
| Ineligibles | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Elig. FG | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Elig. FG @ | 0% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Raw Materials | | 878 | 878 | 878 | 878 | 878 | 878 | 878 | 878 | 878 | 878 | 878 | 878 | 878 | 878 | 878 | |
| Ineligibles | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Elig. Raw Materials | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Elig. RM @ | 0% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Total WIP | | 3,852 | 3,852 | 3,852 | 3,852 | 3,852 | 3,852 | 3,852 | 3,852 | 3,852 | 3,852 | 3,852 | 3,852 | 3,852 | 3,852 | 3,852 | |
| WIP @ | 0% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Total Inventory Availability | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| **Total Available** | | 3,030 | 2,929 | 2,838 | 2,593 | 2,662 | 2,820 | 2,022 | 2,956 | 2,921 | 2,930 | 2,401 | 2,370 | 2,032 | 1,957 | 1,882 | |
| Requirements | | 461 | 167 | 277 | 300 | 563 | 306 | 483 | 786 | 512 | 399 | 307 | 153 | 323 | 119 | 126 | 5,282 |
| Collections | | 1,081 | 270 | 454 | 553 | 703 | 49 | 1,294 | 165 | 340 | 284 | 908 | 284 | 339 | 340 | 339 | 7,403 |
| Loan Balance | 3,139 | 2,519 | 2,416 | 2,239 | 1,986 | 1,846 | 2,103 | 1,292 | 1,913 | 2,085 | 2,200 | 1,599 | 1,468 | 1,452 | 1,231 | 1,018 | |
| F/G L/Cs Opened | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Paid | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cancelled | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| F/G L/C Balance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| P/G L/Cs Opened | | | | | | | | | | | | | | | | | |
| Paid/Cancelled | | | | | | | | | | | | | | | | | |
| Standby L/C's | | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | |
| Cont. D&F @ | 20% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Carve Out | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Ttl Debt (exc. L/Debt &T/L) | | 2,719 | 2,616 | 2,439 | 2,186 | 2,046 | 2,303 | 1,492 | 2,113 | 2,285 | 2,400 | 1,799 | 1,668 | 1,652 | 1,431 | 1,218 | |
| Exposure over A/R Avail.* | | 311 | 313 | 399 | 407 | 616 | 517 | 530 | 843 | 636 | 530 | 602 | 702 | 380 | 526 | 664 | |
| Net Available | | 311 | 313 | 399 | 407 | 616 | 517 | 530 | 843 | 636 | 530 | 602 | 702 | 380 | 526 | 664 | |
| Legal Reserve | | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | |
| Net Available (after Reserves) | | 211 | 213 | 299 | 307 | 516 | 417 | 430 | 743 | 536 | 430 | 502 | 602 | 280 | 426 | 564 | |