# TODTMAN, NACHAMIE, SPIZZ & JOHNS, P. C.

425 PARK AVENUE
NEW YORK, NEW YORK 10022

MARTIN TODTMAN
BARTON NACHAMIE
ALEX SPIZZ
PETER A. JOHNS*
ROBERT D. TOLZ
ARTHUR GOLDSTEIN
PERRY L. COHEN
IVAN SERCHUK
PAUL RICHARD KARAN
JOSEPH P. CERVINI, JR.
JANICE B. GRUBIN

SENIOR COUNSEL
STEPHEN D. OESTREICH

SPECIAL COUNSEL
WESLEY CHEN

* ADMITTED IN PARIS ONLY
**ADMITTED IN ITALY ONLY

TELEPHONE: (212) 754-9400
FACSIMILE: (212) 754-6262
E-MAIL: info@tnsj-law.com

9, RUE DU FAUBOURG SAINT-HONORÉ
75008 PARIS, FRANCE

VIA GIUSEPPE MAZZINI, 20
20123, MILANO, ITALY

COUNSEL
FELIPE MONTEJO
ROGER MARION
JILL MAKOWER

OF COUNSEL
HARVEY I. SLADKUS
CARLO MACCALLINI**
PASQUALE CRISPO
SETH D. BADER

Sender's email:
aspizz@tnsj-law.com

January 19, 2011

- Via By Hand -

The Honorable Arthur J. Gonzalez
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

- Via Email -

Armando Arce, Jr., Controller
Rock & Republic Enterprises, Inc.
3523 Eastham Drive
Culver City, CA 90232

- Via Email -

Schuyler G. Carroll, Esq.
Robert Hirsh, Esq.
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820

- Via Email -

Richard Morrissey, Esq.
Office of the United States Trustee
33 Whitehall Street – 21st Floor
New York, NY 10004

Re:    Rock & Republic Enterprises, Inc., et al.
       Chapter 11 Case No. 10-11728 (AJG) (Jointly Administered)

Pursuant to an Order dated April 28, 2010 our firm was retained nunc pro tunc to April 1, 2010 to represent the Debtors-in-Possession in the above referenced Chapter 11 case. By Order dated April 29, 2010 (the "Compensation Order") the Bankruptcy Court has authorized payment of 80% of our monthly fees and 100% of our monthly expenses.

During the period from December 1, 2010 through December 31, 2010 our fees for services rendered as counsel to the Debtors-in-Possession were $158,508.00. Our disbursements during this period were $1,008.14. A detailed billing statement for the

262887 v1



TODTMAN, NACHAMIE, SPIZZ & JOHNS, P. C.

Armando Arce, Jr.
Schuyler G. Carroll, Esq.
Robert Hirsh, Esq.
Richard Morrissey, Esq.
January 19, 2011
Page 2 of 2

period is enclosed for your information and review. The billing statement sets forth the name of each attorney who rendered services and the applicable billing rate. The report also breaks down the services by category as required by the fee guidelines.

**BY SUBMITTING THIS UNREDACTED BILLING STATEMENT, TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C. DOES NOT WAIVE THE ATTORNEY-CLIENT PRIVILEGE OR WORK PRODUCT PRIVILEGE, ALL OF WHICH ARE EXPRESSLY PRESERVED.**

In accordance with Compensation Order unless we receive an objection to our monthly billing statement is received within thirty-five (35) days following the month of which compensation is sought, the Debtors shall remit to Todtman, Nachamie, Spizz & Johns, P.C. the sum of $126,806.40 representing 80% of $158,508.00 and $1,008.14 representing 100% of the disbursements incurred during the applicable period, for a total payment of $127,814.54.

If you have any questions with respect to this billing statement, please do not hesitate to contact the undersigned.

Very truly yours,

Alex Spizz

AS:sn
Enclosure

262887 v1

# TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
### 425 PARK AVENUE
### NEW YORK, N.Y. 10022

TELEPHONE (212) 754-9400
FACSIMILE (212) 754-6262

ROCK & REPUBLIC ENTERPRISES, INC.
3523 EASTHAM DRIVE
CILVER CITY   CA   90232

January 18, 2011
CLIENT NO:      11931M

ATTN: ARMANDO ARCE, JR.

COVER STATEMENT

|  | Balance |
|---|---|
| 11931-0000 RE: CASE ADMINISTRATION | $2,789.00 |
| 11931-0001 RE: CASH COLLATERAL & FINANCING | $4,221.00 |
| 11931-0003 RE: ASSET DISPOSITION | $12,016.00 |
| 11931-0004 RE: ASSET ANALYSIS & RECOVERY | $550.00 |
| 11931-0005 RE: BUSINESS OPERATIONS | $7,374.50 |
| 11931-0006 RE: CLAIMS ADMINISTRATION & OBJECTIONS | $39,520.00 |
| 11931-0008 RE: FEE APPLICATIONS | $7,014.00 |
| 11931-0009 RE: FEE/EMPLOYMENT OBJECTIONS | $672.00 |
| 11931-0010 RE: PLAN & DISCLOSURE STATEMENT | $83,039.00 |
| 11931-0013 RE: LEASES/EXCUTORY CONTRACTS | $1,312.50 |
| | |
| TOTAL FEES | $158,508.00 |
| TOTAL EXPENSES | $1,008.14 |
| | |
| TOTAL FEES AND EXPENSES | $159,516.14 |

# TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.

### 425 PARK AVENUE
### NEW YORK, N.Y. 10022

### TELEPHONE (212) 754-9400
### FACSIMILE (212) 754-6262

ROCK & REPUBLIC ENTERPRISES, INC.
3523 EASTHAM DRIVE
CILVER CITY  CA  90232

ATTN: ARMANDO ARCE, JR.

January 18, 2011
CLIENT NO:      11931-0000M
STATEMENT NO:       209660

RE: CASE ADMINISTRATION

### LEGAL SERVICES

|            |     |                                                                                                                       | TIME |        |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------|------|--------|
| 12/01/2010 | AS  | TELEPHONE CONFERENCE WITH GRAEME SILBERT - CASH FLOWS AND BUDGET                                                       | 0.60 | 330.00 |
| 12/02/2010 | JLM | COORDINATE REVISIONS AND TABLES WITH G. VALENTINE                                                                      | 0.20 | 84.00  |
| 12/10/2010 | AS  | TELEPHONE CONFERENCE WITH POTENTIAL ACCOUNTING EXPERT FOR SIMMS SEGAL                                                  | 0.50 | 275.00 |
| 12/17/2010 | JLM | E-MAILS TO DEBTORS' EMPLOYEES TO OBTAIN ABBREVIATED ORGANIZATIONAL CHART; PREPARE SAME                                 | 0.50 | 210.00 |
| 12/20/2010 | JLM | CONFERENCE WITH A. SPIZZ RE: ROSEN SEYMOUR SHAPSS MARTIN FIRM AND PREPARING MOTION TO RETAIN RSSM AS FORENSIC ACCOUNTANTS; E-MAILS WITH A. SPIZZ RE: SAME; E-MAILS WITH R. MODANSKY OF RSSM RE: SAME | 0.30 | 126.00 |
| 12/21/2010 | JLM | E-MAIL TO ROBERT MODANSKY RE: RETENTION OF RSSM AS FORENSIC ACCOUNTANTS AND TELEPHONE CONFERENCE WITH R. MODANSKY RE: SAME | 0.20 | 84.00  |
|            | JLM | TELEPHONE CONFERENCE WITH J. RENERT RE: SERVICE LIST FOR DISCLOSURE STATEMENT AND MOTIONS AND CONFERENCE WITH A. GOLDSTEIN AND SHEREE NOBLES RE: SAME | 0.20 | 84.00  |
|            | JLM | DRAFT APPLICATION AND PROPOSED ORDER TO RETAIN RSSM                                                                    | 1.00 | 420.00 |
| 12/23/2010 | JLM | E-MAIL TO AND TELEPHONE CONFERENCE WITH R. MODANSKY; CONTINUE TO DRAFT RETENTION                                       |      |        |

**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**

ROCK & REPUBLIC ENTERPRISES, INC.

RE: CASE ADMINISTRATION

|  |  | TIME |  |
|---|---|---|---|
| | APPLICATION, AFFIDAVIT, PROPOSED ORDER AND NOTICE OF MOTION FOR RETENTION OF RSSM AS FORENSIC ACCOUNTANTS; E-MAILS WITH MODANSKY RE: SAME | 1.60 | 672.00 |
| **12/28/2010** | | | |
| JLM | E-MAIL TO R. MODANSKY TO FOLLOWUP FOR RSSM RETENTION PAPERS | 0.10 | 42.00 |
| JLM | E-MAIL TO A. SPIZZ AND A. GOLDSTEIN RE: SCHEDULING HEARING ON RSSM RETENTION | 0.10 | 42.00 |
| **12/29/2010** | | | |
| JLM | E-MAIL TO R. MODANSKY RE: RETENTION AND E-MAILS WITH A. SPIZZ AND A. GOLDSTEIN RE: RSSM RETENTION HEARING DATE AND *NUNC PRO TUNC* RETENTION (.2); REVIEW MODANSKY SIGNED REVISED RETENTION AFFIDAVIT AND REVISE RSSM RETENTION APPLICATION AND PROPOSED ORDER (.4); E-MAIL RETENTION PAPERS TO G. LURIE (.1); PREPARE RSSM RETENTION PAPERS AND EXHIBITS FOR SERVICE AND FILING (2.) | 0.90 | 378.00 |
| **12/30/2010** | | | |
| JLM | E-MAIL TO B. GONSALVES RE: SERVICE OF RSSM RETENTION APPLICATION AND E-MAILS TO A. GOLDSTEIN AND A. SPIZZ RE: RSSM RETENTION APPLICATION | 0.10 | 42.00 |
| | TOTAL LEGAL SERVICES THIS MATTER | 6.30 | 2,789.00 |

### DISBURSEMENTS

| | |
|---|---|
| PHOTOCOPYING | 53.60 |
| GROUND TRANSPORTATION | 152.75 |
| POSTAGE | 112.26 |
| MEAL(S) | 76.48 |
| FEDERAL EXPRESS | 49.91 |
| SECRETARY OVERTIME | 385.00 |
| PRIMUS TELECOMMUNICATIONS | 24.16 |
| AT & T TELECONFERENCE SERVICES | 31.26 |
| LEXIS NEXIS - RESEARCH CHARGES | 122.72 |
| TOTAL DISBURSEMENTS THROUGH 12/31/2010 | 1,008.14 |
| TOTAL CURRENT WORK | 3,797.14 |

**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**

ROCK & REPUBLIC ENTERPRISES, INC.

