

# COLEMAN FROST LLP

429 Santa Monica Boulevard,
Suite 700
Santa Monica, California  90401

January 20, 2011

**VIA HAND DELIVERY**

The Honorable Arthur J. Gonzelez
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

**VIA E-MAIL**

Mr. Armando Arce, Jr.
Rock & Republic Enterprises, Inc.
3523 Eastham Drive
Culver City, CA 90232

**VIA E-MAIL**

Schuyler G. Carroll
Robert Hirsh
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820

**VIA E-MAIL**

Richard Morrissey
Office of the United States Trustee
33 Whitehall Street – 21st Floor
New York, NY 10004

**VIA E-MAIL**

Alex Spizz
Todtman, Nachamie, Spizz & Johns, P.C.
425 Park Avenue
New York, NY 10022

Re:  **Rock & Republic Enterprises, Inc. et al.**
     **Chapter 11 Case No. 10-11728 (AJG) (Jointly Administered)**

     Pursuant to an Order dated May 26, 2010, our firm was retained *nunc pro tunc* to April 1, 2010 to represent the Debtors in Possession as Special Litigation Counsel in the above-referenced Chapter 11 case.  By Order dated April 29, 2010 (the "Compensation

Hon. Arthur J. Gonzalez
Armando Arce, Jr.
Schuyler G. Carroll
Richard Morrissey
Alex Spizz
January 20, 2011
Page 2

Order") the Bankruptcy Court has authorized payment of 80% of our monthly fees and 100% of our monthly expenses for the period of December 2010.

During the period from December 1, 2010 through December 31, 2010, our fees for services rendered as counsel to the Debtors-in Possession were $8,652.50. Our disbursements during this period were $1,059.09. A detailed billing statement for the period is enclosed for your information and review. The billing statement sets forth the name of each attorney or staff member who rendered services and the applicable billing rate. The report also breaks down the services by category as required by the fee guidelines.

**BY SUBMITTING THIS UNREDACTED BILLING STATEMENT, COLEMAN FROST LLP DOES NOT WAIVE THE ATTORNEY-CLIENT PRIVILEGE OR WORK PRODUCT PRIVILEGE, ALL OF WHICH ARE EXPRESSLY PRESERVED.**

In accordance with the Compensation Order, unless we receive an objection to our billing statement within thirty-five (35) days following the end of the last month for which compensation is sought, the Debtors shall remit to Coleman Frost LLP the sum of $6,922.00, representing 80% of $8,652.50, and $1,059.09, representing 100% of the disbursements incurred during the applicable period, for payment of fees and costs in the amount of $7,981.09.

If you have any questions regarding this billing statement, please do not hesitate to contact the undersigned.

Very Truly Yours,

Daniel L. Alexander
for COLEMAN FROST LLP

Armando Arce, Jr.
Rock & Republic Enterprises, Inc.
3523 Eastham Dr.
Culver City, CA  90232

January 20, 2011
Client No. 1096

---

Cover Statement

|  | Balance |
|---|---|
| 1096-001 Re:  Litigation | $   7,905.00 |
| 1096-003 Re:  Fee/Employment Applications | 747.50 |
| 1096-004 Re:  Relief From Stay Proceedings | $        0.00 |
| Total Fees | $   8,652.50 |
| Expenses | $ 1,059.09 |
| Total Fees and Expenses | $   9,711.59 |

Armando Arce, Jr.                                                January 20, 2011
Rock & Republic Enterprises, Inc.                               Our File:  1096.001
3523 Eastham Dr.                                                   Invoice # 1694
Culver City, CA  90232                            **Total Balance Due  $232361.85**

RE:     Litigation

Statement of Account for the Period Ending December 31, 2010

Professional Services

| Date | Emp | Description | Hours | Amount |
|------|-----|-------------|-------|--------|
| 12/06/10 | DFC | Telecons w/T. Rael and B. Malmlund re expert work | 0.50 | 187.50 |
| | BAA | Draft amended testimony declaration for expert Herd | 1.80 | 675.00 |
| 12/07/10 | BAA | Draft revisions to amended testimony declaration of expert Herd | 0.90 | 337.50 |
| 12/08/10 | DFC | Review/analyze issues re case strategy, Herd declaration | 0.40 | 150.00 |
| | BAA | Email to C. Malaret to serve amended declaration of expert Herd | 0.70 | 262.50 |
| 12/09/10 | DLA | Review and respond to communications from D. Coleman re T. Rael deposition | 0.30 | 97.50 |
| | BAA | Research and analysis re standing issue for Biba Corporation in conjunction with this case | 2.60 | 975.00 |
| 12/10/10 | DFC | Review/analyze issues re amended Herd declaration | 0.80 | 300.00 |
| 12/14/10 | DFC | Review/analyze issues re experts, T. Rael | 0.60 | 225.00 |

