

ATLAS STRATEGIC ADVISORS, LLC
140 E 45th St, 23rd Floor
New York, NY 10017

January 20, 2011

Debtors
Attn: Viet Do
c/o Rock & Republic Enterprises, Inc.
3523 Eastham Drive
Culver City, CA 90232

### INVOICE # 0019 - Rock & Republic Enterprises, Inc.

| Description | | Amount (US$) |
|---|---|---|
| Engagement Fee - December 2010 | $ | 20,000.00 |

*Fee incurred as per our engagement letter dated March 26, 2010*

| **Total** | **$** | **20,000.00** |
|---|---|---|

Kindly wire funds to:

Atlas Strategic Advisors, LLC
Acc # 74396909
Citibank N.A.
Routing # 021-0000-89
Branch # 165
95 Pondfield Road
Bronxville, NY 10708



ATLAS STRATEGIC ADVISORS, LLC
140 E 45th St, 23rd Floor
New York, NY 10017

# Consulting Services

| Date | Description | Time | Team |
|---|---|---|---|
| 1-Dec-10 | Due Diligence Administration | 2 | JS, NE |
| 2-Dec-10 | Due Diligence Administration | 3 | JS, NE |
| 3-Dec-10 | Call with potential buyer | 2 | JS, NE |
| 8-Dec-10 | Meeting with potential buyer and creditors committee advisors, discussion with potential buyer | 7 | JS, NE |
| 9-Dec-10 | Internal calls, analysis | 2 | JS, NE |
| 10-Dec-10 | Internal calls | 6 | JS, NE |
| 13-Dec-10 | Call with creditors committee | 4 | JS, NE |
| 14-Dec-10 | Internal calls | 5 | JS, NE |
| 16-Dec-10 | Call with creditors committee and potential buyers | 5 | JS, NE |
| 17-Dec-10 | Call with potential buyer | 4 | JS, NE |



ATLAS STRATEGIC ADVISORS, LLC
140 E 45th St, 23rd Floor
New York, NY 10017

January 20, 2011

Debtors
Attn: Viet Do
c/o Rock & Republic Enterprises, Inc.
3523 Eastham Drive
Culver City, CA 90232

### INVOICE # 0020 - Rock & Republic Enterprises, Inc.

**Description**  **Amount (US$)**

| Date | Team | Description | Amount |
|---|---|---|---|
| 12/13/2010 | JS | Car service on 12/13/10 | $7.59 |
| 12/13/2010 | JS | Car service on 12/13/10 | $9.20 |
| 12/14/2010 | JS | Car service on 12/14/10 | $5.75 |
| 12/14/2010 | JS | Car service on 12/14/10 | $6.00 |
| 12/18/2010 | JS | Car service on 12/17/10 | $12.85 |
| 12/18/2010 | JS | Car service on 12/17/10 | $14.72 |

*Expenses incurred as per our engagement letter dated March 26, 2010*

**Total**  **$56.11**

***Kindly wire funds to:***

Atlas Strategic Advisors, LLC
Acc # 74396909
Citibank N.A.
Routing # 021-0000-89
Branch # 165
95 Pondfield Road
Bronxville, NY 10708



ATLAS STRATEGIC ADVISORS, LLC
140 E 45th St, 23rd Floor
New York, NY 10017

## Consulting Services

| Date | Description | Time | Team |
|---|---|---|---|
| 1-Dec-10 | Due Diligence Administration | 2 | JS, NE |
| 2-Dec-10 | Due Diligence Administration | 3 | JS, NE |
| 3-Dec-10 | Call with potential buyer | 2 | JS, NE |
| 8-Dec-10 | Meeting with potential buyer and creditors committee advisors, discussion with potential buyer | 7 | JS, NE |
| 9-Dec-10 | Internal calls, analysis | 2 | JS, NE |
| 10-Dec-10 | Internal calls | 6 | JS, NE |
| 13-Dec-10 | Call with creditors committee | 4 | JS, NE |
| 14-Dec-10 | Internal calls | 5 | JS, NE |
| 16-Dec-10 | Call with creditors committee and potential buyers | 5 | JS, NE |
| 17-Dec-10 | Call with potential buyer | 4 | JS, NE |