UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------- x
In re:                                                :
                                                      :     Chapter 11
                                                      :
ROCK & REPUBLIC ENTERPRISES, INC.,                    :     Case No. 10-11728 (AJG)
*et al.*,                                             :
                                                      :
          Debtors.                                    :     Jointly Administered
----------------------------------------------------- x

# ORDER GRANTING APPLICATION FOR ALLOWANCE OF
# FIRST INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the First Application of Arent Fox LLP, as Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 12, 2010 through July 31, 2010 (the "Application"); and a hearing having been held before this court to consider the Application on February 9, 2011; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

**ORDERED** that the Application is hereby granted and the fees and expenses requested are allowed to the extent set forth in Schedule "A" annexed hereto; and it is further

Dated: New York, New York
       February 9, 2011

                                            **s/Arthur J. Gonzalez**
                                            Chief United States Bankruptcy Judge
                                            Southern District of New York

NYC/566587.1

CASE NAME: ROCK & REPUBLIC ENTERPRISES, INC. and TRIPLE R, INC.
CASE NUMBER: 10-11728 (AJG) (Jointly Administered)

## CURRENT FEE PERIOD: APRIL 12, 2010 to JULY 31, 2010

| Applicant | Date/ Document Number of Application | Fees Requested | Fees Awarded (80%) | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|
| ARENT FOX LLP  Counsel to the Official Committee of Unsecured Creditors | 8/31/10  315 | $424,008.50 | $339,206.80 | $8,868.57 | $8,868.57 |
| Total | | $424,008.50 | $339,206.80 | $8,868.57 | $8,868.57 |

Date: 2/9/2011     Initials: **AJG** CUSBJ

NYC/566587.1