TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
Counsel to **Rock & Republic Enterprises, Inc.**
 and **Triple R, Inc.**
Debtors and Debtors-in-Possession
425 Park Avenue
New York, NY  10022
(212) 754-9400
Alex Spizz, Esq.
Arthur Goldstein, Esq.
Jill Makower, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| ROCK & REPUBLIC ENTERPRISES, INC., <u>et al</u>: | | Case No. 10-11728(AJG) (Jointly Administered) |
| Debtors. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  - x

## ORDER GRANTING SECOND INTERIM ALLOWANCE OF FEES AND EXPENSES

Upon the second interim applications for allowance of compensation for professional services rendered and for reimbursement of out-of-pocket expenses incurred (the "Applications") filed by (i) Todtman, Nachamie, Spizz & Johns, P.C., attorneys for Rock & Republic Enterprises, Inc. ("R&R") and Triple R, Inc. ("TR"), the debtors and debtors-in-possession herein (collectively, the "Debtors"); (ii) Atlas Strategic Advisors, LLC, Investment Banker and Financial Advisor for the Debtors; (iii) Coleman Frost LLP, Special Litigation Counsel for R&R; (iv) Manderson, Schafer & McKinlay, LLP, Special Corporate Counsel for the Debtors; (v) Arent Fox LLP, Attorneys for the Official Committee of Unsecured Creditors; and (vi) FTI Consulting, Inc., Financial Advisors to the Official Committee of Unsecured Creditors (herein collectively referred

262225v1

to as the "Professionals"); and it appearing that notice of the hearing on the Applications has been given to the United States Trustee, the Official Committee of Unsecured Creditors, all creditors and parties in interest in the Debtors' Chapter 11 cases and all persons having filed a Notice of Appearance in either of these Chapter 11 cases; and it further appearing that such notice is adequate and that no other notice of the Applications need be given; and a hearing having been held on the Applications before this Court on February 9, 2011; and after due deliberation having been had herein, and upon the record made before me; and sufficient cause appearing therefor; it is hereby

ORDERED, that the Applications are granted to the extent set forth in the attached Schedule "A" pursuant to Bankruptcy Code Sections 327, 330 and 331.

Dated: New York, New York
February 9, 2011

             **s/Arthur J. Gonzalez**
             ARTHUR J. GONZALEZ
             CHIEF UNITED STATES BANKRUPTCY JUDGE

## SCHEDULE "A"

Case Name: Rock & Republic Enterprises, Inc. and Triple R, Inc.
Case No.: 10-11728 (Jointly Administered)

| APPLICANT | APPLICATION PERIOD | DATE / DOCKET NO. OF APPLICATION | FEES INCURRED | FEES AWARDED | EXPENSES INCURRED | EXPENSES AWARDED |
|---|---|---|---|---|---|---|
| Todtman, Nachamie, Spizz & Johns, P.C.<br>Attorneys for Debtors<br>425 Park Avenue<br>New York, NY 10022 | August 1, 2010 through November 30, 2010 | 12/30/2010<br><br>615 | $702,030.25 | $561,624.20 | $24,027.84 | $24,027.84 |
| Atlas Strategic Advisors, LLC<br>Investment Banker and Financial Advisor for the Debtors<br>140 East 45th Street, 23rd Fl<br>New York, NY 10017 | August 1, 2010 through November 30, 2010 | 12/29/2010<br><br>612 | $80,000.00 | $64,000.00 | $1,089.23 | $1,089.23 |
| Coleman Frost LLP<br>Special Litigation Counsel for Debtor Rock & Republic Enterprises, Inc.<br>429 Santa Monica Blvd.<br>Suite 700<br>Santa Monica, CA 90401 | August 1, 2010 through November 30, 2010 | 12/29/2010<br><br>611 | $333,652.50 | $266,922.00 | $126,068.56 | $126,068.56 |
262225v1

3

| APPLICANT | APPLICATION PERIOD | DATE / DOCKET NO. OF APPLICATION | FEES INCURRED | FEES AWARDED | EXPENSES INCURRED | EXPENSES AWARDED |
|---|---|---|---|---|---|---|
| Manderson, Schafer & McKinlay, LLP<br>Special Corporate Counsel for the Debtors<br>4695 MacArthur Court, Suite 1270<br>Newport Beach, CA 92660 | August 1, 2010 through November 30, 2010 | 12/30/2010<br><br>622 | $171,108.50 | $136,886.80 | $710.55 | $710.55 |
| Arent Fox LLP<br>Attorneys for Official Committee of Unsecured Creditors<br>1675 Broadway<br>New York, NY 10019 | August 1, 2010 through November 30, 2010 | 12/30/2010<br><br>623 | $411,090.00 | $328,872.00 | $9,769.60 | $9,769.60 |
| FTI Consulting, Inc.<br>Financial Advisors to the Official Committee of Unsecured Creditors<br>Three Times Square<br>New York, NY 10036 | August 1, 2010 through November 30, 2010 | 12/30/2010<br><br>625 | $254,027.00 | $203,221.60 | $347.70 | $347.70 |

Date: 2/9/2011     Initials: **AJG** CUSBJ