# TODTMAN, NACHAMIE, SPIZZ & JOHNS, P. C.

425 PARK AVENUE

NEW YORK, NEW YORK 10022

MARTIN TODTMAN
BARTON NACHAMIE
ALEX SPIZZ
PETER A. JOHNS*
ROBERT D. TOLZ
ARTHUR GOLDSTEIN
PERRY L. COHEN
IVAN SERCHUK
PAUL RICHARD KARAN
JOSEPH P. CERVINI, JR.
JANICE B. GRUBIN

SENIOR COUNSEL
STEPHEN D. OESTREICH

SPECIAL COUNSEL
WESLEY CHEN

* ADMITTED IN PARIS ONLY
**ADMITTED IN ITALY ONLY

TELEPHONE: (212) 754-9400
FACSIMILE: (212) 754-6262
E-MAIL:    info@tnsj-law.com

9, RUE DU FAUBOURG SAINT-HONORÉ
75008 PARIS, FRANCE

VIA GIUSEPPE MAZZINI, 20
20123, MILANO, ITALY

COUNSEL
FELIPE MONTEJO
ROGER MARION
JILL MAKOWER

OF COUNSEL
HARVEY I. SLADKUS
CARLO MACCALLINI**
PASQUALE CRISPO
SETH D. BADER

Sender's email:
aspizz@tnsj-law.com

February 18, 2011

- Via By Hand -

The Honorable Arthur J. Gonzalez
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

- Via Email -

Schuyler G. Carroll, Esq.
Robert Hirsh, Esq.
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820

- Via Email -

Armando Arce, Jr., Controller
Rock & Republic Enterprises, Inc.
3523 Eastham Drive
Culver City, CA 90232

- Via Email -

Richard Morrissey, Esq.
Office of the United States Trustee
33 Whitehall Street – 21st Floor
New York, NY 10004

Re: Rock & Republic Enterprises, Inc., et al.
   Chapter 11 Case No. 10-11728 (AJG) (Jointly Administered)

Pursuant to an Order dated April 28, 2010 our firm was retained nunc pro tunc to April 1, 2010 to represent the Debtors-in-Possession in the above referenced Chapter 11 case. By Order dated April 29, 2010 (the "Compensation Order") the Bankruptcy Court has authorized payment of 80% of our monthly fees and 100% of our monthly expenses.

During the period from January 1, 2011 through January 31, 2011 our fees for services rendered as counsel to the Debtors-in-Possession were $116,464.90. Our disbursements during this period were $3,332.98. A detailed billing statement for the

263519 v1



TODTMAN, NACHAMIE, SPIZZ & JOHNS, P. C.

Armando Arce, Jr.
Schuyler G. Carroll, Esq.
Robert Hirsh, Esq.
Richard Morrissey, Esq.
February 18, 2011
Page 2 of 2

period is enclosed for your information and review. The billing statement sets forth the name of each attorney who rendered services and the applicable billing rate. The report also breaks down the services by category as required by the fee guidelines.

**BY SUBMITTING THIS UNREDACTED BILLING STATEMENT, TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C. DOES NOT WAIVE THE ATTORNEY-CLIENT PRIVILEGE OR WORK PRODUCT PRIVILEGE, ALL OF WHICH ARE EXPRESSLY PRESERVED.**

In accordance with Compensation Order unless we receive an objection to our monthly billing statement is received within thirty-five (35) days following the month of which compensation is sought, the Debtors shall remit to Todtman, Nachamie, Spizz & Johns, P.C. the sum of $93,171.92 representing 80% of $116,464.90 and $3,332.98 representing 100% of the disbursements incurred during the applicable period, for a total payment of $96,504.90.

If you have any questions with respect to this billing statement, please do not hesitate to contact the undersigned.

Very truly yours,

Alex Spizz

AS:sn
Enclosure

# TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
## 425 PARK AVENUE
## NEW YORK, N.Y. 10022

### TELEPHONE (212) 754-9400
### FACSIMILE (212) 754-6262

ROCK & REPUBLIC ENTERPRISES, INC.          February 17, 2011
3523 EASTHAM DRIVE                          CLIENT NO:      11931M
CILVER CITY  CA  90232

ATTN: ARMANDO ARCE, JR.

COVER STATEMENT

|  |  | Balance |
|---|---|---|
| 11931-0000 RE: CASE ADMINISTRATION |  | $3,290.00 |
| 11931-0002 RE: MEETING OF CREDITORS |  | $330.00 |
| 11931-0003 RE: ASSET DISPOSITION |  | $9,066.00 |
| 11931-0005 RE: BUSINESS OPERATIONS |  | $23,814.00 |
| 11931-0006 RE: CLAIMS ADMINISTRATION & OBJECTIONS |  | $46,642.40 |
| 11931-0008 RE: FEE APPLICATIONS |  | $1,092.00 |
| 11931-0009 RE: FEE/EMPLOYMENT OBJECTIONS |  | $1,210.00 |
| 11931-0010 RE: PLAN & DISCLOSURE STATEMENT |  | $28,783.00 |
| 11931-0013 RE: LEASES/EXCUTORY CONTRACTS |  | $2,237.50 |

|  |  |
|---|---|
| TOTAL FEES | $116,464.90 |
| TOTAL EXPENSES | $3,332.98 |
| TOTAL FEES AND EXPENSES | $119,797.88 |

# TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.

### 425 PARK AVENUE
### NEW YORK, N.Y. 10022

### TELEPHONE (212) 754-9400
### FACSIMILE (212) 754-6262

ROCK & REPUBLIC ENTERPRISES, INC.
3523 EASTHAM DRIVE
CILVER CITY  CA  90232

February 17, 2011
CLIENT NO:      11931-0000M
STATEMENT NO:        209931

ATTN: ARMANDO ARCE, JR.

RE: CASE ADMINISTRATION

## LEGAL SERVICES

|  |  | TIME |  |
|---|---|---|---|
| **01/04/2011** | | | |
| JLM | CONFERENCE WITH A. GOLDSTEIN RE: DOING CLAIM OBJECTION RE: SERVICE OF FEE APPLICATION NOTICE | 0.10 | 42.00 |
| **01/10/2011** | | | |
| AS | TELEPHONE CONFERENCE WITH DEBTOR AND PROFESSIONALS RE: VIOLATION OF TRADE SECRETS BY FORMER EMPLOYEES | 1.00 | 550.00 |
| **01/12/2011** | | | |
| JLM | E-MAIL TO AND TELEPHONE CONFERENCE WITH C. MANDERSON RE: EXPANDING RETENTION | 0.20 | 84.00 |
| **01/18/2011** | | | |
| JLM | E-MAIL TO C. MANDERSON RE: INFORMATION RE: BUTLER AND ADDITIONAL SERVICES MSM WANTS TO PERFORM (.2); DRAFT APPLICATION TO EXPAND RETENTION OF MSM, PROPOSED ORDER AND AFFIDAVIT OF CHRIS MANDERSON (2.3); DRAFT EX PA RTE APPLICATION TO SHORTEN TIME RE: SAME (.6); DRAFT EX PARTE ORDER RE: SAME (.5) | 3.60 | 1,512.00 |
| **01/19/2011** | | | |
| JLM | FINALIZE MOTION PAPERS RE: MSM APPLICATION AND EX PARTE APPLICATION TO SHORTEN TIME RE: SAME (.4); LETTER TO JUDGE ENCLOSING SAME (.3); E-MAIL TO JUDGE RE: SAME (.1) | 0.80 | 336.00 |
| JLM | TELEPHONE CONFERENCE WITH LAW CLERK RE: MSM APPLICATION AND CONFERENCE WITH A. SPIZZ AND A. GOLDSTEIN RE: SAME; E-MAIL TO MSM RE: SAME | 0.20 | 84.00 |
| AS | REVIEW E-MAIL FROM COMMITTEE COUNSEL RE: DOCUMENTS IN CONNECTION WITH WIND DOWN | 0.40 | 220.00 |
| JLM | TELEPHONE CONFERENCE WITH JEN GARZE OF HAIN CAPITAL RE: GENERAL CASE INFORMATION | 0.20 | 84.00 |

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.

ROCK & REPUBLIC ENTERPRISES, INC.

