

FTI Consulting, Inc.
3 Times Square
9th Floor
New York, NY 10036

212.247.1010 telephone
212.841.9350 facsimile

www.fticonsulting.com

February 18, 2011

VIA FIRST CLASS MAIL

Rock & Republic Enterprises, Inc.
3523 Eastham Drive
Culver City, CA 90232

Attention: Viet Do

Re: Rock & Republic Enterprises, *et al*. (the "Debtors")

Dear Mr. Do,

In accordance with the Order Pursuant to Bankruptcy Code Sections 105(a) and 331 establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered by the Honorable Arthur J. Gonzalez on April 29, 2010, annexed herewith is the billing statement of FTI Consulting, Inc. ("FTI") for the period from January 1, 2011 through January 31, 2011. As reflected in the billing statement, FTI requests $52,013.50 compensation for professional services rendered and $76.27 in expense reimbursements. If no objections are received within fifteen days of the submission of this billing statement, our bill should be promptly paid in the amount of **$41,687.07** consisting of: (a) advisory fees in the amount of $41,610.80, equivalent to eighty percent (80%) of the requested fees; and (b) $76.27 in expenses.

To assist the parties in interest in reviewing our billing statement, we have annexed a fee summary and a disbursement summary. Should you have any comments or questions, please feel free to contact me at 212-841-9369.

Very truly yours,

Steven Simms
Senior Managing Director

Encl.
Service List

**Service List**

Rock & Republic Enterprises, Inc.
3523 Eastham Drive
Culver City, CA 90232
Attn: Viet Do

Todtman, Nachamie, Spizz & Johns, P.C.
425 Park Avenue
New York, NY 10022
Attn: Arthur Goldstein, Esq. and Alex Spizz, Esq.

Arent Fox LLP
1675 Broadway
New York, NY 10019
Attn: Robert Hirsh

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Richard C. Morrissey, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| ROCK & REPUBLIC ENTERPRISES, INC., *et al.*, | Case No. 10-17728 (AJG) |
| Debtors. | (Jointly Administered) |

**NINTH STATEMENT SUBMITTED IN COMPLIANCE WITH ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 331 ESTABLISHING PROCEDURES FOR INTERIM MONTHLY COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS FOR THE PERIOD JANUARY 1, 2011 THROUGH JANUARY 31, 2011**

The statement of FTI Consulting, Inc. ("FTI") as financial advisor to the Official Committee of Unsecured Creditors of Rock & Republic Enterprises, Inc. ("R&R") and Triple R., Inc. ("TR"), debtors and debtors in possession, (collectively, the "Debtors") in accordance with the Order Pursuant to sections 105(a) and 331, of title 11, United States Code establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals (the "Order") entered by the Honorable Arthur J. Gonzalez, United States Bankruptcy Judge, in room 523 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY, on April 29, 2010, does respectfully represent and allege as follows:

1. The fees and disbursements recorded during the period from January 1, 2011 through and including January 31, 2011 (the "Ninth Period") amount to:

| | |
|---|---:|
| Fees Incurred for Ninth Period | $52,013.50 |
| Fees Requested for Ninth Period (80% Fees Incurred) | 41,610.80 |
| Fees | $41,610.80 |
| Disbursements | 76.27 |
| **TOTAL** | **$41,687.07** |

As stated in the FTI Retention Application, FTI has agreed to seek compensation on an hourly basis, plus reimbursement of actual and necessary expenses for the Ninth Period. Total fees for the Ninth Period based on actual billing rates were $52,013.50 for a total of 74.0 hours incurred. FTI seeks 80% of the requested fees in the amount of $41,610.80 and 100% of expenses in the amount of $76.27 for the Ninth Period.

2. The professionals providing services and the aggregate hours spent by each professional during the Ninth Period are set forth in the schedule annexed hereto as Exhibit "A."

3. A summary of services rendered and time charges under each service category during the Ninth Period are set forth in the schedule annexed hereto as Exhibit "B."

4. Detailed time entry by services rendered during the Ninth Period is set forth in the schedule annexed hereto as Exhibit "C."

A summary of disbursements by category is set forth in the schedule annexed hereto as Exhibit "D".

