Robert M. Hirsh
Jordana L. Renert
ARENT FOX LLP
1675 Broadway
New York, NY 10019
(212) 484-3900

Counsel for the Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

In re:                                           :        Chapter 11
                                                 :
ROCK & REPUBLIC ENTERPRISES, INC.,               :        Case No. 10-11728 (AJG)
*et al.*,                                        :
                                                 :        Jointly Administered
                              Debtors.           :

-------------------------------------------------------- x

## MONTHLY STATEMENT OF ARENT FOX LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF JANUARY 1, 2011 THROUGH JANUARY 31, 2011

| | |
|---|---|
| Name of Applicant: | Arent Fox LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc pro tunc* to April 12, 2010 |
| Time Period: | January 1, 2011 – January 31, 2011 |
| Total Amount of Compensation for Professional Services: | $139,152.00 |
| *Less* Holdback pursuant to Order dated 04/29/10 (20%): | $27,830.40 |
| Interim Compensation for Professional Services (80%): | $111,321.60 |
| *Plus* Reimbursement for Actual and Necessary Expenses (100%): | $ 2,087.39 |
| **TOTAL REQUESTED PAYMENT AT THIS TIME** | **$113,408.99** |

# ARENT FOX LLP

1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Rock & Republic of Official Committee of Unsecured
Creditors

Invoice Number 1299227
Invoice Date   02/16/11
Client Number  032509

---

| Category | | Hours | Total |
|---|---|---:|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2011 | | | |
| 00000 | General | .00 | 2,087.39 |
| 00002 | Case Management and Operating Reports | 4.50 | 1,290.00 |
| 00003 | Corporate and Business Matters | 2.80 | 1,249.00 |
| 00004 | Sale and Disposition of Assets | 12.70 | 6,310.00 |
| 00006 | Claims Administration and Objections | 128.60 | 65,014.50 |
| 00007 | Miscellaneous Motions and Objections | 4.40 | 1,694.00 |
| 00008 | Committee and Debtor Communications, Conference | 22.00 | 11,735.50 |
| 00010 | Professional Retention | 22.70 | 6,941.00 |
| 00011 | Plan and Disclosure Statement Matters and Solici | 87.50 | 36,314.00 |
| 00012 | Cash Collateral and DIP Financing | .20 | 77.00 |
| 00014 | Real Estate and Leasing and Executory Contracts | .20 | 77.00 |
| 00015 | Creditor Inquiries | 4.40 | 2,202.50 |
| 00022 | Fee Applications | 18.90 | 6,247.50 |
| Totals | | 308.90 | 141,239.39 |

(00000) MATTER NUMBER
RE:   General

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JANUARY 31, 2011

FOR CHARGES:

| | | |
|---|---|---:|
| 01/03/10 | PHONE CHARGES - SCHUYLER CARROLL CELL PHONE CHARGES | 12.50 |
| 11/24/10 | PHONE CHARGES | 28.27 |
| | **TOTAL FOR: PHONE CHARGES** | **40.77** |
| 01/25/11 | DUPLICATING SUMMARY User Rodney Reddick copied 906 on 01/25/2011 at 20:26 hrs | 181.20 |
| 01/25/11 | DUPLICATING SUMMARY User Reggie Redwine copied 412 on 01/25/2011 at 10:37 hrs | 82.40 |
| 01/31/11 | DUPLICATING SUMMARY User Jeffrey Whitaker copied 648 on 01/31/2011 at 16:30 hrs | 129.60 |
| 01/13/11 | DUPLICATING SUMMARY User Rodney Reddick copied 2173 on 01/13/2011 at 15:04 hrs | 434.60 |
| 01/14/11 | DUPLICATING SUMMARY User Jeffrey Whitaker copied 865 on 01/14/2011 at 16:45 hrs | 173.00 |
| 01/06/11 | DUPLICATING SUMMARY User Jordana Renert copied 91 on 01/06/2011 at 21:14 hrs | 18.20 |
| | **TOTAL FOR: DUPLICATING SUMMARY** | **1,019.00** |
| 01/20/11 | WESTLAW User:   BROWNSTEIN,BETH | 9.14 |
| 01/20/11 | WESTLAW User:   BROWNSTEIN,BETH | 91.45 |
| 01/25/11 | WESTLAW User:   BROWNSTEIN,BETH | 8.17 |
| 01/25/11 | WESTLAW User:   BROWNSTEIN,BETH | 39.20 |
| 01/25/11 | WESTLAW User:   BROWNSTEIN,BETH | 54.87 |
| 01/25/11 | WESTLAW User:   BROWNSTEIN,BETH | 58.21 |
| 01/31/11 | WESTLAW User:   BROWNSTEIN,BETH | 8.17 |
| 01/31/11 | WESTLAW User:   BROWNSTEIN,BETH | 78.40 |
| 01/31/11 | WESTLAW User:   BROWNSTEIN,BETH | 61.40 |
| 01/31/11 | WESTLAW User:   BROWNSTEIN,BETH | 33.97 |
| 01/31/11 | WESTLAW User:   BROWNSTEIN,BETH | 38.80 |
| | **TOTAL FOR: WESTLAW** | **481.78** |
| 01/06/11 | DOCUMENT IMAGING User Jordana Renert | 13.65 |

scanned 91 on 01/06/2011 at 21:19 hrs

**TOTAL FOR: DOCUMENT IMAGING**          13.65

| | | |
|---|---|---|
| 12/13/10 | OVERTIME MEALS & CABS - SEAMLESS WEB PROFESSIONAL | 74.76 |
| 12/20/10 | OVERTIME MEALS & CABS - JORDANA RENERT WORKING CAB FARE | 20.70 |

**TOTAL FOR: OVERTIME MEALS & CABS**     95.46

| | | |
|---|---|---|
| 01/26/11 | TAXICABS - GEORGE ANGELICH METRO/SUBWAY | 4.50 |
| 12/20/10 | TAXICABS - CRC MANAGEMENT INC. DEST: FLUSHING EAST | 84.70 |
| 12/08/10 | TAXICABS - CRC MANAGEMENT INC. DEST: 157-02 107TH AVE | 61.07 |

**TOTAL FOR: TAXICABS**                  150.27

| | | |
|---|---|---|
| 01/20/11 | FedEx Package From: Lisa Indelicato Company: ARENT FOX City/State: NEW YORK CITY, NY To: Richard C. Morrissey, Esq. Company: Office of the United States Tr City: NEW YORK CITY, NY Received by: E.MENDOZA | 5.94 |
| 01/20/11 | FedEx Package From: Lisa Indelicato Company: ARENT FOX City/State: NEW YORK CITY, NY To: Cheryl Moorman Company: Rock & Republic Enterprises, I City: CULVER CITY, CA Received by: F.SERVIN | 6.11 |
| 01/20/11 | FedEx Package From: Lisa Indelicato Company: ARENT FOX City/State: NEW YORK CITY, NY To: Arthur Goldstein Alex Spizz Company: Todtman, Nachamie, Spizz & Joh City: NEW YORK CITY, NY Received by: E.KHVILOVSKY | 5.94 |
| 01/25/11 | FedEx Package From: Lisa Indelicato Company: ARENT FOX City/State: NEW YORK CITY, NY To: Richard C. Morrissey, Esq. Company: Office of the United States Tr City: NEW YORK CITY, NY Received by: C.BROOKS | 5.94 |
| 12/23/10 | FedEx Package From: Lisa Indelicato Company: ARENT FOX City/State: NEW YORK CITY, NY To: Laura C. Meagher Company: VF Corporation City: GREENSBORO, NC Received by: T.WILLIS | 9.09 |
| 12/22/10 | FedEx Package From: Lisa Indelicato Company: ARENT FOX City/State: NEW YORK CITY, NY To: Laura C. Meagher Company: VF Corporation City: GREENSBORO, NC Received by: T.WILLIS | 11.94 |
| 12/29/10 | FedEx Package From: Lisa Indelicato | 9.00 |

|  |  |  |
|---|---|---|
|  | Company: ARENT FOX City/State: NEW YORK CITY, NY To: Honorable Arthur J. Gonzalez Company: United States Bankruptcy Court City: NEW YORK CITY, NY Received by: K.SU |  |
| 01/13/11 | FedEx Package From: ROBERT HIRSH Company: ARENT FOX City/State: NEW YORK CITY, NY To: Steven Simms Company: FTI Consulting City: NEW YORK CITY, NY Received by: S.HARTNETT | 8.73 |

