

# COLEMAN FROST LLP

429 Santa Monica Boulevard,
Suite 700
Santa Monica, California 90401

February 18, 2011

**VIA HAND DELIVERY**

The Honorable Arthur J. Gonzelez
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

**VIA E-MAIL**

Mr. Armando Arce, Jr.
Rock & Republic Enterprises, Inc.
3523 Eastham Drive
Culver City, CA 90232

**VIA E-MAIL**

Schuyler G. Carroll
Robert Hirsh
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820

**VIA E-MAIL**

Richard Morrissey
Office of the United States Trustee
33 Whitehall Street – 21st Floor
New York, NY 10004

**VIA E-MAIL**

Alex Spizz
Todtman, Nachamie, Spizz & Johns, P.C.
425 Park Avenue
New York, NY 10022

**Re: Rock & Republic Enterprises, Inc. et al.
Chapter 11 Case No. 10-11728 (AJG) (Jointly Administered)**

     Pursuant to an Order dated May 26, 2010, our firm was retained *nunc pro tunc* to April 1, 2010 to represent the Debtors in Possession as Special Litigation Counsel in the above-referenced Chapter 11 case. By Order dated April 29, 2010 (the "Compensation

Hon. Arthur J. Gonzalez
Armando Arce, Jr.
Schuyler G. Carroll
Richard Morrissey
Alex Spizz
February 18, 2011
Page 2

Order") the Bankruptcy Court has authorized payment of 80% of our monthly fees and 100% of our monthly expenses for the period of January 2011.

During the period from January 1, 2011 through January 31, 2011, our fees for services rendered as counsel to the Debtors-in Possession were $113,485.00. Our disbursements during this period were $1,531.62. A detailed billing statement for the period is enclosed for your information and review. The billing statement sets forth the name of each attorney or staff member who rendered services and the applicable billing rate. The report also breaks down the services by category as required by the fee guidelines.

**BY SUBMITTING THIS UNREDACTED BILLING STATEMENT, COLEMAN FROST LLP DOES NOT WAIVE THE ATTORNEY-CLIENT PRIVILEGE OR WORK PRODUCT PRIVILEGE, ALL OF WHICH ARE EXPRESSLY PRESERVED.**

In accordance with the Compensation Order, unless we receive an objection to our billing statement within thirty-five (35) days following the end of the last month for which compensation is sought, the Debtors shall remit to Coleman Frost LLP the sum of $90,788.00, representing 80% of $113,485.00, and $1,531.62, representing 100% of the disbursements incurred during the applicable period, for payment of fees and costs in the amount of $92,319.62.

If you have any questions regarding this billing statement, please do not hesitate to contact the undersigned.

Very Truly Yours,

Daniel L. Alexander
for COLEMAN FROST LLP



## COLEMAN FROST LLP

429 SANTA MONICA BLVD.
SUITE 700
SANTA MONICA, CA 90401

Armando Arce, Jr.  February 18, 2011
Rock & Republic Enterprises, Inc.  Client No. 1096
3523 Eastham Dr.
Culver City, CA 90232

Cover Statement

|  | Balance |
|---|---|
| 1096-001 Re: Litigation | $113,485.00 |
| 1096-003 Re: Fee/Employment Applications | 0.00 |
| 1096-004 Re: Relief From Stay Proceedings | $ 0.00 |
| Total Fees | $113,485.00 |
| Expenses | $ 1,531.62 |
| Total Fees and Expenses | $115,016.62 |

Tel (310) 576-7312 • Fax (310) 899-1016 • www.colemanfrost.com

COLEMAN FROST LLP
429 Santa Monica Blvd., Suite 700
Santa Monica, California 90401
(310) 576-7312
TIN # 20-0807972

Armando Arce, Jr.  
Rock & Republic Enterprises, Inc.  
3523 Eastham Dr.  
Culver City, CA 90232

February 18, 2011  
Our File: 1096.001  
Invoice # 1775  
**Total Balance Due $322378.47**

