

ATLAS STRATEGIC ADVISORS, LLC
140 E 45th St, 23rd Floor
New York, NY 10017

February 20, 2011

Debtors
Attn: Viet Do
c/o Rock & Republic Enterprises, Inc.
3523 Eastham Drive
Culver City, CA 90232

### INVOICE # 0021 - Rock & Republic Enterprises, Inc.

| Description | Amount (US$) |
|---|---|
| Engagement Fee -January 2011 | $ 20,000.00 |
| *Fee incurred as per our engagement letter dated March 26, 2010* | |
| **Total** | **$ 20,000.00** |

Kindly wire funds to:

Atlas Strategic Advisors, LLC
Acc # 74396909
Citibank N.A.
Routing # 021-0000-89
Branch # 165
95 Pondfield Road
Bronxville, NY 10708



## Consulting Services

| Date | Description | Time | Team |
|---|---|---|---|
| **13-Jan-11** | Call with Lawyers | 1 | **JS, NE** |
| **18-Jan-11** | Call with Lawyers | 2 | **JS, NE** |
| **20-Jan-11** | Call with Lawyers | 0.5 | **JS, NE** |
| **25-Jan-11** | Call with Lawyers | 1 | **JS, NE** |
| **27-Jan-11** | Meeting in LA | 4 | **JS, NE** |



ATLAS STRATEGIC ADVISORS, LLC
140 E 45th St, 23rd Floor
New York, NY 10017

February 20, 2011

Debtors
Attn: Viet Do
c/o Rock & Republic Enterprises, Inc.
3523 Eastham Drive
Culver City, CA 90232

### INVOICE # 0022 - Rock & Republic Enterprises, Inc.

| Description | | | Amount (US$) |
|---|---|---|---|
| **Date** | **Team** | **Description** | **Amount** |
| 1/26/2011 | JS | Car service in Los Angeles on 1/26/10 | $12.20 |
| 1/26/2011 | JS | Car service in Los Angeles on 1/26/11 | $70.00 |
| 1/27/2011 | JS | Car service in Los Angeles on 1/27/11 | $60.00 |
| 1/27/2011 | JS | Car service in Los Angeles on 1/27/11 | $70.00 |
| 1/29/2011 | JS | Travel Meal in the Hotel | $130.16 |
| 1/29/2011 | JS | Parking service in the hotel | $2.67 |
| 1/29/2011 | JS | Hotel stay from 1/26/11 to 1/29/11 | $289.88 |
| 1/31/2011 | JS,NE | Telecom Charges - January 2011 | $11.01 |

*Expenses incurred as per our engagement letter dated March 26, 2010*

**Total**  **$645.92**

***Kindly wire funds to:***

Atlas Strategic Advisors, LLC
Acc # 74396909
Citibank N.A.
Routing # 021-0000-89
Branch # 165
95 Pondfield Road
Bronxville, NY 10708