

FTI Consulting, Inc.
3 Times Square
9th Floor
New York, NY 10036

212.247.1010 telephone
212.841.9350 facsimile

www.fticonsulting.com

March 18, 2011

**VIA FIRST CLASS MAIL**

Rock & Republic Enterprises, Inc.
250 West Ivy Avenue
Inglewood, CA 90302

Attention: Viet Do

Re: Rock & Republic Enterprises, *et al.* (the "Debtors")

Dear Mr. Do,

In accordance with the Order Pursuant to Bankruptcy Code Sections 105(a) and 331 establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered by the Honorable Arthur J. Gonzalez on April 29, 2010, annexed herewith is the billing statement of FTI Consulting, Inc. ("FTI") for the period from February 1, 2011 through February 28, 2011. As reflected in the billing statement, FTI requests $41,171.50 compensation for professional services rendered and $0.00 in expense reimbursements. If no objections are received within fifteen days of the submission of this billing statement, our bill should be promptly paid in the amount of **$32,937.20** consisting of: (a) advisory fees in the amount of $32,937.20, equivalent to eighty percent (80%) of the requested fees; and (b) $0.00 in expenses.

To assist the parties in interest in reviewing our billing statement, we have annexed a fee summary and a disbursement summary. Should you have any comments or questions, please feel free to contact me at 212-841-9369.

Very truly yours,

Steven Simms
Senior Managing Director

Encl.
Service List

## Service List

Rock & Republic Enterprises, Inc.
250 West Ivy Avenue
Inglewood, CA 90302
Attn: Viet Do

Todtman, Nachamie, Spizz & Johns, P.C.
425 Park Avenue
New York, NY 10022
Attn: Arthur Goldstein, Esq. and Alex Spizz, Esq.

Arent Fox LLP
1675 Broadway
New York, NY 10019
Attn: Robert Hirsh

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Richard C. Morrissey, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ROCK & REPUBLIC ENTERPRISES, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 10-17728 (AJG)<br><br>(Jointly Administered) |

**TENTH STATEMENT SUBMITTED IN COMPLIANCE WITH ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 331 ESTABLISHING PROCEDURES FOR INTERIM MONTHLY COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS FOR THE PERIOD FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

The statement of FTI Consulting, Inc. ("FTI") as financial advisor to the Official Committee of Unsecured Creditors of Rock & Republic Enterprises, Inc. ("R&R") and Triple R., Inc. ("TR"), debtors and debtors in possession, (collectively, the "Debtors") in accordance with the Order Pursuant to sections 105(a) and 331, of title 11, United States Code establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals (the "Order") entered by the Honorable Arthur J. Gonzalez, United States Bankruptcy Judge, in room 523 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY, on April 29, 2010, does respectfully represent and allege as follows:

1. The fees and disbursements recorded during the period from February 1, 2011 through and including February 28, 2011 (the "Tenth Period") amount to:

| | |
|---|---:|
| Fees Incurred for Tenth Period | $41,171.50 |
| Fees Requested for Tenth Period (80% Fees Incurred) | 32,937.20 |
| | |
| Fees | $32,937.20 |
| Disbursements | 0.00 |
| **TOTAL** | **$32,937.20** |

As stated in the FTI Retention Application, FTI has agreed to seek compensation on an hourly basis, plus reimbursement of actual and necessary expenses for the Tenth Period. Total fees for the Tenth Period based on actual billing rates were $41,171.50 for a total of 59.4 hours incurred. FTI seeks 80% of the requested fees in the amount of $32,937.20 and 100% of expenses in the amount of $0.00 for the Tenth Period.

2. The professionals providing services and the aggregate hours spent by each professional during the Tenth Period are set forth in the schedule annexed hereto as Exhibit "A."

3. A summary of services rendered and time charges under each service category during the Tenth Period are set forth in the schedule annexed hereto as Exhibit "B."

4. Detailed time entry by services rendered during the Tenth Period is set forth in the schedule annexed hereto as Exhibit "C."

5. The professionals at FTI record all of their time expended in connection with this engagement in increments of tenths (1/10) of an hour. The time recorded to matters is thereafter billed at the prevailing hourly rates. Disbursements, as they are recorded in FTI's computer records, are thereafter generally billed to each client as applicable. The disbursements in this Fee Statement conform with the limits as set forth in the Administrative Orders of the United States Bankruptcy Court for the Southern District of New York dated August 10, 1991 and August 19, 1995.

