Robert M. Hirsh
Jordana L. Renert
ARENT FOX LLP
1675 Broadway
New York, NY 10019
(212) 484-3900

Counsel for the Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

| | |
|---|---|
| In re: :<br>:<br>ROCK & REPUBLIC ENTERPRISES, INC., :<br>*et al.*, :<br>:<br>            Debtors. : | Chapter 11<br><br>Case No. 10-11728 (AJG)<br><br>Jointly Administered |

------------------------------------------------------- x

**MONTHLY STATEMENT OF ARENT FOX LLP FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD OF FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

| | |
|---|---|
| Name of Applicant: | Arent Fox LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc pro tunc* to April 12, 2010 |
| Time Period: | February 1, 2011 through February 28, 2011 |
| Total Amount of Compensation for Professional Services: | $99,229.00 |
| *Less* Holdback pursuant to Order dated 04/29/10 (20%): | $19,845.80 |
| Interim Compensation for Professional Services (80%): | $79,383.20 |
| *Plus* Reimbursement for Actual and Necessary Expenses (100%): | $ 5,672.67 |
| **TOTAL REQUESTED PAYMENT AT THIS TIME** | **$85,055.87** |

# ARENT FOX LLP

1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000 Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Rock & Republic of Official Committee of Unsecured
Creditors

Invoice Number 1305352
Invoice Date   03/18/11
Client Number  032509

----------------------------------------------------------------------------

| Category | | Hours | Total |
|---|---|---:|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 28, 2011 | | | |
| 00000 | General | .00 | 5,672.67 |
| 00002 | Case Management and Operating Reports | 7.40 | 2,698.00 |
| 00004 | Sale and Disposition of Assets | .60 | 231.00 |
| 00006 | Claims Administration and Objections | 126.20 | 54,144.50 |
| 00008 | Committee and Debtor Communications, Conference | 23.00 | 11,861.00 |
| 00010 | Professional Retention | 7.70 | 2,577.50 |
| 00011 | Plan and Disclosure Statement Matters and Solici | 55.30 | 22,978.00 |
| 00014 | Real Estate and Leasing and Executory Contracts | .30 | 115.50 |
| 00015 | Creditor Inquiries | 1.00 | 613.00 |
| 00022 | Fee Applications | 10.90 | 4,010.50 |
| Totals | | 232.40 | 104,901.67 |

(00000) MATTER NUMBER
RE:   General

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2011

FOR CHARGES:

| | | | |
|---|---|---|---|
| 02/01/11 | POSTAGE User Harold Rivera produced $29.04 in postage on 02/01/2011 at 10:41 hrs | | 29.04 |
| 02/04/11 | POSTAGE User Harold Rivera produced $0.44 in postage on 02/04/2011 at 14:54 hrs | | 0.44 |
| | **TOTAL FOR: POSTAGE** | | **29.48** |
| 02/01/11 | PHONE CHARGES - ROBERT HIRSH COURT CALL-ROCK/REPUBLIC | | 37.00 |
| 02/03/11 | PHONE CHARGES - COURTCALL LLC ROCK & REPUBLIC ENTERPRISES/10-11728 | | 30.00 |
| 02/03/11 | PHONE CHARGES - COURTCALL LLC ROCK & REPUBLIC ENTERPRISES/10-11728 | | 30.00 |
| 12/15/10 | PHONE CHARGES | | 89.71 |
| 12/16/10 | PHONE CHARGES | | 26.41 |
| 12/14/10 | PHONE CHARGES | | 39.89 |
| 01/12/11 | PHONE CHARGES | | 57.05 |
| 02/16/11 | PHONE CHARGES - COURTCALL LLC ROCK & REPUBLIC ENTERPRISES, INC/10-11728 | | 37.00 |
| 02/16/11 | PHONE CHARGES - COURTCALL LLC ROCK & REPUBLIC ENTERPRISES, INC/10-11728 | | 37.00 |
| | **TOTAL FOR: PHONE CHARGES** | | **384.06** |
| 02/28/11 | OTHER DATABASE SEARCH-PACER 01/31/2011 | | 115.96 |
| 02/28/11 | OTHER DATABASE SEARCH-PACER 01/31/2011 | | 16.54 |
| | **TOTAL FOR: OTHER DATABASE SEARCH** | | **132.50** |
| 02/03/11 | WESTLAW User:  INDELICATO,LISA | | 367.13 |
| | **TOTAL FOR: WESTLAW** | | **367.13** |
| 01/28/11 | MESSENGER SERVICE - BREAKAWAY COURIER SYSTEMS, INC. P/U FROM 1 BOWLING GREEN | | 33.45 |
| | **TOTAL FOR: MESSENGER SERVICE** | | **33.45** |
| 01/20/11 | OVERTIME MEALS - SEAMLESS WEB PROFESSIONAL | | 24.91 |

| 01/25/11 | OVERTIME MEALS - SEAMLESS WEB PROFESSIONAL | 25.62 |
| 01/25/11 | OVERTIME MEALS - SEAMLESS WEB PROFESSIONAL | 24.91 |
| 02/22/11 | OVERTIME MEALS - SEAMLESS WEB PROFESSIONAL | 25.62 |

**TOTAL FOR: OVERTIME MEALS & CABS          101.06**

| 01/26/11 | TAXICABS - BETH BROWNSTEIN ROCK & REPUBLIC-TAXI | 9.90 |
| 01/21/11 | TAXICABS - BETH BROWNSTEIN ROCK & REPBULIC-TAXI | 11.10 |
| 02/01/11 | TAXICABS - ROBERT HIRSH PARKING/TAXI:TRAVEL DEST: LOS ANGELES, | 105.50 |
| 01/20/11 | TAXICABS - BETH BROWNSTEIN 0120-0206:TAXI | 63.86 |
| 01/24/11 | TAXICABS - JORDANA RENERT CAB FARE | 19.80 |
| 01/26/11 | TAXICABS - JORDANA RENERT CAB FARE | 19.00 |
| 01/24/11 | TAXICABS - DAVID YEARWOOD PARKING/TAXI:TRAVEL DEST: COURTHOUSE | 24.14 |

**TOTAL FOR: TAXICABS          253.30**

| 02/01/11 | FedEx Package From: Lisa Indelicato Company: ARENT FOX City/State: NEW YORK CITY, NY To: Mr. Pedro Juarez City: LOS ANGELES, CA Received by: P.QUREZ | 18.99 |
| 02/18/11 | FedEx Package From: Lisa Indelicato Company: ARENT FOX City/State: NEW YORK CITY, NY To: Richard C. Morrissey, Esq. Company: Office of the United States Tr City: NEW YORK CITY, NY Received by: C.BROOKS | 6.00 |
| 02/18/11 | FedEx Package From: Lisa Indelicato Company: ARENT FOX City/State: NEW YORK CITY, NY To: Cheryl Moorman Company: Rock & Republic Enterprises, I City: CULVER CITY, CA Received by: F.SERVIN | 6.17 |
| 02/18/11 | FedEx Package From: Lisa Indelicato Company: ARENT FOX City/State: NEW YORK CITY, NY To: Arthur Goldstein Alex Spizz Company: Todtman, Nachamie, Spizz & Joh City: NEW YORK CITY, NY Received by: D.CONYERS | 6.00 |

