

ATLAS STRATEGIC ADVISORS, LLC
140 E 45th St, 23rd Floor
New York, NY 10017

March 16, 2011

Debtors
Attn: Viet Do
c/o Rock & Republic Enterprises, Inc.
3523 Eastham Drive
Culver City, CA 90232

### INVOICE # 0023 - Rock & Republic Enterprises, Inc.

| Description | Amount (US$) |
|---|---:|
| Retainer Fee - February 2011 | $ 20,000.00 |//
| *Fee incurred as per our engagement letter dated March 26, 2010* | |
| **Total** | **$ 20,000.00** |

Kindly wire funds to:

Atlas Strategic Advisors, LLC
Acc # 74396909
Citibank N.A.
Routing # 021-0000-89
Branch # 165
95 Pondfield Road
Bronxville, NY 10708



ATLAS STRATEGIC ADVISORS, LLC
140 E 45th St, 23rd Floor

New York, NY 10017

## Consulting Services

| Date | Description | Time | Team |
|---|---|---|---|
| **5-Feb-11** | Call with Lawyers | 1 | **JS, NE** |
| **11-Feb-11** | Call with Lawyers | 1 | **JS, NE** |
| **12-Feb-11** | Call with Lawyers | 0.5 | **JS, NE** |
| **23-Feb-11** | Industry research | 2 | **JS, NE** |