

# COLEMAN FROST LLP

429 Santa Monica Boulevard,
Suite 700
Santa Monica, California 90401


March 18, 2011

**VIA HAND DELIVERY**

The Honorable Arthur J. Gonzelez
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

**VIA E-MAIL**

Mr. Armando Arce, Jr.
Rock & Republic Enterprises, Inc.
3523 Eastham Drive
Culver City, CA 90232

**VIA E-MAIL**

Schuyler G. Carroll
Robert Hirsh
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820

**VIA E-MAIL**

Richard Morrissey
Office of the United States Trustee
33 Whitehall Street – 21st Floor
New York, NY 10004

**VIA E-MAIL**

Alex Spizz
Todtman, Nachamie, Spizz & Johns, P.C.
425 Park Avenue
New York, NY 10022

**Re: Rock & Republic Enterprises, Inc. et al.**
**Chapter 11 Case No. 10-11728 (AJG) (Jointly Administered)**

     Pursuant to an Order dated May 26, 2010, our firm was retained *nunc pro tunc* to April 1, 2010 to represent the Debtors in Possession as Special Litigation Counsel in the above-referenced Chapter 11 case. By Order dated April 29, 2010 (the "Compensation

Hon. Arthur J. Gonzalez
Armando Arce, Jr.
Schuyler G. Carroll
Richard Morrissey
Alex Spizz
March 18, 2011
Page 2

Order") the Bankruptcy Court has authorized payment of 80% of our monthly fees and 100% of our monthly expenses for the period of February 2011.

During the period from February 1, 2011 through February 28, 2011, our fees for services rendered as counsel to the Debtors-in Possession were $57,112.50. Our disbursements during this period were $2,257.22. A detailed billing statement for the period is enclosed for your information and review. The billing statement sets forth the name of each attorney or staff member who rendered services and the applicable billing rate. The report also breaks down the services by category as required by the fee guidelines.

**BY SUBMITTING THIS UNREDACTED BILLING STATEMENT, COLEMAN FROST LLP DOES NOT WAIVE THE ATTORNEY-CLIENT PRIVILEGE OR WORK PRODUCT PRIVILEGE, ALL OF WHICH ARE EXPRESSLY PRESERVED.**

In accordance with the Compensation Order, unless we receive an objection to our billing statement within thirty-five (35) days following the end of the last month for which compensation is sought, the Debtors shall remit to Coleman Frost LLP the sum of $45,690.00, representing 80% of $57,112.50, and $2,257.22, representing 100% of the disbursements incurred during the applicable period, for payment of fees and costs in the amount of $47,947.22.

If you have any questions regarding this billing statement, please do not hesitate to contact the undersigned.

Very Truly Yours,

Daniel L. Alexander
for COLEMAN FROST LLP



# COLEMAN FROST LLP

429 SANTA MONICA BLVD.
SUITE 700
SANTA MONICA, CA 90401

Armando Arce, Jr.  March 18, 2011
Rock & Republic Enterprises, Inc.  Client No. 1096
3523 Eastham Dr.
Culver City, CA 90232

Cover Statement

|  | Balance |
|---|---|
| 1096-001 Re: Litigation | $57,112.50 |
| 1096-003 Re: Fee/Employment Applications | 0.00 |
| 1096-004 Re: Relief From Stay Proceedings | $ 0.00 |
| Total Fees | $57,112.50 |
| Expenses | $ 2,257.22 |
| Total Fees and Expenses | $59,369.72 |

Tel (310) 576-7312 • Fax (310) 899-1016 • www.colemanfrost.com

COLEMAN FROST LLP
429 Santa Monica Blvd., Suite 700
Santa Monica, California 90401
(310) 576-7312
TIN # 20-0807972

Armando Arce, Jr.            March 18, 2011
Rock & Republic Enterprises, Inc.      Our File: 1096.001
3523 Eastham Dr.            Invoice # 1808
Culver City, CA 90232      **Total Balance Due $355908.32**

