# MANDERSON, SCHAFER & McKINLAY LLP

DIRECT DIAL
949.398.8301
EMAIL ADDRESS
cmanderson@mandersonllp.com

PARTNERS
Chris Manderson
John Schafer
Lance McKinlay
Brendt Butler

March 24, 2011

Via Electronic Filing

The Honorable Arthur J. Gonzalez
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Viet Do
Chief Financial Officer
Rock & Republic Enterprises, Inc.
250 West Ivy Avenue
Inglewood, CA 90302

Robert M. Hirsh, Esq.
Arent Fox, LLP
1675 Broadway
New York, NY 10019-5820

Richard Morrissey, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Alex Spizz, Esq.
Todtman, Nachamie, Spizz & Johns, P.C.
425 Park Avenue
New York, NY 10022

Re: Rock & Republic Enterprises, Inc., et al.
Chapter 11 Case No. 10-11728 (RDD) (Jointly Administered)

Pursuant to an Order dated April 30, 2010 our firm was retained nunc pro tunc to April 1, 2010 to represent the Debtors in Possession as Special Corporate Counsel in the above-referenced Chapter 11 case. By Order dated April 30, 2010 (the "Compensation Order") the Bankruptcy Court has authorized payment of 80% of our monthly fees and 100% of our monthly expenses.

During the period from December 1, 2010 through December 31, 2010, our fees for services rendered as Special Corporate Counsel to the Debtors in Possession were $55,311.25. In addition, we incurred $881.50 in reimbursable expenses.

Hon. Arthur J. Gonzalez
Viet Do, CFO
Robert M. Hirsh, Esq.
Richard Morrissey, Esq.
Alex Spizz, Esq.
March 24, 2011
Page 2 of 2

A detailed billing statement for the period is enclosed for your information and review. The billing statement sets forth the name of each attorney who rendered services and the applicable billing rate.

BY SUBMITTING THIS UNREDACTED BILLING STATEMENT, MANDERSON, SCHAFER & MCKINLAY, LLP DOES NOT WAIVE THE ATTORNEY-CLIENT PRIVILEGE OR WORK PRODUCT PRIVILEGE, ALL OF WHICH ARE EXPRESSLY PRESERVED.

In accordance with the Compensation Order, unless we receive an objection to our monthly billing statement within thirty-five days following the month for which compensation is sought, the Debtors shall remit to Manderson, Schafer & McKinlay, LLP the sum of $44,249.00, representing 80% of $55,311.25 for services rendered as Special Corporate Counsel, and $881.50, representing 100% of reimbursable expenses.

If you have any questions with respect to this billing statement, please do not hesitate to contact the undersigned.

Very Truly Yours,

/s/ Chris Manderson

Chris Manderson
of Manderson, Schafer & McKinlay, LLP

**Manderson, Schafer & McKinlay, LLP**
**4675 MacArthur Court, Suite 1200**
**Newport Beach, CA 92660**

Rock & Republic Enterprises, Inc.
Attn: CFO
250 West Ivy Avenue
Inglewood, CA 90302

