Robert M. Hirsh
Jordana L. Renert
ARENT FOX LLP
1675 Broadway
New York, NY 10019
(212) 484-3900

Counsel for David Gottlieb, Liquidating Trust
 Administrator of the Liquidating Trust

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ROCK & REPUBLIC ENTERPRISES, INC., *et al.*, | : | Case No. 10-11728 (AJG) |
| | : | |
| Debtors. | : | Jointly Administered |

----------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Arent Fox LLP hereby appears in the above-captioned case as counsel for David Gottlieb, Liquidating Trust Administrator of the Liquidating Trust(the "Liquidating Trust Administrator") of Rock & Republic Enterprises, Inc., *et al.*, and enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following addresses, telephone and facsimile numbers, and e-mail addresses:

> Robert M. Hirsh
> Jordana L. Renert
> ARENT FOX LLP
> 1675 Broadway
> New York, NY 10019
> Tel: (212) 484-3900
> Fax: (212) 484-3990
> hirsh.robert@arentfox.com
> renert.jordana@arentfox.com

NYC/576367.1

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders and notice of any application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleadings, claim or suit shall be deemed or construed to be a waiver of the rights of the Liquidating Trust Administrator: (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) or any other rights, claims, actions, setoffs, or recoupments to which the Liquidating Trust Administrator is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Liquidating Trust Administrator expressly reserves.

Dated: New York, New York
March 31, 2011

ARENT FOX LLP

Counsel for David Gottlieb, Liquidating Trust Administrator of the Liquidating Trust

By: */s/ Robert M. Hirsh*
Robert M. Hirsh
Jordana L. Renert
1675 Broadway
New York, NY 10019
(212) 484-3900