MANDERSON, SCHAFER & McKINLAY, LLP
Special Counsel to **Rock & Republic Enterprises, Inc.**
and **Triple R, Inc.**
Debtors and Debtors-in-Possession
4675 MacArthur Court, Suite 1200
Newport Beach, CA 92660
(949) 398-8300
William C. Manderson, Esq.
Brendt Butler, Esq.
Javier Barron, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK

-----------------------------------x

In re:                                              Chapter 11

ROCK & REPUBLIC ENTERPRISES, INC.,                  Case No. 10-11728 (AJG)
et al.,                                             (Jointly Administered)
                        Debtors.

-----------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA    )
                       : ss.:
COUNTY OF ORANGE       )

Erin Riley, declares under penalty of perjury pursuant to the laws of the State of California:

I am over the age of eighteen, not a party to the action, and reside in the County of Orange, State of California.

On March 30, 2011, I served a true copy of **NOTICE OF DEBTORS' MOTION AND DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO ENTER INTO AGREEMENT WITH 101 SOUTH ROBERTSON LLC PROVIDING FOR (A) TERMINATION OF CERTAIN PREVIOUSLY ASSUMED LEASES OF NON-RESIDENTIAL REAL PROPERTY LOCATED AT 103 AND 105 SOUTH ROBERTSON BLVD., LOS ANGELES, CA 90048 AND (B) RELATED RELIEF, PURSUANT TO 11 U.S.C. §§363(b)(1) AND 365(a)** by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of California, addressed to the addressees listed on the annexed service list.

_____
Erin Riley

## SERVICE LIST

RICHARD C. MORRISSEY, ESQ.
OFFICE OF THE U.S. TRUSTEE
33 WHITEHALL STREET, 21ST FL
NEW YORK, NY 10004

RKF, LLC
C/O SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
4 TIMES SQUARE
NEW YORK, NY 10036-6522
ATTN: SUZANNE D. T. LOVETTE,

NICHOLAS M. MILLER, ESQ.
NEAL, GERBER & EISENBERG, LLP
TWO NORTH LASALLE STREET
SUITE 1700
CHICAGO, IL 60602-3801

WHITE AND WILLIAMS, LLP
ONE PENN PLAZA, SUITE 4110
NEW YORK, NY 10119
ATTN: KAREL S. KARPE, ESQ.

CHRISTOPHER P. SCHUELLER, ESQ.
BUCHANAN INGERSOLL & ROONEY PC
620 EIGHTH AVENUE, 23RD FLOOR
NEW YORK, NY 10018

ROBERT R. LEINWAND, ESQ.
ROBINSON BROG LEINWAND AND
GREENE GENOVESE & GLUCK P.C.
875 THIRD AVENUE, 9TH FLOOR
NEW YORK, NY 10022

PETER J. BRECKHEIMER II, ESQ.
GLASER, WEIL, FINK, JACOBS,
HOWARD & SHAPIRO LLP
10250 CONSTELLATION BOULEVARD
19TH FLOOR
LOS ANGELES, CA 90067-6219

ROBERT HIRSH, ESQ.
JORDANA I. RENERT, ESQ.
ARENT FOX LLP
1675 BROADWAY
NEW YORK, NY 10019-5820

SIMON PROPERTY GROUP, INC.
C/O RONALD M. TUCKER, ESQ.
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

VW CREDIT, INC.
P.O. BOX 829009
DALLAS, TX 75382-9009

GIBSON RIVERA & TOMS, LLP
527 SOUTH LAKE AVENUE, SUITE 105
PASADENA, CA 91101
ATTN: ROBERT L. TOMS, JR., ESQ.

TIMOTHY P. PALMER, ESQ.
BUCHANAN INGERSOLL & ROONEY PC
ONE OXFORD CENTRE
301 GRANT STREET, 20TH FL
PITTSBURGH, PA 15219-1410

ROBERT CHURCH
COMVEST GROUP
525 OKEECHOBE BLVD., SUITE 1050
WEST PALM BEACH, FL 33401

THE CIT GROUP / COMMERCIAL SERVICES, INC.
C/O HAHN & HESSEN LLP
488 MADISON AVENUE
NEW YORK, NY 10022
ATTN: ROSANNE MATZAT, ESQ.

CHARLES J. FILARDI, JR.
FILARDI LAW OFFICES LLC
65 TRUMBULL STREET, 2ND FL
NEW HAVEN, CT 06510

144 SPRING REALTY LLC
C/O GREGG M. FICKS, ESQ.
COBLENTZ, PATCH, DUFFY & BASS, LLP
ONE FERRY BUILDING, STE. 200
SAN FRANCISCO, CA 94111

JANE W. ARNONE, ESQ.
BENANTI & ASSOCIATES
350 BEDFORD STREET, SUITE 201
STAMFORD, CT 06901

ROBERT L. LEHANE, ESQ.
JASON R. ALDERSON, ESQ.
KELLEY DRYE & WARREN LLP
101 PARK AVENUE
NEW YORK, NY 10178

DAVID K. GOTTLIEB, ESQ.
THE LIQUIDATING TRUSTEE
CROWE HORWATH, LLP
15233 VENTURA BLVD., NINTH FLOOR
SHERMAN OAKS, CA 91403