RE: CASE ADMINISTRATION

| | |
|---|---|
| TOTAL THIS MATTER | $3,797.14 |
| TOTAL DUE THIS MATTER | $3,797.14 |

# TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.

### 425 PARK AVENUE
### NEW YORK, N.Y. 10022

TELEPHONE (212) 754-9400
FACSIMILE (212) 754-6262

ROCK & REPUBLIC ENTERPRISES, INC.
3523 EASTHAM DRIVE
CILVER CITY  CA  90232

January 18, 2011
CLIENT NO:     11931-0001M
STATEMENT NO:      209661

ATTN: ARMANDO ARCE, JR.

RE: CASH COLLATERAL & FINANCING

### LEGAL SERVICES

|            |    |                                                                                                    | TIME |        |
|------------|----|----------------------------------------------------------------------------------------------------|------|--------|
| 12/13/2010 |    |                                                                                                    |      |        |
|            | AG | E-MAILS WITH RKF ATTORNEY RE: INT. PAYMENT                                                          | 0.20 | 105.00 |
| 12/21/2010 |    |                                                                                                    |      |        |
|            | AG | TELEPHONE CONFERENCE WITH LURIE RE: CIT STATUS                                                      | 0.30 | 157.50 |
|            | AG | TELEPHONE CONFERENCE WITH CIT ATTORNEY RE: FACTORING EXTENSION                                      | 0.20 | 105.00 |
|            | AG | TELEPHONE CONFERENCE WITH LURIE RE: EXTENSION OF FACTORING ARRANGEMENT                              | 0.20 | 105.00 |
|            | AG | TELEPHONE CONFERENCE WITH CLIENT; TELEPHONE CONFERENCE WITH CIT ATTORNEY RE: EXTEND FACTORING AGREEMENT | 1.10 | 577.50 |
|            | AG | TELEPHONE CONFERENCE WITH SILBERT RE: BUDGET FOR CIT                                                | 0.50 | 262.50 |
| 12/22/2010 |    |                                                                                                    |      |        |
|            | AG | TELEPHONE CONFERENCE WITH LURIE RE: CIT EXTENSION; REVIEW BUDGET                                    | 1.30 | 682.50 |
|            | AG | TELEPHONE CONFERENCE WITH SILBERT RE: BUDGET                                                        | 0.40 | 210.00 |
| 12/23/2010 |    |                                                                                                    |      |        |
|            | AG | TELEPHONE CONFERENCE WITH G. LURIE RE: CIT STATUS                                                   | 0.30 | 157.50 |
|            | AG | REVIEW FACTORING ORDER/EXTENSION                                                                    | 0.20 | 105.00 |
| 12/28/2010 |    |                                                                                                    |      |        |
|            | AG | TELEPHONE CONFERENCE WITH SILBERT RE: BUDGET FOR CIT AND REVIEW TERMS FOR EXTENSION (.5); REVISE FACTORING STIPULATION (.5) | 1.00 | 525.00 |

**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**

ROCK & REPUBLIC ENTERPRISES, INC.

RE: CASH COLLATERAL & FINANCING

|  |  | TIME |  |
|---|---|---|---|
| **12/29/2010** | | | |
| AG | TELEPHONE CONFERENCES WITH CIT COUNSEL RE: EXTEND FACTOR AGREEMENT (.5); TELEPHONE CONFERENCE WITH COMMITTEE COUNSEL RE: FACTOR AGREEMENT (.3); REVIEW BUDGET TO BE ALLOCATED TO STIPULATION (.3); TELEPHONE CONFERENCE WITH G. SILBERT RE: SAME (.3) | 1.40 | 735.00 |
| AG | TELEPHONE CONFERENCE WITH COMMITTEE COUNSEL AND SILBERT RE: STIPULATION EXTENDING FACTORING AGREEMENT AND BUDGET | 0.30 | 157.50 |
| AG | EXECUTE AND ARRANGE FOR FILING STIPULATION EXTENDING FACTORING AGREEMENT | 0.40 | 210.00 |
| **12/30/2010** | | | |
| JLM | TELEPHONE CONFERENCE CALL WITH R. HIRSH, A. GOLDSTEIN AND J. RENERT RE: CIT AND EXTENDING FINANCING AND ESCROW AGREEMENT ISSUES (.2); CONFERENCE WITH A. GOLDSTEIN RE: SAME (.1) | 0.30 | 126.00 |
| | TOTAL LEGAL SERVICES THIS MATTER | 8.10 | 4,221.00 |
| | TOTAL CURRENT WORK | | 4,221.00 |
| | TOTAL THIS MATTER | | $4,221.00 |
| | TOTAL DUE THIS MATTER | | $4,221.00 |

# TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
## 425 PARK AVENUE
### NEW YORK, N.Y. 10022

TELEPHONE (212) 754-9400
FACSIMILE (212) 754-6262

ROCK & REPUBLIC ENTERPRISES, INC.
3523 EASTHAM DRIVE
CILVER CITY  CA  90232

January 18, 2011
CLIENT NO:      11931-0003M
STATEMENT NO:        209662

ATTN: ARMANDO ARCE, JR.

RE: ASSET DISPOSITION

LEGAL SERVICES

| | | TIME | |
|---|---|---|---|
| **12/02/2010** | | | |
| AS | TELEPHONE CONFERENCE WITH ATTORNEY FOR PROSPECTIVE PURCHASER AND E-MAIL TO DEBTOR | 0.60 | 330.00 |
| **12/07/2010** | | | |
| AG | REVIEW TRADEMARK OFFICE - MARKS REGISTERED | 1.00 | 525.00 |
| AG | REVIEW DRAFT APA AND PLAN FROM COMMITTEE | 2.00 | 1,050.00 |
| AG | TELEPHONE CONFERENCE WITH R. RUBENFELD PROFESSIONALS RE: APA AND PLAN (UF) | 1.90 | 997.50 |
| AG | TELEPHONE CONFERENCE WITH GL RE: DRAFT APA | 0.40 | 210.00 |
| **12/08/2010** | | | |
| AG | REVIEW DRAFT COMMITTEE APA AND PLAN; DISCUSSION WITH GL A. SPIZZ | 3.40 | 1,785.00 |
| AG | ATTEND MEETING WITH COMMITTEE AND PROPOSED PURCHASER'S PROFESSIONALS RE: DRAFT APA AND PLAN | 3.00 | 1,575.00 |
| AG | TELEPHONE CONFERENCE WITH RR PROFESSIONALS RE: REVISED PROPOSAL FROM PROSPECTIVE PURCHASER | 1.50 | 787.50 |
| **12/09/2010** | | | |
| AG | TELEPHONE CONFERENCE WITH PROSPECTIVE PURCHASER AND JULIAN STEINBERG | 0.80 | 420.00 |
| AG | TELEPHONE CONFERENCE WITH CLIENT AND RR PROFESSIONALS RE: STATUS OF NEGOTIATIONS WITH PROSPECTIVE PURCHASER | 1.50 | 787.50 |
| **12/13/2010** | | | |
| AG | TELEPHONE CONFERENCE WITH COMMITTEE RE: DISCUSSION WITH PROPOSAL AND PROPOSED REVISIONS | 1.00 | 525.00 |

**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**

ROCK & REPUBLIC ENTERPRISES, INC.