Page 2
January 20, 2011
Rock & Republic Enterprises, Inc.
Litigation
Our File:  1096.001
Invoice # 1694

| Date | Emp | Description | Hours | Amount |
|------|-----|-------------|-------|--------|
|  | DLA | Confer w/D. Coleman re expert witness testimony | 0.30 | 97.50 |
|  | DLA | Draft communication to opposing counsel re expert witness testimony | 0.20 | 65.00 |
|  | DLA | Confer w/JAMS re status of discovery referee | 0.30 | 97.50 |
|  | BAA | Email to C. Malaret re scheduling of Herd deposition | 0.60 | 225.00 |
| 12/15/10 | BAA | Telecon w/expert Herd in preparation for his deposition | 1.20 | 450.00 |
| 12/16/10 | DFC | Review/analyze issues re experts, litigation strategy, invoices | 0.80 | 300.00 |
|  | DLA | Conferences re estimation hearing | 1.30 | 422.50 |
|  | BAA | Travel to/from and attendance at Herd deposition | 3.80 | 1,425.00 |
|  | BAA | Conference w/expert Herd in preparation for his deposition | 1.10 | 412.50 |
| 12/17/10 | BAA | Preparation for trial: review and analysis of testimony declaration of plaintiff's expert Donald Smith | 3.20 | 1,200.00 |

Summary of Services

| | | | | |
|---|---|---|---|---|
| BAA | Bruce A. Armstrong | 15.90 hr @ 375.00 | $ | 5962.50 |
| DFC | Derrick F. Coleman | 3.10 hr @ 375.00 | $ | 1162.50 |
| DLA | Daniel L. Alexander | 2.40 hr @ 325.00 | $ | 780.00 |

|  | Total Professional Services | 21.40 | $ 7,905.00 |
|---|---|---|---|

Costs and Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 12/03/10 | Telephonic Appearance Fee | 81.00 |
| 12/13/10 | Document Review Software | 978.09 |

Page 3
January 20, 2011
Rock & Republic Enterprises, Inc.
Litigation
Our File:  1096.001
Invoice # 1694

| Date | Description | Amount |
|------|-------------|--------|
| | Total Costs and Disbursements | $ 1,059.09 |
| | **TOTAL NEW CHARGES** | $ 8,964.09 |
| | Previous Balance Due | $223,397.76 |

SUMMARY OF ACCOUNT

| | |
|---|---|
| Balance Forward | $223,397.76 |
| Total New Charges | 8,964.09 |
| Payments and Credits | 0.00 |
| **TOTAL BALANCE DUE *** PLEASE PAY THIS AMOUNT **** | $232,361.85 |

**COLEMAN FROST LLP**
429 Santa Monica Blvd., Suite 700
Santa Monica, California 90401
(310) 576-7312
TIN # 20-0807972

Armando Arce, Jr.
Rock & Republic Enterprises, Inc.
3523 Eastham Dr.
Culver City, CA 90232

January 20, 2011
Our File: 1096.003
Invoice # 1695
**Total Balance Due $1254.50**

RE:   Fee/Employment Applications

Statement of Account for the Period Ending December 31, 2010

Professional Services

| Date | Emp | Description | Hours | Amount |
|------|-----|-------------|-------|--------|
| 12/16/10 | DLA | Draft second interim fee application | 2.30 | 747.50 |

Summary of Services

DLA   Daniel L. Alexander        2.30 hr  @ 325.00    $      747.50

|  | Hours | Amount |
|--|-------|--------|
| Total Professional Services | 2.30 | $   747.50 |

**TOTAL NEW CHARGES**                                         $   747.50

Previous Balance Due                                          $   507.00

SUMMARY OF ACCOUNT

| | |
|--|--|
| Balance Forward | $   507.00 |
| Total New Charges | 747.50 |
| Payments and Credits | 0.00 |

TOTAL BALANCE DUE *** PLEASE PAY THIS AMOUNT **           $  1,254.50