RE: CASE ADMINISTRATION

| | | TIME | |
|---|---|---|---|
| 01/20/2011 | | | |
| JLM | DRAFT NOTICE OF MOTION FOR APPLICATION TO EXPAND SCOPE OF MSM RETENTION (.3); CALENDAR DATE AND COORDINATE FILING AND SERVICE OF SAME AND DRAFT LETTER TO TO JUDGE ENCLOSING CHAMBERS' COPY OF NOTICE (.3) | 0.60 | 252.00 |
| 01/25/2011 | | | |
| JLM | TELEPHONE CONFERENCE WITH LAW CLARK RE: JUDGE MOVING HEARINGS FROM 9:30 A.M. TO 10:30 A.M. TOMORROW AND E-MAIL PARTIES IN INTEREST TO NOTIFY THEM | 0.30 | 126.00 |
| | TOTAL LEGAL SERVICES THIS MATTER | 7.40 | 3,290.00 |

### DISBURSEMENTS

| | |
|---|---|
| PHOTOCOPYING | 2,226.80 |
| GROUND TRANSPORTATION | 135.99 |
| POSTAGE | 187.54 |
| MEAL(S) | 94.06 |
| FEDERAL EXPRESS | 127.04 |
| SECRETARY OVERTIME | 17.50 |
| OFFICE SUPPLIES | 10.32 |
| AT & T TELECONFERENCE SERVICES | 33.25 |
| LEXIS NEXIS - RESEARCH CHARGES | 500.48 |
| TOTAL DISBURSEMENTS THROUGH 01/31/2011 | 3,332.98 |
| TOTAL CURRENT WORK | 6,622.98 |
| TOTAL THIS MATTER | $6,622.98 |
| TOTAL DUE THIS MATTER | $6,622.98 |

# TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
## 425 PARK AVENUE
### NEW YORK, N.Y. 10022

TELEPHONE (212) 754-9400
FACSIMILE (212) 754-6262

Page: 1

ROCK & REPUBLIC ENTERPRISES, INC.                     February 17, 2011
3523 EASTHAM DRIVE                          CLIENT NO:      11931-0002M
CILVER CITY  CA  90232                      STATEMENT NO:        209932

ATTN: ARMANDO ARCE, JR.

RE: MEETING OF CREDITORS

### LEGAL SERVICES

|            |                                                                   | TIME |        |
|------------|-------------------------------------------------------------------|------|--------|
| 01/18/2011 |                                                                   |      |        |
| AS         | TELEPHONE CONFERENCE WITH COMMITTEE COUNSEL AND VF - BUYER PROTECTION HEARING | 0.60 | 330.00 |
|            | TOTAL LEGAL SERVICES THIS MATTER                                  | 0.60 | 330.00 |
|            | TOTAL CURRENT WORK                                                |      | 330.00 |
|            | TOTAL THIS MATTER                                                 |      | $330.00 |
|            | TOTAL DUE THIS MATTER                                             |      | $330.00 |

*PLEASE NOTE THAT WE NOW ACCEPT CREDIT CARD PAYMENTS*
*IF YOU WOULD LIKE TO PAY BY MASTERCARD, VISA OR AMERICAN EXPRESS, PLEASE CONTACT*
*LAURIE NEWMAN AT EXTENSION 309 OR lnewman@tnsj-law.com*

# TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
### 425 PARK AVENUE
### NEW YORK, N.Y. 10022

### TELEPHONE (212) 754-9400
### FACSIMILE (212) 754-6262

ROCK & REPUBLIC ENTERPRISES, INC.                          February 17, 2011
3523 EASTHAM DRIVE                              CLIENT NO:      11931-0003M
CILVER CITY  CA  90232                          STATEMENT NO:        209933

ATTN: ARMANDO ARCE, JR.

---

RE: ASSET DISPOSITION

### LEGAL SERVICES

|  |  | TIME |  |
|---|---|---|---|
| **01/04/2011** | | | |
| AG | TELEPHONE CONFERENCE WITH ATTORNEYS FOR CREDITORS COMMITTEE AND VF RE: ESCROW DEPOSITION | 0.20 | 105.00 |
| **01/05/2011** | | | |
| AG | REVIEW REVISED ESCROW AGREEMENT WITH CITIBANK | 1.00 | 525.00 |
| **01/06/2011** | | | |
| AS | TELEPHONE CONFERENCE WITH HIRSH AND SIMMS – WIND DOWN OF OPERATION, SIMMS SIGAL ET AL | 1.20 | 660.00 |
| **01/08/2011** | | | |
| JLM | CONTINUE TO DRAFT MOTION FOR AUTHORIZATION TO CONDUCT STORE CLOSING SALES AND FOR APPROVAL OF AGREEMENT WITH LANDLORD | 3.00 | 1,260.00 |
| **01/10/2011** | | | |
| AS | E-MAIL WITH VF RE: COMMUNICATIONS WITH DEBTOR CUSTOMERS | 1.00 | 550.00 |
| AS | E-MAILS WITH VF'S COUNSEL – COMMUNICATIONS WITH CUSTOMERS | 0.50 | 275.00 |
| **01/11/2011** | | | |
| AG | REVIEW REVISED ESCROW AGREEMENT | 0.60 | 315.00 |
| **01/12/2011** | | | |
| AG | TELEPHONE CONFERENCE WITH VF AND COMMITTEE PROFESSIONALS | 1.60 | 840.00 |
| AG | DRAFT CERTIFICATE OF INCUMBENCY; TELEPHONE CONFERENCE WITH CORP. GENERAL COUNSEL RE: ESCROW AGREEMENT AND MISCELLANEOUS MATTERS | 0.80 | 420.00 |
| **01/17/2011** | | | |
| AG | PREPARE FOR BUYER PROTECTION MOTION | 2.10 | 1,102.50 |

**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**

ROCK & REPUBLIC ENTERPRISES, INC.

RE: ASSET DISPOSITION

|  |  | TIME |  |
|---|---|---|---|
| **01/18/2011** | | | |
| AG | TELEPHONE CONFERENCE WITH PROFESSIONALS RE: MOTION TO APPROVE VF BUYER PROTECTION SCHEDULED FOR THURSDAY | 0.70 | 367.50 |
| AG | REVIEW FILE AND PREPARE FOR MOTION TO APPROVE VF BUYER PROTECTIONS | 1.30 | 682.50 |
| **01/19/2011** | | | |
| AG | ATTEND HEARING RE: MOTION TO APPROVE VF BUYER PROFESSIONALS AND MOTION TO RETAIN FORENSIC ACCOUNTANTS; TRAVEL TO AND FROM COURT | 3.10 | 1,627.50 |
| **01/28/2011** | | | |
| JLM | TELEPHONE CONFERENCE WITH A. GOLDSTEIN AND J. SMOLINSKY RE: INTERNET SALES AND ONE STOP | 0.20 | 84.00 |
| JLM | TELEPHONE CONFERENCE WITH VIET RE: EASTHAM STORE AND SAMPLE SALE AND GETTING PERMIT FROM CULVER CITY AND SENDING IT TO I. GOLD AND SENDING PROPOSAL TO I. GOLD RE: HOW SALE WILL BE CONDUCTED (PARAMETERS FROM VIET'S E-MAIL) | 0.20 | 84.00 |
| **01/30/2011** | | | |
| JLM | REVIEW NOTES FROM MEETINGS WITH A. GOLDSTEIN AND CONFERENCE CALLS ON 1/30; E-MAILS TO A. SPIZZ RE: SAME | 0.40 | 168.00 |
| | TOTAL LEGAL SERVICES THIS MATTER | 17.90 | 9,066.00 |
| | TOTAL CURRENT WORK | | 9,066.00 |
| | TOTAL THIS MATTER | | $9,066.00 |
| | TOTAL DUE THIS MATTER | | $9,066.00 |

# TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
### 425 PARK AVENUE
### NEW YORK, N.Y. 10022

### TELEPHONE (212) 754-9400
### FACSIMILE (212) 754-6262

ROCK & REPUBLIC ENTERPRISES, INC.
3523 EASTHAM DRIVE
CILVER CITY CA 90232

February 17, 2011
CLIENT NO:     11931-0005M
STATEMENT NO:        209934

ATTN: ARMANDO ARCE, JR.