5. A detailed breakdown of the expenses is in the schedule annexed hereto as Exhibit "E."

6. The professionals at FTI record all of their time expended in connection with this engagement in increments of tenths (1/10) of an hour. The time recorded to matters is thereafter billed at the prevailing hourly rates. Disbursements, as they are recorded in FTI's computer records, are thereafter generally billed to each client as applicable. The disbursements in this Fee Statement conform with the limits as set forth in the Administrative Orders of the United States Bankruptcy Court for the Southern District of New York dated August 10, 1991 and August 19, 1995.

Dated: New York, New York
February 18, 2011

          FTI CONSULTING, INC.
          Financial Advisors to the Official Committee of Unsecured
          Creditors of Rock & Republic Enterprises, Inc., *et al*.

By: /s/ Steven Simms

          Steven Simms
          Senior Managing Director
          Three Times Square
          New York, New York 10036
          (212) 841-9369

\*\* **The fees and disbursements requested in this Fee Statement shall be authorized to be paid to the requesting party by the Debtor without further Notice and without a hearing unless, within fifteen (15) days after service of this Fee Statement, an objection is filed with the Clerk of the Bankruptcy Court and served upon FTI Consulting Inc. and those parties identified in the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals**

Check and wire transfer instructions are as follows:

| By Check Remit to: | By Wire Transfer Remit to: |
|---|---|
| FTI Restructuring | ABA # 026009593 |
| PO Box 631916 | Bank of America |
| Baltimore, MD 21263-1916 | FTI Consulting, Inc. |
| | Account #003939577164 |
| | Tax ID #22-3026953 |

Project No. 423829.0001

# EXHIBIT A
## ROCK & REPUBLIC ENTERPRISES, INC., CASE NO. 10-11728
## SUMMARY OF HOURS BY PROFESSIONAL
### *FOR THE PERIOD JANUARY 1, 2011 TO JANUARY 31, 2011*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Simms, Steven | Senior Managing Director | $885 | 1.6 [1] | $1,416.00 |
| Simms, Steven | Senior Managing Director | 895 | 16.7 | 14,946.50 |
| Cordasco, Michael | Managing Director | 745 | 33.2 | 24,734.00 |
| Pace, Kathryn | Senior Consultant | 530 | 18.9 | 10,017.00 |
| Hellmund-Mora, Marili | Associate | 250 | 3.6 | 900.00 |
| **TOTAL** | | | 74.0 | $52,013.50 |

[1] Hours were incurred in December at the billing rate of $885.

# EXHIBIT B
## ROCK & REPUBLIC ENTERPRISES, INC., CASE NO. 10-11728
## SUMMARY OF HOURS BY TASK
### *FOR THE PERIOD JANUARY 1, 2011 TO JANUARY 31, 2011*