                  **TOTAL FOR: OVERNIGHT DELIVERY**       **62.69**

| 01/14/11 | MEALS - ROBERT HIRSH ROCK & REPUBLIC LUNCH MEETING | 193.67 |
|---|---|---|
| 01/24/11 | MEALS - ROBERT HIRSH ROCK & REPUBLIC LUNCH | 30.10 |

                  **TOTAL FOR: MEALS**            **223.77**

                                               - - - - - - - - - - - - -

                    CURRENT CHARGES                  2,087.39

                    SUBTOTAL FOR THIS MATTER          $2,087.39

(00002) MATTER NUMBER
RE:   Case Management and Operating Reports

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JANUARY 31, 2011

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 01/07/11 | JR | RENERT | Attention to case files and outstanding matters. | .2 | 77.00 |
| 01/10/11 | LA | INDELICATO | Review docket and update 2002 service list. | .4 | 112.00 |
| 01/21/11 | JR | RENERT | Review monthly operating reports. | .4 | 154.00 |
| 01/25/11 | NA | CONSTANTINO | Prepare hearing binder for 01/26 hearing. | 3.3 | 891.00 |
| 01/25/11 | LA | INDELICATO | Calendar hearings for attorneys. | .2 | 56.00 |

                                                      -------------
                       CURRENT FEES                      1,290.00


                    TIMEKEEPER TIME SUMMARY
-----------------------------------------------------------------
JORDANA RENERT            .6     at  $385.00 =        231.00
LISA INDELICATO           .6     at  $280.00 =        168.00
NOVA A. CONSTANTINO      3.3     at  $270.00 =        891.00
                        ----                     ---------
          TOTALS         4.5                       1,290.00

                   SUBTOTAL FOR THIS MATTER           $1,290.00

(00003) MATTER NUMBER
RE:   Corporate and Business Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JANUARY 31, 2011

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 01/19/11 | RM  HIRSH | Review/analysis and revised demand letter to Debtor's counsel for turnover of documents and information (.40); Conference with J. Renert regarding same (.20). | .6 | 402.00 |
| 01/19/11 | JR  RENERT | Draft letter to debtors regarding document requests, revisions to same and communications with R.Hirsh regarding same. | .7 | 269.50 |
| 01/19/11 | JR  RENERT | Various communications with M.Cordasco regarding document request letter and calculation of lease rejection damages, and outstanding disclosure statement issues. | .5 | 192.50 |
| 01/19/11 | JR  RENERT | Finalize letter regarding document requests and circulate to debtors. | .3 | 115.50 |
| 01/21/11 | JR  RENERT | Review A.Bernholtz's postpetition expense detail. | .3 | 115.50 |
| 01/25/11 | JR  RENERT | Prepare for and participate on conference call with R.Hirsh, M.Cordasco, S.Simms and K.Pace regarding debtors' expenses. | .4 | 154.00 |

CURRENT FEES                                1,249.00

TIMEKEEPER TIME SUMMARY

| | | | | |
|---|---|---|---|---|
| ROBERT HIRSH | .6 | at | $670.00 = | 402.00 |
| JORDANA RENERT | 2.2 | at | $385.00 = | 847.00 |
| TOTALS | 2.8 | | | 1,249.00 |

SUBTOTAL FOR THIS MATTER                          $1,249.00

(00004) MATTER NUMBER
RE:   Sale and Disposition of Assets

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JANUARY 31, 2011

| Date | Timekeeper | | Description | Hours | Value |
|------|-----------|--|-------------|-------|-------|
| 01/03/11 | JR | RENERT | Communications with A.Goldstein regarding escrow agreement. | .1 | 38.50 |
| 01/04/11 | JR | RENERT | Communications with R.Hirsh regarding finalizing escrow agreement. | .2 | 77.00 |
| 01/05/11 | JR | RENERT | Communications with R.Hirsh regarding escrow agreement. | .2 | 77.00 |
| 01/05/11 | JR | RENERT | Review Citibank escrow agreement. | .5 | 192.50 |
| 01/06/11 | JR | RENERT | Further review of Citibank escrow agreement. | .5 | 192.50 |
| 01/06/11 | JR | RENERT | Communications with R.Hirsh regarding escrow agreement and communications with counsel to debtors and VF regarding same. | .3 | 115.50 |
| 01/10/11 | JR | RENERT | Meet with R.Hirsh regarding status of escrow agreement, revisions to plan and other case issues and communications with counsel to VF and debtors regarding same. | .3 | 115.50 |
| 01/11/11 | RM | HIRSH | Attend to escrow agreement issues. | .4 | 268.00 |
| 01/12/11 | JR | RENERT | Review case docket for objections to bid protections motion and communications with B.Brownstein regarding same. | .1 | 38.50 |
| 01/18/11 | RM | HIRSH | Telephone conference with Debtor's counsel and counsel for VF regarding discussion and preparation for Buyers Protection Motion. | .4 | 268.00 |
| 01/18/11 | RM | HIRSH | Review/analysis order granting Joint Motion of the Committee and the Debtors for Entry of an Order Approving Certain Buyer Protections and Granting Related Relief (.40); Conference with J. Renert regarding same (.20). | .6 | 402.00 |
| 01/18/11 | RM | HIRSH | Prepare for hearing on Joint Motion seeking Approval of Certain Buyer Protections. | 2.2 | 1,474.00 |
| 01/18/11 | JR | RENERT | Prepare for conference call with debtors' counsel and VF's counsel regarding hearing on buyer protections motion. | .2 | 77.00 |
| 01/18/11 | JR | RENERT | Participate in conference call regarding hearing on buyer protections motion and follow-up meeting with R.Hirsh regarding preparation of proffer for S.Simms in connection with | .4 | 154.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | same. |  |  |
| 01/18/11 | JR | RENERT | Revise order in connection with buyer protections motion and circulate to VF and debtors' counsel, communications with R.Hirsh regarding same and circulate to RKF's counsel. | .5 | 192.50 |
| 01/18/11 | JR | RENERT | Communications with B.Brownstein regarding tomorrow's hearing on buyer protections motion. | .2 | 77.00 |
| 01/18/11 | JR | RENERT | Draft proffer of S.Simms in connection with hearing on buyer protections motion. | 2.1 | 808.50 |
| 01/19/11 | JR | RENERT | Communications with B.Brownstein and R.Hirsh regarding hearing on buyers protection motion. | .3 | 115.50 |
| 01/19/11 | BM | BROWNSTEIN | Attend hearing on buyer protections motion. | 1.5 | 487.50 |
| 01/19/11 | RM | HIRSH | Attend hearing on Buyer Protections Motion. | 1.7 | 1,139.00 |

```
                                                    -------------
              CURRENT FEES                             6,310.00
```

```
                    TIMEKEEPER TIME SUMMARY
          ------------------------------------------------------
ROBERT HIRSH              5.3   at  $670.00 =      3,551.00
JORDANA RENERT           5.9   at  $385.00 =      2,271.50
BETH M. BROWNSTEIN       1.5   at  $325.00 =        487.50
                         ----                   ---------
          TOTALS        12.7                     6,310.00

              SUBTOTAL FOR THIS MATTER               $6,310.00
```