RE: Litigation

Statement of Account for the Period Ending January 31, 2011

Professional Services

| Date | Emp | Description | Hours | Amount |
|---|---|---|---|---|
| 01/03/11 | BAA | Email communications w/A. Goldstein re strategy and procedure for trial | 0.60 | 225.00 |
| 01/04/11 | DLA | Review deposition transcripts | 2.40 | 780.00 |
| 01/05/11 | DFC | Email to client re status | 0.20 | 75.00 |
| | DLA | Prepare for estimation hearing | 7.90 | 2,567.50 |
| 01/06/11 | DLA | Confer w/D. Coleman re trial; contact client re same | 0.90 | 292.50 |
| | DLA | Prepare for estimation hearing | 9.20 | 2,990.00 |
| 01/07/11 | DFC | Review/analyze issues re witness testimony at trial | 1.20 | 450.00 |
| | DLA | Review trial exhibits | 5.20 | 1,690.00 |
| | DLA | Review deposition testimony | 3.80 | 1,235.00 |
| | DLA | Exchange communications w/client contact re estimation hearing | 0.60 | 195.00 |
| | BAA | Email communications w/C. Mason re airfare and hotel reservations for New York | 1.40 | 525.00 |

Page 2
February 18, 2011
Rock & Republic Enterprises, Inc.
Litigation
Our File: 1096.001
Invoice # 1775

| Date | Emp | Description | Hours | Amount |
|---|---|---|---|---|
| | BAA | Receipt, preliminary review and analysis of expert S. Herd deposition transcript, Vol. 2 and email communications to cover same | 2.20 | 825.00 |
| 01/10/11 | DFC | Review/analyze issues re estimation hearing | 0.80 | 300.00 |
| | DLA | Prepare for estimation hearing | 6.40 | 2,080.00 |
| 01/11/11 | DLA | Review deposition testimony | 4.40 | 1,430.00 |
| 01/12/11 | DFC | Review/analyze issues re litigation strategy | 0.20 | 75.00 |
| | DLA | Confer w/C. Malaret re status and payment for deposition; draft communication to deponent re same; conference w/attorney re same | 0.20 | 65.00 |
| | DLA | Prepare for estimation hearing | 6.30 | 2,047.50 |
| | BAA | Analysis of list of documents for foundation stipulation requested by C. Malaret | 1.10 | 412.50 |
| 01/13/11 | DLA | Review and respond to communications from expert witness; draft communication to C. Malaret re same | 0.30 | 97.50 |
| | DLA | Review deposition transcript and exhibits | 3.80 | 1,235.00 |
| | BAA | Review and analysis of exhibits marked for trial by New Pacific | 4.30 | 1,612.50 |
| 01/14/11 | DLA | Confer w/D. Coleman re estimation hearing witness | 0.20 | 65.00 |
| | DLA | Review deposition designations | 2.80 | 910.00 |
| | BAA | Review and organization of depositions, direct examination declarations and exhibits | 9.60 | 3,600.00 |
| 01/18/11 | DFC | Review/analyze issues re witness testimony and evidence, email from C. Malaret | 1.40 | 525.00 |
| | DLA | Confer w/B. Armstrong re estimation hearing | 0.40 | 130.00 |

Page 3
February 18, 2011
Rock & Republic Enterprises, Inc.
Litigation
Our File: 1096.001
Invoice # 1775

| Date | Emp | Description | Hours | Amount |
|---|---|---|---|---|
| | DLA | Confer w/D. Coleman re potential witness for estimation hearing | 0.30 | 97.50 |
| | DLA | Compile materials for witness prep | 2.10 | 682.50 |
| | DLA | Review direct testimony declarations | 2.80 | 910.00 |
| 01/19/11 | DFC | Review/analyze litigation strategy, expected witness testimony | 1.50 | 562.50 |
| | DLA | Confer w/B. Armstrong re estimation hearing | 0.60 | 195.00 |
| | DLA | Conference w/B. Armstrong and A. Goldstein re estimation hearing | 0.20 | 65.00 |
| | DLA | Review filed materials for submission to court | 0.40 | 130.00 |
| | DLA | Prepare for estimation hearing | 7.40 | 2,405.00 |
| | BAA | Telecon and email communications w/C. Malaret re proposed declaration testimony of A.E. Gaupp | 1.30 | 487.50 |
| | BAA | Review and analysis of exhibits proposed by New Pacific and Rock & Republic for purposes of preparing cross-examination | 7.30 | 2,737.50 |
| 01/20/11 | DFC | Review/analyze litigation strategy, expert issues; calls to/from client | 1.80 | 675.00 |
| | DLA | Prepare for estimation hearing | 8.40 | 2,730.00 |
| | BAA | Receipt, preliminary review and analysis of supplemental declaration of A. Ciasulli | 2.30 | 862.50 |
| | BAA | Preparation for arguments on motions in limine | 3.10 | 1,162.50 |
| | BAA | Preparation of opening statement outline | 1.90 | 712.50 |
| 01/21/11 | DLA | Prepare for estimation hearing | 12.40 | 4,030.00 |