Dated: New York, New York
March 18, 2011

                      FTI CONSULTING, INC.
                      Financial Advisors to the Official Committee of Unsecured
                      Creditors of Rock & Republic Enterprises, Inc., *et al*.

           By: _____
                      Steven Simms
                      Senior Managing Director
                      Three Times Square
                      New York, New York 10036
                      (212) 841-9369

**\*\* The fees and disbursements requested in this Fee Statement shall be authorized to be paid to the requesting party by the Debtor without further Notice and without a hearing unless, within fifteen (15) days after service of this Fee Statement, an objection is filed with the Clerk of the Bankruptcy Court and served upon FTI Consulting Inc. and those parties identified in the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals**

Check and wire transfer instructions are as follows:

| **By Check Remit to:** | **By Wire Transfer Remit to:** |
|---|---|
| FTI Restructuring | ABA # 026009593 |
| PO Box 631916 | Bank of America |
| Baltimore, MD 21263-1916 | FTI Consulting, Inc. |
| | Account #003939577164 |
| | Tax ID #22-3026953 |

                                        Project No. 423829.0001

# EXHIBIT A
## ROCK & REPUBLIC ENTERPRISES, INC., CASE NO. 10-11728
## SUMMARY OF HOURS BY PROFESSIONAL
### *FOR THE PERIOD FEBRUARY 1, 2011 TO FEBRUARY 28, 2011*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Simms, Steven | Senior Managing Director | $895 | 6.2 | $5,549.00 |
| Cordasco, Michael | Managing Director | 745 | 39.1 | 29,129.50 |
| Pace, Kathryn | Senior Consultant | 530 | 10.6 | 5,618.00 |
| Hellmund-Mora, Marili | Associate | 250 | 3.5 | 875.00 |
| **TOTAL** | | | 59.4 | $41,171.50 |

# EXHIBIT B
## ROCK & REPUBLIC ENTERPRISES, INC., CASE NO. 10-11728
## SUMMARY OF HOURS BY TASK
### *FOR THE PERIOD FEBRUARY 1, 2011 TO FEBRUARY 28, 2011*