**TOTAL FOR: OVERNIGHT DELIVERY          37.16**

| 02/01/11 | MEALS - ROBERT HIRSH MEAL: ROCK & REPUBLIC COMMITTEE MER:TRAVEL DEST: LOS ANGELES | 575.59 |
| 01/24/11 | MEALS - JORDANA RENERT MEAL | 6.59 |

|  |  |  |
|---|---|---|
|  | **TOTAL FOR: MEALS** | 582.18 |
| 02/01/11 | OUT-OF-TOWN TRANSPORTATION - ROBERT HIRSH DELTA AIRLINES:TRAVEL DEST: LOS ANGELES | 1,582.31 |
|  | **TOTAL FOR: OUT-OF-TOWN TRANSPORTATION** | 1,582.31 |
| 02/23/11 | TRANSCRIPTS - MORGAN LEWIS & BOCKIUS - TRANSCRIPTS FOR 1/24, 25, 26, 2011 | 1,690.53 |
| 02/20/11 | TRANSCRIPTS - TSG REPORTING INC DEPOSITION OF MICHAEL BALL, CASE: ROCK & REPUBLIC | 269.50 |
|  | **TOTAL FOR: TRANSCRIPTS** | 1,960.03 |
| 02/01/11 | OUT OF TOWN LODGING - ROBERT HIRSH ARIA HOTEL:TRAVEL DEST: LOS ANGELES | 186.10 |
|  | **TOTAL FOR: OUT OF TOWN LODGING** | 186.10 |
| 02/01/11 | OUT-OF-TOWN MEALS - ROBERT HIRSH MEALS:TRAVEL DEST: LOS ANGELES, CA | 23.91 |
|  | **TOTAL FOR: OUT-OF-TOWN MEALS** | 23.91 |

```
                                          -------------
          CURRENT CHARGES                    5,672.67

          SUBTOTAL FOR THIS MATTER          $5,672.67
```

(00002) MATTER NUMBER
RE:   Case Management and Operating Reports

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2011

| Date | Timekeeper | | Hours | Value |
|------|-----------|--|-------|-------|
| 02/01/11 | LA | INDELICATO | Update 2002 list. | .2 | 56.00 |
| 02/04/11 | NA | CONSTANTINO | Calendar pertinent dates related to plan and disclosure deadlines. | .4 | 108.00 |
| 02/04/11 | JR | RENERT | Review expense detail provided by debtors. | 1.3 | 500.50 |
| 02/08/11 | JR | RENERT | Review docket and notice of transfers in connection with notice filed by Coast to Coast. | .3 | 115.50 |
| 02/15/11 | JR | RENERT | Attend to case files. | .4 | 154.00 |
| 02/15/11 | LA | INDELICATO | Review returned mail and update service lists. | .8 | 224.00 |
| 02/17/11 | JR | RENERT | Review all postpetition expense detail. | 1.4 | 539.00 |
| 02/18/11 | JR | RENERT | Review postpetition expense detail. | .9 | 346.50 |
| 02/22/11 | JR | RENERT | Draft letter to debtors regarding expense detail and commission payments. | 1.2 | 462.00 |
| 02/23/11 | JR | RENERT | Review and revise letter regarding expense reimbursement and commission reimbursement and communications with FTI regarding same. | .2 | 77.00 |
| 02/23/11 | JR | RENERT | Review and revise letter regarding expense reimbursement and commission reimbursements per M.Cordasco's comments and communications with R.Hirsh regarding same. | .3 | 115.50 |

```
                                                            -------------
                  CURRENT FEES                                 2,698.00
```

```
                  TIMEKEEPER TIME SUMMARY
         -------------------------------------------------------
JORDANA RENERT          6.0    at   $385.00 =     2,310.00
LISA INDELICATO         1.0    at   $280.00 =       280.00
NOVA A. CONSTANTINO      .4    at   $270.00 =       108.00
                        ----                      ---------
         TOTALS         7.4                        2,698.00
```

```
                  SUBTOTAL FOR THIS MATTER               $2,698.00
```

(00004) MATTER NUMBER
RE:   Sale and Disposition of Assets

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2011

| Date | Timekeeper | | Hours | Value |
| --- | --- | --- | --- | --- |
| 02/03/11 | JR  RENERT | Communications with R.Hirsh regarding VF transaction and other case issues. | .3 | 115.50 |
| 02/04/11 | JR  RENERT | Review communications regarding intellectual property diligence list and review list. | .3 | 115.50 |

CURRENT FEES                                 231.00

TIMEKEEPER TIME SUMMARY

| JORDANA RENERT | .6 | at | $385.00 = | 231.00 |
| --- | --- | --- | --- | --- |
| TOTALS | 0.6 | | | 231.00 |

SUBTOTAL FOR THIS MATTER                     $231.00

(00006) MATTER NUMBER
RE:   Claims Administration and Objections

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2011

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 02/01/11 | JR | RENERT | Prepare for and participate in chamber conference regarding Spring Street trial. | .6 | 231.00 |
| 02/01/11 | JR | RENERT | Communications with A.Spizz, R.Hirsh and B.Brownstein regarding Spring Street decision and strategy. | .3 | 115.50 |
| 02/01/11 | JR | RENERT | Meet with B.Brownstein regarding post-trial brief in Rodeo Drive lease litigation. | .4 | 154.00 |
| 02/01/11 | JR | RENERT | Review letter regarding Simms discovery dispute and communications with R.Hirsh regarding same. | .2 | 77.00 |
| 02/01/11 | LA | INDELICATO | Research of orders and stipulations resolving landlord claims in SDNY cases for Beth Brownstein. | 1.9 | 532.00 |
| 02/01/11 | BM | BROWNSTEIN | Continue drafting post-trial conclusions in Rodeo Drive trial. | 2.3 | 747.50 |
| 02/01/11 | BM | BROWNSTEIN | Meeting with J. Renert to discuss New Rodeo post-trial findings. | .4 | 130.00 |
| 02/01/11 | BM | BROWNSTEIN | Prepare for and attend chamber conference with Judge Gonzalez regarding decision on Spring Street litigation. | .5 | 162.50 |
| 02/01/11 | RM | HIRSH | Prepare for depositions in Simms Segal litigation (1.10); Conference with M. Cryan regarding same and strategy (.50); Review/analysis of multiple correspondence from Debtor's counsel and counsel to Simms Segal regarding issues with deponents and confidentiality (.50); Telephone conference with counsel for Simms Segal regarding depositions and issues with certain of the Debtor's witnesses (.40). | 2.5 | 1,675.00 |
| 02/01/11 | RM | HIRSH | Attend telephonic status conference with court regarding Spring Street litigation (.60); Telephone conference with Debtor's counsel regarding same and strategy (.30). | .9 | 603.00 |
| 02/02/11 | RM | HIRSH | Attend emergency telephonic discovery conference with court regarding deposition of R. Spielberg with regard to the Simms Objection (.40); Attend deposition of M. Ball regarding Simm's Objection (3.20). | 3.6 | 2,412.00 |