RE:     Litigation

Statement of Account for the Period Ending February 28, 2011

Professional Services

| Date | Emp | Description | Hours | Amount |
|---|---|---|---|---|
| 02/01/11 | DLA | Confer w/B. Armstrong re proposed findings of fact and conclusions of law | 0.30 | 97.50 |
| | DLA | Review trial testimony | 2.80 | 910.00 |
| | BAA | Analysis of declarations, deposition designations and cross examinations for exhibits to be placed in joint exhibit list | 1.70 | 637.50 |
| | JK | Review claimant's joint trial exhibit list re discrepancies | 5.00 | 625.00 |
| 02/02/11 | DFC | Review/analyze issues re evidence introduced at trial | 0.40 | 150.00 |
| | DLA | Review trial testimony | 6.70 | 2,177.50 |
| | JK | Review claimant's joint trial exhibit list re discrepancies | 2.00 | 250.00 |
| 02/03/11 | DFC | Review/analyze issues re potential impact of Spring Street decision on NPR hearing | 0.30 | 112.50 |
| | DLA | Review trial testimony | 4.20 | 1,365.00 |
| | DLA | Review trial exhibits | 1.90 | 617.50 |

Page 2
March 18, 2011
Rock & Republic Enterprises, Inc.
Litigation
Our File: 1096.001
Invoice # 1808

| Date | Emp | Description | Hours | Amount |
|---|---|---|---|---|
| | JK | Review claimant's joint trial exhibit list re discrepancies; conference w/B. Armstrong and D. Alexander | 1.00 | 125.00 |
| 02/04/11 | DFC | Review/analyze issues re findings of fact, conclusions of law | 0.70 | 262.50 |
| | DLA | Confer w/B. Armstrong re trial exhibits | 0.40 | 130.00 |
| 02/06/11 | DLA | Review trial testimony | 3.80 | 1,235.00 |
| 02/07/11 | DLA | Conferences and communications re trial exhibits | 3.20 | 1,040.00 |
| | DLA | Review trial testimony, deposition testimony and exhibits for post-trial submission | 5.80 | 1,885.00 |
| 02/08/11 | DFC | Review/analyze issues re evidentiary objections/findings of fact and conclusions of law | 1.50 | 562.50 |
| | DLA | Review trial testimony, deposition testimony and exhibits for post-trial submission | 4.90 | 1,592.50 |
| | DLA | Prepare for and participate in conference w/court re trial exhibits | 3.20 | 1,040.00 |
| | DLA | Conferences re post-trial submission | 1.80 | 585.00 |
| 02/09/11 | DFC | Review/analysis issues re case strategy, issues re lease payments; telecons/emails w/M. Ball and V. Do | 0.90 | 337.50 |
| | DLA | Review trial testimony and compile evidentiary index for post-trial submission | 6.60 | 2,145.00 |
| | BAA | Analysis of stipulation re damages and telecons w/A. Goldstein re same | 0.60 | 225.00 |
| | BAA | Review trial testimony and exhibits | 2.60 | 975.00 |
| | BAA | Legal research re landlord's duty to mitigate damages | 2.10 | 787.50 |

Page 3
March 18, 2011
Rock & Republic Enterprises, Inc.
Litigation
Our File: 1096.001
Invoice # 1808

| Date | Emp | Description | Hours | Amount |
|---|---|---|---|---|
| 02/10/11 | DFC | Review/analyze issues re findings of fact/conclusions of law | 1.30 | 487.50 |
| | DLA | Review trial testimony and compile evidentiary index for post-trial submission | 11.20 | 3,640.00 |
| | BAA | Analysis of information from Creditors' Committee re proposed stipulation re damages | 0.90 | 337.50 |
| | BAA | Review and analysis of findings of fact and conclusions of law re damages | 1.90 | 712.50 |
| | BAA | Analysis of January 26th transcript of proceedings including J. Williams testimony | 2.60 | 975.00 |
| 02/11/11 | DFC | Review/analyze issues re findings of fact/conclusions of law | 0.80 | 300.00 |
| | DLA | Review trial testimony and compile evidentiary index for post-trial submission | 12.80 | 4,160.00 |
| | DLA | Outline post-trial submission | 1.70 | 552.50 |
| | BAA | Analysis of transcript of proceedings (via word search) for testimony of fair market rental value of the premises | 2.10 | 787.50 |
| | BAA | Legal research re burden of proof re fair market rental value | 2.30 | 862.50 |
| | BAA | Review/analyze draft findings of fact and conclusions of law re damages | 2.10 | 787.50 |
| | BAA | Conference w/expert B. Malmlund re revised damages calculation | 0.90 | 337.50 |
| | BAA | Telecon w/all counsel re proposed stipulation re damages | 0.60 | 225.00 |
| 02/12/11 | DLA | Review trial testimony and compile evidentiary index for post-trial submission | 8.20 | 2,665.00 |