Date: 3/23/2011

Regarding: Rock & Republic - General
Invoice No: 00026

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 12/01/2010 | JPS | Telephone conference with J. Barron regarding transaction structure issues. | 0.30 | $395.00 | $118.50 |
| 12/01/2010 | JPS | Strategy conference with M. Ball, V. Festekjian, C. Manderson, et al. regarding intellectual property rights of Debtor and transaction strategy. | 0.90 | $395.00 | $355.50 |
| 12/01/2010 | JRB | Review organizational chart and prepare analysis of deal structure issues. | 0.80 | $375.00 | $300.00 |
| 12/01/2010 | JRB | Telephone conference with J. Schafer regarding strategy and process for VF transition. (No Charge) | 0.30 | $0.00 | $0.00 |
| 12/01/2010 | JRB | Telephone conferences with R. Eusebio and C. Manderson regarding purchased assets for VF transaction. | 1.00 | $375.00 | $375.00 |
| 12/01/2010 | WCM | Telephone conference with R. Eusebio, J. Barron regarding trademarks and proposed VF transaction. | 1.00 | $395.00 | $395.00 |
| 12/01/2010 | WCM | Analyze corporate organization and trademark issues. | 0.50 | $395.00 | $197.50 |
| 12/02/2010 | JPS | Telephone conference with client regarding transaction structure and intellectual property. (No Charge) | 1.00 | $0.00 | $0.00 |
| 12/02/2010 | JRB | Telephone conference with M. Ball and V. Festekjian regarding intellectual property rights of Debtor. | 1.00 | $375.00 | $375.00 |
| 12/02/2010 | WCM | Correspondence and follow-up conferences with J. Fazio regarding disputed trademarks. | 1.00 | $395.00 | $395.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/02/2010 | WCM | Strategy conference with M. Ball, V. Festekjian, J. Schafer, et al. regarding intellectual property rights of Debtor and transaction strategy. | 0.90 | $395.00 | $355.50 |
| 12/02/2010 | WCM | Multiple conferences with M. Ball, V. Festekjian, J. Fazio regarding trademarks and deal structure issues. | 1.50 | $395.00 | $592.50 |
| 12/03/2010 | JRB | Follow-up telephone conference with M. Ball, V. Festekjian, et al. regarding corporate strategy. | 0.80 | $395.00 | $316.00 |
| 12/03/2010 | JRB | Review and analyze intellectual property security agreement and discuss with C. Manderson. | 0.70 | $375.00 | $262.50 |
| 12/03/2010 | JRB | Perform UCC searches and prepare correspondence to client. | 0.80 | $375.00 | $300.00 |
| 12/03/2010 | WCM | Revise client correspondence regarding security agreement, UCC searches. | 0.70 | $395.00 | $276.50 |
| 12/03/2010 | WCM | Telephone conferences with M. Ball, V. Festekjian, A. Spizz regarding intellectual property matters and impact on corporate structure. | 1.40 | $375.00 | $525.00 |
| 12/03/2010 | WCM | Telephone conference with M. Ball, V. Festekjian regarding structure issues with VF deal. | 1.40 | $375.00 | $525.00 |
| 12/05/2010 | JPS | Review intellectual property registration documents and ancillary documents and prepare correspondence setting forth analysis of transaction-related issues. | 1.10 | $395.00 | $434.50 |
| 12/06/2010 | BCB | Analyze issues regarding plan structure and Asset Purchase Agreement. | 0.50 | $395.00 | $197.50 |
| 12/06/2010 | JRB | Conference regarding marks and registrations with client and firm attorneys. | 0.80 | $375.00 | $300.00 |
| 12/06/2010 | WCM | Telephone conference regarding marks and registrations with J. Barron and R. Eusebio. | 0.80 | $395.00 | $316.00 |
| 12/06/2010 | WCM | Multiple conferences to discuss analysis with M. Ball, V. Festekjian, A. Spizz regarding proposed VF transaction and related issues. | 2.50 | $395.00 | $987.50 |
| 12/07/2010 | BCB | Review and provide comments re draft Asset Purchase Agreement and intellectual property issues re Rock Holdings. | 1.70 | $395.00 | $671.50 |
| 12/07/2010 | JRB | Review draft VF purchase agreement and related documents and prepare memorandum regarding same. | 1.40 | $375.00 | $525.00 |
| 12/07/2010 | JRB | Telephone conferences with A. Spizz, M. Ball, C. Manderson, and V. Festekjian regarding VF documents. | 1.30 | $375.00 | $487.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/07/2010 | WCM | Conference with restructuring advisors and client regarding VF transaction structure. | 1.00 | $395.00 | $395.00 |
| 12/07/2010 | WCM | Conference with M. Wallace regarding tax issues. | 0.80 | $395.00 | $316.00 |