RE: ASSET DISPOSITION

|  |  | TIME |  |
|---|---|---|---|
| **12/14/2010** |  |  |  |
| JLM | TELEPHONE CONFERENCE WITH MORRISSEY AND A. GOLDSTEIN RE: STATUS OF PLAN (.2); CONFERENCE WITH A. GOLDSTEIN AND A. SPIZZ RE: HEARING TOMORROW (.1); CONFERENCE CALL WITH A. SPIZZ, A. GOLDSTEIN AND COMMITTEE RE: HEARING TOMORROW (.2) | 0.50 | 210.00 |
| **12/17/2010** |  |  |  |
| AS | REVIEW MOTION AND APPLICATION TO APPROVE BIDDING PROCEDURES | 0.60 | 330.00 |
| **12/20/2010** |  |  |  |
| AS | REVISE PROPOSED ESCROW AGREEMENT PER APA | 1.20 | 660.00 |
| **12/23/2010** |  |  |  |
| AS | TELEPHONE CONFERENCE WITH PROFESSIONAL - WIND DOWN | 1.00 | 550.00 |
| **12/27/2010** |  |  |  |
| AG | REVIEW ESCROW AGREEMENT RE: STERLING | 0.40 | 210.00 |
| **12/28/2010** |  |  |  |
| BN | TELEPHONE CONFERENCE WITH DAVID MINDER (ATTORNEY FOR STERLING NATIONAL BANK) RE: ESCROW AGREEMENT AND DISCUSSION WITH A. GOLDSTEIN RE: SAME | 0.30 | 171.00 |
| AG | TELEPHONE CONFERENCES WITH STERLING BANK RE: ESTABLISHMENT OF ESCROW ACCOUNT ; TELEPHONE CONFERENCE WITH VF ATTORNEY RE: SAME | 0.90 | 472.50 |
| **12/29/2010** |  |  |  |
| AG | REVIEW AND REVISE DRAFT ESCROW AGREEMENT (.5); TELEPHONE CONFERENCE WITH STERLING BANK REP. (.3) | 0.80 | 420.00 |
|  | TOTAL LEGAL SERVICES THIS MATTER | 22.80 | 12,016.00 |
|  | TOTAL CURRENT WORK |  | 12,016.00 |
|  | TOTAL THIS MATTER |  | $12,016.00 |
|  | TOTAL DUE THIS MATTER |  | $12,016.00 |

# TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
### 425 PARK AVENUE
### NEW YORK, N.Y. 10022

**TELEPHONE (212) 754-9400**
**FACSIMILE (212) 754-6262**

ROCK & REPUBLIC ENTERPRISES, INC.
3523 EASTHAM DRIVE
CILVER CITY  CA  90232

Page: 1
January 18, 2011
CLIENT NO:      11931-0004M
STATEMENT NO:         209663

ATTN: ARMANDO ARCE, JR.

RE: ASSET ANALYSIS & RECOVERY

### LEGAL SERVICES

| | | TIME | |
|---|---|---|---|
| 12/20/2010 | | | |
| AS | CONFERENCE WITH DEBTOR AND PROFESSIONALS | | |
| | RE: IMPLEMENTATION OF PLAN | 1.00 | 550.00 |
| | TOTAL LEGAL SERVICES THIS MATTER | 1.00 | 550.00 |
| | TOTAL CURRENT WORK | | 550.00 |
| | TOTAL THIS MATTER | | $550.00 |
| | TOTAL DUE THIS MATTER | | $550.00 |

# TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.

### 425 PARK AVENUE
### NEW YORK, N.Y. 10022

### TELEPHONE (212) 754-9400
### FACSIMILE (212) 754-6262

ROCK & REPUBLIC ENTERPRISES, INC.  
3523 EASTHAM DRIVE  
CILVER CITY  CA  90232

January 18, 2011  
CLIENT NO:      11931-0005M  
STATEMENT NO:        209664

ATTN: ARMANDO ARCE, JR.

RE: BUSINESS OPERATIONS

## LEGAL SERVICES

| | | TIME | |
|---|---|---|---|
| **12/01/2010** | | | |
| AG | TELEPHONE CONFERENCE WITH INSURANCE AGENT RE: QUESTIONS ABOUT CANCELLATION CHANGES | 0.30 | 157.50 |
| AG | TELEPHONE CONFERENCE WITH G. SILBERT RE: CASE STATUS | 0.40 | 210.00 |
| **12/02/2010** | | | |
| AG | REVIEW STOCK (INV.) ENDORSED (INS. COVERAGE); TELEPHONE CONFERENCE WITH BROKER AND CLIENT | 0.60 | 315.00 |
| AG | TELEPHONE CONFERENCE WITH CREDITORS RE: CASE STATUS | 0.60 | 315.00 |
| **12/06/2010** | | | |
| AG | REVIEW REVISED STOCK INS. COVERAGE; CONFIRM MOTION ADJ. TO 12/15 | 0.40 | 210.00 |
| JLM | CONFERENCE WITH A. GOLDSTEIN RE: INSURANCE FINANCING MOTION; CALENDAR ADJOURNED DATE | 0.10 | 42.00 |
| **12/07/2010** | | | |
| AG | E-MAILS WITH JEFF KAPLAN RE: RFK INCLUDING TRAVEL. PAYMENTS; TELEPHONE CONFERENCE WITH G. SILBERT RE: SAME | 0.60 | 315.00 |
| **12/08/2010** | | | |
| AG | E-MAIL WITH RENART AND INS. BROKER RE: WOULD INSURANCE PREMIUM REDUCED FROM 80% TO 25% | 0.30 | 157.50 |
| **12/09/2010** | | | |
| AG | REVIEW INSURANCE POLICY; TELEPHONE CONFERENCE WITH BROKER AND CLIENT | 0.50 | 262.50 |
| **12/10/2010** | | | |
| AG | TELEPHONE CONFERENCE WITH INSURANCE AGENT RE: WED. HEARING - INSURANCE POLICY INFORMATION | 0.60 | 315.00 |

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.

ROCK & REPUBLIC ENTERPRISES, INC.                    January 18, 2011
                                              CLIENT NO:    11931-0005M
                                              STATEMENT NO:      209664

RE: BUSINESS OPERATIONS

| | | TIME | |
|---|---|---|---|
| **12/13/2010** | | | |
| AG | CONFERENCE WITH G. LURIE AND A. SPIZZ RE: CASE UPDATE | 0.60 | 315.00 |
| **12/14/2010** | | | |
| AG | TELEPHONE CONFERENCE WITH GS RE: PAYMENT OF RKF INT. PAYMENT AND STATUS OF OPERATIONS | 0.60 | 315.00 |
| AG | TELEPHONE CONFERENCE WITH GS RE: PAYMENT OF INT. PAYMENT AND LEASE PAYMENT | 0.20 | 105.00 |
| JLM | PREPARATION OF FILES FOR HEARING TOMORROW FOR A. GOLDSTEIN TO TAKE TO COURT | 0.20 | 84.00 |
| AS | REVIEW RESPONSE TO OBJECTION TO EXCLUSIVITY FILED BY RKF | 0.40 | 220.00 |
| **12/15/2010** | | | |
| AG | REVIEW INSURANCE PREMIUM AND EXCLUSIVITY MOTIONS RE: THIS MORNING HEARING | 0.50 | 262.50 |
| AG | COURT APPEARANCE RE: DEBTOR'S MOTION FOR INSURANCE FINANCING AND EXCLUSIVITY MOTIONS (2.); TRAVEL TO AND FROM COURT (1.2) | 3.20 | 1,680.00 |
| JLM | CONFERENCE WITH A. GOLDSTEIN RE: HEARING ON EXCLUSIVITY TODAY (.1); TELEPHONE CONFERENCE WITH CHAMBERS RE: ORDERS NEEDING TO BE RE-SUBMITTED; E-MAIL ORDERS TO JUDGE (.2) | 0.30 | 126.00 |
| **12/22/2010** | | | |
| AG | TELEPHONE CONFERENCE WITH MB AND RR PROFESSIONALS RE: DISCUSS BUDGET; OPERATIONS GOING FORWARD | 1.90 | 997.50 |
| **12/23/2010** | | | |
| AG | TELEPHONE CONFERENCE WITH MB AND RR PROFESSIONALS RE: GOING FORWARD OPERATIONS | 0.50 | 262.50 |
| AG | REVIEW LEASES TO BE FORWARDED TO VF | 0.30 | 157.50 |
| **12/30/2010** | | | |
| AS | TELEPHONE CONFERENCE WITH DEBTOR RE: POST CONFIRMATION BUSINESS OPERATION | 1.00 | 550.00 |

**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**

ROCK & REPUBLIC ENTERPRISES, INC.

January 18, 2011
CLIENT NO:      11931-0005M
STATEMENT NO:          209664

RE: BUSINESS OPERATIONS

|  | TIME |  |
|---|---|---|
| TOTAL LEGAL SERVICES THIS MATTER | 14.10 | 7,374.50 |
| TOTAL CURRENT WORK |  | 7,374.50 |
| TOTAL THIS MATTER |  | $7,374.50 |
| TOTAL DUE THIS MATTER |  | $7,374.50 |

Page: 1

ROCK & REPUBLIC ENTERPRISES, INC.                     January 18, 2011
3523 EASTHAM DRIVE                      CLIENT NO:     11931-0006M
CILVER CITY  CA  90232                  STATEMENT NO:       209665

ATTN: ARMANDO ARCE, JR.