RE: BUSINESS OPERATIONS

## LEGAL SERVICES

| | | TIME | |
|---|---|---|---|
| 01/04/2011 | | | |
| AG | TELEPHONE CONFERENCE WITH SILBERT RE: DISCUSS OPERATION AND BUDGET PROJECTIONS | 0.50 | 262.50 |
| 01/05/2011 | | | |
| AG | TELEPHONE CONFERENCE WITH SILBERT RE: BUDGET AND CLAIMS | 0.70 | 367.50 |
| 01/06/2011 | | | |
| AG | TELEPHONE CONFERENCE WITH SILBERT RE: BUDGET ISSUES | 0.50 | 262.50 |
| AG | REVIEW LEASES RE: CLOSING LOCATIONS AND ISSUES | 0.70 | 367.50 |
| AG | TELEPHONE CONFERENCE WITH PROFESSIONALS AND MB RE: CASE STATUS - STORE CLOSINGS ETC.; REVIEW LEASES - AGREEMENTS | 1.40 | 735.00 |
| AG | TELEPHONE CONFERENCE WITH RR PROFESSIONALS RE: BUSINESS PLAN - LEASES | 0.70 | 367.50 |
| AG | TELEPHONE CONFERENCE WITH COMMITTEE PROFESSIONALS RE: CASE STATUS AND STORE CLOSINGS; OUTSTANDING ISSUES (1.0); DISCUSSION WITH A. SPIZZ (.3) | 1.30 | 682.50 |
| JLM | ATTEND CONFERENCE CALL WITH R.HIRSH, A. GOLDSTEIN AND A. SPIZZ RE: INVENTORY ISSUES (.5); CONFERENCE WITH A. GOLDSTEIN RE: STATUS RE: ORDINARY COURSE OF BUSINESS ISSUE (.1); OBTAIN AND REVIEW RECENT MOTIONS IN OTHER CASES SEEKING AUTHORIZATION TO CONDUCT STORE CLOSING SALES (.3) | 0.90 | 378.00 |
| 01/07/2011 | | | |
| AG | REVIEW LEASES; TELEPHONE CONFERENCE WITH ATTORNEY FOR 2 RETAIL LOCATIONS - STORE CLOSING/GOB SALES | 1.20 | 630.00 |

*PLEASE NOTE THAT WE NOW ACCEPT CREDIT CARD PAYMENTS IF YOU WOULD LIKE TO PAY BY MASTERCARD, VISA OR AMERICAN EXPRESS, PLEASE CONTACT LAURIE NEWMAN AT EXTENSION 309 OR lnewman@tnsj-law.com*

**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**

ROCK & REPUBLIC ENTERPRISES, INC.

RE: BUSINESS OPERATIONS

|  |  |  | TIME |  |
|---|---|---|---|---|
| AS | TELEPHONE CONFERENCE WITH DEBTOR – COMMUNICATION WITH CUSTOMERS AND CANCELLATION OF ORDER | | 0.60 | 330.00 |
| JLM | REVIEW ASSET PURCHASE AGREEMENT WITH RESPECT TO INVENTORY ISSUES (.3); OBTAIN AND REVIEW PRIOR SECTION 365(d)(4) STIPULATION WITH CPG (LANDLORD) AND CONFERENCE WITH A. GOLDSTEIN RE: NEW AGREEMENT (.2); DRAFT MOTION FOR AUTHORIZATION TO CONDUCT STORE CLOSING SALES AND FOR APPROVAL OF STIPULATION WITH LANDLORD (3.5) | | 3.80 | 1,596.00 |
| JLM | DRAFT STIPULATION WITH LANDLORD RE: STORE CLOSING SALES | | 1.00 | 420.00 |
| **01/10/2011** | | | | |
| AG | REVIEW STORE CLOSING GUIDELINES – SIMON PROPERTY | | 0.50 | 262.50 |
| AG | TELEPHONE CONFERENCE WITH R. HIRSH RE: ESCROW AGREEMENT; DEPOSITIONS AND OUTSTANDING ISSUES | | 0.30 | 157.50 |
| JLM | DRAFT MOTION RE: STORE CLOSING SALES AND PROPOSED ORDER | | 1.50 | 630.00 |
| **01/11/2011** | | | | |
| JLM | CONTINUE TO DRAFT STORE CLOSING MOTION AND PROPOSED ORDER (3.5); DRAFT EX PARTE MOTION TO SHORTEN TIME RE: STORE CLOSING MOTION (1.0); E-MAILS WITH C. MANDERSON AND PARTNER RE: ADDRESSES NEEDED FOR STORE CLOSING MOTION (.1) | | 4.60 | 1,932.00 |
| **01/12/2011** | | | | |
| AG | REVISE STIPULATION WITH SIMON PROPERTIES RE: STORE CLOSING SALES; REVIEW LEASES | | 1.10 | 577.50 |
| AG | REVISE MOTION AUTHORIZING STORE CLOSING SALES | | 1.20 | 630.00 |
| **01/13/2011** | | | | |
| AG | TELEPHONE CONFERENCE WITH MB AND RR PROFESSIONALS RE: DISCUSS STORE CLOSINGS | | 0.80 | 420.00 |

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.

ROCK & REPUBLIC ENTERPRISES, INC.

RE: BUSINESS OPERATIONS

|  |  |  | TIME |  |
|---|---|---|---|---|
| AG | REVISE MOTION AUTHORIZING STORE CLOSING SALES | | 0.80 | 420.00 |
| JLM | REVIEW A. GOLDSTEIN'S REVISIONS TO STORE CLOSING MOTION (.2); REVISE MOTION ACCORDINGLY (.4); CONFERENCE WITH A. GOLDSTEIN RE: SAME (.1); REVISE PROPOSED ORDER (.8); E-MAILS WITH JAVIER BARRON RE: GOVERNMENTAL OFFICIALS IN CALIFORNIA THAT NEED TO BE NOTIFIED (.1); TELEPHONE CONFERENCE WITH ORANGE COUNTY NEW YORK CLERK (.2) | | 1.80 | 756.00 |
| JLM | E-MAIL TO J. SCHATER AND J. BARRON RE: STORE CLOSING MOTION AND CALIFORNIA GOVERNMENTAL OFFICIALS NEEDED TO BE NOTIFIED (.1); E-MAIL TO J. BARRON RE: CAMARILLO STORE (.1) | | 0.20 | 84.00 |
| JLM | DRAFT EX PARTE ORDER SHORTENING TIME FOR STORE CLOSING MOTION (.6); REVIEW STORE CLOSING GUIDELINES (.2) | | 0.80 | 336.00 |

01/14/2011

| AG | REVIEW AND REVISE STORE CLOSING MOTION; EX PARTE MOTION; REVISE AGREEMENT WITH SIMON PROPERTIES | | 2.60 | 1,365.00 |
|---|---|---|---|---|
| JLM | CONFERENCE WITH A. GOLDSTEIN RE: STORE CLOSING MOTION AND RELATED ISSUES (.4); FINALIZE STORE CLOSING MOTION AND PROPOSED ORDER AND EX PARTE MOTION TO SHORTEN TIME AND ORDER SHORTENING TIME (3.5); TELEPHONE CONFERENCES WITH  LAW CLERK RE: SAME (.4); TELEPHONE CONFERENCES WITH AND E-MAILS TO W. YEUNG RE: SAME AND PROCEDURE FOR SERVING ONCE COURT ENTERS ORDER SHORTENING TIME (.4) | | 4.70 | 1,974.00 |
| JLM | LETTER TO JUDGE ENCLOSING STORE CLOSING MOTION AND EX PARTE MOTION; E-MAIL DOCUMENTS TO CHAMBERS WITH EXHIBITS | | 0.40 | 168.00 |

01/17/2011

| JLM | TELEPHONE CONFERENCE WITH C. PIRRO AT JUDGE'S CHAMBERS RE: STORE CLOSING MOTION | | | |
|---|---|---|---|---|

**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**

ROCK & REPUBLIC ENTERPRISES, INC.

RE: BUSINESS OPERATIONS

| | | TIME | |
|---|---|---|---|
| | AND CONFERENCE WITH A. GOLDSTEIN RE: SAME | 0.20 | 84.00 |

**01/18/2011**

AG  TELEPHONE CONFERENCE WITH CFO RE: INSURANCE POLICIES — 0.40 — 210.00

JLM  TELEPHONE CONFERENCE WITH LAW CLERK RE: ENTERING STORE CLOSING ORDER AND E-MAIL TO A. GOLDSTEIN RE: SAME (.2); E-MAILS TO W. YEUNG AT DONLIN RE: SERVING STORE CLOSING ORDER AS DISCUSSED LAST WEEK AND RE: AFFIDAVIT OF SERVICE OF SAME (.1); REVIEW EX PARTE SCHEDULING ORDER AND COORDINATE SERVICE OF SAME BY E-MAIL AND CALENDAR HEARING DATE (.2) — 0.50 — 210.00

**01/19/2011**

AG  RESPOND TO E-MAIL REQUEST - CASE STATUS — 0.50 — 262.50

**01/20/2011**

AS  TELEPHONE CONFERENCE WITH DEBTOR RE: WAREHOUSE SALE, LEASES REJECTION AND POST CONFIRMATION SALES — 0.80 — 440.00

AG  REVIEW NOVEMBER OPERATING REPORTS — 0.40 — 210.00

AG  TELEPHONE CONFERENCES WITH EASTHAM ATTORNEY; VIET DO RE: EASTHAM LOCATIONS AND POSSIBLE WAREHOUSE SALE — 0.80 — 420.00

**01/21/2011**

AS  REVIEW DOCUMENT REQUESTED BY CC RE: PAYMENT OF RELEASES AND EXPENSES TO ENCLOSURE — 0.80 — 440.00

AG  E-MAILS TO PROPOSED WAREHOUSE SALE AT EASTHAM — 0.50 — 262.50

**01/24/2011**

JLM  E-MAIL TO A. GOLDSTEIN AND L. GRAFTON RE: PEOPLE COMING TO LOOK AT WOODBURY STORE AND REQUESTING ADVANCE NOTICE — 0.30 — 126.00

JLM  E-MAIL TO A. GOLDSTEIN RE: SIMON PROPERTY AGREEMENT (.1); REVIEW AMENDED AGREEMENT WITH SIMON PROPERTY LANDLORD (.2); REVIEW CALCULATION OF SIMON REJECTION DAMAGES CLAIM (.4); TELEPHONE CONFERENCE WITH A.