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 15.8 | $10,273.50 |
| 2 | Cash & Liquidity Analysis | 14.3 | 9,533.00 |
| 6 | Asset Sales | 3.0 | 2,428.00 |
| 11 | Prepare for and Attend Court Hearings | 4.7 | 4,206.50 |
| 14 | Analysis of Claims/Liab Subject to Compromise | 5.8 | 4,471.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 4.8 | 3,801.00 |
| 17 | Wind Down Monitoring | 2.1 | 1,474.00 |
| 18 | Potential Avoidance Actions & Litigation | 3.5 | 2,652.50 |
| 19 | Case Management | 1.6 | 1,192.00 |
| 20 | General Mtgs with Debtor & Debtors' Professionals | 1.7 | 1,311.50 |
| 21 | General Mtgs with UCC & UCC Counsel | 7.5 | 5,503.00 |
| 22 | Meetings with Other Parties | 4.0 | 3,355.00 |
| 24 | Preparation of Fee Application | 5.2 | 1,812.50 |
| | **TOTAL** | **74.0** | **$52,013.50** |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 1/10/2011 | Cordasco, Michael | 0.4 | Review revised draft presentation to Committee. |
| 1 | 1/18/2011 | Cordasco, Michael | 0.6 | Participate in call with Debtors re: operating performance. |
| 1 | 1/18/2011 | Simms, Steven | 0.9 | Correspond re: expense items for insiders. |
| 1 | 1/19/2011 | Simms, Steven | 0.2 | Correspond re: insider payments. |
| 1 | 1/21/2011 | Pace, Kathryn | 0.5 | Discuss and review estate expenses. |
| 1 | 1/24/2011 | Cordasco, Michael | 0.3 | Review results of inventory physical count. |
| 1 | 1/24/2011 | Cordasco, Michael | 0.4 | Review latest ADP payroll registers. |
| 1 | 1/24/2011 | Cordasco, Michael | 0.8 | Review executive expense reimbursement detail. |
| 1 | 1/24/2011 | Pace, Kathryn | 3.0 | Review and summarize executive expenses. |
| 1 | 1/24/2011 | Cordasco, Michael | 0.3 | Correspond re: expense reimbursement details. |
| 1 | 1/24/2011 | Cordasco, Michael | 0.3 | Review draft expense summary. |
| 1 | 1/24/2011 | Cordasco, Michael | 0.4 | Review latest A/R aging analysis. |
| 1 | 1/25/2011 | Simms, Steven | 1.1 | Review expense items of insiders. |
| 1 | 1/25/2011 | Pace, Kathryn | 1.5 | Update summary of executive expenses. |
| 1 | 1/25/2011 | Cordasco, Michael | 0.4 | Review expense summary prepared for Counsel. |
| 1 | 1/25/2011 | Cordasco, Michael | 0.6 | Participate in call with Counsel re: results of expense review. |
| 1 | 1/26/2011 | Pace, Kathryn | 3.0 | Prepare summary of executive expenses for Counsel. |
| 1 | 1/27/2011 | Cordasco, Michael | 0.4 | Review executive expense summary. |
| 1 | 1/28/2011 | Pace, Kathryn | 0.5 | Review executive expenses in conjunction with the approved Plan. |
| 1 | 1/28/2011 | Cordasco, Michael | 0.2 | Review revised expense summary. |
| | | **Total Task Code 1** | **15.8** | |
| 2 | 12/21/2010 | Simms, Steven | 0.6 | Participate in call with company on cash flow issues. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 1/6/2011 | Pace, Kathryn | 1.5 | Review updated 13 week cash flow. |
| 2 | 1/6/2011 | Cordasco, Michael | 0.5 | Review updated cash forecast. |
| 2 | 1/6/2011 | Cordasco, Michael | 0.6 | Participate in call with Debtor re: current cash performance. |
| 2 | 1/6/2011 | Cordasco, Michael | 0.2 | Review key points re: liquidity analysis. |
| 2 | 1/7/2011 | Pace, Kathryn | 3.3 | Prepare report on revised cash flow and actual results. |
| 2 | 1/10/2011 | Simms, Steven | 0.4 | Review document re: update on sale and liquidity issues. |
| 2 | 1/10/2011 | Pace, Kathryn | 1.2 | Revise presentation on updated cash flow and liquidity. |
| 2 | 1/11/2011 | Cordasco, Michael | 0.4 | Participate in call with Debtors' advisors re: cash activity. |
| 2 | 1/11/2011 | Cordasco, Michael | 0.5 | Participate in call with CFO re: cash variances and new business outlook. |
| 2 | 1/11/2011 | Cordasco, Michael | 0.3 | Review check listing for prior 2 weeks. |
| 2 | 1/11/2011 | Cordasco, Michael | 0.4 | Review budget to actual cash flow analysis. |
| 2 | 1/11/2011 | Cordasco, Michael | 0.2 | Review and analyze unissued check listing. |
| 2 | 1/12/2011 | Simms, Steven | 0.6 | Review liquidity and related items. |
| 2 | 1/13/2011 | Cordasco, Michael | 0.3 | Review cash flow data prepared by Debtors. |
| 2 | 1/18/2011 | Cordasco, Michael | 0.3 | Participate in call with Counsel re: Debtor liquidity. |
| 2 | 1/18/2011 | Cordasco, Michael | 0.4 | Review updated actual cash flows. |
| 2 | 1/18/2011 | Cordasco, Michael | 0.3 | Review latest check register. |
| 2 | 1/18/2011 | Cordasco, Michael | 0.5 | Participate in call with Debtors' advisor re: liquidity forecast. |