(00006) MATTER NUMBER
RE:   Claims Administration and Objections

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JANUARY 31, 2011

| Date | Timekeeper | | Hours | Value |
|------|-----------|--|-------|-------|
| 01/03/11 | JR | RENERT | Communications with L.Indelicato regarding Simms claims objection and establishing a litigation folder. | .2 | 77.00 |
| 01/03/11 | JR | RENERT | Review scheduling order, document requests and deposition notice related to Simms claims objection litigation. | .2 | 77.00 |
| 01/04/11 | LA | INDELICATO | Prepare litigation folder for the Simms Sigal litigation. | .6 | 168.00 |
| 01/04/11 | LA | INDELICATO | Review scheduling order for Simms litigation and calendar critical dates for team. | 1.1 | 308.00 |
| 01/06/11 | RM | HIRSH | Multiple telephone conferences with A. Spizz and S. Simms regarding discussion of Simms claim, Objection and strategy (1.70); Telephone conference with S. Simms regarding same and strategy (.80). | 2.5 | 1,675.00 |
| 01/07/11 | JR | RENERT | Communications with R.Hirsh and M.Cryan regarding Simms litigation. | .1 | 38.50 |
| 01/07/11 | JR | RENERT | Communications with A.Goldstein regarding Roth Capital motion and escrow agreement. | .1 | 38.50 |
| 01/10/11 | RM | HIRSH | Telephone conference with counsel for New Pacific regarding status of case and strategy. | .4 | 268.00 |
| 01/10/11 | RM | HIRSH | Telephone conference with counsel for Simms regarding litigation and deposition issues (.40); Telephone conference with Debtor's counsel regarding same (.20). | .6 | 402.00 |
| 01/10/11 | JR | RENERT | Communications with A.Goldstein regarding Roth Capital claim. | .1 | 38.50 |
| 01/11/11 | JR | RENERT | Communications with R.Hirsh and M.Cryan regarding Simms litigation. | .1 | 38.50 |
| 01/11/11 | JR | RENERT | Communications with Roth Capital's counsel regarding adjourning motion. | .1 | 38.50 |
| 01/13/11 | CO | O'BRIEN | Prepare and label two copies of document production CD regarding Spring Street trial. | .6 | 153.00 |
| 01/13/11 | LA | INDELICATO | Calendar critical dates regarding Simms litigation. | .8 | 224.00 |
| 01/13/11 | LA | INDELICATO | Review documents and update file on Simms litigation. | 1.2 | 336.00 |
| 01/14/11 | MS | CRYAN | Analyze draft confidentiality stipulation and order as to Simms contested matter. | .7 | 413.00 |

| Date | Init | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 01/14/11 | JR | RENERT | Communications with R.Hirsh and M.Cryan regarding protective order and status of Simms litigation. | .2 | 77.00 |
| 01/15/11 | JR | RENERT | Brief review of protective order and deposition notices in connection with Simms litigation and communications with L.Indelicato regarding same. | .2 | 77.00 |
| 01/18/11 | JR | RENERT | Communications regarding protective order in connection with Simms claims litigation. | .2 | 77.00 |
| 01/18/11 | RM | HIRSH | Telephone conference with counsel for Spring Street regarding settlement and status of litigation. | .5 | 335.00 |
| 01/19/11 | RM | HIRSH | Preparation for Rodeo Drive trial. | 2.1 | 1,407.00 |
| 01/20/11 | JR | RENERT | Communications with D.Yearwood regarding preparation for New Pacific Rodeo trial. | .2 | 77.00 |
| 01/21/11 | RM | HIRSH | Continue preparation for Rodeo Drive trial. | 1.8 | 1,206.00 |
| 01/21/11 | JR | RENERT | Review communications regarding Eastham potential lease rejection claim. | .2 | 77.00 |
| 01/21/11 | JR | RENERT | Communications regarding documents for New Pacific Rodeo trial. | .3 | 115.50 |
| 01/21/11 | JR | RENERT | Prepare for Rodeo Drive trial. | 2.3 | 885.50 |
| 01/21/11 | BM | BROWNSTEIN | Prepare for Rodeo Drive trial. | 2.4 | 780.00 |
| 01/21/11 | LA | INDELICATO | Review documents and update Simms litigation folder. | .9 | 252.00 |
| 01/22/11 | RM | HIRSH | Preparation for Rodeo Drive trial. | 4.8 | 3,216.00 |
| 01/23/11 | RM | HIRSH | Preparation for Rodeo Drive trial. | 3.3 | 2,211.00 |
| 01/23/11 | JR | RENERT | Communications regarding tomorrow's trial on New Pacific Rodeo's claim. | .2 | 77.00 |
| 01/23/11 | JR | RENERT | Review in limine pleadings in connection with Rodeo Drive trial. | 3.4 | 1,309.00 |
| 01/24/11 | RM | HIRSH | Attended Rodeo Drive trial. | 7.8 | 5,226.00 |
| 01/24/11 | MS | CRYAN | Attend trial of Rodeo Drive contested matter. | 8.9 | 5,251.00 |
| 01/24/11 | JR | RENERT | Attend trial in connection with Rodeo Drive lease. | 9.8 | 3,773.00 |
| 01/24/11 | JR | RENERT | Communications with B.Brownstein regarding research on section 502(b)(6) of the Bankruptcy Code. | .2 | 77.00 |
| 01/24/11 | BM | BROWNSTEIN | Initial review of certain pleadings in connection with Rodeo Drive litigation. | 1.8 | 585.00 |
| 01/24/11 | DA | YEARWOOD | Deliver documents to Bankruptcy Court in preparation for Rodeo Drive trial. | 1.3 | 344.50 |
| 01/24/11 | LA | INDELICATO | Review deposition notices regarding Simms litigation and calendar various dates. | .6 | 168.00 |
| 01/25/11 | BM | BROWNSTEIN | Continue review of documents in preparation for Rodeo Drive trial. | 1.2 | 390.00 |
| 01/25/11 | BM | BROWNSTEIN | Multiple correspondence with R. Hirsh regarding New Pacific litigation. | .6 | 195.00 |
| 01/25/11 | BM | BROWNSTEIN | Multiple correspondence with M. Cryan regarding New Pacific's claim. | .4 | 130.00 |

| Date | | Name | Description | Hours | Amount |
|------|---|------|-------------|-------|--------|
| 01/25/11 | BM | BROWNSTEIN | Additional review of pleadings in Rodeo Drive litigation. | .8 | 260.00 |
| 01/25/11 | BM | BROWNSTEIN | Conduct research regarding legal issues in Rodeo Drive litigation. | 2.2 | 715.00 |
| 01/25/11 | MS | CRYAN | Analyze legal issue as to damages in order to address trial of Rodeo Drive contested matter. | 2.6 | 1,534.00 |
| 01/25/11 | MS | CRYAN | Discuss with R. Hirsh and B. Brownstein legal issue of damages and Section 502(b)(6) of the Bankruptcy Code in order to address trial of Rodeo Drive contested matter. | .1 | 59.00 |
| 01/25/11 | MS | CRYAN | Attend trial of Rodeo Drive contested matter. | 9.6 | 5,664.00 |
| 01/26/11 | MS | CRYAN | Attend trial of Rodeo Drive contested matter. | 4.9 | 2,891.00 |
| 01/26/11 | MS | CRYAN | Analyze legal issue under Section 502(b)(6) of the Bankruptcy Code in order to address trial of Rodeo Drive contested matter. | 2.8 | 1,652.00 |
| 01/26/11 | BM | BROWNSTEIN | Attended trial on New Pacific Claim. | 4.0 | 1,300.00 |
| 01/26/11 | LA | INDELICATO | Update Simms litigation file. | .6 | 168.00 |
| 01/26/11 | JR | RENERT | Attend portion of trial regarding Rodeo Drive lease. | 2.0 | 770.00 |
| 01/27/11 | JR | RENERT | Prepare for and participate in conference call regarding post-trial brief in Rodeo Drive litigation. | .4 | 154.00 |
| 01/27/11 | MS | CRYAN | Work on post-trial issues regarding Rodeo Drive contested matter. | 1.9 | 1,121.00 |
| 01/27/11 | BM | BROWNSTEIN | Attend call with Arent Fox team regarding post-trial papers in New Pacific. | .3 | 97.50 |
| 01/27/11 | BM | BROWNSTEIN | Continued research regarding New Pacific Claim. | 1.6 | 520.00 |
| 01/28/11 | BM | BROWNSTEIN | Began preparing documents for post-trial briefing in Rodeo Drive litigation. | .6 | 195.00 |
| 01/28/11 | RM | HIRSH | Prepare for depositions in the Simms Sigal claim litigation. | 4.2 | 2,814.00 |
| 01/28/11 | LA | INDELICATO | Set up CourtCall for Rob Hirsh and Jordana Renert for upcoming telephonic status conference called by Judge Gonzalez in Spring Street matter, discuss with J. Renert and calendar date for attorneys. | .8 | 224.00 |
| 01/30/11 | RM | HIRSH | Prepare for depositions in Simms Segal litigation. | 2.1 | 1,407.00 |
| 01/31/11 | MS | CRYAN | Analyze issues regarding damages in order to prepare submission as to Rodeo Drive contested matter. | 2.8 | 1,652.00 |
| 01/31/11 | BM | BROWNSTEIN | Research and review case law for post-trial briefing on New Pacific claim. | 4.1 | 1,332.50 |