Page 4
February 18, 2011
Rock & Republic Enterprises, Inc.
Litigation
Our File: 1096.001
Invoice # 1775

| Date | Emp | Description | Hours | Amount |
|---|---|---|---|---|
| | BAA | Receipt, preliminary review and analysis of New Pacific's objections the amended declaration of expert S. Herd | 0.90 | 337.50 |
| | BAA | Email communications w/Morgan Lewis office re procedure for trial and request for information from Judge Lane's clerk | 0.90 | 337.50 |
| | BAA | Organization of materials and documents needed for trial | 6.90 | 2,587.50 |
| 01/22/11 | DLA | Travel from Los Angeles to New York | 8.70 | 2,827.50 |
| | DLA | Review deposition testimony and exhibits | 5.80 | 1,885.00 |
| | BAA | Travel from Los Angeles to New York | 7.60 | 2,850.00 |
| 01/23/11 | DLA | Prepare for estimation hearing | 16.90 | 5,492.50 |
| | BAA | Drafting of opening statement | 1.10 | 412.50 |
| | BAA | Review and analysis of D. Margulies declaration; review and analysis of D. Margulies deposition testimony; prepare for cross-examination of D. Margulies | 5.20 | 1,950.00 |
| | BAA | Review and analysis of A. Ciasulli declaration; review and analysis of A. Ciasulli deposition testimony; prepare for cross-examination of A. Ciasulli | 6.30 | 2,362.50 |
| | BAA | Review and analysis of D. Smith declaration; review and analysis of D. Smith deposition testimony; prepare for cross-examination of D. Smith | 3.60 | 1,350.00 |
| | BAA | Development of outline for final argument | 2.10 | 787.50 |
| 01/24/11 | JBF | Analyze witness testimony isses and conference call re same | 1.70 | 637.50 |

Page 5
February 18, 2011
Rock & Republic Enterprises, Inc.
Litigation
Our File: 1096.001
Invoice # 1775

| Date | Emp | Description | Hours | Amount |
|---|---|---|---|---|
| | DFC | Review/analyze issues re witness testimony; telecons w/M. Ball, A. Bernholtz, A.E. Gaupp, C. Messer, B. Armstrong, D. Alexander re same; review/analyze deposition testimony re same; drafting of outliine re witness testiony issues on cross-exam | 5.70 | 2,137.50 |
| | DLA | Prepare for and participate in estimation hearing | 19.50 | 6,337.50 |
| | BAA | Organization and preparation of documents and records for use in trial | 3.20 | 1,200.00 |
| | BAA | Travel to/from and participation at trial | 9.30 | 3,487.50 |
| | BAA | Conference w/A. Goldstein and D. Alexander re status of proceedings | 1.40 | 525.00 |
| 01/25/11 | JBF | Analyze witness testimony issues | 1.20 | 450.00 |
| | DFC | Preparation for testimony of A.E. Gaupp; telecon w/A.E. Gaupp and D. Alexander; travel to/from and attendance at testimony of A.E. Gaupp; telecons to/from B. Armstrong and D. Alexander | 5.20 | 1,950.00 |
| | DLA | Prepare for and participate in estimation hearing | 20.20 | 6,565.00 |
| | BAA | Review and analysis of A. Rosenstein declaration; review and analysis of A. Rosenstein deposition testimony; prepare for cross-examination of A. Rosenstein | 2.40 | 900.00 |
| | BAA | Review and analysis of J. Williams declaration; review and analysis of J. Williams deposition testimony; prepare for cross-examination of J. Williams | 2.10 | 787.50 |
| | BAA | Pretrial testimony conference with expert S. Herd | 1.10 | 412.50 |
| | BAA | Travel to/from and participation in trial | 7.60 | 2,850.00 |
| | BAA | Pretrial testimony conference w/T. Rael | 1.10 | 412.50 |