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 3.8 | $2,723.50 |
| 2 | Cash & Liquidity Analysis | 3.7 | 2,756.50 |
| 6 | Asset Sales | 3.5 | 2,682.50 |
| 10 | Analysis of Tax Issues | 0.2 | 149.00 |
| 11 | Prepare for and Attend Court Hearings | 0.7 | 521.50 |
| 13 | Analysis of Other Miscellaneous Motions | 1.1 | 819.50 |
| 14 | Analysis of Claims/Liab Subject to Compromise | 9.0 | 6,705.00 |
| 17 | Wind Down Monitoring | 26.5 | 18,493.50 |
| 18 | Potential Avoidance Actions & Litigation | 1.1 | 819.50 |
| 20 | General Mtgs with Debtor & Debtors' Professionals | 0.5 | 417.50 |
| 21 | General Mtgs with UCC & UCC Counsel | 4.8 | 3,526.00 |
| 24 | Preparation of Fee Application | 4.5 | 1,557.50 |
| | **TOTAL** | 59.4 | $41,171.50 |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 2/4/2011 | Cordasco, Michael | 0.3 | Review inventory roll forward and list of checks paid. |
| 1 | 2/7/2011 | Cordasco, Michael | 0.4 | Review A/P and check register. |
| 1 | 2/8/2011 | Cordasco, Michael | 0.2 | Review revised inventory roll forward. |
| 1 | 2/15/2011 | Cordasco, Michael | 0.5 | Review November MOR. |
| 1 | 2/15/2011 | Cordasco, Michael | 0.5 | Review issued checks and expense reimbursement forms. |
| 1 | 2/18/2011 | Cordasco, Michael | 0.4 | Review and summarize recent A/P aging. |
| 1 | 2/21/2011 | Cordasco, Michael | 0.4 | Review proposed commission payment calculations. |
| 1 | 2/22/2011 | Pace, Kathryn | 0.5 | Participate in discussion with Counsel re: letter on executive expenses and commission payments. |
| 1 | 2/22/2011 | Cordasco, Michael | 0.3 | Review check detail and inventory summary. |
| 1 | 2/23/2011 | Cordasco, Michael | 0.3 | Review draft letter to Debtors re: expense reimbursement. |
| | | **Task Code 1** | **3.8** | |
| 2 | 2/1/2011 | Cordasco, Michael | 0.5 | Participate in call with Debtor re: actual cash flows. |
| 2 | 2/7/2011 | Cordasco, Michael | 0.2 | Correspond with Debtors re: cash flow forecast. |
| 2 | 2/7/2011 | Cordasco, Michael | 0.5 | Review revised cash flow analysis. |
| 2 | 2/8/2011 | Cordasco, Michael | 0.4 | Participate in call with Debtor re: liquidity. |
| 2 | 2/8/2011 | Cordasco, Michael | 0.3 | Prepare request list re: cash flows. |
| 2 | 2/15/2011 | Cordasco, Michael | 0.5 | Review updated cash flow analysis. |
| 2 | 2/15/2011 | Cordasco, Michael | 0.4 | Participate in cash call with Debtors. |
| 2 | 2/22/2011 | Cordasco, Michael | 0.4 | Participate in call with Debtors re: liquidity. |
| 2 | 2/22/2011 | Cordasco, Michael | 0.5 | Review updated liquidity analysis. |
| | | **Task Code 2** | **3.7** | |
| 6 | 2/1/2011 | Simms, Steven | 0.3 | Participate in call with buyer re: IP issues. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 2/4/2011 | Cordasco, Michael | 0.7 | Participate in call with potential buyer re: status update. |
| 6 | 2/8/2011 | Cordasco, Michael | 0.2 | Participate in call with Counsel re: sale status. |
| 6 | 2/10/2011 | Cordasco, Michael | 0.4 | Review closing checklist re: sale. |
| 6 | 2/10/2011 | Cordasco, Michael | 0.4 | Participate in call with Debtor and potential purchaser. |
| 6 | 2/11/2011 | Simms, Steven | 0.2 | Participate in call with buyer re: case issues. |
| 6 | 2/17/2011 | Cordasco, Michael | 0.4 | Participate in call with potential purchaser re: sale status. |
| 6 | 2/24/2011 | Cordasco, Michael | 0.3 | Participate in call with potential purchaser re: sale status. |
| 6 | 2/25/2011 | Cordasco, Michael | 0.6 | Participate in call with potential purchaser re: wind down. |
| | | **Task Code 6** | **3.5** | |
| 10 | 2/16/2011 | Cordasco, Michael | 0.2 | Handle issues re: 2009 and 2010 tax filings. |
| | | **Task Code 10** | **0.2** | |
| 11 | 2/7/2011 | Cordasco, Michael | 0.2 | Prepare for fee hearing. |
| 11 | 2/9/2011 | Cordasco, Michael | 0.5 | Attend fee hearing. |
| | | **Task Code 11** | **0.7** | |
| 13 | 2/7/2011 | Cordasco, Michael | 0.3 | Participate in call with Counsel re: scheduled hearings and voting. |
| 13 | 2/22/2011 | Cordasco, Michael | 0.5 | Review draft confirmation order. |
| 13 | 2/23/2011 | Cordasco, Michael | 0.3 | Review motion summaries prepared by Counsel. |
| | | **Task Code 13** | **1.1** | |
| 14 | 2/1/2011 | Cordasco, Michael | 0.3 | Review claims record for voting purposes. |
| 14 | 2/2/2011 | Cordasco, Michael | 0.3 | Review revised claims analysis and voting purposes. |
| 14 | 2/8/2011 | Cordasco, Michael | 0.5 | Participate in call with Counsel re: lease rejection claims and post trial brief. |
| 14 | 2/9/2011 | Cordasco, Michael | 0.9 | Review New Pacific damage calculations. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 14 | 2/9/2011 | Cordasco, Michael | 0.7 | Prepare lease damage calculations for post trial brief. |
| 14 | 2/9/2011 | Cordasco, Michael | 0.5 | Participate in call with Counsel re: damage calculations. |
| 14 | 2/9/2011 | Cordasco, Michael | 0.3 | Review Debtor damage claim calculations. |
| 14 | 2/9/2011 | Cordasco, Michael | 0.4 | Update lease rejection calculations. |
| 14 | 2/10/2011 | Cordasco, Michael | 0.5 | Review draft post-trial brief re: New Pacific. |
| 14 | 2/10/2011 | Cordasco, Michael | 0.2 | Review stipulation between Debtor and New Pacific. |
| 14 | 2/10/2011 | Cordasco, Michael | 0.6 | Revise lease rejection claim calculations. |
| 14 | 2/10/2011 | Cordasco, Michael | 0.4 | Participate in call with Counsel re: post trial brief. |