| Date | | | Description | | |
|---|---|---|---|---|---|
| 02/02/11 | JR | RENERT | Prepare for and participate in chamber conference regarding Simms litigation and follow-up call with debtors' counsel and Simms' counsel. | .3 | 115.50 |
| 02/02/11 | JR | RENERT | Review Court's decision in Spring Street trial and draft summary of same to committee. | .6 | 231.00 |
| 02/02/11 | JR | RENERT | Further review of Court's decision in Spring Street trial in connection with Rodeo Drive trial and communications with M.Cryan regarding same. | .3 | 115.50 |
| 02/02/11 | JR | RENERT | Communications with B.Brownstein regarding Rodeo Drive post-trial brief. | .3 | 115.50 |
| 02/02/11 | BM | BROWNSTEIN | Continue review of transcript in New Pacific trial. | 1.7 | 552.50 |
| 02/03/11 | BM | BROWNSTEIN | Continue drafting post-trial conclusions regarding New Pacific claim. | 2.5 | 812.50 |
| 02/03/11 | BM | BROWNSTEIN | Continue reading and reviewing transcripts. | 2.7 | 877.50 |
| 02/03/11 | RM | HIRSH | Travel from LA regarding depositions in Simms Segal. | 6.8 | 4,556.00 |
| 02/03/11 | JR | RENERT | Prepare for and participate in call with debtors' counsel and counsel to 144 Spring Street regarding Spring Street litigation. | 1.1 | 423.50 |
| 02/03/11 | JR | RENERT | Communications with R.Hirsh regarding status of Spring Street conference call. | .2 | 77.00 |
| 02/03/11 | MS | CRYAN | Attend E. Bromberg deposition at office of counsel for Simms. | 3.9 | 2,301.00 |
| 02/04/11 | BM | BROWNSTEIN | Continue to review transcripts in New Pacific trial. | 2.4 | 780.00 |
| 02/04/11 | BM | BROWNSTEIN | Continue to draft Creditors' Committee Conclusions for New Pacific trial. | 5.6 | 1,820.00 |
| 02/04/11 | JR | RENERT | Meet with R.Hirsh regarding Spring Street trial and other case issues. | .2 | 77.00 |
| 02/04/11 | JR | RENERT | Review letter regarding landlord's special damages in Spring Street trial. | .3 | 115.50 |
| 02/04/11 | JR | RENERT | Review and comment on debtors' objection to GR Acquisition's claim. | .5 | 192.50 |
| 02/05/11 | BM | BROWNSTEIN | Continue to draft Creditors' Committee Conclusions for New Pacific trial. | 4.2 | 1,365.00 |
| 02/06/11 | BM | BROWNSTEIN | Continue to draft and revise Creditors' Committee Conclusions for New Pacific trial. | 5.1 | 1,657.50 |
| 02/07/11 | MS | CRYAN | Analyze case law in order to prepare post-trial findings of fact and conclusions of law as to New Pacific contested matter. | 3.3 | 1,947.00 |
| 02/07/11 | RM | HIRSH | Telephone conference with A. Rosenstein regarding New Pacific trial. | .3 | 201.00 |
| 02/07/11 | JR | RENERT | Communications with B.Brownstein regarding Rodeo Drive post-trial brief. | .4 | 154.00 |

| 02/07/11 | JR | RENERT | Review communications regarding scheduling of Spring Street trial. | .3 | 115.50 |
| 02/07/11 | JR | RENERT | Review documents and communications regarding exhibit designations in Rodeo Drive trial. | .2 | 77.00 |
| 02/07/11 | MS | CRYAN | Revise draft post-trial findings of fact and conclusions of law as to New Pacific contested matter. | 2.9 | 1,711.00 |
| 02/07/11 | LA | INDELICATO | Review Bromberg exhibits and update Simms litigation file. | .6 | 168.00 |
| 02/07/11 | LA | INDELICATO | Arrange telephonic appearance at status conference on New Pacific matter before Judge Lane for Michael Cryan, Jordana Renert and Beth Brownstein and discuss same with attorneys. | .6 | 168.00 |
| 02/07/11 | BM | BROWNSTEIN | Revise post-trial conclusions in New Pacific. | 1.5 | 487.50 |
| 02/07/11 | BM | BROWNSTEIN | Multiple correspondence with R. Hirsh regarding New Pacific conclusions. | 1.3 | 422.50 |
| 02/08/11 | RM | HIRSH | Review/analysis and revised draft of Committee's Post Trial Conclusions Memorandum (1.10); Conference with M. Cryan regarding same and strategy (.40). | 1.5 | 1,005.00 |
| 02/08/11 | JR | RENERT | Prepare for and participate in chamber conference regarding Rodeo Drive trial. | .8 | 308.00 |
| 02/08/11 | JR | RENERT | Communications with M.Cryan and B.Brownstein regarding post-trial brief in Rodeo Drive trial. | .3 | 115.50 |
| 02/08/11 | JR | RENERT | Conference call with M.Cryan and B.Brownstein in preparation for chamber conference on Rodeo Drive trial. | .2 | 77.00 |
| 02/08/11 | JR | RENERT | Meet with B.Brownstein regarding comments to post-trial brief in Rodeo Drive trial. | .5 | 192.50 |
| 02/08/11 | JR | RENERT | Detailed review of and revisions to post-trial brief in Rodeo Drive litigation. | 2.6 | 1,001.00 |
| 02/08/11 | JR | RENERT | Communications with M.Cordasco regarding case status and Rodeo Drive post-trial brief. | .3 | 115.50 |
| 02/08/11 | JR | RENERT | Communications with M.Cordasco and B.Brownstein regarding Rodeo Drive post-trial brief. | .5 | 192.50 |
| 02/08/11 | MS | CRYAN | Analyze record in order to prepare post-trial findings of fact and conclusions of law as to New Pacific contested matter. | 4.7 | 2,773.00 |
| 02/08/11 | MS | CRYAN | Attend hearing held by teleconference regarding New Pacific contested matter. | .9 | 531.00 |
| 02/08/11 | MS | CRYAN | Analyze communications in order to prepare for hearing regarding New Pacific contested matter. | .7 | 413.00 |

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 02/08/11 | BM | BROWNSTEIN | Attend call with M. Cryan and J. Renert in preparation for chambers conference regarding evidence. | .2 | 65.00 |
| 02/08/11 | BM | BROWNSTEIN | Attend chambers conference regarding evidentiary issues with New Pacific trial. | .8 | 260.00 |
| 02/08/11 | BM | BROWNSTEIN | Follow-up call with M. Cryan and J. Renert regarding process going forward for post-trail conclusions. | .3 | 97.50 |
| 02/08/11 | BM | BROWNSTEIN | Meet with J. Renert to review edits to post-trial conclusions. | .5 | 162.50 |
| 02/08/11 | BM | BROWNSTEIN | Meet with J. Renert to review edits to post-trial conclusions. | .5 | 162.50 |
| 02/08/11 | BM | BROWNSTEIN | Prepare for and participate in call with J. Renert and M. Cordasco to review calculation of damages. | .4 | 130.00 |
| 02/08/11 | BM | BROWNSTEIN | Revise post-trial brief to include changes from J. Renert and R. Hirsh. | 2.4 | 780.00 |
| 02/09/11 | BM | BROWNSTEIN | Reviewed exhibits relating to New Pacific attorneys' fees. | 1.8 | 585.00 |
| 02/09/11 | BM | BROWNSTEIN | Multiple correspondence with M. Cordasco regarding calculation of New Pacific claims. | .8 | 260.00 |
| 02/09/11 | BM | BROWNSTEIN | Multiple correspondence with M. Cryan and R. Hirsh regarding Debtors' stipulation. | .6 | 195.00 |
| 02/09/11 | BM | BROWNSTEIN | Review and revise Post-trial conclusions in New Pacific. | 2.1 | 682.50 |
| 02/09/11 | MS | CRYAN | Analyze legal issues in order to prepare port-trial submission regarding New Pacific Rodeo contested matter. | 3.6 | 2,124.00 |
| 02/09/11 | RM | HIRSH | Conference with B. Brownstein and M. Cryan regarding strategy relating to New Pacific claim Objection and Committee Memorandum of Law on damages. | .6 | 402.00 |
| 02/09/11 | JR | RENERT | Communications with B.Brownstein regarding Rodeo Drive post-trial brief. | .2 | 77.00 |
| 02/09/11 | JR | RENERT | Review proposed stipulation of facts in Rodeo Drive trial. | .3 | 115.50 |
| 02/09/11 | JR | RENERT | Review internal communications regarding revisions to Rodeo Drive post-trial brief. | .3 | 115.50 |
| 02/09/11 | JR | RENERT | Communications with B.Brownstein regarding Rodeo Drive post-trial brief in connection with parties' proposed stipulation. | .4 | 154.00 |
| 02/10/11 | SW | MILLER | Review and cite-check Creditors' Committee Post Trial Brief. | 2.6 | 663.00 |
| 02/10/11 | JR | RENERT | Brief review of filed stipulation of facts in Rodeo Drive trial and communications regarding same. | .3 | 115.50 |
| 02/10/11 | JR | RENERT | Review revised post-trial brief in connection with Rodeo Drive litigation. | 1.4 | 539.00 |