Page 4
March 18, 2011
Rock & Republic Enterprises, Inc.
Litigation
Our File: 1096.001
Invoice # 1808

| Date | Emp | Description | Hours | Amount |
|---|---|---|---|---|
|  | DLA | Draft proposed findings of fact and conclusions of law | 9.70 | 3,152.50 |
|  | BAA | Draft findings of fact and conclusions of law | 3.10 | 1,162.50 |
| 02/13/11 | DLA | Draft proposed findings of fact and conclusions of law; legal research re same | 21.40 | 6,955.00 |
|  | BAA | Draft findings of fact and conclusions of law | 6.70 | 2,512.50 |
| 02/14/11 | DLA | Review, revise and edit proposed findings of fact and conclusions of law and prepare to submit to court | 5.90 | 1,917.50 |
|  | BAA | Draft findings of fact and conclusions of law | 2.70 | 1,012.50 |
|  | BAA | Receipt, preliminary review and analysis of proposed findings of fact and conclusions of law of the Creditors' Committee | 2.80 | 1,050.00 |
|  | BAA | Receipt, preliminary review and analysis of proposed findings of fact and conclusions of law of New Pacific | 3.40 | 1,275.00 |
| 02/15/11 | BAA | Analysis of New Pacific's proposed findings of fact and conclusions of law | 2.80 | 1,050.00 |
| 02/18/11 | DLA | Review proposed findings of fact and conclusions of law from other parties | 1.00 | 325.00 |

Summary of Services

| | | | | |
|---|---|---|---|---|
| BAA | Bruce A. Armstrong | 41.90 hr @ 375.00 | $ | 15712.50 |
| DFC | Derrick F. Coleman | 5.90 hr @ 375.00 | $ | 2212.50 |
| DLA | Daniel L. Alexander | 117.50 hr @ 325.00 | $ | 38187.50 |
| JK | Joyce Keith | 8.00 hr @ 125.00 | $ | 1000.00 |

|  |  |  |
|---|---|---|
| Total Professional Services | 173.30 | $ 57,112.50 |

Page 5
March 18, 2011
Rock & Republic Enterprises, Inc.
Litigation
Our File: 1096.001
Invoice # 1808

Costs and Disbursements

| Date | Description | Amount |
|---|---|---|
| 02/07/11 | Video Court Appearance Fee | 438.00 |
| 02/10/11 | Trial Transcripts | 1,690.53 |
| 02/16/11 | Telephonic Appearance Fee | 37.00 |
| 02/28/11 | Westlaw Charges | 91.69 |
| | Total Costs and Disbursements | $ 2,257.22 |

| | |
|---|---|
| TOTAL NEW CHARGES | $ 59,369.72 |
| Previous Balance Due | $322,378.47 |

PAYMENTS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 03/18/11 | Payment (Unused expert witness fees retainer balance applied per authorization of R&R) - Thank You | 25,839.87 |
| | Total Payments and Credits | $ 25,839.87 |

| | |
|---|---|
| Unpaid Balance Forward | $296,538.60 |

SUMMARY OF ACCOUNT

| | |
|---|---|
| Balance Forward | $322,378.47 |
| Total New Charges | 59,369.72 |
| Payments and Credits | 25,839.87 |
| TOTAL BALANCE DUE *** PLEASE PAY THIS AMOUNT ** | $355,908.32 |