| 12/07/2010 | WCM | Strategize with restructuring team regarding business operational issues under proposed deal structure. | 0.90 | $395.00 | $355.50 |
| 12/07/2010 | WCM | Conferences (multiple) with M. Ball and J. Fazio regarding trademark issues and transaction structure and prepare correspondence to client regarding same. | 1.40 | $395.00 | $553.00 |
| 12/08/2010 | BCB | Further review of APA and related documents, and intellectual property and sale issues; prepare memorandum to client regarding same. | 1.30 | $395.00 | $513.50 |
| 12/08/2010 | JPS | Review proposed plan of reorganization and analysis regarding potential challenges and objections to transaction structure. | 1.60 | $395.00 | $632.00 |
| 12/08/2010 | JRB | Telephone conference regarding creditor's committee concerns regarding VF transaction. | 0.60 | $375.00 | $225.00 |
| 12/08/2010 | JRB | Correspondence regarding intellectual property issues and proposed deal structure. | 0.50 | $375.00 | $187.50 |
| 12/08/2010 | JRB | Telephone conference with M. Ball, V. Festekjian, and C. Manderson regarding proposed VF transaction. | 0.30 | $375.00 | $112.50 |
| 12/08/2010 | JRB | Telephone conference to discuss proposed VF transaction. (No Charge) | 1.20 | $0.00 | $0.00 |
| 12/08/2010 | WCM | Conference call with M. Ball, V. Festekjian, M. Wallace, A. Spizz, Goldstein, G. Lurie, J. Steinberg regarding VF transaction structure. | 1.20 | $395.00 | $474.00 |
| 12/08/2010 | WCM | Multiple conferences with M. Ball, V. Festekjian, A. Spizz regarding plan structure issues. | 2.00 | $395.00 | $790.00 |
| 12/08/2010 | WCM | Analyze disputed trademark issues, VF proposed transaction and draft follow-up correspondence regarding same. | 2.80 | $395.00 | $1,106.00 |
| 12/09/2010 | BCB | Conference call regarding issues with respect to the proposed VF transaction. | 0.80 | $395.00 | $316.00 |
| 12/09/2010 | JRB | Conference with debtor team to discuss proposed VF transaction and strategy. (No Charge) | 0.80 | $0.00 | $0.00 |
| 12/09/2010 | JRB | Draft comments regarding corporate structure options. | 0.30 | $375.00 | $112.50 |
| 12/09/2010 | WCM | Analyze deal structure issues and prepare analysis for client. | 2.80 | $395.00 | $1,106.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/09/2010 | WCM | Multiple conferences with M. Ball and advisers regarding VF transaction and alternatives, and related tax issues. | 2.10 | $395.00 | $829.50 |
| 12/09/2010 | WCM | Conference with M. Ball and R. Eusebio regarding trademark issues. | 1.00 | $395.00 | $395.00 |
| 12/10/2010 | WCM | Meet with M. Ball and E. Bromberg to discuss deal structure options, tax issues and legal options. | 2.50 | $395.00 | $987.50 |
| 12/10/2010 | WCM | Multiple conferences with advisers and client regarding VF proposal and alternatives. | 3.00 | $395.00 | $1,185.00 |
| 12/13/2010 | JRB | Prepare analysis of VF transaction documents. | 2.70 | $375.00 | $1,012.50 |
| 12/13/2010 | JRB | Conference with C. Manderson regarding proposed revisions to VF documents. | 0.80 | $375.00 | $300.00 |
| 12/13/2010 | JRB | Review and revise VF Asset Purchase Agreement. | 2.90 | $375.00 | $1,087.50 |
| 12/13/2010 | WCM | Follow-up conference with E. Bromberg regarding documents relating to Simms matter. | 0.20 | $395.00 | $79.00 |
| 12/13/2010 | WCM | Conference with E. Bromberg regarding Simms claims dispute matter. | 0.30 | $395.00 | $118.50 |
| 12/13/2010 | WCM | Conference with Arent Fox and FTI regarding proposed transaction and follow-on conference with A. Spizz. | 0.50 | $395.00 | $197.50 |
| 12/13/2010 | WCM | Research trademark ownership issues and multiple conferences with M. Ball and R. Eusebio regarding same. | 1.25 | $395.00 | $493.75 |
| 12/13/2010 | WCM | Review and analyze proposed Asset Purchase Agreement. | 2.00 | $395.00 | $790.00 |
| 12/14/2010 | JRB | Draft correspondence regarding schedules to Asset Purchase Agreement. | 0.40 | $375.00 | $150.00 |
| 12/14/2010 | JRB | Draft correspondence regarding revisions to Asset Purchase Agreement. | 0.60 | $375.00 | $225.00 |
| 12/14/2010 | JRB | Telephone conferences with C. Manderson and R. Eusebio regarding trademarks and other schedules to Asset Purchase Agreement. | 0.50 | $375.00 | $187.50 |