RE: CLAIMS ADMINISTRATION & OBJECTIONS

### LEGAL SERVICES

| | | TIME | |
|---|---|---|---|
| **12/01/2010** | | | |
| SGR | CONFERENCE WITH BRUCE LEDERMAN AND JILL MAKOWER RE: ANTICIPATORY BREACH AND ARGUING INABILITY TO PERFORM VERSUS ABILITY TO PERFORM; COMPLETE DRAFT OF SECTION RE: SPECULATIVE DAMAGES, INSTRUCT IN UPDATING DRAFT BRIEF TO INCLUDE SPECULATIVE DAMAGES | 1.50 | 375.00 |
| BNL | MEET WITH SARAH GREENBERG AND JILL MAKOWER RE: BRIEF; REVIEW LATEST DRAFT OF BRIEF | 2.20 | 1,210.00 |
| SGR | REVIEW TRANSCRIPT OF TESTIMONY OF HENRY HAY RE: EXPECTED RENT; DISCUSSION WITH JILL MAKOWER RE: TESTIMONY | 0.50 | 125.00 |
| AS | REVIEW REVISIONS TO MEMORANDUM OF LAW RE: 144 SPRING | 2.00 | 1,100.00 |
| AG | REVISE SPRING ST. TRIAL BRIEF | 5.90 | 3,097.50 |
| JLM | CONTINUE TO DRAFT AND REVIEW AND REVISE TRIAL BRIEF FOR 144 SPRING STREET | 11.00 | 4,620.00 |
| JLM | E-MAIL TO A. GOLDSTEIN AND S. GREENBERG RE: MY REVISIONS TO SPRING STREET BRIEF (.1); MEET WITH B. LEDERMAN AND S. GREENBERG RE: DOING ADDITIONAL RESEARCH ON ONE OF OUR DEFENSES (.4); REVIEW S. GREENBERG'S INSERT TO BRIEF (.3) | 0.80 | 336.00 |
| **12/02/2010** | | | |
| BNL | REVIEW LATEST DRAFT OF DEBTORS' BRIEF | 2.40 | 1,320.00 |
| BNL | CONTINUED REVIEW OF JILL'S MODIFICATIONS TO BRIEF | 0.30 | 165.00 |
| SGR | CONFERENCE WITH ALEX SPIZZ, JILL MAKOWER, ARTHUR GOLDSTEIN AND BRUCE LEDERMAN RE: FINAL EDITS TO TRIAL BRIEF (2.5); CONDUCT RESEARCH RE: NEW YORK STATE LAW ELEMENTS OF | | |

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.

ROCK & REPUBLIC ENTERPRISES, INC.                          January 18, 2011
                                                    CLIENT NO:    11931-0006M
                                                    STATEMENT NO:      209665

RE: CLAIMS ADMINISTRATION & OBJECTIONS

| | | | TIME | |
|---|---|---|---|---|
| | LEASE, SEARCH RECENT CASE LAW, DRAFT ADDITIONAL PORTION OF BRIEF RE: ELEMENTS OF LEASE (2.5); REVISE BRIEF, INPUT CHANGES, PROOF READ AND INSERT ADDITIONAL MATERIAL (3) | | 8.00 | 2,000.00 |
| AS | MEETING WITH GROUP RE: FINAL EDITS TO MEMORANDUM | | 2.00 | 1,100.00 |
| AS | FURTHER REVIEW OF 144 TRIAL MEMO | | 1.50 | 825.00 |
| AG | REVISE SPRING ST. BRIEF; CONFERENCE WITH A. SPIZZ, S. GREENBERG AND J. MAKOWER RE: REVISIONS | | 4.10 | 2,152.50 |
| JLM | RESEARCH FOR SPRING STREET ON DOCTRINE OF PREVENTION OF PERFORMANCE (.6); CONFERENCE WITH A. GOLDSTEIN RE: REVISING THE ORDER OF CERTAIN SECTIONS OF THE TRIAL BRIEF (.2); REVISE BRIEF TO SWITCH ORDER (.4); REVIEW AND REVISE INTRODUCTION OF TRIAL BRIEF (.5); MEET WITH A. SPIZZ, A. GOLDSTEIN, B. LEDERMAN AND SARAH GREENBERG TO DISCUSS TRIAL BRIEF (2.5); REVISE BRIEF BY ADDING PARAGRAPHS TO SECTION ON DUTY TO PERFORM (.5); REVIEW COMMENTS MADE DURING TODAY'S MEETING AND REVISE BRIEF ACCORDINGLY (1.0); PROOFREAD CHANGES TO BRIEF DURING TODAY'S MEETING (.7); RESEARCH ON FREE RENT CASES AND REVISE BRIEF TO ADD PARAGRAPH RE: SAME (.9); CHECK CITES AND FILL IN MISSING CITES (.8); RESEARCH RE: STRUCTURAL CHANGES; E-MAILS TO A. SPIZZ, B. LEDERMAN AND SARAH GREENBERG RE: SAME; REVISE BRIEF TO ADD SAME (.9) | | 9.00 | 3,780.00 |

12/03/2010
| BNL | WORK ON BRIEF; REVIEW CASES | | 3.40 | 1,870.00 |
| SGR | PROOF AND REVISE FINAL VERSIONS OF TRIAL BRIEF; INPUT CHANGES AND CONFERENCE RE: FINAL EDITS; REVIEW TABLE OF AUTHORITIES AND OVERSEE ELECTRONIC SUBMISSION | | 5.50 | 1,375.00 |
| JLM | RE: 144 SPRING STREET - E-MAIL TO A. SPIZZ, A. GOLDSTEIN, B. LEDERMAN AND SARAH GREENBERG RE: LOST INCOME ISSUE AND | | | |

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.

ROCK & REPUBLIC ENTERPRISES, INC.

RE: CLAIMS ADMINISTRATION & OBJECTIONS

|  |  | TIME |  |
|---|---|---|---|
|  | CONFERENCE WITH A. SPIZZ RE: SAME AND CONFERENCE WITH SARAH GREENBERG RE: SAME (.3); REVISE BRIEF RE: SAME (.5) | 0.80 | 336.00 |
| JLM | REVIEW AND REVISE SPRING STREET TRIAL BRIEF; CONFERENCE WITH B. LEDERMAN RE: HIS REVISIONS TO BRIEF; CHECK CITATIONS AND REVISE BRIEF ACCORDINGLY; CONFERENCE WITH A. SPIZZ AND SARAH GREENBERG RE: MY REVISIONS TO BRIEF; CONFERENCES WITH SARAH GREENBERG RE: REVISING BRIEF; PROOFREAD EVERYONE'S REVISIONS TO BRIEF AND REVISE BRIEF | 4.80 | 2,016.00 |
| JLM | CONFERENCE WITH A. SPIZZ RE: FREE RENT ISSUE (.2); OBTAIN COPY OF 2 CASES FOR A. SPIZZ RE: SAME AND E-MAILS TO A. SPIZZ RE: SAME (.4) | 0.60 | 252.00 |
| JLM | REVIEW COMMITTEE'S RESPONSE TO LANDLORD'S BRIEF AND E-MAILS TO A. SPIZZ AND A. GOLDSTEIN RE: SAME | 0.20 | 84.00 |
| JLM | REVIEW AND REVISE TABLE OF AUTHORITIES FOR TRIAL BRIEF AND MAKE CORRESPONDING CHANGES TO BRIEF | 1.30 | 546.00 |
| JLM | CONFERENCE WITH A. SPIZZ AND E-MAILS WITH A. SPIZZ AND A. GOLDSTEIN RE: STATUS OF BRIEF AND SERVING BRIEF (.2); COORDINATE E-FILING AND SERVE BRIEF BY E-MAIL (.2) | 0.40 | 168.00 |

12/06/2010

| AS | TELEPHONE CONFERENCE WITH SIMMS SEGAL'S ATTORNEY RE: DISCOVERY CONFERENCE | 0.80 | 440.00 |
|---|---|---|---|
| AG | REVIEW FINAL TRIAL BRIEF RE: SPRING ST.; DISCUSSION WITH J. MAKOWER | 2.10 | 1,102.50 |
| AG | REVIEW TRANSFERRED CLAIMS - COMPARE WITH SCHEDULED AMOUNTS | 0.50 | 262.50 |
| JLM | DRAFT LETTER TO JUDGE ENCLOSING SPRING STREET TRIAL BRIEF; PREPARE CHAMBERS' COPY OF BRIEF | 0.30 | 126.00 |

**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**

ROCK & REPUBLIC ENTERPRISES, INC.

January 18, 2011

CLIENT NO:      11931-0006M

STATEMENT NO:         209665

RE: CLAIMS ADMINISTRATION & OBJECTIONS

| | | | TIME | |
|---|---|---|---|---|
| **12/07/2010** | | | | |
| | AG | REVIEW TRANSFERRED CLAIMS SCHEDULE - DOCKET - RECENT TRANSFERRED CLAIMS; E-MAILS TO CLIENT | 2.70 | 1,417.50 |
| **12/08/2010** | | | | |
| | SDO | DEBTORS TRIAL BRIEF - REVIEW - ANALYSIS - DISCUSS | 1.40 | 784.00 |
| **12/09/2010** | | | | |
| | AS | TELEPHONE CONFERENCE WITH MODANSKY, ACCOUNTANT RE: SIMMS SEGAL CLAIM | 0.60 | 330.00 |
| | AG | REVIEW CLAIMS TRANSFER | 0.90 | 472.50 |
| | SDO | CONFERENCE RE: NEW OFFER AND ALTERNATIVES ETC.; BRIEF ON LEASE ISSUE | 0.70 | 392.00 |
| **12/10/2010** | | | | |
| | SGR | | | 0.00 |
| | AS | TELEPHONE CONFERENCE WITH ATTORNEY FOR SIMMS SEGAL RE: DISCOVERY | 0.60 | 330.00 |
| | AS | TELEPHONE CONFERENCE WITH ED BLOOMBERG RE: DEPOSITION | 0.30 | 165.00 |
| | AG | TELEPHONE CONFERENCES WITH CLIENT RE: CLAIMS; REVIEW CLAIMS | 0.90 | 472.50 |
| | AG | REVIEW NEW PACIFIC DECLARATION | 0.90 | 472.50 |
| **12/17/2010** | | | | |
| | AS | TELEPHONE CONFERENCE WITH ATTORNEY FOR CREDITOR LABEL TEX - FILING LATE CLAIM | 0.30 | 165.00 |
| **12/21/2010** | | | | |
| | AS | TELEPHONE CONFERENCE WITH TIFFANY BUXTON RE: SIMMS SEGAL - DISCOVERY SCHEDULE | 0.80 | 440.00 |
| | AS | DRAFT SCHEDULE ORDER - PER COMMENTS WITH BUXTON | 1.00 | 550.00 |
| **12/22/2010** | | | | |
| | AS | REVIEW AND REVISED PROPOSED SCHEDULING ORDER AND E-MAIL TO BUXTON RE: SIMMS SEGAL | 0.50 | 275.00 |