**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**

ROCK & REPUBLIC ENTERPRISES, INC.

RE: BUSINESS OPERATIONS

|  |  | TIME |  |
|---|---|---|---|
| | GOLDSTEIN RE: SAME (.2); E-MAIL TO COMMITTEE RE: SAME (.1); PREPARE AND REVISE STORE CLOSING ORDER TO REFLECT CHANGE IN AGREEMENT WITH SIMON PROPERTIES (.5); PREPARE REDLINE OF REVISED PROPOSED ORDER (.2) | 1.70 | 714.00 |
| JLM | DRAFT NOTICE OF ENTRY OF STORE CLOSING MOTION (.4); REVISE STORE CLOSING ORDER (.3); PREPARE REDLINE OF AGREEMENT WITH SIMON PROPERTIES (.2); DRAFT LETTER TO JUDGE IN CONNECTION WITH STORE CLOSING MOTION, ENCLOSING REVISED AGREEMENT WITH SIMON PROPERTIES AND REVISED ORDER AND NOTICE OF ENTRY (.3) | 1.20 | 504.00 |

01/25/2011

| JLM | REVIEW STORE CLOSING MOTION AND AMENDED AGREEMENT WITH CPG TO PREPARE FOR HEARING ON STORE CLOSING MOTION AND PREPARE OUTLINE OF ARGUMENT FOR THE HEARING TOMORROW | 1.00 | 420.00 |
|---|---|---|---|
| JLM | REVIEW AND REVISE PROPOSED NOTICE OF ENTRY OF STORE CLOSING ORDER (.4); PREPARE REDLINE OF AMENDED AGREEMENT WITH LANDLORD CPG (.1); DRAFT LETTER TO JUDGE ENCLOSING REVISED STORE CLOSING ORDER AND REVISED EXHIBITS (.4); E-MAIL SAME TO CHAMBERS (.1); TELEPHONE CONFERENCE WITH LAW CLERK RE: SUBMISSION OF SAME (.2); E-FILE AND SERVE SAME BY E-MAIL (.3) | 1.50 | 630.00 |
| JLM | E-MAIL TO L. GRAFTON AT SIMON PROPERTIES RE: PEOPLE COMING TO LOOK AT THE WOODBURY COMMONS SPACE; E-MAIL TO VIET DO RE: SAME; E-MAIL TO L. GRAFTON RE: SAME | 0.30 | 126.00 |
| AS | REVIEW STORE CLOSING MOTION IN PREPARATION FOR HEARING TOMORROW | 1.00 | 550.00 |

01/26/2011

| AG | E-MAILS TO CLIENT RE: STORE CLOSING SALE AT OUTLET STORES | 0.50 | 262.50 |
|---|---|---|---|
| JLM | E-MAIL TO A. GOLDSTEIN RE: NOTIFYING SIMON RE: ELECTING TO CONTINUE IN POSSESSION OF CAMARILLO STORE THROUGH FEBRUARY 2011 AND | | |

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.

ROCK & REPUBLIC ENTERPRISES, INC.

RE: BUSINESS OPERATIONS

|  |  | TIME |  |
|---|---|---|---|
| RE: VF CONSENT TO STORE CLOSING MOTION (.2); ARGUE STORE CLOSING MOTION (.2); E-MAIL TO CHAMBERS THE PROPOSED ORDER IN WORD WITH EXHIBITS THERETO (.2); REVIEW SIGNED STORE CLOSING ORDER AND PREPARE NOTICE OF ENTRY AND ATTACHMENT FOR E-FILING AND SERVICE ON GOVERNMENTAL ENTITIES (.2); LETTER TO JUDGE RE: SAME (.2); E-MAIL WITH A. GOLDSTEIN RE: CAMARILLO LICENSE AGREEMENT AND REVIEW LICENSE AGREEMENT AND CONFERENCE WITH A. GOLDSTEIN RE: SAME (.3) | | 1.30 | 546.00 |

01/27/2011
| AG | TELEPHONE CONFERENCE WITH RR PROFESSIONALS RE: SALE PROCESS - INSTRUCT SALES | 1.00 | 525.00 |

| AS | TELEPHONE CONFERENCE WITH DEBTOR - POST CLOSING OPERATION | 1.00 | 550.00 |

01/28/2011
| AG | TELEPHONE CONFERENCE WITH VF ATTORNEY RE: INTERNET SALES | 0.20 | 105.00 |

| AG | TELEPHONE CONFERENCE WITH MB RE: INTERNET SALES | 0.20 | 105.00 |
| | TOTAL LEGAL SERVICES THIS MATTER | 50.70 | 23,814.00 |

| | TOTAL CURRENT WORK | | 23,814.00 |

| | TOTAL THIS MATTER | | $23,814.00 |

| | TOTAL DUE THIS MATTER | | $23,814.00 |

# TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.

### 425 PARK AVENUE
### NEW YORK, N.Y. 10022

TELEPHONE (212) 754-9400
FACSIMILE (212) 754-6262

ROCK & REPUBLIC ENTERPRISES, INC.
3523 EASTHAM DRIVE
CILVER CITY CA 90232

February 17, 2011
CLIENT NO:      11931-0006M
STATEMENT NO:        209935

ATTN: ARMANDO ARCE, JR.

RE: CLAIMS ADMINISTRATION & OBJECTIONS

### LEGAL SERVICES

| | | TIME | |
|---|---|---|---|
| 01/03/2011 | | | |
| SLK | PREPARE DOCUMENTS FOR REVIEW BY A. SPIZZ | 2.50 | 375.00 |
| AG | E-MAIL TO CO-COUNSEL RE: NEW PACIFIC TRIAL | 0.30 | 157.50 |
| 01/04/2011 | | | |
| AS | REVIEW SIMMS SIGAL DOCUMENT DEMAND | 0.80 | 440.00 |
| AS | E-MAILS WITH CONDE NAST RE: CONFIRMATION OF CLAIM AMOUNT | 0.40 | 220.00 |
| AG | REVIEW CLAIMS - POSSIBLE OBJECTIONS | 0.90 | 472.50 |
| AG | TELEPHONE CONFERENCE WITH ROTH CAPITAL RE: MOTION TO FILE LATE CLAIM | 0.20 | 105.00 |
| FM | MEETING WITH A. SPIZZ RE: DOCUMENT PRODUCTION | 0.40 | 152.00 |
| 01/05/2011 | | | |
| SLK | CONTINUE TO PREPARE DOCUMENTS FOR REVIEW; CONFERENCE WITH F. MONTEJO RE: SAME. | 1.11 | 166.50 |
| FM | DISCUSSION WITH A. SPIZZ AND S. KNIGHT RE: EMAILS; REVIEW EMAILS | 2.40 | 912.00 |
| 01/06/2011 | | | |
| AS | REVIEW DEPOSITION NOTICES - SIMMS SIGAL; E-MAIL TO CLIENT | 0.50 | 275.00 |
| AS | CONFERENCE WITH CHRIS MANDERSON RE: CA DEPOSITION | 0.40 | 220.00 |
| AG | TELEPHONE CONFERENCE WITH CO-COUNSEL UPCOMING NEW PACIFIC TRIAL - OUTSTANDING ISSUES, ETC. | 0.60 | 315.00 |
| FM | REVIEW EMAILS; DISCUSSION WITH A. SPIZZ | 3.60 | 1,368.00 |

*PLEASE NOTE THAT WE NOW ACCEPT CREDIT CARD PAYMENTS*
*IF YOU WOULD LIKE TO PAY BY MASTERCARD, VISA OR AMERICAN EXPRESS, PLEASE CONTACT*
*LAURIE NEWMAN AT EXTENSION 309 OR lnewman@tnsj-law.com*

**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**

ROCK & REPUBLIC ENTERPRISES, INC.