| 2 | 1/25/2011 | Pace, Kathryn | 0.3 | Participate in call with CEO re: latest results and cash flows. |
| 2 | 1/25/2011 | Cordasco, Michael | 0.5 | Review updated cash flow analysis. |
| 2 | 1/25/2011 | Cordasco, Michael | 0.2 | Prepare question list re: liquidity. |
| 2 | 1/31/2011 | Cordasco, Michael | 0.3 | Correspond with Debtors re: liquidity levels. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 1/31/2011 | Cordasco, Michael | 0.5 | Review updated cash and liquidity analysis. |
| | | **Total Task Code 2** | **14.3** | |
| 6 | 12/22/2010 | Simms, Steven | 0.2 | Correspond re: sale documents. |
| 6 | 1/13/2011 | Cordasco, Michael | 0.5 | Participate in call with Debtor re: sale update. |
| 6 | 1/14/2011 | Cordasco, Michael | 0.3 | Review draft GOB motion. |
| 6 | 1/17/2011 | Cordasco, Michael | 0.4 | Review draft GOB motion. |
| 6 | 1/19/2011 | Cordasco, Michael | 0.2 | Participate in call with Counsel re: bid procedures motion. |
| 6 | 1/20/2011 | Simms, Steven | 0.3 | Participate in call with creditor re: sale issues. |
| 6 | 1/21/2011 | Simms, Steven | 0.4 | Participate in call with buyer re: sale issues. |
| 6 | 1/21/2011 | Simms, Steven | 0.4 | Review correspondence with Debtor on sale items. |
| 6 | 1/27/2011 | Cordasco, Michael | 0.3 | Participate in call with potential purchaser. |
| | | **Total Task Code 6** | **3.0** | |
| 11 | 1/18/2011 | Simms, Steven | 0.5 | Review document re: hearing related to case issues. |
| 11 | 1/19/2011 | Simms, Steven | 0.6 | Prepare for hearing on procedures. |
| 11 | 1/26/2011 | Simms, Steven | 3.6 | Attend Court hearing re: Rodeo Drive claim. |
| | | **Total Task Code 11** | **4.7** | |
| 14 | 1/10/2011 | Cordasco, Michael | 0.5 | Review distribution contract re: potential damage claim. |
| 14 | 1/11/2011 | Simms, Steven | 0.6 | Participate in call with potential accountant on claim analysis. |
| 14 | 1/12/2011 | Simms, Steven | 0.4 | Review document re: claim issues. |
| 14 | 1/13/2011 | Cordasco, Michael | 0.3 | Correspond with Debtor re: distributor negotiations. |
| 14 | 1/17/2011 | Cordasco, Michael | 0.5 | Review lease rejection claim estimates. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 14 | 1/18/2011 | Cordasco, Michael | 0.4 | Review lease rejection claim calculations. |
| 14 | 1/19/2011 | Cordasco, Michael | 0.5 | Review lease documentation re: proposed lease rejections. |
| 14 | 1/19/2011 | Cordasco, Michael | 0.3 | Review lease payment history for claims analysis. |
| 14 | 1/19/2011 | Cordasco, Michael | 0.6 | Prepare lease rejection claim calculations. |
| 14 | 1/19/2011 | Cordasco, Michael | 0.2 | Research re: lease rejection claim calculations. |
| 14 | 1/20/2011 | Cordasco, Michael | 0.3 | Participate in call with Counsel re: lease rejection claims. |
| 14 | 1/21/2011 | Cordasco, Michael | 0.3 | Review lease rejection claim calculations. |
| 14 | 1/27/2011 | Cordasco, Michael | 0.6 | Review claims summary re: voting eligibility. |
| 14 | 1/31/2011 | Cordasco, Michael | 0.3 | Review claims for voting record. |
| | | **Total Task Code 14** | **5.8** | |
| 16 | 1/6/2011 | Simms, Steven | 0.4 | Review update re: Plan items. |
| 16 | 1/14/2011 | Simms, Steven | 0.4 | Correspond with Counsel on Plan items. |
| 16 | 1/17/2011 | Simms, Steven | 0.4 | Review items related to Plan modifications. |
| 16 | 1/19/2011 | Cordasco, Michael | 0.7 | Prepare draft recovery analysis. |
| 16 | 1/19/2011 | Cordasco, Michael | 0.2 | Participate in call with Counsel re: recovery analysis. |
| 16 | 1/20/2011 | Cordasco, Michael | 0.4 | Review and edit recovery analysis. |
| 16 | 1/21/2011 | Cordasco, Michael | 0.5 | Participate in call with Counsel re: Disclosure Statement objections. |
| 16 | 1/21/2011 | Cordasco, Michael | 0.4 | Participate in call with Counsel re: Disclosure Statement changes. |
| 16 | 1/21/2011 | Cordasco, Michael | 0.5 | Review revised draft POR and Disclosure Statement order. |
| 16 | 1/25/2011 | Cordasco, Michael | 0.2 | Review draft Disclosure Statement order. |
| 16 | 1/26/2011 | Simms, Steven | 0.3 | Review draft of Plan and related items. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 1/31/2011 | Cordasco, Michael | 0.4 | Participate in call with Counsel re: Disclosure Statement hearing and litigation. |
| | | **Total Task Code 16** | **4.8** | |