| 01/31/11 | BM | BROWNSTEIN | Continue review of multiple documents filed in case to prepare for post-trial briefing in Rodeo Drive litigation. | 2.8 | 910.00 |
| 01/31/11 | BM | BROWNSTEIN | Read and review transcript from Rodeo Drive litigation. | 2.6 | 845.00 |
| 01/31/11 | BM | BROWNSTEIN | Draft outline for post-trial arguments in Rodeo Drive litigation. | 1.3 | 422.50 |
| 01/31/11 | RM | HIRSH | Telephone conference with counsel for New Pacific regarding damages calculation and issues relating to trial. | .4 | 268.00 |
| 01/31/11 | RM | HIRSH | Prepare for depositions regarding Simms Segal claims objection (1.20); Travel to LA regarding same (6.90). | 8.1 | 5,427.00 |

```
                                                    -------------
                    CURRENT FEES                       65,014.50
```

```
                    TIMEKEEPER TIME SUMMARY
         ---------------------------------------------------------
         ROBERT HIRSH          38.6   at  $670.00 =    25,862.00
         MICHAEL S. CRYAN      34.3   at  $590.00 =    20,237.00
         JORDANA RENERT        20.5   at  $385.00 =     7,892.50
         BETH M. BROWNSTEIN    26.7   at  $325.00 =     8,677.50
         LISA INDELICATO        6.6   at  $280.00 =     1,848.00
         DAVID A. YEARWOOD      1.3   at  $265.00 =       344.50
         CATHY O'BRIEN           .6   at  $255.00 =       153.00
                               ----                   ---------
               TOTALS         128.6                   65,014.50

                    SUBTOTAL FOR THIS MATTER            $65,014.50
```

(00007) MATTER NUMBER
RE:  Miscellaneous Motions and Objections

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JANUARY 31, 2011

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 01/10/11 | JR RENERT | Review case docket and recent filings. | .1 | 38.50 |
| 01/14/11 | JR RENERT | Detailed review and draft summary of store closing sales motion for the committee. | 2.5 | 962.50 |
| 01/15/11 | JR RENERT | Review and revise summary of store closing sales motion and circulate to R.Hirsh. | .4 | 154.00 |
| 01/17/11 | JR RENERT | Further revisions to summary of store closing sales motion and circulate to Committee. | .3 | 115.50 |
| 01/18/11 | JR RENERT | Further review of store closing sales agreement with landlord. | .3 | 115.50 |
| 01/19/11 | JR RENERT | Communications with R.Hirsh regarding calculation of lease rejection damages in connection with store closing sales motion. | .2 | 77.00 |
| 01/19/11 | JR RENERT | Communications with A.Goldstein regarding store closing sales motion and calculation of rejection damages. | .2 | 77.00 |
| 01/19/11 | JR RENERT | Review calculation regarding rejection damages in connection with store closing sales motion. | .4 | 154.00 |

                                                                -------------
                    CURRENT FEES                        1,694.00

TIMEKEEPER TIME SUMMARY

| | | | | |
|---|---|---|---|---|
| JORDANA RENERT | 4.4 | at $385.00 = | | 1,694.00 |
| TOTALS | 4.4 | | | 1,694.00 |

                    SUBTOTAL FOR THIS MATTER           $1,694.00

(00008) MATTER NUMBER
RE:   Committee and Debtor Communications, Conference

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JANUARY 31, 2011

| Date | Timekeeper | | | Hours | Value |
|------|-----|-----|-----|-----|-----|
| 01/03/11 | JR | RENERT | Communications with R.Hirsh and committee regarding rescheduling Tuesday's call. | .1 | 38.50 |
| 01/03/11 | JR | RENERT | Draft agenda for 1/5 committee call and circulate to R.Hirsh. | .2 | 77.00 |
| 01/04/11 | JR | RENERT | Communications with M.Cordasco regarding agenda for committee call, revise agenda and circulate same to committee. | .1 | 38.50 |
| 01/04/11 | JR | RENERT | Communications with R.Hirsh regarding case issues including Simms objection, retention of forensic accountants and agenda for committee call. | .3 | 115.50 |
| 01/04/11 | RM | HIRSH | Telephone conference with Debtor's counsel regarding discussion of Application to Retain forensic Accountant (.40); Telephone conference with S. Simms regarding same and strategy (.30); Telephone conference with Debtor's counsel regarding Escrow Agreement (.30); Telephone conference with counsel for VF regarding same (.30). | 1.3 | 871.00 |
| 01/05/11 | RM | HIRSH | Attend Committee call regarding status of case and strategy. | .8 | 536.00 |
| 01/05/11 | RM | HIRSH | Telephone conference with FTI regarding various issues and strategy relating to wind-down. | .6 | 402.00 |
| 01/05/11 | JR | RENERT | Prepare for today's committee call and communications with R.Hirsh regarding same. | .3 | 115.50 |
| 01/10/11 | JR | RENERT | Communications with M.Cordasco regarding status of escrow agreement, revisions to plan, forensic accountant retention application, Roth Capital motion and other case issues. | .2 | 77.00 |
| 01/10/11 | JR | RENERT | Prepare informal agenda for today's call with counsel to debtors and VF Corporation and communications with R.Hirsh regarding same. | .1 | 38.50 |
| 01/11/11 | RM | HIRSH | Telephone conference with S. Simms regarding strategy relating to Simms litigation and Debtor's retention of forensic accountants. | .5 | 335.00 |

| Date | Init | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 01/11/11 | JR | RENERT | Meet with R.Hirsh regarding case issues including retention of forensic accountant, Roth Capital motion, revisions to ballots, etc. | .2 | 77.00 |
| 01/12/11 | JR | RENERT | Communications with R.Hirsh and A.Goldstein regarding today's call with counsel to debtors and VF. | .2 | 77.00 |
| 01/12/11 | JR | RENERT | Prepare for today's call with counsel to VF and debtors. | .2 | 77.00 |
| 01/12/11 | JR | RENERT | Participate in call with R.Hirsh, FTI, debtors' counsel and VF's counsel and follow-up call with FTI and debtors' counsel. | 1.5 | 577.50 |
| 01/12/11 | JR | RENERT | Circulate calendar request for weekly professionals' call. | .1 | 38.50 |
| 01/12/11 | RM | HIRSH | Attend telephone conference with Debtor's counsel, FTI and counsel for VF regarding modifications to the Plan of Liquidation, GOB sales, updates on litigations and overall status. | 1.5 | 1,005.00 |
| 01/14/11 | RM | HIRSH | Conference with Debtor's counsel regarding various issues. | .4 | 268.00 |
| 01/14/11 | RM | HIRSH | Telephone conference with various Committee members regarding issues relating to the Disclosure Statement and release of Ball. | .8 | 536.00 |
| 01/14/11 | JR | RENERT | Meet with R.Hirsh regarding case status including buyer protections motion, Simms litigation and other case issues. | .3 | 115.50 |
| 01/14/11 | JR | RENERT | Draft agenda for Tuesday's committee call and circulate to R.Hirsh. | .2 | 77.00 |
| 01/17/11 | JR | RENERT | Communications with R.Hirsh and M.Cordasco regarding agenda for tomorrow's committee call and circulate same to the committee. | .2 | 77.00 |
| 01/18/11 | RM | HIRSH | Attend Committee conference call regarding status of case and strategy (.80); Telephone conference with FTI regarding discussion of potential audit and strategy relating to investigation of wind-down and Ball issues (.70). | 1.5 | 1,005.00 |
| 01/18/11 | RM | HIRSH | Telephone conference with A. Rosenstein regarding various issues relating to M. Ball and strategy. | .4 | 268.00 |
| 01/18/11 | JR | RENERT | Communications with various creditors regarding disclosure statement hearing and plan process. | .3 | 115.50 |
| 01/18/11 | JR | RENERT | Prepare for and participate in committee conference call. | .8 | 308.00 |
| 01/18/11 | JR | RENERT | Follow-up call with R.Hirsh and FTI regarding case issues. | .3 | 115.50 |