Page 6
February 18, 2011
Rock & Republic Enterprises, Inc.
Litigation
Our File: 1096.001
Invoice # 1775

| Date | Emp | Description | Hours | Amount |
|---|---|---|---|---|
|  | BAA | Pretrial testimony conference w/A. Bernholtz and M. Ball | 1.90 | 712.50 |
| 01/26/11 | DFC | Preparation for, travel to/from and attendance at testimony of J. Williams; telecons w/B. Armstrong and D. Alexander re trial | 2.60 | 975.00 |
|  | DLA | Prepare for and participate in estimation hearing | 7.40 | 2,405.00 |
|  | BAA | Organization of materials and documents for trial | 1.20 | 450.00 |
|  | BAA | Travel to/from and participation in trial | 5.70 | 2,137.50 |
| 01/27/11 | DLA | Review and respond to communications re estimation hearing and post-trial tasks | 0.60 | 195.00 |
| 01/28/11 | DLA | Review and respond to communications re estimation hearing and post-trial tasks | 1.20 | 390.00 |
| 01/30/11 | DLA | Travel from New York to Los Angeles | 10.20 | 3,315.00 |
|  | BAA | Travel from New York to Los Angeles | 8.20 | 3,075.00 |
| 01/31/11 | DLA | Confer w/B. Armstrong and D. Coleman re estimation hearing and next steps | 1.40 | 455.00 |
|  | BAA | Preparation for drafting findings of fact and conclusions of law as requested by Court - review and analysis of declaration testimony, cross-examination and deposition designations | 4.70 | 1,762.50 |
|  | BAA | Analysis of testimony to determine effort involved in assembling joint exhibit list as requested by Court | 2.10 | 787.50 |
|  | BAA | Telecon w/C. Malaret re procedure for compiling joint exhibit list of exhibits actually used at trial | 0.30 | 112.50 |

Summary of Services

| | | | | | |
|---|---|---|---|---|---|
| BAA | Bruce A. Armstrong | 122.00 hr | @ 375.00 | $ | 45750.00 |
| DFC | Derrick F. Coleman | 20.60 hr | @ 375.00 | $ | 7725.00 |
| DLA | Daniel L. Alexander | 181.30 hr | @ 325.00 | $ | 58922.50 |

Page 7
February 18, 2011
Rock & Republic Enterprises, Inc.
Litigation
Our File: 1096.001
Invoice # 1775

| | | | | | |
|---|---|---|---|---|---|
| JBF | J.B. Frost | | 2.90 hr @ 375.00 | $ | 1087.50 |

| | | |
|---|---|---|
| Total Professional Services | 326.80 | $113,485.00 |

Costs and Disbursements

| Date | Description | Amount |
|---|---|---|
| 01/31/11 | Fedex | 134.29 |
| 01/31/11 | NY Trial Expenses (Transportion $235.64; Meals $527.60; Phone $11.65; Supplies $21.56; Parking $20.00) | 816.45 |
| 01/31/11 | New York Trial Expenses (Meals $288.00; Copies $72.87; Transporation $220.01) | 580.88 |
| | Total Costs and Disbursements | $ 1,531.62 |

| | |
|---|---|
| TOTAL NEW CHARGES | $115,016.62 |

| | |
|---|---|
| Previous Balance Due | $232,361.85 |

PAYMENTS AND CREDITS

| | | |
|---|---|---|
| 01/24/11 | Payment Received (Applied to 10/31/10 Invoice Fees) | 25,000.00 |
| | Total Payments and Credits | $ 25,000.00 |

| | |
|---|---|
| Unpaid Balance Forward | $207,361.85 |

Page 8
February 18, 2011
Rock & Republic Enterprises, Inc.
Litigation
Our File: 1096.001
Invoice # 1775

SUMMARY OF ACCOUNT

| | |
|---|---:|
| Balance Forward | $232,361.85 |
| Total New Charges | 115,016.62 |
| Payments and Credits | 25,000.00 |
| TOTAL BALANCE DUE *** PLEASE PAY THIS AMOUNT ** | $322,378.47 |