| 14 | 2/11/2011 | Cordasco, Michael | 0.5 | Review revised draft post-trial brief. |
| 14 | 2/11/2011 | Cordasco, Michael | 0.4 | Update damage calculation analysis. |
| 14 | 2/11/2011 | Cordasco, Michael | 0.3 | Participate in call with Counsel re: New Pacific claim. |
| 14 | 2/11/2011 | Cordasco, Michael | 0.7 | Review and update damage claim calculations. |
| 14 | 2/14/2011 | Cordasco, Michael | 0.3 | Review revised post-trial brief - New Pacific. |
| 14 | 2/14/2011 | Cordasco, Michael | 0.4 | Participate in call with Debtor re: claims update. |
| 14 | 2/14/2011 | Cordasco, Michael | 0.2 | Participate in call with Counsel re: claims update. |
| 14 | 2/14/2011 | Cordasco, Michael | 0.6 | Review of post-trial briefs filed by Debtors and New Pacific. |
| | | **Task Code 14** | **9.0** | |
| 17 | 2/14/2011 | Simms, Steven | 0.3 | Review document re: wind down items. |
| 17 | 2/15/2011 | Cordasco, Michael | 0.3 | Participate in call with Counsel re: liquidating trust agreement update. |
| 17 | 2/15/2011 | Cordasco, Michael | 0.3 | Respond to inquiries from liquidating trustee candidate. |
| 17 | 2/16/2011 | Simms, Steven | 0.3 | Review items related to liquidating trust. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 2/16/2011 | Cordasco, Michael | 0.3 | Participate in call with Counsel re: liquidating trustee role. |
| 17 | 2/16/2011 | Cordasco, Michael | 0.4 | Participate in call with Debtor re: wind down budget. |
| 17 | 2/16/2011 | Simms, Steven | 0.4 | Review document re: liquidating trust issues. |
| 17 | 2/17/2011 | Cordasco, Michael | 0.4 | Participate in call with Counsel re: liquidating trust. |
| 17 | 2/18/2011 | Cordasco, Michael | 0.8 | Set up wind down budget. |
| 17 | 2/18/2011 | Cordasco, Michael | 0.3 | Participate in call with Counsel re: liquidating trust. |
| 17 | 2/18/2011 | Cordasco, Michael | 1.3 | Review and edit wind down budget. |
| 17 | 2/18/2011 | Simms, Steven | 0.2 | Review document re: liquidating trust issues. |
| 17 | 2/21/2011 | Cordasco, Michael | 0.7 | Participate in call with Debtors re: wind down assumptions. |
| 17 | 2/21/2011 | Cordasco, Michael | 0.4 | Prepare listing of open items re: wind down budget. |
| 17 | 2/21/2011 | Cordasco, Michael | 0.5 | Review and update wind down budget. |
| 17 | 2/22/2011 | Cordasco, Michael | 0.3 | Participate in call with Counsel re: liquidating trust. |
| 17 | 2/22/2011 | Cordasco, Michael | 0.3 | Review document re: professional fee payments at emergence. |
| 17 | 2/22/2011 | Cordasco, Michael | 1.1 | Review and update wind down budget. |
| 17 | 2/24/2011 | Simms, Steven | 0.4 | Review items related to liquidating trust budget. |
| 17 | 2/24/2011 | Pace, Kathryn | 3.5 | Prepare professional fee schedule of wind down budget. |
| 17 | 2/24/2011 | Pace, Kathryn | 2.0 | Continue to draft professional fee schedule of wind down budget. |
| 17 | 2/24/2011 | Cordasco, Michael | 0.4 | Review and update professional fee payment analysis. |
| 17 | 2/24/2011 | Cordasco, Michael | 0.4 | Review document re: wind down budget. |
| 17 | 2/25/2011 | Simms, Steven | 0.5 | Update liquidating trust budget. |
| 17 | 2/25/2011 | Pace, Kathryn | 2.6 | Update wind down budget with professional fee payments made to date. |
| 17 | 2/25/2011 | Cordasco, Michael | 0.3 | Participate in call with Counsel re: wind down budget. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 2/25/2011 | Cordasco, Michael | 1.6 | Review and update wind down budget. |
| 17 | 2/25/2011 | Simms, Steven | 1.1 | Prepare for and participate on call related to liquidating trust agreement. |
| 17 | 2/28/2011 | Simms, Steven | 0.8 | Review and revise items re: liquidating trust budget. |
| 17 | 2/28/2011 | Pace, Kathryn | 0.5 | Review Atlas' retention order for purposes of the professional fee analysis. |
| 17 | 2/28/2011 | Cordasco, Michael | 0.5 | Review and update wind down budget. |
| 17 | 2/28/2011 | Cordasco, Michael | 0.3 | Participate in call with Debtors re: wind down budget. |
| 17 | 2/28/2011 | Cordasco, Michael | 0.4 | Update wind down budget. |
| 17 | 2/28/2011 | Cordasco, Michael | 0.8 | Participate in call with Counsel re: liquidating trust. |
| 17 | 2/28/2011 | Cordasco, Michael | 0.3 | Participate in call with Counsel re: wind down budget modifications. |
| 17 | 2/28/2011 | Cordasco, Michael | 1.5 | Review and update wind down budget. |
| | | **Task Code 17** | **26.5** | |
| 18 | 2/2/2011 | Cordasco, Michael | 0.3 | Participate in call with Counsel re: litigation update. |
| 18 | 2/4/2011 | Cordasco, Michael | 0.8 | Participate in call with Debtors' Counsel re: Litigation status. |
| | | **Task Code 16** | **1.1** | |
| 20 | 2/4/2011 | Simms, Steven | 0.3 | Participate in call with Debtor and buyer re: case issues. |
| 20 | 2/4/2011 | Cordasco, Michael | 0.2 | Participate in call with Debtor re: case issues. |
| | | **Task Code 20** | **0.5** | |
| 21 | 2/1/2011 | Simms, Steven | 0.4 | Participate in call with creditors re: case issues. |
| 21 | 2/1/2011 | Cordasco, Michael | 0.7 | Participate in call with Committee re: status update.. |
| 21 | 2/8/2011 | Simms, Steven | 0.3 | Participate in call with creditor re: sale issues. |
| 21 | 2/17/2011 | Simms, Steven | 0.4 | Participate in call with creditors re: sale and case issues. |
| 21 | 2/17/2011 | Cordasco, Michael | 0.6 | Participate in call with Committee re: status update. |