| Date | Init | Name | Description | Hours | Amount |
|------|------|------|-------------|-------|--------|
| 02/10/11 | JR | RENERT | Review communications with New Pacific's counsel in connection with calculation of attorneys fees. | .2 | 77.00 |
| 02/10/11 | JR | RENERT | Meet with B.Brownstein regarding additional comments to post-trial brief in connection with Rodeo Drive litigation. | .7 | 269.50 |
| 02/10/11 | BM | BROWNSTEIN | Multiple correspondence with M. Cordasco regarding damage calculations in New Pacific Trial. | 1.1 | 357.50 |
| 02/10/11 | BM | BROWNSTEIN | Meet with J. Renert to discuss changes to post-trial brief in New Pacific. | .5 | 162.50 |
| 02/10/11 | BM | BROWNSTEIN | Multiple correspondence with Debtors regarding post-trial brief in New Pacific. | .7 | 227.50 |
| 02/10/11 | BM | BROWNSTEIN | Draft summary of attorneys fees for R. Hirsh review in New Pacific trial. | .4 | 130.00 |
| 02/10/11 | BM | BROWNSTEIN | Revise post-trail conclusions in New Pacific trial to incorporate changes and calculations. | 3.3 | 1,072.50 |
| 02/11/11 | BM | BROWNSTEIN | Attend call with Debtors and New Pacific regarding various issues related to post-trial briefs. | .8 | 260.00 |
| 02/11/11 | BM | BROWNSTEIN | Revise post-trial brief to incorporate changes after conference call. | 1.2 | 390.00 |
| 02/11/11 | RM | HIRSH | Review/analysis and further revise Committee's Post-Trial Conclusions in Connection with the Debtor's Objection to Claims filed by New Pacific (.90); Conference with B. Brownstein regarding same and strategy relating to revision of Committee's Memorandum on 502 Cap (.40). | 1.3 | 871.00 |
| 02/11/11 | RM | HIRSH | Review/analysis Lease Termination Agreement regarding South Robertson (.30); Telephone conference with Debtor's counsel regarding same (.20). | .5 | 335.00 |
| 02/11/11 | RM | HIRSH | Attend conference call with counsel for Debtors and New Pacific regarding Stipulation regarding facts (.40); Telephone conference with counsel for New Pacific regarding attorney fees issues (.50). | .9 | 603.00 |
| 02/11/11 | JR | RENERT | Prepare for and participate in conference call regarding Rodeo Drive trial. | .3 | 115.50 |
| 02/11/11 | JR | RENERT | Communications with B.Brownstein regarding post-trial brief in Rodeo Drive trial. | .4 | 154.00 |
| 02/12/11 | BM | BROWNSTEIN | Multiple correspondence with R. Hirsh regarding New Pacific Attorneys' Fees. | .4 | 130.00 |
| 02/12/11 | BM | BROWNSTEIN | Multiple correspondence W. Walker regarding New Pacific regarding attorneys' fees and claims. | .2 | 65.00 |

| Date | Init | Name | Description | Hours | Amount |
|------|------|------|-------------|-------|--------|
| 02/12/11 | BM | BROWNSTEIN | Revise post-trial conclusions to incorporate further comments from New Pacific; communication with R. Hirsh and committee regarding same. | 1.1 | 357.50 |
| 02/14/11 | JR | RENERT | Communications with B.Brownstein regarding finalizing post-trial brief in Rodeo Drive trial. | .3 | 115.50 |
| 02/14/11 | JR | RENERT | Brief review of post-trial briefs in Rodeo Drive trial. | .3 | 115.50 |
| 02/14/11 | BM | BROWNSTEIN | Final review of post-trial findings; prepare letter to chambers and email chambers regarding same. | 1.1 | 357.50 |
| 02/14/11 | BM | BROWNSTEIN | Read Debtors' Post-trial conclusions. | 1.3 | 422.50 |
| 02/14/11 | BM | BROWNSTEIN | Read New Pacific's post-trial conclusions. | 1.4 | 455.00 |
| 02/14/11 | LA | INDELICATO | Review, revise, file and serve Committee's Post Trial Brief. | 1.1 | 308.00 |
| 02/14/11 | LA | INDELICATO | Discussions with beth brownstein regarding Committee's Post Trial Brief. | .2 | 56.00 |
| 02/15/11 | LA | INDELICATO | Prepare affidavit of service of Committee's Post Trial Brief. | .6 | 168.00 |
| 02/15/11 | BM | BROWNSTEIN | Draft summary of motion to compel Rick Spielberg deposition for the Committee. | .8 | 260.00 |
| 02/15/11 | JR | RENERT | Review summary of motion to compel deposition in Simms litigation. | .2 | 77.00 |
| 02/16/11 | RM | HIRSH | Attend to Simms Sigal litigation. | .8 | 536.00 |
| 02/22/11 | JR | RENERT | Prepare for and participate in chamber conference regarding Simms Sigal motion to compel discovery. | .2 | 77.00 |
| 02/22/11 | JR | RENERT | Review debtors' objection to Comvest claim and communications with R.Hirsh regarding same. | .9 | 346.50 |
| 02/22/11 | JR | RENERT | Review correspondence from debtors and Spring Street landlord regarding summary judgment motion and draft summary of same for committee. | .6 | 231.00 |
| 02/22/11 | JR | RENERT | Review objection to late filed claims, related backup, debtors' schedules and claims register in connection with same and communications with R.Hirsh regarding review. | .7 | 269.50 |
| 02/22/11 | JR | RENERT | Communications to and from debtors' counsel regarding Bank of America claim and review of other filings by Bank of America in connection with such claim and communication with debtors' counsel regarding same. | .4 | 154.00 |
| 02/22/11 | JR | RENERT | Review debtors' response to Simms motion to compel deposition of R. Spielberg and draft summary of same for committee. | .5 | 192.50 |
| 02/23/11 | JR | RENERT | Communications with R.Hirsh and debtors' counsel regarding Bank of America claim. | .1 | 38.50 |