| 12/14/2010 | JRB | Review and revise proposed Asset Purchase Agreement with VF. | 1.50 | $375.00 | $562.50 |
| 12/14/2010 | JRB | Telephone conferences (multiple) with M. Ball, V. Festekjian, G. Lurie, creditors committee and Debtor's counsel regarding revisions to Asset Purchase Agreement. | 1.40 | $375.00 | $525.00 |
| 12/14/2010 | JRB | Telephone conferences with R. Eusebio regarding schedules to Asset Purchase Agreement. | 0.30 | $375.00 | $112.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/14/2010 | WCM | Conferences with Arent Fox, Weil (VF counsel) and VF regarding proposed changes to Asset Purchase Agreement. | 2.00 | $395.00 | $790.00 |
| 12/14/2010 | WCM | Draft correspondence regarding deal structure related issues. | 1.20 | $395.00 | $474.00 |
| 12/14/2010 | WCM | Revise and distribute proposed comments to APA. | 2.00 | $395.00 | $790.00 |
| 12/14/2010 | WCM | Multiple conference calls with Rock & Republic advisors regarding proposed changes to VF deal structure. | 2.00 | $395.00 | $790.00 |
| 12/14/2010 | WCM | Conference with Rock & Republic regarding trademarks, RKF payments, inventory and other issues. | 1.30 | $395.00 | $513.50 |
| 12/15/2010 | BCB | Review comments to plan and APA and prepare follow-up correspondence. | 0.40 | $395.00 | $158.00 |
| 12/15/2010 | JRB | Review letter correspondence to ComVest. | 0.20 | $375.00 | $75.00 |
| 12/15/2010 | JRB | Review the creditors' committee revised draft of plan with respect to corporate and transaction-related issues. | 0.80 | $375.00 | $300.00 |
| 12/15/2010 | JRB | Review and revise schedules to Asset Purchase Agreement. | 0.40 | $375.00 | $150.00 |
| 12/15/2010 | WCM | Conferences with VF counsel, VF, Committee counsel regarding transaction structuring issues. | 1.00 | $395.00 | $395.00 |
| 12/15/2010 | WCM | Multiple conferences with M. Ball, V. Festekjian, A. Goldstein, A. Spizz, G. Lurie, M. Wallace to analyze and strategize restructuring and transaction issues, tax structure and consequences, alternative transaction partners and transaction. | 6.50 | $395.00 | $2,567.50 |
| 12/16/2010 | JRB | Telephone conference with C. Manderson, A. Spizz, and A. Goldstein regarding revisions to the Asset Purchase Agreement. (No Charge) | 0.50 | $0.00 | $0.00 |
| 12/16/2010 | JRB | Draft correspondence regarding comments to the Asset Purchase Agreement and plan. | 0.90 | $375.00 | $337.50 |
| 12/16/2010 | JRB | Draft follow-up correspondence regarding recommended revisions to Asset Purchase Agreement. | 0.60 | $375.00 | $225.00 |
| 12/16/2010 | JRB | Telephone conference with M. Ball, V. Festekjian and C. Manderson to review Asset Purchase Agreement. | 2.40 | $375.00 | $900.00 |
| 12/16/2010 | JRB | Telephone conferences with R. Eusebio regarding schedules to Asset Purchase Agreement. | 0.50 | $375.00 | $187.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/16/2010 | JRB | Review and revise revised draft of the Asset Purchase Agreement. | 1.60 | $375.00 | $600.00 |
| 12/16/2010 | WCM | Conference call regarding tax structure with Arent Fox and R&R advisors. | 0.50 | $395.00 | $197.50 |
| 12/16/2010 | WCM | Multiple conferences with A. Spizz, M. Ball, R. Hirsch, J. Barron, regarding proposed revisions to Asset Purchase Agreement. | 2.75 | $395.00 | $1,086.25 |
| 12/17/2010 | JRB | Multiple telephone conferences regarding finalizing Asset Purchase Agreement. | 1.50 | $375.00 | $562.50 |
| 12/17/2010 | JRB | Review and revise Asset Purchase Agreement and schedules. | 1.60 | $375.00 | $600.00 |
| 12/17/2010 | JRB | Draft correspondence regarding status of negotiations with VF. | 0.60 | $375.00 | $225.00 |
| 12/17/2010 | JRB | Telephone conferences with R. Eusebio regarding schedules to Asset Purchase Agreement and intellectual property agreements. | 0.70 | $375.00 | $262.50 |
| 12/17/2010 | JRB | Telephone conference with M. Ball, V. Festekjian, A. Spizz, A. Goldstein and C. Manderson regarding revisions to Asset Purchase Agreement. | 1.50 | $375.00 | $562.50 |
| 12/17/2010 | WCM | Draft mark-up of proposed Asset Purchase Agreement. | 2.10 | $395.00 | $829.50 |
| 12/17/2010 | WCM | Conference calls (multiple) with client, R&R advisors, VF counsel, Creditor's Committee counsel to negotiate and finalize Asset Purchase Agreement. | 6.50 | $395.00 | $2,567.50 |