**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**

ROCK & REPUBLIC ENTERPRISES, INC.                          January 18, 2011
                                              CLIENT NO:      11931-0006M
                                              STATEMENT NO:      209665

RE: CLAIMS ADMINISTRATION & OBJECTIONS


|  |  |  | TIME |  |
|---|---|---|---|---|
| AS | DRAFT RESPONSE TO 144 SPRING RE: SCHEDULE OF DAMAGES | | 1.20 | 660.00 |
| **12/23/2010** | | | | |
| AS | REVIEW REVISED SCHEDULING ORDER AND TELEPHONE CONFERENCE WITH TIFFANY BUXTON - SIMMS SEGAL | | 1.00 | 550.00 |
| AG | REVIEW SIMMS SEGAL SCHEDULING ORDER | | 0.30 | 157.50 |
| **12/27/2010** | | | | |
| AG | TELEPHONE CONFERENCE WITH SIMMS SEGAL ATTORNEY RE: SCHEDULING ORDER | | 0.40 | 210.00 |
| **12/28/2010** | | | | |
| AG | TELEPHONE CONFERENCE WITH ATTORNEY FOR SIMMS SEGAL RE: SCHEDULING ORDER (.2); TELEPHONE CONFERENCE WITH CHAMBERS (.2); SCHEDULE ORDER AND E-MAIL TO CHAMBERS (.2) | | 0.60 | 315.00 |
| AG | E-MAILS WITH COMMITTEE COUNSEL RE: SIMMS SEGAL CLAIMS OBJECTION | | 0.30 | 157.50 |
| AG | REVIEW CLAIMS ANALYSIS | | 0.80 | 420.00 |
| | TOTAL LEGAL SERVICES THIS MATTER | | 88.10 | 39,520.00 |
| | TOTAL CURRENT WORK | | | 39,520.00 |
| | TOTAL THIS MATTER | | | $39,520.00 |
| | TOTAL DUE THIS MATTER | | | $39,520.00 |

*PLEASE NOTE THAT WE NOW ACCEPT CREDIT CARD PAYMENTS*
*IF YOU WOULD LIKE TO PAY BY MASTERCARD, VISA OR AMERICAN EXPRESS, PLEASE CONTACT*
*LAURIE NEWMAN AT EXTENSION 309 OR lnewman@tnsj-law.com*

# TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.

### 425 PARK AVENUE
### NEW YORK, N.Y. 10022

### TELEPHONE (212) 754-9400
### FACSIMILE (212) 754-6262

ROCK & REPUBLIC ENTERPRISES, INC.
3523 EASTHAM DRIVE
CILVER CITY  CA  90232

January 18, 2011
CLIENT NO:      11931-0008M
STATEMENT NO:        209666

ATTN: ARMANDO ARCE, JR.

RE: FEE APPLICATIONS

## LEGAL SERVICES

| | | TIME | |
|---|---|---|---|
| 12/07/2010 | | | |
| JLM | TELEPHONE CONFERENCE WITH A. HAFKIN RE: STATUS OF MTA'S SERVICES AND RE: WHETHER MTA WILL FILE AN INTERIM FEE APPLICATION; E-MAIL WITH A. GOLDSTEIN RE: SAME | 0.30 | 126.00 |
| 12/13/2010 | | | |
| JLM | E-MAIL TO M. HUGHES OF MOSS ADAMS RE: FEE APPLICATION | 0.20 | 84.00 |
| JLM | E-MAIL TO REMINDER TO ALL PROFESSIONALS RE: FEE APPLICATIONS | 0.10 | 42.00 |
| AG | REVIEW TRAUB FEE APP | 0.40 | 210.00 |
| 12/14/2010 | | | |
| JLM | E-MAIL TO M. HUGHES RE: FEE APPLICATION | 0.10 | 42.00 |
| 12/15/2010 | | | |
| JLM | E-MAIL TO MTA RE: FEE APPLICATION | 0.10 | 42.00 |
| 12/16/2010 | | | |
| JLM | E-MAIL TO J. RENERT RE: INTERIM FEE APPLICATIONS | 0.10 | 42.00 |
| 12/17/2010 | | | |
| JLM | REVIEW AND MARK UP COLEMAN FROST SECOND INTERIM FEE APPLICATION; E-MAIL TO COLEMAN FROST RE: SAME; REVIEW REVISED APPLICATION; E-MAILS TO J. CLARK (PARALEGAL) RE: SAME | 0.50 | 210.00 |
| 12/20/2010 | | | |
| JLM | BEGIN TO DRAFT TNSJ FEE APPLICATION (.5); E-MAILS TO A. SPIZZ AND A. GOLDSTEIN AND M. BALMORI RE: FEES AND EXPENSES (.1); REVIEW REVISED COLEMAN FROST FEE APPLICATION AND E-MAILS TO J. CLARK TO FINALIZE SAME (.3); E-MAILS WITH N. ENTHOVER AND J. LISO RE: ATLAS FEE APPLICATION  AND E-MAIL TO C. MANDERSON RE: MSM FEE APPLICATION (.2) | 1.10 | 462.00 |

**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**

ROCK & REPUBLIC ENTERPRISES, INC.

RE: FEE APPLICATIONS

|  |  | TIME |  |
|---|---|---|---|
| **12/21/2010** | | | |
| JLM | CONTINUE TO DRAFT TNSJ SECOND INTERIM FEE APPLICATION (1.0); REVIEW AND REVISE COLEMAN FROST SECOND INTERIM FEE APPLICATION AND E-MAILS TO J. CLARK RE: SAME (.2); REVIEW AND REVISE ATLAS SECOND INTERIM FEE APPLICATION AND E-MAILS TO N. ENTHOVER RE: SAME (.3) | 1.50 | 630.00 |
| AG | REVIEW MONTHLY FEE STATUS OF PROFESSIONALS | 1.20 | 630.00 |
| **12/22/2010** | | | |
| JLM | ASSIST J. CLARK IN FINALIZING COLEMAN FROST FEE APPLICATION (.2); E-MAILS WITH N. ENTHOVER RE: RETAINER THAT ATLAS IS HOLDING (.2); PREPARE COVER SHEET FOR ATLAS SECOND INTERIM FEE APPLICATION (.2); REVISE ATLAS SECOND INTERIM FEE APPLICATION (.4); CONTINUE TO DRAFT TNSJ SECOND INTERIM FEE APPLICATION (1.0) | 2.00 | 840.00 |
| **12/23/2010** | | | |
| AG | REVIEW INTERIM FEE APP/COLEMAN FROST | 0.50 | 262.50 |
| JLM | CONTINUE TO DRAFT TNSJ SECOND INTERIM FEE APPLICATION | 2.00 | 840.00 |
| **12/27/2010** | | | |
| JLM | E-MAIL TO M. BALMORI AND B. GONSALVES AND A. GOLDSTEIN RE: TNSJ SECOND INTERIM FEE APPLICATION TIME AND EXPENSES | 0.20 | 84.00 |
| **12/28/2010** | | | |
| JLM | E-MAIL TO N. ENTHOVER RE: ATLAS SECOND INTERIM FEE APPLICATION; CONFERENCE WITH A. GOLDSTEIN RE: STATUS OF FEE APPLICATIONS; E-MAILS WITH C. MANDERSON TO FOLLOW UP FOR MSM FEE APPLICATION; TELEPHONE CONFERENCE WITH C. MANDERSON RE: STATUS OF FEE APPLICATION | 0.30 | 126.00 |
| JLM | CONTINUE TO DRAFT AND REVISE TNSJ SECOND INTERIM FEE APPLICATION AND EXHIBIT "B" THERETO | 1.00 | 420.00 |
| JLM | CONFERENCE WITH A. GOLDSTEIN RE: DRAFT OF | | |

**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**

ROCK & REPUBLIC ENTERPRISES, INC.

RE: FEE APPLICATIONS

| | | TIME | |
|---|---|---|---|
| | TNSJ SECOND INTERIM FEE APPLICATION AND INFORMATION MISSING RE: MONIES RECEIVED FOR FEES AND EXPENSES BILLED IN FIRST INTERIM FEE PERIOD AND RE: MONIES RECEIVED FOR FEES AND EXPENSES BILLED IN SECOND INTERIM FEE PERIOD; E-MAIL TO M. BALMORI RE: SAME | | 0.20 | 84.00 |
| **12/29/2010** | | | |
| AG | REVIEW AND REVISE FEE APPLICATION TIME SHEETS | 1.10 | 577.50 |
| JLM | WORK ON FINALIZING TNSJ SECOND INTERIM FEE APPLICATION AND EXHIBITS; WORK WITH A. GOLDSTEIN AND M. BALMORI TO DETERMINE WHAT AMOUNTS WERE PAID FOR FIRST INTERIM FEE PERIOD AND WHAT AMOUNTS WERE PAID FOR SECOND INTERIM FEE PERIOD (1.0); E-MAILS TO TNSJ ATTORNEYS TO FIND OUT DATE OF ADMISSION (FOR EXHIBIT "B" TO FEE APPLICATION) (.2) | 1.20 | 504.00 |
| JLM | REVIEW ATLAS SECOND INTERIM FEE APPLICATION AND PREPARE SAME WITH EXHIBITS FOR FILING (.2) | 0.20 | 84.00 |
| JLM | FINALIZE TNSJ SECOND INTERIM FEE APPLICATION AND PREPARE SAME WITH EXHIBITS FOR SERVICE AND FILING | 0.30 | 126.00 |
| JLM | E-MAIL TO J. RENERT RE: FEE APPLICATION HEARING DATE AND CONFERENCE WITH A. GOLDSTEIN RE: SAME | 0.10 | 42.00 |
| JLM | REVIEW MSM SECOND INTERIM FEE APPLICATION AND MARK-UP SAME AND E-MAIL COMMENTS TO C. MANDERSON (.4); E-MAIL COMMITTEE, U.S. TRUSTEE, ETC. WITH MSM'S OCTOBER FEE STATEMENT AND NOVEMBER FEE STATEMENT AND COORDINATE E-FILING OF SAME (.2) | 0.60 | 252.00 |
| **12/30/2010** | | | |
| JLM | CONFERENCE WITH B. GONSALVES RE: FILING OF TNSJ SECOND INTERIM FEE APPLICATION AND EXHIBITS | 0.10 | 42.00 |
| JLM | E-MAIL TO J. RENERT RE: FEE APPLICATIONS | 0.10 | 42.00 |

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.