RE: CLAIMS ADMINISTRATION & OBJECTIONS

| | | TIME | |
|---|---|---|---|
| **01/07/2011** | | | |
| AG | REVIEW CLAIMS RE: OBJECTIONS | 1.80 | 945.00 |
| AG | TELEPHONE CONFERENCE WITH ATTORNEY FOR ROTH CAPITAL RE: LATE CLAIM MOTIONS | 0.20 | 105.00 |
| FM | REVIEW EMAILS | 3.60 | 1,368.00 |
| **01/10/2011** | | | |
| SLK | CONFERENCE WITH A. GOLDSTEIN RE: PREPARE DOCUMENT RESPONSES | 0.12 | 18.00 |
| AG | REVIEW DOCUMENTS - SIMMS SIGAL PRODUCTION | 4.20 | 2,205.00 |
| FM | MEETING WITH A. GOLDSTEIN RE: DOCUMENT PRODUCTION | 1.50 | 570.00 |
| **01/11/2011** | | | |
| SLK | PREPARE DOCUMENT PRODUCTION IN CONNECTION WITH ROCK AND REPUBLIC DOCUMENT RESPONSES. | 3.00 | 450.00 |
| AG | DRAFT RESPONSE TO SIMMS SIGAL REQUEST FOR PRODUCTION OF DOCUMENTS; REVIEW DOCUMENTS TO BE PRODUCED | 3.10 | 1,627.50 |
| AG | TELEPHONE CONFERENCE WITH SILBERT RE: CLAIMS ANALYSIS | 0.60 | 315.00 |
| AG | REVIEW DOCUMENTS - NEW PACIFIC | 1.40 | 735.00 |
| JLM | CONFERENCE WITH A. GOLDSTEIN RE: NEW PACIFIC | 0.30 | 126.00 |
| **01/12/2011** | | | |
| SLK | PREPARE DOCUMENTS TO BE PRODUCED AS DISCOVERY; REVIEW (3) C-DOMS AND PERFORM SEARCH FOR DISCOVERY DOCUMENTS. | 4.10 | 615.00 |
| SLK | FINALIZE DOCUMENT PRODUCTION FOR SERVICE UPON OPPOSING COUNSEL; REVIEW DOCUMENT RESPONSES IN CONNECTION WITH SAME. | 0.25 | 37.50 |
| AG | FINALIZE REPONSE TO SIMMS SIGAL REQUEST FOR PRODUCTION OF DOCUMENTS AND PRIVILEGE LOG; ARRANGE FOR SERVICE | 0.50 | 262.50 |

**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**

ROCK & REPUBLIC ENTERPRISES, INC.

RE: CLAIMS ADMINISTRATION & OBJECTIONS

| | | | TIME | |
|---|---|---|---|---|
| 01/13/2011 | | | | |
| | AG | TELEPHONE CONFERENCE WITH MANDERSON RE: SIMMS SIGAL SCHEDULED DEPOSITIONS AND EMPLOYEE ISSUES | 0.80 | 420.00 |
| 01/14/2011 | | | | |
| | AG | REVIEW AND REVISE PROPOSED CONFIDENTIALITY AGREEMENT RE: SIMMS SIGAL | 0.80 | 420.00 |
| | AG | REVIEW DOCUMENTS RE: NEW PACIFIC TRIAL | 0.60 | 315.00 |
| 01/17/2011 | | | | |
| | SLK | PREPARE DOCUMENTS FOR REVIEW BY A. GOLDSTEIN | 0.50 | 75.00 |
| | AG | REVIEW SPRING ST. DOCUMENTS | 1.60 | 840.00 |
| 01/18/2011 | | | | |
| | SLK | COMMENCE DUPLICATING OF CD/DVD ROMS FOR DUPLICATING | 0.50 | 75.00 |
| | AG | REVIEW SIMMS SIGAL DOCUMENTS PRODUCED IN RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS | 2.70 | 1,417.50 |
| | AG | TELEPHONE CONFERENCE WITH CO-COUNSEL RE: MONDAY TRIAL | 0.70 | 367.50 |
| 01/19/2011 | | | | |
| | AG | REVIEW DOCUMENTS - NEW PACIFIC TRIAL, INCLUDING 2 TELEPHONE CONFERENCES WITH CO-COUNSEL AND WENDY WALKER - NP COUNSEL | 2.50 | 1,312.50 |
| | SLK | TELEPHONE CONFERENCES (2)  WITH A. GOLDSTEIN AND CALIFORNIA CO-COUNSELS RE: PREPARATION FOR TRIAL; COMMENCE PREPARING DOCUMENTS FOR TRIAL; ORDER EXHIBITS TABS. | 1.30 | 195.00 |
| 01/20/2011 | | | | |
| | SLK | PREPARE (170) TRIAL EXHIBITS; WITNESS LIST; DECLARATIONS; MOTIONS IN LIMINE FOR  TRIAL; DRAFT LETTER TO JUDGE LANE AND FINALIZE EXHIBITS. | 4.50 | 675.00 |
| | AG | TELEPHONE CONFERENCE WITH SIMMS SIGAL ATTORNEY RE: DEPOSITION SCHEDULE AND FURTHER PRODUCTION OF DOCUMENTS | 0.40 | 210.00 |

**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**

ROCK & REPUBLIC ENTERPRISES, INC.

RE: CLAIMS ADMINISTRATION & OBJECTIONS

| | | TIME | |
|---|---|---|---|
| AG | COMPILE DOCUMENTS FOR FORENSIC ACCOUNT RE: SIMMS SIGAL | 0.80 | 420.00 |
| AG | REVIEW AND COMPILE DOCUMENTS FOR MONDAY TRIAL (NEW PACIFIC) | 2.40 | 1,260.00 |
| AG | TELEPHONE CONFERENCE WITH SIMMS SIGAL ATTORNEY RE: ADDITIONAL PRODUCTION OF DOCUMENTS AND DEPOSITION SCHEDULE | 0.60 | 315.00 |
| 01/21/2011 | | | |
| AS | CONFERENCE WITH A. GOLDSTEIN RE: REJECTION OF CLAIM OF SIMON PROPERTIES | 0.30 | 165.00 |
| AG | TELEPHONE CONFERENCES WITH VIET RE: DOCUMENT PRODUCTION | 0.60 | 315.00 |
| AG | REVIEW DOCUMENTS; RESPOND TO COMMITTEE DOCUMENT REQUEST | 2.10 | 1,102.50 |
| 01/24/2011 | | | |
| AS | CONFERENCE WITH A. GOLDSTEIN, DA AND BRUCE ARMSTRONG RE: NEW PACIFIC TRIAL | 1.00 | 550.00 |
| AG | ATTEND TRIAL/NEW PACIFIC | 10.00 | 5,250.00 |
| JLM | E-MAIL TO A. GOLDSTEIN RE: DOCUMENTS FOR NEW PACIFIC TRIAL; CONFERENCE WITH A. GOLDSTEIN RE: TRIAL PROCEEDINGS | 0.30 | 126.00 |
| 01/25/2011 | | | |
| AS | ATTEND PORTION OF NP TRIAL | 1.50 | 825.00 |
| AG | ATTEND TRIAL/OBJECTION TO NEW PACIFIC CLAIM | 10.00 | 5,250.00 |
| AG | MEETING WITH AND PREPARE WITNESSES FOR TOMORROW'S TRIAL | 2.50 | 1,312.50 |
| JLM | E-MAIL TO AND TELEPHONE CONFERENCE WITH CRYSTAL MASON RE: COORDINATING MEETING AT TNSJ OFFICES TONIGHT | 0.30 | 126.00 |
| 01/26/2011 | | | |
| AS | ATTEND NP OBJECTION TRIAL | 1.50 | 825.00 |
| AG | ATTEND TRIAL/OBJECTION TO NEW PACIFIC TRIAL | 4.50 | 2,362.50 |

**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**

ROCK & REPUBLIC ENTERPRISES, INC.