| 17 | 1/6/2011 | Cordasco, Michael | 0.4 | Participate in call with Debtor re: wind down efforts. |
| 17 | 1/6/2011 | Pace, Kathryn | 0.7 | Participate in call with Debtors' advisors re: wind down process. |
| 17 | 1/10/2011 | Cordasco, Michael | 0.6 | Review draft wind down presentation to Committee. |
| 17 | 1/13/2011 | Simms, Steven | 0.4 | Prepare list of update items re: wind-down. |
| | | **Total Task Code 17** | **2.1** | |
| 18 | 1/10/2011 | Simms, Steven | 0.3 | Correspond re: Simms' claim and related issues. |
| 18 | 1/14/2011 | Cordasco, Michael | 1.1 | Review document re: Simms litigation. |
| 18 | 1/14/2011 | Cordasco, Michael | 0.9 | Review document re: Simms litigation. |
| 18 | 1/21/2011 | Cordasco, Michael | 0.7 | Review document production prepared by Debtors. |
| 18 | 1/25/2011 | Cordasco, Michael | 0.5 | Participate in call with Counsel re: Simms litigation and New Pacific trial. |
| | | **Total Task Code 18** | **3.5** | |
| 19 | 1/5/2011 | Cordasco, Michael | 0.2 | Correspond with Debtor re: outstanding request list. |
| 19 | 1/10/2011 | Cordasco, Michael | 0.5 | Prepare updated request list to Debtors. |
| 19 | 1/18/2011 | Cordasco, Michael | 0.6 | Prepare and edit updated due diligence listing. |
| 19 | 1/19/2011 | Cordasco, Michael | 0.3 | Review and edit request letter to Debtors. |
| | | **Total Task Code 19** | **1.6** | |
| 20 | 1/10/2011 | Cordasco, Michael | 0.3 | Participate in call with Debtor re: status update. |
| 20 | 1/20/2011 | Cordasco, Michael | 0.7 | Participate in call with Debtors re: Status update and potential purchaser. |
| 20 | 1/25/2011 | Cordasco, Michael | 0.4 | Participate in call with Debtor re: financial performance and wind down status update. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 20 | 1/27/2011 | Simms, Steven | 0.3 | Participate in call with Debtor re: case issues. |
|  |  | **Total Task Code 20** | 1.7 |  |
| 21 | 12/20/2010 | Simms, Steven | 0.8 | Participate in call with Committee re: sale issues. |
| 21 | 1/5/2011 | Simms, Steven | 0.8 | Participate in call with Committee re: case issues. |
| 21 | 1/5/2011 | Pace, Kathryn | 0.8 | Participate in call with Committee re: case issues. |
| 21 | 1/5/2011 | Cordasco, Michael | 0.8 | Participate in call with Committee re: case issues. |
| 21 | 1/10/2011 | Cordasco, Michael | 0.3 | Participate in call with Counsel re: status update call with Counsel. |
| 21 | 1/17/2011 | Cordasco, Michael | 0.2 | Participate in call with Counsel re: preparation for Committee call. |
| 21 | 1/18/2011 | Pace, Kathryn | 0.8 | Participate in weekly Committee call. |
| 21 | 1/18/2011 | Cordasco, Michael | 0.8 | Participate in weekly Committee call. |
| 21 | 1/18/2011 | Cordasco, Michael | 0.2 | Prepare for Committee call. |
| 21 | 1/25/2011 | Simms, Steven | 0.3 | Participate in call with Counsel re: case issues. |
| 21 | 1/25/2011 | Simms, Steven | 0.6 | Participate in call with Committee re: case issues. |
| 21 | 1/25/2011 | Pace, Kathryn | 0.5 | Participate in pre-call with Counsel re: status update. |
| 21 | 1/25/2011 | Cordasco, Michael | 0.6 | Participate in call with Committee re: status update. |
|  |  | **Total Task Code 21** | 7.5 |  |
| 22 | 1/7/2011 | Simms, Steven | 0.3 | Participate in call with buyer. |
| 22 | 1/10/2011 | Simms, Steven | 0.3 | Participate in call with buyer re: case issues. |
| 22 | 1/12/2011 | Cordasco, Michael | 1.5 | Participate in call with Debtors and potential purchaser re: sale and liquidity issues. |
| 22 | 1/12/2011 | Simms, Steven | 1.5 | Participate in call with buyer and Debtor on sale and liquidity issues. |
| 22 | 1/14/2011 | Simms, Steven | 0.4 | Participate in call with buyer. |
|  |  | **Total Task Code 22** | 4.0 |  |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 1/12/2011 | Hellmund-Mora, Marili | 0.9 | Prepare December fee application. |
| 24 | 1/12/2011 | Hellmund-Mora, Marili | 1.7 | Continue to prepare December fee application. |
| 24 | 1/18/2011 | Pace, Kathryn | 1.0 | Review December bill and provide comments. |
| 24 | 1/18/2011 | Hellmund-Mora, Marili | 0.6 | Update December fee application. |
| 24 | 1/19/2011 | Pace, Kathryn | 0.3 | Revise December bill and distribute. |
| 24 | 1/19/2011 | Cordasco, Michael | 0.3 | Review draft December bill. |
| 24 | 1/20/2011 | Hellmund-Mora, Marili | 0.4 | Finalize December fee application. |
| | | **Total Task Code 24** | **5.2** | |
| | | **Grand Total** | **74.0** | |