| Date | Init | Name | Description | Hours | Amount |
|------|------|------|-------------|-------|--------|
| 01/19/11 | JR | RENERT | Draft agenda for tomorrow's professionals call and circulate to R.Hirsh. | .2 | 77.00 |
| 01/19/11 | JR | RENERT | Draft minutes from 1/18 committee call. | .4 | 154.00 |
| 01/19/11 | BM | BROWNSTEIN | Correspondence with Committee regarding summary and results of hearing on 1/19. | .3 | 97.50 |
| 01/20/11 | RM | HIRSH | Attend weekly conference call with the Debtor's, VF and FTI regarding status of case and strategy. | .6 | 402.00 |
| 01/20/11 | RM | HIRSH | Telephone conference with Debtor's counsel regarding discussion of release language in Plan and Objections to Disclosure Statement. | .5 | 335.00 |
| 01/20/11 | JR | RENERT | Prepare for and participate in conference call with R.Hirsh, VF, VF's counsel and debtors' professionals regarding case status. | .6 | 231.00 |
| 01/20/11 | BM | BROWNSTEIN | Attend weekly professionals call. | .5 | 162.50 |
| 01/21/11 | RM | HIRSH | Multiple telephone conferences with FTI regarding various issues relating to lease rejection claims and plan issues. | .8 | 536.00 |
| 01/24/11 | BM | BROWNSTEIN | Multiple correspondence with R. Hirsh and J. Renert regarding New Pacific litigation. | .4 | 130.00 |
| 01/24/11 | JR | RENERT | Revise agenda for tomorrow's committee call. | .2 | 77.00 |
| 01/25/11 | RM | HIRSH | Prepare for and participate in Committee conference call regarding status and strategy. | .7 | 469.00 |
| 01/25/11 | BM | BROWNSTEIN | Attend Creditors' Committee weekly call. | .5 | 162.50 |
| 01/25/11 | RM | HIRSH | Telephone conference with FTI regarding review of expense summary for A. Bernholtz and M. Ball and strategy (.70); Conference with J. Renert regarding strategy (.40). | 1.1 | 737.00 |
| 01/27/11 | RM | HIRSH | Attend weekly professionals conference call regarding status and strategy. | .4 | 268.00 |
| 01/27/11 | JR | RENERT | Prepare for and participate on professionals conference call. | .4 | 154.00 |
| 01/27/11 | BM | BROWNSTEIN | Attend weekly professionals call. | .4 | 130.00 |
| 01/31/11 | JR | RENERT | Communications with M.Cordasco regarding Rodeo Drive trial, Simms litigation, disclosure statement solicitation, tomorrow's committee call and other case issues. | .3 | 115.50 |
| 01/31/11 | JR | RENERT | Draft agenda for tomorrow's committee call and communications with R.Hirsh regarding same. | .3 | 115.50 |

CURRENT FEES                    -------------
                                                 11,735.50

### TIMEKEEPER TIME SUMMARY

```
------------------------------------------------------------
ROBERT HIRSH              11.9   at  $670.00 =    7,973.00
JORDANA RENERT             8.0   at  $385.00 =    3,080.00
BETH M. BROWNSTEIN         2.1   at  $325.00 =      682.50
                          ----                 ---------
        TOTALS            22.0                   11,735.50
```

            SUBTOTAL FOR THIS MATTER                $11,735.50

(00010) MATTER NUMBER
RE:   Professional Retention

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JANUARY 31, 2011

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 01/03/11 | JR RENERT | Circulate email to committee regarding debtors' proposed retention of forensic accountants. | .2 | 77.00 |
| 01/03/11 | JR RENERT | Communications with R.Hirsh and S.Simms regarding debtors' retention of forensic accountants and other case issues. | .2 | 77.00 |
| 01/03/11 | JR RENERT | Communications with A.Goldstein regarding debtors' retention of forensic accountants and status of escrow agreement and follow-up with R.Hirsh regarding same. | .2 | 77.00 |
| 01/03/11 | JR RENERT | Communications with L.Indelicato regarding supplemental disclosure. | .1 | 38.50 |
| 01/04/11 | JR RENERT | Review proposed notice of second interim fee application, related proposed order and communications regarding same with L.Indelicato. | .1 | 38.50 |
| 01/04/11 | LA INDELICATO | Review correspondence regarding supplemental connections searched and review supplemental declarations previously filed. | .8 | 224.00 |
| 01/04/11 | LA INDELICATO | Research of connections with lawyers and law firms, draft disclosures and email Conflicts Department for more information on connections  with certain parties in interest. | 2.7 | 756.00 |
| 01/05/11 | JR RENERT | Communications with N.Constantino regarding second interim fee applications. | .1 | 38.50 |
| 01/05/11 | JR RENERT | Review docket and notice in connection with second interim fee application and communications with J.Makower regarding same. | .2 | 77.00 |
| 01/06/11 | JR RENERT | Communications with R.Hirsh regarding notice of fee application and proposed order and communications with J.Makower regarding same. | .2 | 77.00 |
| 01/06/11 | LA INDELICATO | Prepare fifth supplemental declaration in support of Arent Fox retention application. | 4.2 | 1,176.00 |
| 01/07/11 | LA INDELICATO | Continued working on fifth supplemental declaration; discussions with Karen Lehmkuhl regarding additional research re law firms; add disclosures re Steve Sass and Wells | 5.3 | 1,484.00 |

| Date | Init | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | Fargo. | | |
| 01/10/11 | LA | INDELICATO | Revise fifth supplemental declaration and discuss with Jordana Renert. | 1.6 | 448.00 |
| 01/11/11 | JR | RENERT | Brief review of fifth supplemental disclosure and communications with L.Indelicato regarding same. | .2 | 77.00 |
| 01/12/11 | JR | RENERT | Communications with L.Indelicato regarding supplemental disclosures. | .2 | 77.00 |
| 01/12/11 | LA | INDELICATO | Discussions with Karen Lehmkuhl and Jordana Renert regarding connections with certain law firms. | .3 | 84.00 |
| 01/12/11 | LA | INDELICATO | Additional revision of fifth supplemental declaration to include disclosure of connections with certain law firms. | 1.6 | 448.00 |
| 01/13/11 | JR | RENERT | Review and summarize Simms objection to debtors' application to retain forensic accountant and communications with R.Hirsh regarding same. | .2 | 77.00 |
| 01/13/11 | LA | INDELICATO | Research of connection with claims transferee and email to Jordana Renert regarding same. | .3 | 84.00 |
| 01/14/11 | JR | RENERT | Review fifth supplemental disclosure and communications with L.Indelicato regarding same. | .4 | 154.00 |
| 01/18/11 | JR | RENERT | Prepare for and meet with L. Indelicato regarding fifth supplemental disclosure and communications with R.Hirsh regarding same. | .5 | 192.50 |
| 01/18/11 | LA | INDELICATO | Meet with Jordana Renert to discuss fifth supplemental declaration in support of retention of Arent Fox. | .4 | 112.00 |
| 01/18/11 | LA | INDELICATO | Additional revision to fifth supplemental declaration in support of Arent Fox retention application. | .6 | 168.00 |
| 01/19/11 | JR | RENERT | Review motion to expand Manderson's retention. | .5 | 192.50 |
| 01/20/11 | JR | RENERT | Review Todtman December monthly fee statement. | .7 | 269.50 |
| 01/20/11 | LA | INDELICATO | Research of connections with certain parties in interest. | .2 | 56.00 |
| 01/24/11 | AI | SILFEN | Review disclosure supplement. | .3 | 249.00 |
| 01/31/11 | LA | INDELICATO | Update disclosures. | .4 | 112.00 |

CURRENT FEES                  6,941.00

### TIMEKEEPER TIME SUMMARY

```
----------------------------------------------------------
ANDREW I. SILFEN          .3    at  $830.00 =      249.00
JORDANA RENERT           4.0    at  $385.00 =    1,540.00
LISA INDELICATO         18.4    at  $280.00 =    5,152.00
                        ----                  ---------
       TOTALS           22.7                     6,941.00
```

SUBTOTAL FOR THIS MATTER                          $6,941.00

(00011) MATTER NUMBER
RE:   Plan and Disclosure Statement Matters and
      Solicitation