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 21 | 2/17/2011 | Cordasco, Michael | 0.2 | Prepare for call with Committee. |
| 21 | 2/22/2011 | Pace, Kathryn | 1.0 | Participate in call with Committee re: status update. |
| 21 | 2/22/2011 | Cordasco, Michael | 1.0 | Participate in call with Committee re: status update. |
| 21 | 2/22/2011 | Cordasco, Michael | 0.2 | Prepare for Committee call. |
| | | **Task Code 21** | **4.8** | |
| 24 | 2/10/2011 | Hellmund-Mora, Marili | 1.1 | Prepare January fee application. |
| 24 | 2/10/2011 | Hellmund-Mora, Marili | 0.6 | Generate WIP, review time and expense entries. |
| 24 | 2/11/2011 | Hellmund-Mora, Marili | 0.9 | Update fee application. |
| 24 | 2/17/2011 | Pace, Kathryn | 0.5 | Review January bill and provide comments. |
| 24 | 2/17/2011 | Cordasco, Michael | 0.2 | Review January fee application. |
| 24 | 2/17/2011 | Hellmund-Mora, Marili | 0.5 | Update January fee application. |
| 24 | 2/18/2011 | Simms, Steven | 0.3 | Review January bill. |
| 24 | 2/23/2011 | Hellmund-Mora, Marili | 0.4 | Process bill, generate invoice and correspond re: approvals and reconciliation. |
| | | **Task Code 24** | **4.5** | |
| | | **Grand Total** | **59.4** | |