| | | | | | |
|---|---|---|---|---|---|
| 02/23/11 | JR | RENERT | Review and revise email to committee regarding debtors' response to Simms motion to compel deposition and circulate to committee. | .1 | 38.50 |
| 02/23/11 | JR | RENERT | Review and revise email to committee regarding letter correspondence in Spring Street trial and circulate to committee. | .1 | 38.50 |
| 02/23/11 | JR | RENERT | Draft summary of debtors' objection to GR Acquisition and Comvest claims and review and revise same. | 2.5 | 962.50 |
| 02/23/11 | JR | RENERT | Communications with J.Makower regarding comments to debtors' objection to late filed claims. | .2 | 77.00 |
| 02/24/11 | JR | RENERT | Review and revise email to committee regarding objections to GR Acquisition and Comvest's claims and circulate same. | .2 | 77.00 |
| 02/25/11 | JR | RENERT | Review and comment on First Amended Scheduling Order in Simms matter and communications with R.Hirsh regarding same. | .2 | 77.00 |
| 02/28/11 | JR | RENERT | Communications with T.Buxton regarding scheduling of Simms trial. | .3 | 115.50 |
| 02/28/11 | JR | RENERT | Review amended BDO proof of claim and communications with A.Goldstein regarding same. | .3 | 115.50 |

```
                                                        -------------
                    CURRENT FEES                            54,144.50
```

```
                    TIMEKEEPER TIME SUMMARY
        ----------------------------------------------------------
        ROBERT HIRSH          19.7   at  $670.00 =    13,199.00
        MICHAEL S. CRYAN      20.0   at  $590.00 =    11,800.00
        JORDANA RENERT        24.0   at  $385.00 =     9,240.00
        BETH M. BROWNSTEIN    54.9   at  $325.00 =    17,842.50
        LISA INDELICATO        5.0   at  $280.00 =     1,400.00
        STEVEN W. MILLER       2.6   at  $255.00 =       663.00
                              ----                    ---------
                TOTALS       126.2                    54,144.50
```

```
                    SUBTOTAL FOR THIS MATTER                $54,144.50
```

(00008) MATTER NUMBER
RE:   Committee and Debtor Communications, Conference

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2011

| Date | Timekeeper | | | Hours | Value |
|------|-----------|--|--|-------|-------|
| 02/01/11 | JR | RENERT | Communications with R.Hirsh and committee members regarding rescheduling today's committee call. | .4 | 154.00 |
| 02/01/11 | JR | RENERT | Prepare for and participate in today's committee call. | .6 | 231.00 |
| 02/01/11 | RM | HIRSH | Attend Committee conference call regarding status of case and strategy. | .5 | 335.00 |
| 02/02/11 | RM | HIRSH | Telephone conference with S. Simms and J. Smolinsky regarding various wind-down issues and strategy. | .7 | 469.00 |
| 02/04/11 | RM | HIRSH | Attend conference call with Debtors, VF and FTI regarding status and strategy. | .8 | 536.00 |
| 02/04/11 | RM | HIRSH | Attend conference call with Debtor's professionals, counsel, Debtor's CRO and FTI regarding various wind-down issues and strategy relating to Spring Street litigation. | 1.1 | 737.00 |
| 02/04/11 | JR | RENERT | Prepare for and participate in conference call with R.Hirsh, debtors' counsel and VF and its counsel regarding case status and closing issues. | .7 | 269.50 |
| 02/04/11 | JR | RENERT | Participate in conference call with R.Hirsh, M.Cordasco, G.Lurie, A.Spizz and J.Makower regarding wind down of business and Spring Street trial. | .9 | 346.50 |
| 02/04/11 | BM | BROWNSTEIN | Attend weekly professionals call. | .5 | 162.50 |
| 02/07/11 | JR | RENERT | Communications with M.Cordasco regarding Spring Street and Rodeo Drive trial, fee application hearing and other case issues. | .3 | 115.50 |
| 02/09/11 | JR | RENERT | Communications regarding tomorrow's professionals call. | .2 | 77.00 |
| 02/10/11 | JR | RENERT | Communications regarding today's professionals call. | .1 | 38.50 |
| 02/10/11 | JR | RENERT | Prepare for and participate in professionals call. | .3 | 115.50 |
| 02/10/11 | JR | RENERT | Meet with B.Brownstein and R.Hirsh (in part) regarding case status. | .5 | 192.50 |
| 02/10/11 | BM | BROWNSTEIN | Attend weekly professionals call. | .3 | 97.50 |
| 02/14/11 | JR | RENERT | Communications with M.Cordasco regarding case status. | .3 | 115.50 |
| 02/16/11 | RM | HIRSH | Telephone conference with several Committee members regarding status and strategy. | .5 | 335.00 |

| Date | Init. | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 02/16/11 | JR | RENERT | Draft agenda for tomorrow's committee call. | .2 | 77.00 |
| 02/17/11 | RM | HIRSH | Review/analysis revised Memorandum to Committee regarding Liquidating Trust Agreement and Trustee selections (.40); Conference with B. Brownstein regarding same (.30). | .7 | 469.00 |
| 02/17/11 | JR | RENERT | Prepare for and participate in today's committee call. | .8 | 308.00 |
| 02/17/11 | JR | RENERT | Prepare for and participate in professionals conference call. | .4 | 154.00 |
| 02/17/11 | RM | HIRSH | Attend Committee call regarding status and strategy (.60); Conference with J. Renert regarding overall case issues and strategy (.40). | 1.0 | 670.00 |
| 02/17/11 | BM | BROWNSTEIN | Attend weekly professionals call. | .4 | 130.00 |
| 02/18/11 | JR | RENERT | Communications with M.Cordasco regarding winddown budget and claims objections. | .2 | 77.00 |
| 02/22/11 | RM | HIRSH | Attend Committee call regarding status and strategy and voting for Liquidating Trustee (1.10); Telephone conference with Trustee candidates regarding same (.50); Telephone conference with Debtor's counsel regarding payments to insiders and fraudulent conveyance issues (.40). | 2.0 | 1,340.00 |
| 02/22/11 | JR | RENERT | Draft agenda for today's committee call and communications with R.Hirsh regarding same. | .2 | 77.00 |
| 02/22/11 | JR | RENERT | Communications with M.Cordasco regarding winddown process, commissions to A.Bernholtz and other case issues. | .3 | 115.50 |
| 02/22/11 | JR | RENERT | Meet with R.Hirsh regarding liquidating trust agreement and payments to A.Bernholtz and communications with debtors' counsel regarding same. | .4 | 154.00 |
| 02/22/11 | JR | RENERT | Prepare for and participate in today's committee call and follow-up internal meeting with R.Hirsh. | 1.1 | 423.50 |
| 02/23/11 | JR | RENERT | Communications with S.Hill regarding yesterday's committee call. | .1 | 38.50 |
| 02/23/11 | JR | RENERT | Communications with A.Goldstein regarding expense letter, claims objections, Spielberg lawsuit and liquidating trust administrator selections. | .3 | 115.50 |
| 02/23/11 | JR | RENERT | Participate in conference call with R.Hirsh and debtors' counsel regarding expense letter and other plan issues. | .5 | 192.50 |