| 12/18/2010 | JRB | Review and revise revised schedules for Asset Purchase Agreement. | 0.40 | $375.00 | $150.00 |
| 12/18/2010 | WCM | Review corporate and transactional issues in Plan and Disclosure Statement. | 2.75 | $395.00 | $1,086.25 |
| 12/20/2010 | JRB | Telephone conference with M. Ball, G. Lurie, A. Spizz and C. Manderson regarding final VF agreement and finalizing schedules. | 1.00 | $375.00 | $375.00 |
| 12/20/2010 | JRB | All hands conference call with creditors committee counsel and VF counsel regarding Asset Purchase Agreement and plan. | 0.40 | $375.00 | $150.00 |
| 12/20/2010 | WCM | Multiple conference calls with M. Ball, V. Festekjian and R&R advisors regarding final APA and related documents, next steps, news releases. | 2.00 | $395.00 | $790.00 |
| 12/20/2010 | WCM | Review and revise news release, strategize with G. Lurie regarding same. | 1.25 | $395.00 | $493.75 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/20/2010 | WCM | Conference with Creditor's Committee counsel and VF regarding Asset Purchase Agreement and Plan. | 0.40 | $395.00 | $158.00 |
| 12/21/2010 | JRB | Telephone conferences with C. Manderson and employment law specialists regarding WARN Act issues. | 0.90 | $375.00 | $337.50 |
| 12/21/2010 | WCM | Strategize with M. Ball, V. Festekjian regarding layoffs. | 0.50 | $395.00 | $197.50 |
| 12/21/2010 | WCM | Multiple conferences with M. Ball, V. Do, and employment advisors regarding WARN Act and layoffs. | 0.80 | $395.00 | $316.00 |
| 12/21/2010 | WCM | Multiple conference calls with G. Lurie, M. Ball, M. Wallace, V. Festekjian and A. Goldstein et al re strategy. | 3.50 | $395.00 | $1,382.50 |
| 12/22/2010 | WCM | Review tax memorandum and strategize with M. Wallace, V. Festekjian. | 1.50 | $395.00 | $592.50 |
| 12/22/2010 | WCM | Review and analyze WARN Act issues and notices. | 1.00 | $395.00 | $395.00 |
| 12/22/2010 | WCM | Conferences (multiple) with client regarding press releases, publicity, wind down and tax issues. | 1.25 | $395.00 | $493.75 |
| 12/23/2010 | JRB | Prepare corporate governance documents. | 1.20 | $375.00 | $450.00 |
| 12/23/2010 | WCM | Multiple conferences with management and restructuring team regarding VF sale, transition and wind-down issues. | 3.00 | $395.00 | $1,185.00 |
| 12/24/2010 | WCM | Review and analyze insurance claim regarding MTM fraudulent invoices. | 1.50 | $395.00 | $592.50 |
| 12/27/2010 | WCM | Research regarding trademark transfer and license-back issues. | 1.10 | $395.00 | $434.50 |
| 12/27/2010 | WCM | Conference with M. Walllace regarding transaction structuring and tax issues relating to residual licenses. | 0.80 | $395.00 | $316.00 |
| 12/28/2010 | JPS | Conference call with M. Ball, V. Festekjian, and J. Barron regarding bidding procedures. (No Charge) | 0.70 | $0.00 | $0.00 |
| 12/28/2010 | JRB | Review plan and Asset Purchase Agreement regarding bidding procedures and prepare comments. | 0.60 | $375.00 | $225.00 |
| 12/28/2010 | JRB | Telephone conference with M. Ball, V. Festekjian, and C. Manderson regarding bidding procedures. | 0.70 | $375.00 | $262.50 |
| 12/28/2010 | WCM | Conference call with M. Ball, V. Festekjian, and J. Barron regarding bidding procedures. (No Charge) | 0.70 | $0.00 | $0.00 |
| 12/29/2010 | BCB | Analyze plan issues and issues regarding claim treatment under the plan. | 0.60 | $395.00 | $237.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/29/2010 | WCM | Conference with Viet regarding WARN Act issues. | 0.50 | $395.00 | $197.50 |
| 12/29/2010 | WCM | Conference call with V. Festekjian and M. Ball regarding corporate transaction alternatives. | 0.60 | $395.00 | $237.00 |
| 12/29/2010 | WCM | Prepare second interim fee application. | 3.40 | $395.00 | $1,343.00 |
| 12/30/2010 | BCB | Draft proposed revisions to the plan re treatment of general unsecured creditors based on negotiated transaction structure. | 1.60 | $395.00 | $632.00 |
| 12/28/2011 | WCM | Follow-up conference with V. Festekjian and M. Ball regarding bidding procedures. | 0.30 | $395.00 | $118.50 |

Total Fees $55,311.25

**Expenses**

| Start Date | Description | Quantity | Price | Charges |
|---|---|---|---|---|
| 12/03/2010 | Lexis Nexis Research Charges. | 1.00 | $881.50 | $881.50 |

Total Expenses $881.50

Total New Charges $56,192.75

Total Amount Due this Bil $56,192.75