ROCK & REPUBLIC ENTERPRISES, INC.                                January 18, 2011
                                                    CLIENT NO:      11931-0008M
                                                 STATEMENT NO:         209666

RE: FEE APPLICATIONS

|     |                                                                                                    | TIME  |          |
|-----|----------------------------------------------------------------------------------------------------|-------|----------|
| JLM | REVIEW REVISED MSM SECOND INTERIM FEE APPLICATION (.2); E-MAIL AND CONFERENCE WITH B. GONSALVES RE: FILING OF SAME WITH EXHIBITS AND FILING OF OCTOBER AND NOVEMBER FEE STATEMENTS (.2) | 0.40  | 168.00   |
|     | TOTAL LEGAL SERVICES THIS MATTER                                                                   | 15.90 | 7,014.00 |
|     | TOTAL CURRENT WORK                                                                                 |       | 7,014.00 |
|     | TOTAL THIS MATTER                                                                                  |       | $7,014.00 |
|     | TOTAL DUE THIS MATTER                                                                              |       | $7,014.00 |

# TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.

### 425 PARK AVENUE
### NEW YORK, N.Y. 10022

TELEPHONE (212) 754-9400
FACSIMILE (212) 754-6262

ROCK & REPUBLIC ENTERPRISES, INC.
3523 EASTHAM DRIVE
CILVER CITY   CA   90232

ATTN: ARMANDO ARCE, JR.

Page: 1
January 18, 2011
CLIENT NO:     11931-0009M
STATEMENT NO:        209667

---

RE: FEE/EMPLOYMENT OBJECTIONS

## LEGAL SERVICES

|  |  | TIME |  |
|---|---|---|---|
| 12/01/2010 |  |  |  |
| JLM | APPEARANCE AT HEARING ON SPECIAL TAX COUNSEL RETENTION; CONFERENCE WITH A. GOLDSTEIN AND A. SPIZZ RE: SAME | 1.50 | 630.00 |
| 12/06/2010 |  |  |  |
| JLM | CONFERENCE WITH A. SPIZZ RE: ARENT FOX FEE APPLICATION | 0.10 | 42.00 |
|  | TOTAL LEGAL SERVICES THIS MATTER | 1.60 | 672.00 |
|  | TOTAL CURRENT WORK |  | 672.00 |
|  | TOTAL THIS MATTER |  | $672.00 |
|  | TOTAL DUE THIS MATTER |  | $672.00 |

# TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
### 425 PARK AVENUE
### NEW YORK, N.Y. 10022

### TELEPHONE (212) 754-9400
### FACSIMILE (212) 754-6262

ROCK & REPUBLIC ENTERPRISES, INC.  
3523 EASTHAM DRIVE  
CILVER CITY  CA  90232  

January 18, 2011  
CLIENT NO:      11931-0010M  
STATEMENT NO:          209668  

ATTN: ARMANDO ARCE, JR.

---

RE: PLAN & DISCLOSURE STATEMENT

### LEGAL SERVICES

|  |  | TIME |  |
|---|---|---|---|
| **12/06/2010** | | | |
| AS | TELEPHONE CONFERENCE WITH DEBTOR - VARIOUS PLAN OPTION | 0.50 | 275.00 |
| AS | TELEPHONE CONFERENCE WITH DEBTOR AND PROFESSIONALS RE: MEETING WITH COMMITTEE | 0.80 | 440.00 |
| AG | REVISE PLAN | 1.90 | 997.50 |
| **12/07/2010** | | | |
| AS | REVIEW DRAFT APA AND PLAN FROM COMMITTEE | 2.00 | 1,100.00 |
| AS | TELEPHONE CONFERENCE WITH DEBTOR AND PROFESSIONALS RE: COMMITTEE PLAN | 1.90 | 1,045.00 |
| AS | TELEPHONE CONFERENCE WITH CRO RE: COMMITTEE PLAN | 0.40 | 220.00 |
| JLM | CONFERENCE WITH A. SPIZZ AND A. GOLDSTEIN RE: STATUS OF ASSET PURCHASE AGREEMENT | 0.40 | 168.00 |
| JLM | E-MAIL TO A. SPIZZ RE: PREPARING AND FILING AN EXCLUSIVITY MOTION TOMORROW WITH MOTION TO SHORTEN TIME | 0.20 | 84.00 |
| **12/08/2010** | | | |
| JLM | TELEPHONE CONFERENCE CALL WITH A. SPIZZ, A. GOLDSTEIN, G. LURIE, M. BALL, J. STEINBERG, ET AL. (1.4); CONFERENCE WITH A. SPIZZ AND A. GOLDSTEIN AFTER THE CONFERENCE CALL (.1) | 1.50 | 630.00 |
| AS | REVIEW PLAN AND DISCLOSURE STATEMENT SENT BY COMMITTEE COUNSEL WITH CRO | 2.00 | 1,100.00 |
| AS | MEETING WITH COMMITTEE AND POTENTIAL IP PURCHASER | 3.00 | 1,650.00 |
| AS | TELEPHONE CONFERENCE WITH DEBTOR AND PROFESSIONAL RE: COMMITTEES PROPOSED PLAN | 1.50 | 825.00 |

**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**

ROCK & REPUBLIC ENTERPRISES, INC.

RE: PLAN & DISCLOSURE STATEMENT

| | | TIME | |
|---|---|---|---|
| JLM | CONFERENCE WITH A. SPIZZ RE: INFORMATION I NEED FOR DRAFTING MOTION TO EXTEND EXCLUSIVITY (.1); DRAFT 4TH EXCLUSIVITY MOTION (2.0); DRAFT PROPOSED ORDER (.4); DRAFT MOTION TO SHORTEN TIME (1.0); DRAFT EX PARTE ORDER SHORTENING TIME (.4); CONFERENCE WITH A. GOLDSTEIN RE: EXCLUSIVITY MOTION (.1); REVISE EXCLUSIVITY MOTION AND MOTION TO SHORTEN TIME (.4); DRAFT LETTER TO AND E-MAIL TO jUDGE ENCLOSING SAME (.3); TELEPHONE CONFERENCE WITH LAW CLERK RE: SAME (.2) | 4.90 | 2,058.00 |

**12/09/2010**

| | | | |
|---|---|---|---|
| AS | TELEPHONE CONFERENCE WITH RE: COMMITTEE PLAN AND ALTERNATIVES | 1.50 | 825.00 |
| AS | TELEPHONE CONFERENCE WITH CRO RE: MEETING WITH COMMITTEE | 0.60 | 330.00 |
| JLM | REVIEW SIGNED EXCLUSIVITY SCHEDULING ORDER; E-MAIL TO A. SPIZZ AND A. GOLDSTEIN RE: SAME; CALENDAR HEARING DATE; SERVE SAME BY E-MAIL | 0.40 | 168.00 |

**12/10/2010**

| | | | |
|---|---|---|---|
| AS | TELEPHONE CONFERENCE WITH PROFESSIONALS RE: COMMITTEE PLAN | 1.00 | 550.00 |
| AS | 3 TELEPHONE CONFERENCES WITH COMMITTEE PROFESSIONALS | 1.00 | 550.00 |
| AS | DRAFT TERM SHEET FOR CONSENSUAL PLAN | 0.70 | 385.00 |
| AG | TELEPHONE CONFERENCE WITH CLIENT AND PROFESSIONALS RE: UF PROPOSAL | 2.10 | 1,102.50 |
| AG | REVIEW COMMITTEE PLAN | 0.70 | 367.50 |
| JLM | CONFERENCES WITH A. SPIZZ AND A. GOLDSTEIN RE: STATUS OF ASSET PURCHASE AGREEMENT, ETC. (.4); CONFERENCE CALL RE: ASSET PURCHASE AGREEMENT (1.0) | 1.40 | 588.00 |

**12/13/2010**

| | | | |
|---|---|---|---|
| JLM | REVIEW RKF'S OBJECTION TO DEBTORS' FOURTH EXCLUSIVITY MOTION; CONFERENCE WITH A. | | |

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.