RE: CLAIMS ADMINISTRATION & OBJECTIONS

|  |  | TIME |  |
|---|---|---|---|
| AG | MEETING WITH CLIENTS RE: NEW PACIFIC TRIAL | 2.50 | 1,312.50 |
| SLK | CONTINUE TO REVIEW R&R'S DOCUMENT PRODUCTION CD-ROMS FOR E-MAILS RELATING TO R&R EMPLOYEES. | 1.00 | 150.00 |
| JLM | APPEARANCE IN COURT RE: TRIAL IN NEW PACIFIC MATTER | 1.00 | 420.00 |

01/27/2011
| AG | REVIEW NP TRIAL EXHIBITS | 1.50 | 787.50 |
|---|---|---|---|

01/28/2011
| JLM | CONFERENCE WITH A. GOLDSTEIN RE: OBJECTING TO CLAIMS OF COMVEST AND GR | 0.10 | 42.00 |
|---|---|---|---|
| AG | TELEPHONE CONFERENCE WITH NEW PACIFIC COUNSEL RE: 502 (b) (6) ANALYSIS | 0.30 | 157.50 |
| AG | DISCUSS 502 (b) (6) ANALYSIS WITH J. MAKOWER (.5); RESEARCH RE: SAME (.9) | 1.40 | 735.00 |
| JLM | TELEPHONE CONFERENCE WITH CHAMBERS RE: CONFERENCE ON 2/1 IN SPRING STREET MATTER AND CALL-IN INFORMATION RE: SAME (.2); TELEPHONE CONFERENCE WITH COURT CALL RE: SAME AND E-MAIL TO COMMITTEE AND LANDLORD'S COUNSEL RE: SAME (.2) | 0.40 | 168.00 |
| JLM | CONFERENCE WITH A. GOLDSTEIN RE: NEW PACIFIC TRIAL AND STIPULATING ON CERTAIN SECTION 502(b)(6) ITEMS AND RE: METHOD OF DOING CALCULATIONS UNDER SECTION 502(b)(6) | 0.80 | 336.00 |
| JLM | TELEPHONE CONFERENCE WITH A. GOLDSTEIN AND W. WALKER RE: NEW PACIFIC/ITEMS WE MAY BE ABLE TO STIPULATE TO (.2); REVIEW E-MAILS RE: SAME BY W. WALKER AND A. GOLDSTEIN (.1) | 0.30 | 126.00 |
| JLM | REVIEW SECTION 502(b)(6) NEW PACIFIC OPPOSITION FILED A FEW MONTHS AGO | 0.20 | 84.00 |

01/31/2011
| JLM | CONFERENCE WITH A. SPIZZ RE: NEW PACIFIC CLAIM OBJECTION; E-MAIL TO A. SPIZZ RE: SAME | 0.10 | 42.00 |
|---|---|---|---|

**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**

ROCK & REPUBLIC ENTERPRISES, INC.

February 17, 2011

CLIENT NO:     11931-0006M
STATEMENT NO:        209935

RE: CLAIMS ADMINISTRATION & OBJECTIONS

|    |                                                                              | TIME   |           |
|----|------------------------------------------------------------------------------|--------|-----------|
| AS | REVIEW COMMENT AND BLUE CLAIMS FOR FILING OBJECTIONS; E-MAIL WITH CC – ON SAME | 1.20   | 660.00    |
| AS | TELEPHONE CONFERENCE WITH COUNSEL FOR SIMMS SIGAL RE: DISCOVERY DEPOSITION RESOLUTION | 0.60   | 330.00    |
|    | TOTAL LEGAL SERVICES THIS MATTER                                             | 105.48 | 46,435.50 |

### DISBURSEMENTS

| LEXIS NEXIS – RESEARCH CHARGES          | 206.90 |
|-----------------------------------------|--------|
| TOTAL DISBURSEMENTS THROUGH 01/31/2011  | 206.90 |

TOTAL CURRENT WORK                              46,642.40

TOTAL THIS MATTER                            $46,642.40

TOTAL DUE THIS MATTER                        $46,642.40

# TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
### 425 PARK AVENUE
### NEW YORK, N.Y. 10022

#### TELEPHONE (212) 754-9400
#### FACSIMILE (212) 754-6262

ROCK & REPUBLIC ENTERPRISES, INC.
3523 EASTHAM DRIVE
CILVER CITY CA 90232

February 17, 2011
CLIENT NO: 11931-0008M
STATEMENT NO: 209936

ATTN: ARMANDO ARCE, JR.

RE: FEE APPLICATIONS

## LEGAL SERVICES

| | | TIME | |
|---|---|---|---|
| **01/03/2011** | | | |
| JLM | DRAFT NOTICE OF HEARING ON FEE APPLICATIONS WITH ATTACHED CHART OF FEES AND EXPENSES REQUESTED (.5); DRAFT PROPOSED FEE ORDER WITH CHART (.6) | 1.10 | 462.00 |
| **01/05/2011** | | | |
| JLM | TELEPHONE CONFERENCE WITH J. RENERT RE: PROPOSED FEE APPLICATION NOTICE AND FEE APPLICATION ORDER (.2); E-MAIL PRIOR NOTICE AND ORDER TO J. RENERT (.1) | 0.30 | 126.00 |
| **01/06/2011** | | | |
| JLM | E-MAIL TO J. RENERT RE: HER COMMENT ON THE FEE APPLICATION NOTICE; CONFERENCE WITH A. GOLDSTEIN RE: SAME; REVIEW MONTHLY FEE ORDER; REVISE FEE APPLICATION NOTICE; E-MAILS WITH W. YEUNG AT DONLIN RECANO RE: SERVICE OF FEE APPLICATION NOTICE | 0.30 | 126.00 |
| **01/11/2011** | | | |
| JLM | DRAFT LETTER TO JUDGE RE: FEE APPLICATION HEARING NOTICE AND REVIEW AFFIDAVIT OF SERVICE | 0.20 | 84.00 |
| **01/20/2011** | | | |
| JLM | REVIEW COMMITTEE'S COMMENTS ON FEE ORDER; E-MAIL TO A. GOLDSTEIN RE: SAME; E-MAIL TO J. RENERT RE: SAME | 0.30 | 126.00 |
| **01/24/2011** | | | |
| JLM | E-MAIL TO J. RENERT RE: ADJOURNMENT OF FEE APPLICATION HEARINGS | 0.10 | 42.00 |
| **01/28/2011** | | | |
| JLM | DRAFT NOTICE OF ADJOURNMENT OF FEE APPLICATIONS HEARING; COORDINATE FILING AND SERVICE OF SAME | 0.30 | 126.00 |
| | TOTAL LEGAL SERVICES THIS MATTER | 2.60 | 1,092.00 |

*PLEASE NOTE THAT WE NOW ACCEPT CREDIT CARD PAYMENTS*
*IF YOU WOULD LIKE TO PAY BY MASTERCARD, VISA OR AMERICAN EXPRESS, PLEASE CONTACT*
*LAURIE NEWMAN AT EXTENSION 309 OR lnewman@tnsj-law.com*

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.

ROCK & REPUBLIC ENTERPRISES, INC.

RE: FEE APPLICATIONS

TOTAL CURRENT WORK                                    1,092.00

TOTAL THIS MATTER                                    $1,092.00

TOTAL DUE THIS MATTER                                $1,092.00

# TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
### 425 PARK AVENUE
### NEW YORK, N.Y. 10022

### TELEPHONE (212) 754-9400
### FACSIMILE (212) 754-6262

ROCK & REPUBLIC ENTERPRISES, INC.                    February 17, 2011
3523 EASTHAM DRIVE                         CLIENT NO:      11931-0009M
CILVER CITY  CA  90232                     STATEMENT NO:        209937

ATTN: ARMANDO ARCE, JR.

RE: FEE/EMPLOYMENT OBJECTIONS

#### LEGAL SERVICES

|            |     |                                                              | TIME |          |
|------------|-----|--------------------------------------------------------------|------|----------|
| 01/04/2011 |     |                                                              |      |          |
|            | AS  | CONFERENCE WITH ROB HIRSH RE: RETENTION OF FORENSIC ACCOUNTANT | 0.30 | 165.00   |
| 01/20/2011 |     |                                                              |      |          |
|            | AS  | REVIEW MONTHLY STATEMENT OF ATLAS ADVISOR FOR DECEMBER 2010   | 0.40 | 220.00   |
|            | AS  | REVIEW MONTHLY STATEMENT FOR COLEMAN FROST                    | 0.50 | 275.00   |
| 01/21/2011 |     |                                                              |      |          |
|            | AS  | REVIEW MONTHLY FEE STATUS OF A.F.                             | 1.00 | 550.00   |
|            |     | TOTAL LEGAL SERVICES THIS MATTER                             | 2.20 | 1,210.00 |
|            |     | TOTAL CURRENT WORK                                           |      | 1,210.00 |
|            |     | TOTAL THIS MATTER                                           |      | $1,210.00 |
|            |     | TOTAL DUE THIS MATTER                                       |      | $1,210.00 |

# TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.

### 425 PARK AVENUE
### NEW YORK, N.Y. 10022

### TELEPHONE (212) 754-9400
### FACSIMILE (212) 754-6262

ROCK & REPUBLIC ENTERPRISES, INC.                February 17, 2011
3523 EASTHAM DRIVE                       CLIENT NO:    11931-0010M
CILVER CITY  CA  90232                   STATEMENT NO:      209938

ATTN: ARMANDO ARCE, JR.