**EXHIBIT D**
**ROCK & REPUBLIC ENTERPRISES, INC., CASE NO. 10-11728**
**SUMMARY OF EXPENSES BY CATEGORY**
*FOR THE PERIOD JANUARY 1, 2011 TO JANUARY 31, 2011*

| Expense Category | Expense Total |
|---|---:|
| Other | $76.27 |
| **Total Out-of-Pocket Expenses** | $76.27 |

**EXHIBIT E**
**ROCK & REPUBLIC ENTERPRISES, INC., CASE NO. 10-11728**
**DETAIL OF EXPENSES**
*FOR THE PERIOD JANUARY 1, 2011 TO JANUARY 31, 2011*

| Professional | Date | Description | Other |
|---|---|---|---|
| Simms, Steven | 12/20/10 | Postage Rock & Republic Enterprises | $15.52 |
| Simms, Steven | 12/20/10 | Postage Todtman, Nachamie, Spizz & Johns, P.C | 7.77 |
| Simms, Steven | 12/20/10 | Postage Arent Fox LLP | 7.77 |
| Simms, Steven | 12/20/10 | Postage Office of the United States Trustee | 7.77 |
| **Simms, Steven Total** | | | **38.83** |
| Bellazain-Harris, Sheba | 1/5/11 | Electronic Data - Pacer Service Center | 37.44 |
| **Bellazain-Harris, Sheba Total** | | | **37.44** |
| **Grand Total** | | | **$76.27** |