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JANUARY 31, 2011

| Date | Timekeeper | | | Hours | Value |
|------|------------|--|--|-------|-------|
| 01/04/11 | LA | INDELICATO | Organize and upload PDF's of plan, APA and disclosure statement, and signature pages to system. | .6 | 168.00 |
| 01/06/11 | JR | RENERT | Communications with R.Hirsh regarding revisions to plan and asset purchase agreement. | .4 | 154.00 |
| 01/06/11 | JR | RENERT | Review release provisions in connection with revisions to plan. | .3 | 115.50 |
| 01/07/11 | RM | HIRSH | Review/analysis of Plan regarding release language and revise same relating to M. Ball issues. | .7 | 469.00 |
| 01/07/11 | JR | RENERT | Review various release provisions and communications with R.Hirsh regarding same. | .3 | 115.50 |
| 01/07/11 | JR | RENERT | Draft revised release provision and communications with R.Hirsh regarding same and circulate same to debtors' counsel and counsel to VF. | .5 | 192.50 |
| 01/11/11 | RM | HIRSH | Detailed review/analysis of Plan of Liquidation and Disclosure Statement in preparation for call with Debtors' professionals relating to modifications thereto. | 1.7 | 1,139.00 |
| 01/11/11 | JR | RENERT | Review revised ballots received from Donlin Recano and relevant dates for plan process. | .2 | 77.00 |
| 01/11/11 | JR | RENERT | Communications with Donlin Recano regarding revisions to ballots and new solicitation date. | .2 | 77.00 |
| 01/18/11 | JR | RENERT | Communications with JW.Song regarding ballots. | .2 | 77.00 |
| 01/18/11 | JR | RENERT | Communications with debtors' counsel regarding UST's comments to plan and disclosure statement. | .1 | 38.50 |
| 01/18/11 | BM | BROWNSTEIN | Review comments to committee support letter in support of Plan; made changes regarding same and draft email to G. Angelich. | 1.4 | 455.00 |
| 01/18/11 | LA | INDELICATO | Preparation for hearing on disclosure statement. | .7 | 196.00 |
| 01/19/11 | JR | RENERT | Review and summarize disclosure statement objections and communications with B.Brownstein and R.Hirsh regarding same. | 1.1 | 423.50 |

| 01/19/11 | JR | RENERT | Draft summary of disclosure statement objections for committee and communications with R.Hirsh regarding same and circulate same to committee. | .5 | 192.50 |
|---|---|---|---|---|---|
| 01/20/11 | RM | HIRSH | Review/analysis Objection of RKF, LLC and 3525 Eastham, LLC to Disclosure Statement. | 1.4 | 938.00 |
| 01/20/11 | JR | RENERT | Pull and review precedents in connection with drafting a reply to disclosure statement objections. | .8 | 308.00 |
| 01/20/11 | JR | RENERT | Participate in conference call with R.Hirsh and A.Goldstein regarding disclosure statement objections. | .3 | 115.50 |
| 01/20/11 | JR | RENERT | Communications with M.Cordasco and R.Hirsh regarding plan issues. | .2 | 77.00 |
| 01/20/11 | JR | RENERT | Communications with A.Goldstein regarding debtors' comments to plan. | .2 | 77.00 |
| 01/20/11 | JR | RENERT | Communications with counsel to RKF and Eastham regarding disclosure statement objections. | .1 | 38.50 |
| 01/20/11 | JR | RENERT | Revise plan pursuant to comments received from debtors, UST, and CIT. | .5 | 192.50 |
| 01/20/11 | JR | RENERT | Update disclosure statement pursuant to CIT's comments. | .6 | 231.00 |
| 01/20/11 | JR | RENERT | Review updated ballots from Donlin Recano. | .2 | 77.00 |
| 01/20/11 | JR | RENERT | Review disclosure statement to determine if additional updating is necessary. | .7 | 269.50 |
| 01/20/11 | BM | BROWNSTEIN | Conduct research regarding response to disclosure statement objection; correspondence with R. Hirsh regarding same. | 1.1 | 357.50 |
| 01/21/11 | RM | HIRSH | Telephone conference with Debtor and counsel for RKF regarding resolution of RKF's Objection to Disclosure Statement (.40); Telephone conference with Debtor and Counsel for Eastham Landlord regarding same (.60); Conference with J. Renert regarding strategy (.30). | 1.3 | 871.00 |
| 01/21/11 | JR | RENERT | Review revised ballots and communications from Donlin Recano regarding same. | .2 | 77.00 |
| 01/21/11 | JR | RENERT | Prepare for meeting with R.Hirsh regarding comments to plan and disclosure statement. | .2 | 77.00 |
| 01/21/11 | JR | RENERT | Communications with M.Cordasco regarding Eastham rejection damage claim and revisions to plan and disclosure statement. | .4 | 154.00 |
| 01/21/11 | JR | RENERT | Prpeare for and meet with R.Hirsh to discuss comments to plan and disclosure statement. | .4 | 154.00 |

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 01/21/11 | JR | RENERT | Participate in conference call with R.Hirsh, A.Goldstein and landlord's counsel regarding objection to disclosure statement. | .7 | 269.50 |
| 01/21/11 | JR | RENERT | Participate in conference call with R.Hirsh, A.Goldstein and RKF's counsel regarding objection to disclosure statement. | .3 | 115.50 |
| 01/21/11 | JR | RENERT | Participate in conference call with R.Hirsh and A.Goldstein regarding UST's and CIT's comments to plan. | .2 | 77.00 |
| 01/21/11 | JR | RENERT | Revisions to plan, disclosure statement and disclosure statement approval order, communications with R.Hirsh regarding same and circulate documents with a status update to group. | 2.1 | 808.50 |
| 01/21/11 | JR | RENERT | Communications with D.Recano regarding finalizing ballots. | .2 | 77.00 |
| 01/21/11 | JR | RENERT | Communications with I.Gold and V.Durrer regarding resolution of disclosure statement objections. | .4 | 154.00 |
| 01/22/11 | BM | BROWNSTEIN | Draft letter in support of Plan on behalf of Committee; email to J. Renert and R. Hirsh regarding same. | 4.3 | 1,397.50 |
| 01/23/11 | JR | RENERT | Insert relevant dates in disclosure statement approval order and consider revising timeline. | .3 | 115.50 |
| 01/23/11 | JR | RENERT | Update disclosure statement to make conforming changes made in plan. | .5 | 192.50 |
| 01/24/11 | BM | BROWNSTEIN | Read and review J. Renert's comments to committee support letter on behalf of creditors' committee in support of plan; email FTI regarding same. | .3 | 97.50 |
| 01/24/11 | RM | HIRSH | Review/analysis e-mail correspondence from counsel for Eastham regarding further discussion of resolution of its objection to the Disclosure Statement (.40); Telephone conference with counsel for the Debtors regarding same (.70). | 1.1 | 737.00 |
| 01/24/11 | JR | RENERT | Communications with various parties regarding resolution of disclosure statement objections. | .3 | 115.50 |
| 01/24/11 | JR | RENERT | Communications with N.Constantino regarding preparation for disclosure statement hearing. | .2 | 77.00 |
| 01/24/11 | JR | RENERT | Review and revise committee solicitation letter and draft email to committee regarding same. | .3 | 115.50 |
| 01/24/11 | JR | RENERT | Communications with R.Hirsh and G.Angelich regarding disclosure statement hearing. | .2 | 77.00 |
| 01/24/11 | JR | RENERT | Circulate committee support letter to counsel for VF and debtors. | .1 | 38.50 |