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 02/23/11 | RM | HIRSH | Telephone conference with Debtor's counsel and CRO regarding status of payments to insiders, Liquidating Trust Administrator and and claims objections. | 1.1 | 737.00 |
| 02/24/11 | JR | RENERT | Communications regarding scheduling today's professionals call. | .3 | 115.50 |
| 02/24/11 | JR | RENERT | Prepare for and participate in weekly professionals call. | .3 | 115.50 |
| 02/25/11 | RM | HIRSH | Telephone conference with Debtor's counsel and FTI regarding Liquidating Trust Agreement and issues. | 1.2 | 804.00 |
| 02/28/11 | RM | HIRSH | Telephone conference with Debtor's counsel and FTI regarding continued discussion of issues relating to the Liquidating Trust Agreement and selection of the Trust Administrator. | 1.2 | 804.00 |
| 02/28/11 | JR | RENERT | Prepare for and participate in conference call with R.Hirsh, FTI and debtors' counsel regarding winddown of estate assets, liquidating trust agreement and other case issues. | .9 | 346.50 |
| 02/28/11 | JR | RENERT | Meet with B.Brownstein regarding liquidating trust agreement and other case issues. | .4 | 154.00 |
| 02/28/11 | JR | RENERT | Draft agenda for tomorrow's committee call and communications with R.Hirsh regarding same. | .3 | 115.50 |

```
                                              -------------
              CURRENT FEES                       11,861.00
```

```
                TIMEKEEPER TIME SUMMARY
       ----------------------------------------------
ROBERT HIRSH           10.8   at  $670.00 =    7,236.00
JORDANA RENERT         11.0   at  $385.00 =    4,235.00
BETH M. BROWNSTEIN      1.2   at  $325.00 =      390.00
                       ----              ----------
         TOTALS        23.0                11,861.00
```

                   SUBTOTAL FOR THIS MATTER            $11,861.00

(00010) MATTER NUMBER
RE:   Professional Retention

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2011

| Date | Timekeeper | | | Hours | Value |
|------|-----------|--|--|-------|-------|
| 02/01/11 | LA | INDELICATO | Supplemental connections search; update declaration. | .6 | 168.00 |
| 02/02/11 | JR | RENERT | Review and revise fifth supplemental disclosure. | .4 | 154.00 |
| 02/03/11 | JN | ROTHLEDER | Correspond with J. Renert regarding disclosure issues relating to Wells Fargo | .4 | 208.00 |
| 02/03/11 | JR | RENERT | Communications with L.Indelicato and A.Silfen regarding supplemental disclosure and email communications with J.Rothleder and R.Kranin regarding same. | .3 | 115.50 |
| 02/04/11 | LA | INDELICATO | Revise and update Fifth Supplemental Declaration in Support of Retention Application of Arent Fox LLP to include detailed disclosure of connections with Wells Fargo/Wachovia Bank and UPS/ Steve Sass. | 1.8 | 504.00 |
| 02/08/11 | JR | RENERT | Review and comment on fifth supplemental declaration. | .4 | 154.00 |
| 02/08/11 | LA | INDELICATO | Update, revise and file Fifth Supplemental Declaration in Support of Arent Fox Retention Application. | 1.3 | 364.00 |
| 02/09/11 | JR | RENERT | Revise fifth supplemental declaration and communications with L.Indelicato regarding same. | .3 | 115.50 |
| 02/09/11 | JR | RENERT | Finalize fifth supplemental declaration and communications with A.Silfen regarding same. | .2 | 77.00 |
| 02/09/11 | JR | RENERT | Further revisions to fifth supplemental declaration pursuant to A.Silfen's comments and communications with R.Hirsh and L.Indelicato regarding same. | .4 | 154.00 |
| 02/15/11 | LA | INDELICATO | Review documents and organize retention/conflicts files. | .5 | 140.00 |
| 02/16/11 | JR | RENERT | Communications with A.Goldstein regarding retention of new accountants. | .2 | 77.00 |
| 02/23/11 | JR | RENERT | Review and draft summary of terms of Marcum, LLP retention application for committee. | .7 | 269.50 |
| 02/25/11 | JR | RENERT | Review revised retention order for Marcum LLP. | .2 | 77.00 |

                                              ------------
                    CURRENT FEES                          2,577.50

```
                    TIMEKEEPER TIME SUMMARY
-------------------------------------------------------------
JEFFREY N. ROTHLEDE        .4    at  $520.00 =       208.00
JORDANA RENERT            3.1    at  $385.00 =     1,193.50
LISA INDELICATO           4.2    at  $280.00 =     1,176.00
                         ----                      ---------
        TOTALS            7.7                      2,577.50

              SUBTOTAL FOR THIS MATTER                          $2,577.50
```

(00011) MATTER NUMBER
RE:   Plan and Disclosure Statement Matters and
      Solicitation

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2011

| Date | Timekeeper | | Description | Hours | Value |
|------|-----------|--|-------------|-------|-------|
| 02/01/11 | JR | RENERT | Prepare for and participate in conference call with A.Spizz, J.Makower and Donlin Recano regarding solicitation and balloting issues. | .4 | 154.00 |
| 02/01/11 | JR | RENERT | Communications with debtors' counsel and Donlin Recano regarding balloting and solicitation issues. | .5 | 192.50 |
| 02/02/11 | JR | RENERT | Review schedule of voting claims and amended schedule and communications with M.Cordasco, debtors' counsel and Donlin Recano regarding same. | 1.2 | 462.00 |
| 02/02/11 | JR | RENERT | Review of documents for solicitation and communications with Donlin Recano and debtors' counsel regarding same. | .2 | 77.00 |
| 02/03/11 | JR | RENERT | Review proposed solicitation package type and communications with Donlin Recano regarding same. | .3 | 115.50 |
| 02/04/11 | JR | RENERT | Review and comment on call center question and answer script. | .8 | 308.00 |
| 02/07/11 | JR | RENERT | Meet with R.Hirsh regarding comments to Donlin Recano script for solicitation inquiries. | .3 | 115.50 |
| 02/07/11 | JR | RENERT | Revise Donlin Recano script and communications with Donlin Recano regarding same. | .5 | 192.50 |
| 02/09/11 | AI | SILFEN | Strategy and approach conference. | .3 | 249.00 |
| 02/09/11 | JR | RENERT | Review affidavit of service regarding solicitation packages. | .4 | 154.00 |
| 02/09/11 | JR | RENERT | Review various creditor trust agreements in contemplation of drafting same. | .7 | 269.50 |
| 02/09/11 | JR | RENERT | Begin drafting liquidating trust agreement. | 1.3 | 500.50 |
| 02/09/11 | LA | INDELICATO | Review and electronically file affidavit of service for vote solicitation mailing prepared by Donlin Recano. | .5 | 140.00 |
| 02/10/11 | RM | HIRSH | Attend professional call with counsel for Debtors, counsel for VF, VF representatives and FTI regarding status and strategy. | .5 | 335.00 |
| 02/11/11 | JR | RENERT | Continue drafting liquidating trust agreement. | .7 | 269.50 |
| 02/13/11 | JR | RENERT | Draft liquidating trust agreement. | 7.1 | 2,733.50 |