ROCK & REPUBLIC ENTERPRISES, INC.                    January 18, 2011
                                         CLIENT NO:     11931-0010M
                                         STATEMENT NO:      209668

RE: PLAN & DISCLOSURE STATEMENT

| | | TIME | |
|---|---|---|---|
| | GOLDSTEIN RE: SAME | 0.20 | 84.00 |
| JLM | PREPARATION OF REVISED EXCLUSIVITY ORDER AND E-MAIL SAME WITH REDLINE TO COMMITTEE COUNSEL | 0.20 | 84.00 |
| AS | CONFERENCE WITH CRO RE: PLAN OPTIONS | 1.00 | 550.00 |
| AS | E-MAIL WITH BAN DURRER, ATTORNEY FOR RKF RE: EXCLUSIVITY EXTENSION | 0.60 | 330.00 |
| AS | TELEPHONE CONFERENCE WITH CHRIS MANDERSON, CORP. COUNSEL RE: COMMITTEE PLAN | 0.20 | 110.00 |
| AS | TELEPHONE CONFERENCE WITH COMMITTEE'S PROFESSIONAL RE: JOINT PLAN | 1.00 | 550.00 |
| AS | MARK UP OF PROPOSAL PLAN TO SUBMIT TO COMMITTEE | 3.50 | 1,925.00 |
| AG | REVIEW DRAFT LIQ. PLAN | 3.10 | 1,627.50 |
| AG | MARK UP DRAFT COMMITTEE PLAN | 2.10 | 1,102.50 |
| AG | REVIEW RKF APPOSITION TO EXCLUSIVITY MOTION | 0.20 | 105.00 |

12/14/2010

| | | | |
|---|---|---|---|
| AG | TELEPHONE CONFERENCE WITH COMMITTEE AND PROSPECTIVE PURCHASER'S PROFESSIONALS RE: COMMENTS TO APA AND PLAN | 1.50 | 787.50 |
| AG | REVIEW DRAFT APA | 2.70 | 1,417.50 |
| AG | TELEPHONE CONFERENCE WITH CM RE: COMMENTS TO DRAFT APA | 1.00 | 525.00 |
| AG | TELEPHONE CONFERENCE WITH R. RUBENFELD PROFESSIONALS RE: DISCUSS PROSPECTIVE PURCHASER AND COMMITTEE RESPONSE | 1.00 | 525.00 |
| AG | FOLLOW UP TELEPHONE CONFERENCE WITH COMMITTEE ND PROSPECTIVE PURCHASER'S PROFESSIONALS RE: ADDITIONAL COMMENTS TO PROPOSED APA AND PLAN | 1.20 | 630.00 |
| JLM | DRAFT REPLY TO RKF OBJECTION TO EXCLUSIVITY MOTION (1.1); CONFERENCE WITH A. SPIZZ RE: | | |

**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**

ROCK & REPUBLIC ENTERPRISES, INC.                          January 18, 2011
                                                    CLIENT NO:      11931-0010M
                                                 STATEMENT NO:          209668

RE: PLAN & DISCLOSURE STATEMENT

|  |  | TIME |  |
|---|---|---|---|
|  | SAME (.1); CONFERENCE WITH A. GOLDSTEIN RE: SAME AND REVIEW A. GOLDSTEIN'S REVISIONS (.2); PROOFREAD REPLY AND REVISE FURTHER (.3); LETTER TO JUDGE ENCLOSING REPLY (.3); COORDINATE FILING AND SERVICE OF REPLY (.3); TELEPHONE CONFERENCE WITH CHAMBERS TO ADVISE THEM OF FILING OF REPLY (.2) | 2.40 | 1,008.00 |
| AS | TELEPHONE CONFERENCE WITH COMMITTEE AND PROPOSED PURCHASER | 1.50 | 825.00 |
| AS | TELEPHONE CONFERENCE WITH DEBTOR RE: TELEPHONE CONFERENCE WITH COMMITTEE AND PROPOSED PURCHASER | 1.00 | 550.00 |
| AS | FOLLOW UP ON TELEPHONE CONFERENCE WITH COMMITTEE AND PROPOSED PURCHASER | 1.20 | 660.00 |
| AS | TELEPHONE CONFERENCE WITH CHRIS MANDERSON – CORP. COUNSEL RE: APA | 0.40 | 220.00 |

12/15/2010

| JLM | REVIEW PLAN (1.5); CONFERENCE CALL WTH A. GOLDSTEIN AND C. MANDERSON AND M. WALLACE (.7); CONFERENCE CALL WITH A. GOLDSTEIN, A. SPIZZ, COMMITTEE AND ASSET PURCHASER (2.2); CONFERENCE WITH A. SPIZZ, A. GOLDSTEIN AND C. MANDERSON (.20; REVIEW E-MAILS FROM C. MANDERSON AND A. GOLDSTEIN (.1) | 4.70 | 1,974.00 |
|---|---|---|---|
| AS | REVIEW REVISED APA - SENT BY COMMITTEE | 1.50 | 825.00 |
| AS | TELEPHONE CONFERENCE WITH DEBTOR RE: REVISED APA | 1.00 | 550.00 |
| AS | TELEPHONE CONFERENCE WITH PURCHASER AND CC | 2.50 | 1,375.00 |
| AG | REVIEW DRAFT JOINT PLAN AND COMMENTS TO APA | 2.90 | 1,522.50 |
| AG | TELEPHONE CONFERENCE WITH CHRIS MANDERSON AND MARK WALLACE RE: DISCUSS TAX PLAN ISSUES | 1.00 | 525.00 |
| AG | TELEPHONE CONFERENCE WITH PROFESSIONALS OF CREDITORS COMMITTEE AND PROSPECTIVE PURCHASER RE: PLAN COMMENT AND ISSUES | 2.10 | 1,102.50 |

**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**

ROCK & REPUBLIC ENTERPRISES, INC.                                    January 18, 2011
                                                            CLIENT NO:      11931-0010M
                                                         STATEMENT NO:          209668

RE: PLAN & DISCLOSURE STATEMENT

| | | TIME | |
|---|---|---|---|
| AG | TELEPHONE CONFERENCE WITH CHRIS AND A. SPIZZ; DISCUSS OUTSTANDING ISSUES TO PLAN DRAFT | 0.40 | 210.00 |

**12/16/2010**

| | | | |
|---|---|---|---|
| AS | REVIEW REVISIONS AND DRAFT OF PLAN AND REORG. AND APA | 4.00 | 2,200.00 |
| AS | TELEPHONE CONFERENCE WITH COMMITTEE AND POTENTIAL PURCHASER | 1.50 | 825.00 |
| AS | TELEPHONE CONFERENCE WITH DEBTOR AND PROFESSIONALS RE: REVISED PLAN AND DISCLOSURE STATEMENT | 1.30 | 715.00 |
| AS | REVIEW PROPOSAL DISCLOSURE STATEMENT PRESENTED BY COMMITTEE | 2.00 | 1,100.00 |
| AS | TELEPHONE CONFERENCE WITH ATLAS ADVISOR AND PROSPECTIVE PURCHASER - APA ISSUES | 0.40 | 220.00 |
| AG | TELEPHONE CONFERENCE WITH COMMITTEE ATTORNEYS RE: TAX ISSUES FOR PLAN STRUCTURE | 0.80 | 420.00 |
| AG | REVIEW DRAFT APA AND PLAN; DISCUSSION WITH A. SPIZZ | 6.70 | 3,517.50 |
| AG | TELEPHONE CONFERENCE WITH COMMITTEE COUNSEL RE: ISSUES | 0.40 | 210.00 |
| AG | TELEPHONE CONFERENCE WITH 3rd PARTY AND COMMITTEE PROFESSIONALS RE: DISCUSS APA AND PLAN ISSUES | 1.10 | 577.50 |
| AG | TELEPHONE CONFERENCE WITH R. RUBENFELD PROFESSIONALS RE: APA AND PLAN ISSUES | 1.20 | 630.00 |
| AG | REVIEW REVISED PLAN AND APA (PM DRAFT) | 0.60 | 315.00 |
| AG | DISCUSS PLAN TERMS WITH MB | 0.40 | 210.00 |
| AG | TELEPHONE CONFERENCE WITH MARK WALLACE RE: TAX ISSUES AND PROPOSED STRUCTURE | 0.50 | 262.50 |
| AG | TELEPHONE CONFERENCE WITH CHRIS MANDERSON RE: APA AND PLAN ISSUES | 0.40 | 210.00 |

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.

ROCK & REPUBLIC ENTERPRISES, INC.                     January 18, 2011
                                          CLIENT NO:    11931-0010M
                                       STATEMENT NO:       209668

RE: PLAN & DISCLOSURE STATEMENT

|  |  |  | TIME |  |
|---|---|---|---|---|
| JLM | REVIEW REVISED PLAN | | 1.00 | 420.00 |
| JLM | TELEPHONE CONFERENCE CALL WITH A. GOLDSTEIN, COMMITTEE, ARENT FOX, IP ATTORNEYS IN WASHINGTON D.C., C. MANDERSON, ETC. RE: ASSET PURCHASE AGREEMENT AND PLAN (1.0) TELEPHONE CONFERENCE WITH A. GOLDSTEIN AND C. MANDERSON RE: SAME AND E-MAILING M. WALLACE (.1) | | 1.10 | 462.00 |
| JLM | REVIEW AND REVISE DISCLOSURE STATEMENT (2.8); CONFERENCE CALL RE: PLAN AND ASSET PURCHASE AGREEMENT ISSUES (1.1); REVIEW REVISED ASSET PURCHASE AGREEMENT (.5); REVIEW NOTES AND DRAFT LIST OF ITEMS THAT THE LIQUIDATING TRUST AGREEMENT SHOULD INCLUDE (1.5); E-MAILS WITH A. SPIZZ AND A. GOLDSTEIN RE: QUESTIONS ON ASSET PURCHASE AGREEMENT (.2) | | 6.10 | 2,562.00 |