RE: PLAN & DISCLOSURE STATEMENT

### LEGAL SERVICES

| Date | | Description | TIME | |
|---|---|---|---|---|
| 01/03/2011 | | | | |
| | AG | REVIEW PLAN - REVISIONS TO BE MADE | 2.20 | 1,155.00 |
| | AG | REVIEW DISCLOSURE STATEMENT; REVISIONS TO BE MADE | 1.20 | 630.00 |
| 01/04/2011 | | | | |
| | AG | REVIEW DISCLOSURE STATEMENT - REVISIONS TO BE MADE | 2.10 | 1,102.50 |
| 01/05/2011 | | | | |
| | AG | REVISIONS - REVIEW PLAN | 1.30 | 682.50 |
| 01/10/2011 | | | | |
| | AG | REVIEW PLAN; REVISIONS TO BE MADE | 0.70 | 367.50 |
| 01/12/2011 | | | | |
| | AG | TELEPHONE CONFERENCE WITH MANDERSON RE: PLAN REVISIONS | 0.40 | 210.00 |
| 01/13/2011 | | | | |
| | AG | REVIEW PLAN - FURTHER AMENDMENTS | 2.10 | 1,102.50 |
| | AG | TELEPHONE CONFERENCE WITH MARK WALLACE RE: PLAN REVISIONS AND TAX RAMIFICATIONS | 0.60 | 315.00 |
| 01/17/2011 | | | | |
| | AG | E-MAILS WITH CLIENT; MANDERSON RE: PLAN RELEASE LANGUAGE - INSURANCE POLICIES | 0.50 | 262.50 |
| 01/19/2011 | | | | |
| | AS | REVIEW OBJECTION FILED BY EASTERN TO DEBTOR DISCLOSURE STATEMENT | 0.80 | 440.00 |
| | AS | REVIEW OBJECTION TO DISCLOSURE STATEMENT FILED BY RKF; CONFERENCE WITH A. GOLDSTEIN | 1.00 | 550.00 |
| | AG | REVIEW OBJECTIONS TO D.S. | 0.80 | 420.00 |

**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**

|  |  |  | TIME |  |
|---|---|---|---|---|
| **01/20/2011** | | | | |
| | AS | REVIEW ESTIMATE RANGE OF PAYMENT TO UNSECURED TOGETHER WITH ANALYSIS | 0.80 | 440.00 |
| | AG | TELEPHONE CONFERENCE WITH RR PROFESSIONAL RE: EASTHAM LEASE SITUATION OBJECTIONS TO DS AND GENERAL BUSINESS PLANS | 0.90 | 472.50 |
| | AG | TELEPHONE CONFERENCE WITH COMMITTEE AND VF COUNSEL RE: DISCUSS OBJECTIONS TO DISCLOSURE STATEMENT; REVISIONS TO D.S. AND PLAN | 0.50 | 262.50 |
| | AG | TELEPHONE CONFERENCE WITH COMMITTEE COUNSEL RE: REVISIONS TO D.S. AND PLAN (.4); DISCUSSION WITH J. MAKOWER (.3) | 0.70 | 367.50 |
| | JLM | REVIEW 2 OBJECTIONS TO DISCLOSURE STATEMENT (1 BY RKF AND 1 BY EASTHAM LANDLORD) (.9); ATTEND PROFESSIONALS' CONFERENCE CALL (.5); CONFERENCE CALL WITH A. GOLDSTEIN, R. HIRSH AND J. RENERT RE: DISCLOSURE STATEMENT AND 3525 EASTHAM, ETC. (;5); TELEPHONE CONFERENCE WITH A. GOLDSTEIN AND J. RENERT RE: RELEASE LANGUAGE ND PLAN (.2) | 2.10 | 882.00 |
| **01/21/2011** | | | | |
| | AS | REVIEW REVISED PLAN AND DISCLOSURE STATEMENT IN ACCORDANCE WITH CONFERENCE WITH CC AND OBJECTIONS CREDITORS | 1.00 | 550.00 |
| | AG | REVIEW REVISED PLAN AND PROPOSAL ORDER | 0.50 | 262.50 |
| | JLM | MEET WITH A. GOLDSTEIN AND COMMITTEE, ETC. RE: PLAN AND DISCLOSURE STATEMENT ISSUES | 1.50 | 630.00 |
| | AG | TELEPHONE CONFERENCES WITH COMMITTEE COUNSEL; COUNSEL FOR RKF AND EASTHAM LOCATION RE: DISCLOSURE STATEMENT OBJECTIONS | 1.10 | 577.50 |
| **01/22/2011** | | | | |
| | JLM | REVIEW E-MAILS FROM J. RENERT RE: DISCLOSURE STATEMENT ORDER AND DISCLOSURE STATEMENT AND PLAN; GO TO OFFICE TO PRINT OUT REVISED DISCLOSURE STATEMENT AND PLAN DOCUMENTS E-MAILED BY J. RENERT ON FRIDAY | | |

**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**

ROCK & REPUBLIC ENTERPRISES, INC.

RE: PLAN & DISCLOSURE STATEMENT

| | | TIME | |
|---|---|---|---|
| | EVENING | 0.60 | 252.00 |

**01/23/2011**

| JLM | REVIEW PLAN AND DISCLOSURE STATEMENT (1.0); REVIEW AND REVISE DISCLOSURE STATEMENT ORDER (2.0); E-MAILS TO A. GOLDSTEIN AND A. SPIZZ RE: DISCLOSURE STATEMENT ORDER AND DISCLOSURE STATEMENT ISSUES (.2) | 3.20 | 1,344.00 |
|---|---|---|---|

**01/24/2011**

| AS | REVIEW LETTER BY COMMITTEE RECOMMENDING ACCEPTANCE OF PLAN | 0.40 | 220.00 |
|---|---|---|---|
| AS | TELEPHONE CONFERENCE WITH COUNSEL TO COMMITTEE - HIRSH RE: AMENDMENT TO DISCLOSURE STATEMENT | 0.50 | 275.00 |
| AS | REVIEW CHANGES TO DISCLOSURE STATEMENT PER AGREEMENT WITH OBJECTIONS | 1.00 | 550.00 |
| JLM | CONTINUE TO REVIEW AND REVISE DISCLOSURE STATEMENT ORDER AND EXHIBITS; E-MAILS WITH J. RENERT RE: REVISIONS NEEDED TO DISCLOSURE STATEMENT ORDER AND BALLOTS, ETC. | 2.30 | 966.00 |
| JLM | E-MAIL TO COMMITTEE RE: RKF INTEREST IN ESCROW ISSUE | 0.20 | 84.00 |
| JLM | REVIEW E-MAIL FROM I. GOLD RE: DISCLOSURE STATEMENT AND EASTHAM ISSUES (.1); TELEPHONE CONFERENCE WITH A. SPIZZ AND R. HIRSH RE: I. GOLD'S COMMENTS (.6) | 0.70 | 294.00 |
| JLM | DRAFT LANGUAGE TO ADD INTO DISCLOSURE STATEMENT TO RESPOND TO 3525 EASTHAM LANDLORD'S COMMENTS AND E-MAIL TO COMMITTEE RE: SAME (.5); CONFERENCE WITH A. SPIZZ RE: DISCLOSURE STATEMENT ISSUES (.3) | 0.80 | 336.00 |
| JLM | E-MAIL TO A. GOLDSTEIN AND A. SPIZZ RE: QUESTIONS ON DISCLOSURE STATEMENT AND PLAN | 0.20 | 84.00 |

**01/25/2011**

| JLM | TELEPHONE CONFERENCE CALL WITH A. GOLDSTEIN, COMMITTEE AND I. GOLD RE: DISCLOSURE STATEMENT ISSUES AND TELEPHONE | | |
|---|---|---|---|

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.

ROCK & REPUBLIC ENTERPRISES, INC.