| 01/24/11 | JR | RENERT | Revise disclosure statement approval order pursuant to J.Makower's comments. | .4 | 154.00 |
|---|---|---|---|---|---|
| 01/24/11 | JR | RENERT | Review and revise disclosure statement to include additional disclosure on releases and treatment of executory contracts. | .5 | 192.50 |
| 01/25/11 | RM | HIRSH | Attend to Disclosure Statement issues, continued negotiation of settlement of Objections to Disclosure Statement and assist in preparation for hearing on same. | 1.7 | 1,139.00 |
| 01/25/11 | GP | ANGELICH | Prepare for disclosure statement hearing. | 5.9 | 3,245.00 |
| 01/25/11 | GP | ANGELICH | Confer with Rob Hirsh, Jordana Renert and Beth Brownstein regarding disclosure statement and plan. | 2.1 | 1,155.00 |
| 01/25/11 | AI | SILFEN | Address objections and draft language in connection with disclosure statement approval motion. | .6 | 498.00 |
| 01/25/11 | LA | INDELICATO | Prepare for hearing on approval of Disclosure Statement, including preparation of documents and hearing binders for judge and various parties. | 2.9 | 812.00 |
| 01/25/11 | LA | INDELICATO | Prepare, file and serve Notice of Filing and Letter to Creditors Recommending Voting for Confirmation of Plan and file Affidavit of Service. | 1.1 | 308.00 |
| 01/25/11 | BM | BROWNSTEIN | Prepare for Disclosure Statement Hearing with G. Angelich and J. Renert. | 2.5 | 812.50 |
| 01/25/11 | JR | RENERT | Review and revise ballots for solicitation. | .4 | 154.00 |
| 01/25/11 | JR | RENERT | Review and revise disclosure statement and plan and circulate to group in connection with objections and comments from RKF, CIT and Eastham landlord and communications with counsel for same. | 3.1 | 1,193.50 |
| 01/25/11 | JR | RENERT | Review and revise disclosure statement approval motion and ballots. | .6 | 231.00 |
| 01/25/11 | JR | RENERT | Communications with R.Hirsh regarding status of disclosure statement objections, revised documents and tomorrow's hearing. | .4 | 154.00 |
| 01/25/11 | JR | RENERT | Various communications with debtors' counsel, R.Hirsh and counsel to Eastham regarding disclosure statement objections and preparing for tomorrow's disclosure statement hearing. | 1.5 | 577.50 |
| 01/25/11 | JR | RENERT | Meet with G.Angelich regarding case background and preparation for tomorrow's disclosure statement hearing. | 2.5 | 962.50 |

| Date | | | Description | Hours | Amount |
|------|---|---|-------------|-------|--------|
| 01/25/11 | JR | RENERT | Further review and revision of plan, disclosure statement and disclosure statement approval order, finalize same and circulate final documents to group. | .8 | 308.00 |
| 01/25/11 | JR | RENERT | Prepare for tomorrow's disclosure statement hearing. | 2.2 | 847.00 |
| 01/26/11 | JR | RENERT | Prepare for disclosure statement hearing. | .4 | 154.00 |
| 01/26/11 | JR | RENERT | Participate in disclosure statement hearing. | 2.1 | 808.50 |
| 01/26/11 | JR | RENERT | Review and revise disclosure statement, plan, and disclosure statement approval order, meet with G.Angelich and A.Silfen regarding same, communications with debtors' counsel regarding same, circulate revised documents to debtors, VF's counsel and UST. | 2.8 | 1,078.00 |
| 01/26/11 | JR | RENERT | Review and finalize plan for filing. | .4 | 154.00 |
| 01/26/11 | JR | RENERT | Communications regarding scheduling confirmation hearing. | .2 | 77.00 |
| 01/26/11 | JR | RENERT | Communications regarding establishing ballot certification date. | .3 | 115.50 |
| 01/26/11 | LA | INDELICATO | Review various plan and disclosure statement and related documents and update files. | 2.2 | 616.00 |
| 01/26/11 | GP | ANGELICH | Attend disclosure statement hearing; wait time, round trip travel; preparation for hearing; and meeting with counsel prior to hearing. | 4.9 | 2,695.00 |
| 01/26/11 | GP | ANGELICH | Review and comment on revised language following disclosure statement haring. | 1.3 | 715.00 |
| 01/27/11 | JR | RENERT | Communications regarding solicitation process. | .4 | 154.00 |
| 01/27/11 | JR | RENERT | Revise disclosure statement approval motion to include tabulation date. | .2 | 77.00 |
| 01/27/11 | JR | RENERT | Communications with landlord's counsel regarding resolution of disclosure statement objection. | .2 | 77.00 |
| 01/28/11 | JR | RENERT | Finalize plan, disclosure statement and disclosure statement approval order, communications with debtors and VF regarding same, communications with L.Indelicato regarding filing documents. | 3.7 | 1,424.50 |
| 01/28/11 | LA | INDELICATO | Various calls and emails to reschedule Confirmation Hearing; review, revise and file clean and redline versions of amended plan and amended disclosure statement and all exhibits; prepare proposed order approving disclosure statement and exhibits for submission to Chambers; various discussion with Jordana Renert, Beth Brownstein and | 6.2 | 1,736.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | Chambers re same. | | |
| 01/31/11 | JR | RENERT | Review communications and circulate filed documents to debtors' counsel and counsel to VF. | .2 | 77.00 |
| 01/31/11 | JR | RENERT | Communications with Donlin Recano regarding solicitation of materials. | .7 | 269.50 |
| 01/31/11 | JR | RENERT | Communications with debtors' counsel and R.Hirsh regarding comments to voting file. | .3 | 115.50 |
| 01/31/11 | JR | RENERT | Review chart of voting claims and communications with debtors' counsel regarding same. | .7 | 269.50 |
| 01/31/11 | LA | INDELICATO | Prepare binders containing plan and disclosure statement documents for Rob Hirsh and Jordana Renert. | 2.1 | 588.00 |

```
                                              -------------
            CURRENT FEES                         36,314.00
```

```
                TIMEKEEPER TIME SUMMARY
      -----------------------------------------------------
      ANDREW I. SILFEN        .6   at  $830.00 =      498.00
      ROBERT HIRSH           7.9   at  $670.00 =    5,293.00
      GEORGE P. ANGELICH    14.2   at  $550.00 =    7,810.00
      JORDANA RENERT        39.4   at  $385.00 =   15,169.00
      BETH M. BROWNSTEIN     9.6   at  $325.00 =    3,120.00
      LISA INDELICATO       15.8   at  $280.00 =    4,424.00
                            ----                 ---------
            TOTALS          87.5                    36,314.00
```

```
            SUBTOTAL FOR THIS MATTER                  $36,314.00
```

(00012) MATTER NUMBER
RE:   Cash Collateral and DIP Financing

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JANUARY 31, 2011

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 01/03/11 | JR RENERT | Communications with J.Van de Merlen regarding CIT extension stipulation. | .2 | 77.00 |

CURRENT FEES                                        77.00

TIMEKEEPER TIME SUMMARY

| | | | | |
|---|---|---|---|---|
| JORDANA RENERT | .2 | at | $385.00 = | 77.00 |
| TOTALS | 0.2 | | | 77.00 |

SUBTOTAL FOR THIS MATTER                            $77.00

(00014) MATTER NUMBER
RE:   Real Estate and Leasing and Executory Contracts

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JANUARY 31, 2011

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 01/24/11 | JR  RENERT | Communications with debtors' counsel and M.Cordasco regarding lease rejection claims for Simon Properties. | .2 | 77.00 |

|  | CURRENT FEES |  | 77.00 |

TIMEKEEPER TIME SUMMARY

| JORDANA RENERT | .2 | at  $385.00 = | 77.00 |
|----------------|----|----------------|-------|
| TOTALS | 0.2 | | 77.00 |

SUBTOTAL FOR THIS MATTER                              $77.00

(00015) MATTER NUMBER
RE:   Creditor Inquiries

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JANUARY 31, 2011

| Date | Timekeeper | | Hours | Value |
|------|-----------|--|-------|-------|
| 01/05/11 | RM HIRSH | Attend various conference calls with creditors regarding various inquiries relating to Plan and Disclosure Statement. | 1.7 | 1,139.00 |
| 01/14/11 | RM HIRSH | Telephone conference with counsel for Spring Street regarding issues relating to Disclosure Statement and Spring Litigation. | .6 | 402.00 |
| 01/19/11 | JR RENERT | Communications with various creditors regarding plan and disclosure statement and case status. | .5 | 192.50 |
| 01/26/11 | JR RENERT | Review and comment on letter drafted by L.Indelicato regarding creditor inquiry. | .2 | 77.00 |
| 01/26/11 | LA INDELICATO | Draft response letter to creditor and forward to Jordana Renert for review. | .9 | 252.00 |
| 01/31/11 | LA INDELICATO | Respond to creditor inquiry; revise letter per attorney's comments and Fedex. | .5 | 140.00 |

CURRENT FEES              2,202.50

### TIMEKEEPER TIME SUMMARY

| | | | | |
|--|--|--|--|--|
| ROBERT HIRSH | 2.3 | at | $670.00 = | 1,541.00 |
| JORDANA RENERT | .7 | at | $385.00 = | 269.50 |
| LISA INDELICATO | 1.4 | at | $280.00 = | 392.00 |
| TOTALS | 4.4 | | | 2,202.50 |