| Date | Init | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 02/14/11 | JR | RENERT | Continue drafting liquidating trust agreement. | 6.7 | 2,579.50 |
| 02/14/11 | BM | BROWNSTEIN | Draft memorandum to the Committee regarding Liquidating Trust Agreement and Nominees. | 2.1 | 682.50 |
| 02/15/11 | RM | HIRSH | Conference with J. Renert regarding discussion and review of points negotiated with the Debtor regarding Liquidating Trust Agreement. | .5 | 335.00 |
| 02/15/11 | JR | RENERT | Review and revise liquidating trust agreement. | 4.2 | 1,617.00 |
| 02/15/11 | JR | RENERT | Meet with R.Hirsh regarding liquidating trust agreement. | .3 | 115.50 |
| 02/15/11 | JR | RENERT | Review and respond to J.Murphy's questions regarding liquidating trust. | .4 | 154.00 |
| 02/15/11 | JR | RENERT | Communications with R.Hirsh and FTI regarding liquidating trust questions. | .4 | 154.00 |
| 02/15/11 | JR | RENERT | Review and revise memo to committee regarding selection of liquidating trust administrator. | .6 | 231.00 |
| 02/15/11 | LA | INDELICATO | Review plan documents and organize files. | .6 | 168.00 |
| 02/16/11 | RM | HIRSH | Telephone conference with FTI regarding Liquidating Trust issues and strategy. | .5 | 335.00 |
| 02/16/11 | RM | HIRSH | Review/analysis and revise Memorandum to the Committee regarding nominations for Trustee for the Liquidating Trust. | .4 | 268.00 |
| 02/16/11 | JR | RENERT | Communications with B.Brownstein regarding memo on liquidating trust administrator and advisory board. | .2 | 77.00 |
| 02/16/11 | JR | RENERT | Communications with M.Cordasco regarding U.S. Bank's email regarding liquidating trust administrator position. | .2 | 77.00 |
| 02/16/11 | JR | RENERT | Prepare for and participate in conference call with S.Simms, M.Cordasco and R.Hirsh regarding liquidating trust agreement and winddown process. | .8 | 308.00 |
| 02/16/11 | BM | BROWNSTEIN | Revised memo to the Committee describing the recovery trust. | .3 | 97.50 |
| 02/17/11 | JR | RENERT | Draft response to inquiries regarding liquidating trust administrator position. | .4 | 154.00 |
| 02/17/11 | JR | RENERT | Communications with M.Cordasco in connection with response to inquiries regarding liquidating trust administrator position. | .2 | 77.00 |
| 02/18/11 | JR | RENERT | Communications with B.Brownstein, A.Rosenstein and R.Hirsh regarding liquidating trust agreement. | .3 | 115.50 |
| 02/18/11 | JR | RENERT | Meet with R.Hirsh regarding liquidating trust agreement and other plan issues. | .3 | 115.50 |

| Date | Init. | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 02/18/11 | RM | HIRSH | Multiple telephone conferences with Creditor Trustee candidates regarding the Liquidating Trust and Plan issues. | .8 | 536.00 |
| 02/21/11 | RM | HIRSH | Review/analysis and revise draft Liquidating Trust Agreement. | 1.4 | 938.00 |
| 02/22/11 | RM | HIRSH | Continued review/analysis and revisions to draft Liquidating Trust Agreement. | .9 | 603.00 |
| 02/22/11 | JR | RENERT | Review liquidating trust agreement and summarize role of advisory board. | .5 | 192.50 |
| 02/22/11 | JR | RENERT | Review and revise liquidating trust agreement per R.Hirsh's comments. | 1.4 | 539.00 |
| 02/22/11 | JR | RENERT | Draft email to debtors' counsel regarding candidates for position of liquidation trust administrator. | .2 | 77.00 |
| 02/22/11 | JR | RENERT | Review plan and determine list of documents that need to be filed in connection with Plan Supplement and communications with R.Hirsh regarding same. | .4 | 154.00 |
| 02/24/11 | JR | RENERT | Attend to details in contemplation of filing plan supplement. | .2 | 77.00 |
| 02/24/11 | JR | RENERT | Review of liquidating trust agreement. | 1.7 | 654.50 |
| 02/24/11 | JR | RENERT | Detailed review of and comment on confirmation order. | 2.1 | 808.50 |
| 02/24/11 | JR | RENERT | Communications with R.Hirsh and review exculpation provision in plan. | .3 | 115.50 |
| 02/24/11 | BM | BROWNSTEIN | Read and review Liquidating Trust Agreement. | .6 | 195.00 |
| 02/25/11 | BM | BROWNSTEIN | Attend call regarding liquidating trust agreement. | .7 | 227.50 |
| 02/25/11 | BM | BROWNSTEIN | Follow up with J. Renert regarding liquidating trust call. | .3 | 97.50 |
| 02/25/11 | JR | RENERT | Review liquidating trust agreement and plan. | 1.4 | 539.00 |
| 02/25/11 | JR | RENERT | Prepare for and participate in conference call with R.Hirsh, B. Brownstein, FTI and debtors' counsel regarding comments to the liquidating trust agreement. | .9 | 346.50 |
| 02/25/11 | JR | RENERT | Further review of confirmation order. | .9 | 346.50 |
| 02/28/11 | RM | HIRSH | Review/analysis draft wind-down budget (.60); Conferenced with FTI regarding same and strategy (1.10). | 1.7 | 1,139.00 |
| 02/28/11 | JR | RENERT | Communications with R.Hirsh and D.Gottlieb regarding liquidating trust agreement. | .3 | 115.50 |
| 02/28/11 | JR | RENERT | Communications with M.Cordasco regarding voting issues. | .1 | 38.50 |
| 02/28/11 | JR | RENERT | Communications with debtors' counsel regarding plan supplement. | .2 | 77.00 |
| 02/28/11 | JR | RENERT | Communications with R.Hirsh and debtors' counsel regarding liquidating trust administrator. | .4 | 154.00 |

| 02/28/11 | JR | RENERT | Revise liquidating trust agreement pursuant to debtors' comments. | .7 | 269.50 |
| 02/28/11 | JR | RENERT | Review winddown budget and communications with M.Cordasco regarding same. | .3 | 115.50 |
| 02/28/11 | JR | RENERT | Communications with debtors' counsel and VF's counsel regarding extension of time to file plan supplement. | .2 | 77.00 |
| 02/28/11 | JR | RENERT | Communications with R.Hirsh, M.Cordasco and S.Simms regarding winddown budget. | .4 | 154.00 |
| 02/28/11 | JR | RENERT | Review of liquidating trust agreement and communications with R.Hirsh regarding same. | 1.2 | 462.00 |

```
                                                            ------------
               CURRENT FEES                                  22,978.00
```

### TIMEKEEPER TIME SUMMARY

| | | | |
|---|---|---|---|
| ANDREW I. SILFEN | .3 | at $830.00 = | 249.00 |
| ROBERT HIRSH | 6.7 | at $670.00 = | 4,489.00 |
| JORDANA RENERT | 43.2 | at $385.00 = | 16,632.00 |
| BETH M. BROWNSTEIN | 4.0 | at $325.00 = | 1,300.00 |
| LISA INDELICATO | 1.1 | at $280.00 = | 308.00 |
| TOTALS | 55.3 | | 22,978.00 |

```
               SUBTOTAL FOR THIS MATTER                      $22,978.00
```

(00014) MATTER NUMBER
RE:    Real Estate and Leasing and Executory Contracts

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2011

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 02/28/11 | JR RENERT | Review addendum to agreement with Onestop. | .3 | 115.50 |

                                  CURRENT FEES                           115.50


                      TIMEKEEPER TIME SUMMARY
| | | | |
|---|---|---|---|
| JORDANA RENERT | .3 | at $385.00 = | 115.50 |
| TOTALS | 0.3 | | 115.50 |

                  SUBTOTAL FOR THIS MATTER                    $115.50

(00015) MATTER NUMBER
RE:   Creditor Inquiries

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2011

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 02/10/11 | JR  RENERT | Communications with creditor regarding case status. | .2 | 77.00 |
| 02/15/11 | RM  HIRSH | Attend to creditor inquiries. | .8 | 536.00 |

CURRENT FEES                                    613.00


              TIMEKEEPER TIME SUMMARY

| | | | | |
|---|---|---|---|---|
| ROBERT HIRSH | .8 | at | $670.00 = | 536.00 |
| JORDANA RENERT | .2 | at | $385.00 = | 77.00 |
| TOTALS | 1.0 | | | 613.00 |