12/17/2010

| AS | NEGOTIATION AND REVIEW OF DOCUMENT IN CONNECTION WITH JOINT PLAN OF REORG. | | 12.00 | 6,600.00 |
|---|---|---|---|---|
| AG | REVIEW AND REVISE DRAFT APA, DISCLOSURE STATEMENT AND PLAN | | 8.00 | 4,200.00 |
| AG | 2 TELEPHONE CONFERENCES WITH CLIENT RE: DRAFT DOCUMENTS | | 1.50 | 787.50 |
| AG | REVIEW PROPOSED SCHEDULES TO APA AND PLAN | | 1.10 | 577.50 |
| AG | TELEPHONE CONFERENCES WITH PROSPECTIVE PURCHASER AND ALL PROFESSIONALS RE: DRAFT APA AND PLAN | | 3.10 | 1,627.50 |
| AG | TELEPHONE CONFERENCES WITH CHRIS MANDERSON RE: DRAFT DOCUMENTS | | 1.50 | 787.50 |
| JLM | CONTINUE TO REVIEW AND REVISE DISCLOSURE STATEMENT AND E-MAIL REVISIONS TO J. RENTERT (2.0); CONFERENCE WITH A. GOLDSTEIN RE: STATUS (.2) | | 2.20 | 924.00 |
| JLM | REVIEW REVISED DISCLOSURE STATEMENT AND PROVIDE ADDITIONAL COMMENTS TO J. RENERT (1.5); REVIEW REVISED PLAN (.6); E-MAIL TO | | | |

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.

ROCK & REPUBLIC ENTERPRISES, INC.                      January 18, 2011
                                              CLIENT NO:    11931-0010M
                                           STATEMENT NO:        209668

RE: PLAN & DISCLOSURE STATEMENT


|  |  | TIME |  |
|---|---|---|---|
|  | A. GOLDSTEIN RE: QUESTIONS ON PLAN (.1); REVIEW AND REVISE MOTION FOR APPROVAL OF DISCLOSURE STATEMENT AND E-MAIL REVISIONS TO J. RENERT (.4) | 2.60 | 1,092.00 |
| JLM | E-MAIL TO S. TOUB RE: ERROR ON ASSET PURCHASE AGREEMENT | 0.20 | 84.00 |

12/18/2010
| AG | REVIEW REVISED DISCLOSURE STATEMENT | 1.80 | 945.00 |
| JLM | COME TO OFFICE TO PRINT REVISED DISCLOSURE STATEMENT, PLAN AND ASSET PURCHASE AGREEMENT E-MAILED BY WEIL AT 11:25 P.M YESTERDAY; E-MAILS WITH A. GOLDSTEIN RE: SAME AND STATUS;REVIEW REVISED PLAN AND ASSET PURCHASE AGREEMENT | 3.20 | 1,344.00 |

12/19/2010
| AG | TELEPHONE CONFERENCE WITH J. MAKOWER RE: COMMENTS TO DISCLOSURE STATEMENT | 0.40 | 210.00 |
| AG | TELEPHONE CONFERENCE WITH G. SILBERT RE: LIQUIDATION ANALYSIS | 0.40 | 210.00 |
| AG | TELEPHONE CONFERENCE WITH G. LURIE RE: NEGOTIATION STATUS | 0.10 | 52.50 |
| JLM | TELEPHONE CONFERENCE WITH A. GOLDSTEIN RE: A. GOLDSTEIN'S COMMENTS ON DISCLOSURE STATEMENT (.2); REVIEW AND MARK-UP THE REVISED DISCLOSURE STATEMENT; SCAN AND E-MAIL MARK-UP TO COMMITTEE COUNSEL, A. SPIZZ AND A. GOLDSTEIN AND E-MAILS TO J. RENERT RE: LIQUIDATION ANALYSIS AND COMMENT ON PLAN (4.1) | 4.30 | 1,806.00 |

12/20/2010
| AS | TELEPHONE CONFERENCE WITH CC AND PROPOSED PURCHASER | 1.00 | 550.00 |
| AS | REVIEW REVISIONS TO BUYER PROTECTION AND DISCLOSURE STATEMENT MOTION | 1.00 | 550.00 |
| AS | REVISIONS TO PRESS RELEASE | 0.40 | 220.00 |
| AG | REVIEW AND REVISE APA SCHEDULES; DISCLOSURE |  |  |

**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**

ROCK & REPUBLIC ENTERPRISES, INC.

RE: PLAN & DISCLOSURE STATEMENT

| | | TIME | |
|---|---|---:|---:|
| | STATEMENT , MOTION TO APPROVE BREAK UP FEES ET AL., MOTION APPROVE DISCLOSURE STATEMENT | 5.90 | 3,097.50 |
| AG | TELEPHONE CONFERENCE WITH RR PROFESSIONALS AND CLIENTS RE: LEASE STATUS | 0.70 | 367.50 |
| AG | TELEPHONE CONFERENCE WITH ALL PROFESSIONALS RE: STATUS OF COMPLETING DOCUMENTS FOR FILING PLAN AND APA, DISCLOSURE STATEMENT | 0.80 | 420.00 |
| AG | REVIEW PROPOSED ESCROW AGREEMENT | 1.20 | 630.00 |
| AG | TELEPHONE CONFERENCE WITH GRAEME SILBERT RE: PROPOSED LIQUIDATION ANALYSIS | 0.50 | 262.50 |
| JLM | CONFERENCE WITH A. GOLDSTEIN RE: STATUS OF PLAN AND ASSET PURCHASE AGREEMENT (.1); REVIEW REVISED DISCLOSURE STATEMENT AND MARK-UP SAME AND E-MAIL PROPOSED REVISIONS TO J. RENERT (.7); CONFERENCE CALL RE: FINAL DOCUMENTS (.5) | 1.30 | 546.00 |
| JLM | PROOFREAD REVISED DISCLOSURE STATEMENT AND E-MAIL WITH J. RENERT RE: SAME (.2); REVIEW REVISED DISCLOSURE STATEMENT (.1); E-MAILS RE: FINAL DOCUMENTS (.1) | 0.40 | 168.00 |
| 12/21/2010 | | | |
| AG | REVIEW FILED MOTIONS - EXECUTED APA; DISCLOSURE STATEMENT AND PLAN | 2.30 | 1,207.50 |
| AG | REVIEW AND REVISE ESCROW AGREEMENT; TELEPHONE CONFERENCE WITH COMMITTEE COUNSEL RE: SAME | 0.90 | 472.50 |
| AS | REVIEW TAX ANALYSIS FROM MARK WALLACE - SPECIAL TAX COUNSEL | 0.60 | 330.00 |
| 12/22/2010 | | | |
| AG | TELEPHONE CONFERENCE WITH CREDITORS AND COUNSEL FOR LANDLORDS RE: PLAN | 1.40 | 735.00 |
| 12/23/2010 | | | |
| AS | TELEPHONE CONFERENCE WITH STERLING RE: TRUST AGREEMENT | 0.40 | 220.00 |
| | TOTAL LEGAL SERVICES THIS MATTER | 163.20 | 83,039.00 |

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.

ROCK & REPUBLIC ENTERPRISES, INC.

January 18, 2011

CLIENT NO:       11931-0010M
STATEMENT NO:         209668

RE: PLAN & DISCLOSURE STATEMENT

TOTAL CURRENT WORK                              83,039.00

TOTAL THIS MATTER                             $83,039.00

TOTAL DUE THIS MATTER                         $83,039.00

# TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
### 425 PARK AVENUE
### NEW YORK, N.Y. 10022

### TELEPHONE (212) 754-9400
### FACSIMILE (212) 754-6262

ROCK & REPUBLIC ENTERPRISES, INC.                        January 18, 2011
3523 EASTHAM DRIVE                            CLIENT NO:      11931-0013M
CILVER CITY  CA  90232                        STATEMENT NO:        209669

ATTN: ARMANDO ARCE, JR.

---

RE: LEASES/EXCUTORY CONTRACTS

### LEGAL SERVICES

|            |                                                                                                                                                  | TIME |          |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|
| 12/13/2010 |                                                                                                                                                  |      |          |
| AG         | TELEPHONE CONFERENCE WITH ATTORNEY FOR EASTHAM RE: POSSIBLE SUBLEASE (.4); TELEPHONE CONFERENCE WITH S. BEIL RE: ARRANGE FOR ACCESS TO SPACE (.3) | 0.70 | 367.50   |
| AG         | E-MAILS WITH SILBERT RE: MONTHLY LEASE PAYMENTS                                                                                                   | 0.60 | 315.00   |
| 12/28/2010 |                                                                                                                                                  |      |          |
| AG         | TELEPHONE CONFERENCE WITH SIMON PROPERTY ATTORNEY RE: CAMARILLO LEASE EXP. - LICENSE AGREEMENT (.3); REVIEW PROPOSED LICENSE AGREEMENT (.4)        | 0.70 | 367.50   |
| 12/29/2010 |                                                                                                                                                  |      |          |
| AG         | REVIEW LICENSE AGREEMENT - CAMARILLO                                                                                                              | 0.50 | 262.50   |
|            | TOTAL LEGAL SERVICES THIS MATTER                                                                                                                  | 2.50 | 1,312.50 |
|            | TOTAL CURRENT WORK                                                                                                                                |      | 1,312.50 |
|            | TOTAL THIS MATTER                                                                                                                                 |      | $1,312.50 |
|            | TOTAL DUE THIS MATTER                                                                                                                             |      | $1,312.50 |