CLIENT NO:      11931-0010M
STATEMENT NO:        209938

RE: PLAN & DISCLOSURE STATEMENT

|  |  | TIME |  |
|---|---|---|---|
|  | CONFERENCE WITH V. DURRER RE: DISCLOSURE STATEMENT ISSUES (2.0); REVIEW REVISIONS TO PLAN AND DISCLOSURE STATEMENT AND DISCLOSURE STATEMENT ORDER (1.0); E-MAILS TO COMMITTEE AND I. GOLD RE: REVISIONS TO DISCLOSURE STATEMENT RE: BALL RELEASE (.4); E-MAILS RE: CIT (.2); MEETINGS WITH A. SPIZZ AND A. GOLDSTEIN RE: HEARING TOMORROW (.8) | 4.40 | 1,848.00 |
| JLM | REVIEW REVISED DISCLOSURE STATEMENT AND PLAN AND REVIEW E-MAILS WITH COMMITTEE AND I. GOLD, ETC. RE: SAME | 1.00 | 420.00 |
| JLM | REVIEW E-MAILS FROM COMMITTEE RE: PROPOSED REVISIONS TO PLAN (.3); CONFERENCE WITH A. SPIZZ RE: EASTHAM ISSUES AND OUR PROPOSED REVISIONS TO DISCLOSURE STATEMENT (.3) | 0.60 | 252.00 |
| JLM | REVIEW ADDITIONAL CHANGES TO PLAN AND DISCLOSURE STATEMENT AND DISCLOSURE STATEMENT ORDER AND REVIEW COMMITTEE'S LETTER TO CREDITORS | 0.30 | 126.00 |
| JLM | PREPARATION OF FILES FOR DISCLOSURE HEARING TOMORROW AND CONFERENCE WITH A. SPIZZ RE: SAME | 0.50 | 210.00 |
| AS | CHANGES TO DISCLOSURE STATEMENT PER RESOLUTION WITH OBJECTIONS | 2.00 | 1,100.00 |
| AS | REVIEW FURTHER REVISIONS TO PLAN, DISCLOSURE STATEMENT AND ORDER APPROVING D.S.; PREPARATION FOR TOMORROW'S HEARING | 3.50 | 1,925.00 |

01/26/2011

|  |  |  |  |
|---|---|---|---|
| JLM | ATTEND HEARING IN COURT ON APPROVAL OF DISCLOSURE STATEMENT (1.8); CONFERENCE WITH A. GOLDSTEIN RE: SAME (.1); TRAVEL TIME (.9); REVIEW PROPOSED LANGUAGE CIRCULATED BY J. RENERT AFTER DISCLOSURE STATEMENT HEARING AND E-MAILS RE: SAME (.4); CONFERENCE WITH A. SPIZZ RE: DISCHARGE PROVISIONS (.1) | 3.30 | 1,386.00 |
| AS | ATTEND HEARING TO APPROVE DISCLOSURE STATEMENT AND TRAVEL | 2.50 | 1,375.00 |

**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**

ROCK & REPUBLIC ENTERPRISES, INC.

RE: PLAN & DISCLOSURE STATEMENT

|  |  | TIME |  |
|---|---|---|---|
| AS | REVIEW REVISED DISCLOSURE STATEMENT, PLAN AND ORDER PER HEARING | 1.00 | 550.00 |

01/27/2011
| JLM | E-MAIL TO A. GOLDSTEIN AND J. RENERT RE: DISCLOSURE STATEMENT ORDER AND DISCLOSURE STATEMENT AND RELEVANT DATES; REVIEW REVISED DISCLOSURE STATEMENT AND DISCLOSURE STATEMENT ORDER | 1.00 | 420.00 |
| AG | REVIEW PROPOSED ORDER APPROVING D.S.; REVIEW REVISIONS TO D.S. AND PLAN | 0.50 | 262.50 |
| AG | REVIEW FURTHER REVISIONS TO DOCUMENTS | 0.30 | 157.50 |
| AG | REVIEW SUMMARY/DETAILED PLAN CLASS VOTING REPORT | 1.30 | 682.50 |
| AG | TELEPHONE CONFERENCE WITH PROFESSIONALS RE: PLAN AND APA STATUS | 0.30 | 157.50 |
| AS | REVIEW PLAN AND DISCLOSURE STATEMENT - REVISIONS PER COURT HEARING | 1.50 | 825.00 |
| AS | REVIEW VOTING CLAIMS REPORT | 0.50 | 275.00 |

01/28/2011
| JLM | CONFERENCE WITH A. GOLDSTEIN RE: RESCHEDULING MEETING WITH G. SILBERT AND RE: PLAN AND DISCLOSURE STATEMENT ISSUES INCLUDING ADDING PARENT COMPANIES TO PLAN AS RELEASED PARTIES (.2); E-MAIL TO G. SILBERT RE: SAME (.1); E-MAIL TO J. RENERT RE: ADDING PARENT COMPANIES AND RE: SPRING STREET CONFERENCE (.1); REVIEW E-MAILS FROM J. RENERT, ETC. RE: DISCLOSURE STATEMENT DATES, ETC. (.1); REVIEW NEW BLACKLINED PLAN, DISCLOSURE STATEMENT AND DISCLOSURE STATEMENT ORDER (.4) | 0.90 | 378.00 |

01/31/2011
| JLM | E-MAIL TO G. SILBERT RE: MEETING THIS WEEK; REVIEW E-MAILS BETWEEN A. SPIZZ AND J. RENERT RE: COMVEST AND OTHER CLAIMS | 0.30 | 126.00 |
| AS | REVIEW FINAL ORDER APPROVAL DISCLOSURE |  |  |

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.

ROCK & REPUBLIC ENTERPRISES, INC.

February 17, 2011
CLIENT NO:        11931-0010M
STATEMENT NO:          209938

RE: PLAN & DISCLOSURE STATEMENT

| | TIME | |
|---|---|---|
| STATEMENT | 0.40 | 220.00 |
| TOTAL LEGAL SERVICES THIS MATTER | 58.80 | 28,783.00 |
| TOTAL CURRENT WORK | | 28,783.00 |
| TOTAL THIS MATTER | | $28,783.00 |
| TOTAL DUE THIS MATTER | | $28,783.00 |

# TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.

### 425 PARK AVENUE
### NEW YORK, N.Y. 10022

TELEPHONE (212) 754-9400
FACSIMILE (212) 754-6262

ROCK & REPUBLIC ENTERPRISES, INC.
3523 EASTHAM DRIVE
CILVER CITY  CA  90232

ATTN: ARMANDO ARCE, JR.

February 17, 2011
CLIENT NO:       11931-0013M
STATEMENT NO:         209939

RE: LEASES/EXCUTORY CONTRACTS

## LEGAL SERVICES

| | | TIME | |
|---|---|---|---|
| **01/07/2011** | | | |
| AG | REVIEW WYNN LAS VEGAS LICENSE AGREEMENT; E-MAIL TO PARTIES | 0.50 | 262.50 |
| **01/18/2011** | | | |
| JLM | E-MAIL TO A. GOLDSTEIN RE: CALLING SIMON PROPERTIES RE: CHANGING 1/24 DATE IN THE AGREEMENT AND CONFERENCE WITH A. GOLDSTEIN RE: SIMON PROPERTIES | 0.20 | 84.00 |
| **01/20/2011** | | | |
| JLM | REVIEW EASTHAM LEASE DOCUMENTS AND CONFERENCE CALLS RE: SALE AT EASTHAM | 0.50 | 210.00 |
| **01/21/2011** | | | |
| AG | TELEPHONE CONFERENCE WITH SIMON PROPERTIES LANDLORD RE: AGREEMENT TO CONDUCT STORE CLOSING SALE; REVISE AGREEMENT | 1.20 | 630.00 |
| AS | TELEPHONE CONFERENCE AND E-MAIL WITH REP. OF EQUIPMENT LEASING CO. RE: COPY MACHINES – ASSUME OR REJECT | 0.30 | 165.00 |
| **01/24/2011** | | | |
| AS | E-MAIL AND TELEPHONE CONFERENCE WITH CRO – ROBERTSON LEASE SETTLEMENT | 0.50 | 275.00 |
| JLM | E-MAIL TO R. TUCKER AND L. GRAFTON RE: SIMON PROPERTIES' AGREEMENT WITH EXHIBITS | 0.10 | 42.00 |
| **01/26/2011** | | | |
| AG | E-MAILS WITH CLIENT RE: TERMINATION OF WYNN LICENSE AGREEMENT - DISPOSAL OF INVENTORY | 0.40 | 210.00 |
| **01/27/2011** | | | |
| AS | E-MAILS RE: WYNN - LEASE REJECTION | 0.50 | 275.00 |
| **01/28/2011** | | | |
| JLM | CONFERENCE WITH A. GOLDSTEIN RE: SOUTH ROBERTSON LEASES  AND POTENTIAL DEAL | 0.20 | 84.00 |

*PLEASE NOTE THAT WE NOW ACCEPT CREDIT CARD PAYMENTS*
*IF YOU WOULD LIKE TO PAY BY MASTERCARD, VISA OR AMERICAN EXPRESS, PLEASE CONTACT*
*LAURIE NEWMAN AT EXTENSION 309 OR lnewman@tnsj-law.com*

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.

ROCK & REPUBLIC ENTERPRISES, INC.

February 17, 2011
CLIENT NO:      11931-0013M
STATEMENT NO:          209939

RE: LEASES/EXCUTORY CONTRACTS

|  | TIME |  |
| --- | --- | --- |
| TOTAL LEGAL SERVICES THIS MATTER | 4.40 | 2,237.50 |
| TOTAL CURRENT WORK |  | 2,237.50 |
| TOTAL THIS MATTER |  | $2,237.50 |
| TOTAL DUE THIS MATTER |  | $2,237.50 |