SUBTOTAL FOR THIS MATTER          $2,202.50

(00022) MATTER NUMBER
RE:  Fee Applications

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JANUARY 31, 2011

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 01/03/11 | JR | RENERT | Review Manderson October fee statement. | .3 | 115.50 |
| 01/03/11 | JR | RENERT | Review Manderson November fee statement. | .3 | 115.50 |
| 01/04/11 | LA | INDELICATO | Follow up regarding adjournment of fee hearing; correspond with Silfen and Renert re same. | .3 | 84.00 |
| 01/07/11 | JR | RENERT | Draft email summarizing Manderson October and November monthly fee statements and circulate to committee. | .2 | 77.00 |
| 01/08/11 | JR | RENERT | Review and revise December time detail. | 4.6 | 1,771.00 |
| 01/10/11 | LA | INDELICATO | Review proposed order granting second interim fee applications of professionals. | .3 | 84.00 |
| 01/10/11 | LA | INDELICATO | Emails and discussions with Jordana Renert regarding proposed order granting second interim fee applications of professionals. | .4 | 112.00 |
| 01/10/11 | JR | RENERT | Communications with L.Indelicato regarding proposed order in connection with second interim fee application. | .3 | 115.50 |
| 01/11/11 | JR | RENERT | Communications with L.Indelicato regarding order in connection with second interim fee applications. | .1 | 38.50 |
| 01/11/11 | JR | RENERT | Review revised proposed order and circulate same to J.Makower. | .1 | 38.50 |
| 01/11/11 | LA | INDELICATO | Review fee applications filed by all professionals, revise proposed order granting second interim fee applications, prepare blackline of order and email to Jordana Renert. | 1.2 | 336.00 |
| 01/11/11 | LA | INDELICATO | Discussions with Jordana Renert regarding proposed order. | .2 | 56.00 |
| 01/12/11 | JR | RENERT | Draft email to committee summarizing second interim fee applications. | .3 | 115.50 |
| 01/12/11 | JR | RENERT | Brief review of Coleman Frost second interim fee application. | .5 | 192.50 |
| 01/12/11 | JR | RENERT | Review of Atlas second interim fee application. | .4 | 154.00 |
| 01/12/11 | JR | RENERT | Brief review of Todtman second interim fee application. | .6 | 231.00 |
| 01/12/11 | JR | RENERT | Brief review of Manderson interim fee application. | .5 | 192.50 |
| 01/13/11 | JR | RENERT | Circulate summary of second interim fee application to R.Hart. | .2 | 77.00 |

| Date | | Timekeeper | Description | Hours | Amount |
|------|---|------------|-------------|-------|--------|
| 01/15/11 | JR | RENERT | Communications with V.Santiago regarding status of December fee statement. | .1 | 38.50 |
| 01/20/11 | LA | INDELICATO | Prepare, file and serve monthly fee statement of Arent Fox. | 1.2 | 336.00 |
| 01/20/11 | LA | INDELICATO | Review, file and serve monthly fee statement of FTI Consulting. | .8 | 224.00 |
| 01/20/11 | LA | INDELICATO | Prepare and file affidavit of service of monthly fee statement of Arent Fox and FTI Consulting. | .8 | 224.00 |
| 01/21/11 | LA | INDELICATO | Update 2002 list and prepare affidavit of service of fee applications. | .9 | 252.00 |
| 01/23/11 | JR | RENERT | Communications with R.Hirsh and L.Indelicato regarding Arent Fox's second interim fee application. | .2 | 77.00 |
| 01/24/11 | JR | RENERT | Review December invoice from Donlin Recano. | .3 | 115.50 |
| 01/24/11 | LA | INDELICATO | Various calls and discussions with Chambers and counsel regarding adjournment of hearing on professionals' fees. | .5 | 140.00 |
| 01/25/11 | LA | INDELICATO | Follow up with Chambers and counsel regarding adjournment of hearing on professionals' fees. | .5 | 140.00 |
| 01/25/11 | LA | INDELICATO | Prepare, file and serve notice of adjournment of hearing on Arent Fox's first interim fee application and prepare and file affidavit of service. | 1.4 | 392.00 |
| 01/25/11 | LA | INDELICATO | Serve fee applications and prepare and file affidavit of service. | 1.3 | 364.00 |
| 01/26/11 | JR | RENERT | Review Hahn and Hessen December monthly invoice. | .1 | 38.50 |

```
                                         -------------
             CURRENT FEES                  6,247.50
```

```
                TIMEKEEPER TIME SUMMARY
     ----------------------------------------------------
     JORDANA RENERT        9.1  at  $385.00 =   3,503.50
     LISA INDELICATO       9.8  at  $280.00 =   2,744.00
                           ----              ---------
             TOTALS       18.9                 6,247.50
```

```
             SUBTOTAL FOR THIS MATTER            $6,247.50
```

SUMMARY OF CHARGES
------------------

| | |
|---|---:|
| TOTAL FOR: PHONE CHARGES | 40.77 |
| TOTAL FOR: DUPLICATING SUMMARY | 1,019.00 |
| TOTAL FOR: WESTLAW | 481.78 |
| TOTAL FOR: DOCUMENT IMAGING | 13.65 |
| TOTAL FOR: OVERTIME MEALS & CABS | 95.46 |
| TOTAL FOR: TAXICABS | 150.27 |
| TOTAL FOR: OVERNIGHT DELIVERY | 62.69 |
| TOTAL FOR: MEALS | 223.77 |

| | Area of Expertise, Year Admitted | Hours | Rate($) | Amount($) |
|---|---|---|---|---|
| **PARTNER** | | | | |
| ANDREW I. SILFEN | BR, 1986 (NJ), 1987 (NY) | .90 | 830.00 | 747.00 |
| ROBERT HIRSH | BR, 1998 (NY & NJ) | 66.60 | 670.00 | 44,622.00 |
| MICHAEL S. CRYAN | LDR, 1996 (NY & DC) | 34.30 | 590.00 | 20,237.00 |
| GEORGE P. ANGELICH | BR, 2000 (PA), 2003 (DC), 2005 (NY) | 14.20 | 550.00 | 7,810.00 |
| **ASSOCIATES** | | | | |
| JORDANA RENERT | | 95.20 | 385.00 | 36,652.00 |
| BETH M. BROWNSTEIN | | 39.90 | 325.00 | 12,967.50 |
| **PARAPROFESSIONALS** | | | | |
| LISA INDELICATO | BR | 52.60 | 280.00 | 14,728.00 |
| NOVA A. CONSTANTINO | BR | 3.30 | 270.00 | 891.00 |
| DAVID A. YEARWOOD | LDR | 1.30 | 265.00 | 344.50 |
| CATHY O'BRIEN | | .60 | 255.00 | 153.00 |
| | | 308.90 | | 139,152.00 |

Blended Rate: 450.48

BF:       Banking and Finance
BR:       Bankruptcy and Reorganization
CORP:     Corporate
EMPL:     Employment Law
HEALTH:   Health Law
INTL:     International Law
LDR:      Litigation Dispute Resolution
RE:       Real Estate

| | |
|---|---|
| CURRENT CHARGES FOR ALL MATTERS | 2,087.39 |
| CURRENT FEES FOR ALL MATTERS | 139,152.00 |
| TOTAL AMOUNT OF THIS INVOICE | $141,239.39 |

# ARENT FOX LLP

1050 Connecticut Ave., N.W.
Washington, D.C 20036-5339
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Rock & Republic of Official Committee of Unsecured
Creditors

Invoice Number 1299227
Invoice Date   02/16/11
Client Number  032509

------------------------------------------------------------------------

## - - REMITTANCE COPY - -

## PLEASE SEND WITH CHECK

**TOTAL AMOUNT OF THIS INVOICE**          $141,239.39

**PLEASE REMIT PAYMENT BY CHECK TO THE FOLLOWING ADDRESS:**

Arent Fox LLP
P.O. Box 644672
Pittsburgh, PA  15264-4672

**WIRING INSTRUCTIONS (if applicable):**

Bank:                  PNC BANK
Address:               800 Connecticut Avenue NW
                       Washington, DC 20006
ABA#:                  031000053
SWIFT CODE:            PNCCUS33 (for international use)
Account #:             5559763933
Beneficiary Name:      Arent Fox LLP
Beneficiary Address:   1050 Connecticut Ave., NW
                       Washington, DC 20036

Please reference the following:
                       Client #        032509
                       Client Name     Rock & Republic of Official Committee of Unsecured
                       Invoice Number  1299227

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.