              SUBTOTAL FOR THIS MATTER              $613.00

(00022) MATTER NUMBER
RE:   Fee Applications

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2011

| Date | Timekeeper | | Hours | Value |
|------|-----------|-----|-------|-------|
| 02/02/11 | RM | HIRSH | Telephone conference with A. Spizz regarding issues relating to fee applications. | .3 | 201.00 |
| 02/02/11 | JR | RENERT | Communications with R.Hirsh regarding professionals call and debtors' fee applications. | .3 | 115.50 |
| 02/02/11 | JR | RENERT | Communications with R.Hirsh regarding debtors' fee applications and other case issues. | .3 | 115.50 |
| 02/07/11 | JR | RENERT | Communications with L.Indelicato and R.Hirsh regarding hearing on Arent Fox's fee applications. | .3 | 115.50 |
| 02/07/11 | JR | RENERT | Communications with debtors' counsel and R.Hirsh regarding hearing on Arent Fox's fee applications. | .3 | 115.50 |
| 02/07/11 | LA | INDELICATO | Draft proposed order granting first interim fee application of Arent Fox LLP. | .8 | 224.00 |
| 02/08/11 | LA | INDELICATO | Preparation of documents necessary for omnibus fee hearing. | 1.2 | 336.00 |
| 02/08/11 | JR | RENERT | Review and revise January time detail for monthly fee statement. | 1.6 | 616.00 |
| 02/09/11 | RM | HIRSH | Attended hearing on Fee Applications of all professionals (.60); Travel to and from regarding same (.40). | 1.0 | 670.00 |
| 02/15/11 | JR | RENERT | Communications regarding January monthly fee statement. | .1 | 38.50 |
| 02/15/11 | LA | INDELICATO | Review documents and organize fee application files. | .4 | 112.00 |
| 02/17/11 | LA | INDELICATO | Review January invoice and discuss with Vilma Santiago. | .6 | 168.00 |
| 02/17/11 | JR | RENERT | Review Donlin Recano January invoice. | .3 | 115.50 |
| 02/18/11 | JR | RENERT | Communications with M.Cordasco regarding professional fee claims, pull related documents from the docket and draft summary of December fee claims for the committee. | .5 | 192.50 |
| 02/18/11 | LA | INDELICATO | Prepare and file Affidavit of Service of January fee statements. | .6 | 168.00 |
| 02/18/11 | LA | INDELICATO | Prepare and file January fee statement of Arent Fox. | .7 | 196.00 |
| 02/18/11 | LA | INDELICATO | Obtain, review and file January fee statement of FTI Consulting. | .5 | 140.00 |
| 02/18/11 | LA | INDELICATO | Serve January fee statements. | .5 | 140.00 |
| 02/25/11 | JR | RENERT | Review Todtman's January monthly fee statement. | .6 | 231.00 |

```
                                                          -------------
                 CURRENT FEES                                4,010.50


                 TIMEKEEPER TIME SUMMARY
          ---------------------------------------------------------
          ROBERT HIRSH          1.3    at  $670.00 =        871.00
          JORDANA RENERT        4.3    at  $385.00 =      1,655.50
          LISA INDELICATO       5.3    at  $280.00 =      1,484.00
                                ----                     ---------
                 TOTALS        10.9                       4,010.50

                 SUBTOTAL FOR THIS MATTER                 $4,010.50
```

SUMMARY OF CHARGES
-------------------

| | |
|---|---:|
| TOTAL FOR: POSTAGE | 29.48 |
| TOTAL FOR: PHONE CHARGES | 384.06 |
| TOTAL FOR: OTHER DATABASE SEARCH | 132.50 |
| TOTAL FOR: WESTLAW | 367.13 |
| TOTAL FOR: MESSENGER SERVICE | 33.45 |
| TOTAL FOR: OVERTIME MEALS & CABS | 101.06 |
| TOTAL FOR: TAXICABS | 253.30 |
| TOTAL FOR: OVERNIGHT DELIVERY | 37.16 |
| TOTAL FOR: MEALS | 582.18 |
| TOTAL FOR: OUT-OF-TOWN TRANSPORTATION | 1,582.31 |
| TOTAL FOR: TRANSCRIPTS | 1,960.03 |
| TOTAL FOR: OUT OF TOWN LODGING | 186.10 |
| TOTAL FOR: OUT-OF-TOWN MEALS | 23.91 |

032509 Rock & Republic of Official Committee of
18 MARCH 2011

| | Area of Expertise, Year Admitted | Hours | Rate($) | Amount($) |
|---|---|---|---|---|
| **PARTNER** | | | | |
| ANDREW I. SILFEN | BR, 1986 (NJ), 1987 (NY) | .30 | 830.00 | 249.00 |
| ROBERT HIRSH | BR, 1998 (NY & NJ) | 39.30 | 670.00 | 26,331.00 |
| MICHAEL S. CRYAN | LDR, 1996 (NY & DC) | 20.00 | 590.00 | 11,800.00 |
| JEFFREY N. ROTHLEDER | BR, 2002 (MD) | .40 | 520.00 | 208.00 |
| | | | | |
| **ASSOCIATES** | | | | |
| JORDANA RENERT | | 92.70 | 385.00 | 35,689.50 |
| BETH M. BROWNSTEIN | | 60.10 | 325.00 | 19,532.50 |
| | | | | |
| **PARAPROFESSIONALS** | | | | |
| LISA INDELICATO | BR | 16.60 | 280.00 | 4,648.00 |
| NOVA A. CONSTANTINO | BR | .40 | 270.00 | 108.00 |
| STEVEN W. MILLER | | 2.60 | 255.00 | 663.00 |
| | | | | |
| | | 232.40 | | 99,229.00 |

Blended Rate: 426.98

BF:        Banking and Finance
BR:        Bankruptcy and Reorganization
CORP:      Corporate
EMPL:      Employment Law
HEALTH:    Health Law
INTL:      International Law
LDR:       Litigation Dispute Resolution
RE:        Real Estate

CURRENT CHARGES FOR ALL MATTERS                5,672.67

CURRENT FEES FOR ALL MATTERS                  99,229.00

TOTAL AMOUNT OF THIS INVOICE                $104,901.67
                                            ==============


REMAINING RETAINER BALANCE:                      $.00

# ARENT FOX LLP

1050 Connecticut Ave., N.W.
Washington, D.C 20036-5339
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Rock & Republic of Official Committee of Unsecured
Creditors

Invoice Number 1305352
Invoice Date   03/18/11
Client Number  032509

--------------------------------------------------------------------

## - - REMITTANCE COPY - -

## PLEASE SEND WITH CHECK

**TOTAL AMOUNT OF THIS INVOICE**              **$104,901.67**

**PLEASE REMIT PAYMENT BY CHECK TO THE FOLLOWING ADDRESS:**

Arent Fox LLP
P.O. Box 644672
Pittsburgh, PA  15264-4672

**WIRING INSTRUCTIONS (if applicable):**

| | |
|---|---|
| Bank: | PNC BANK |
| Address: | 800 Connecticut Avenue NW |
| | Washington, DC 20006 |
| ABA#: | 031000053 |
| SWIFT CODE: | PNCCUS33 (for international use) |
| Account #: | 5559763933 |
| Beneficiary Name: | Arent Fox LLP |
| Beneficiary Address: | 1050 Connecticut Ave., NW |
| | Washington, DC 20036 |

Please reference the following:
Client #        032509
Client Name     Rock & Republic of Official Committee of Unsecured
Invoice Number  1305352

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.