TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
Counsel to **Rock & Republic Enterprises, Inc.**
and **Triple R, Inc.**
Debtors and Debtors-in-Possession
425 Park Avenue
New York, NY 10022
(212) 754-9400
Alex Spizz, Esq.
Arthur Goldstein, Esq.
Jill Makower, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re: | Chapter 11 |
| ROCK & REPUBLIC ENTERPRISES, INC., <u>et</u> <u>al.</u>, | Case No. 10-11728 (AJG) (Jointly Administered) |
| Debtors. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                         : ss.:
COUNTY OF NEW YORK   )

Sheree Nobles, being duly sworn, deposes and says:

I am over the age of eighteen, not a party to the action, and reside in the County of Bronx, State of New York.

On March 29, 2011, I served a true copy of **Notice of Motion Pursuant to Bankruptcy Rule 9010(a) and 11 U.S.C. § 105(a) for Approval of Stipulation and Agreed Order Settling Claim of Brightex Industries, Ltd. against Debtors (Claim No. 51)** by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the addressees listed on the annexed service list.

                                                                               s/ Sheree Nobles
                                                                               Sheree Nobles

Sworn to before me this 1st
day of April, 2011

s/ Barbara F. Gonsalves
Notary Public, State of New York
No. 01GO4716132
Qualified in Richmond County
Commission Expires January 31, 2015

264532v1

# SERVICE LIST

RICHARD C. MORRISSEY, ESQ.
OFFICE OF THE U.S. TRUSTEE
33 WHITEHALL STREET, 21ST FL
NEW YORK, NY 10004

ROBERT HIRSH, ESQ.
JORDANA I. RENERT, ESQ.
ARENT FOX LLP
1675 BROADWAY
NEW YORK, NY 10019-5820

THE CIT GROUP / COMMERCIAL SERVICES, INC.
C/O HAHN & HESSEN LLP
488 MADISON AVENUE
NEW YORK, NY 10022
ATTN: ROSANNE MATZAT, ESQ.

RKF, LLC
C/O SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
4 TIMES SQUARE
NEW YORK, NY 10036-6522
ATTN: SUZANNE D. T. LOVETTE, ESQ.

SIMON PROPERTY GROUP, INC.
C/O RONALD M. TUCKER, ESQ.
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

CHARLES J. FILARDI, JR.
FILARDI LAW OFFICES LLC
65 TRUMBULL STREET, 2ND FL
NEW HAVEN, CT 06510

NICHOLAS M. MILLER, ESQ.
NEAL, GERBER & EISENBERG, LLP
TWO NORTH LASALLE STREET
SUITE 1700
CHICAGO, IL 60602-3801

VW CREDIT, INC.
P.O. BOX 829009
DALLAS, TX 75382-9009

144 SPRING REALTY LLC
C/O GREGG M. FICKS, ESQ.
COBLENTZ, PATCH, DUFFY & BASS, LLP
ONE FERRY BUILDING, STE. 200
SAN FRANCISCO, CA 94111

WHITE AND WILLIAMS, LLP
ONE PENN PLAZA, SUITE 4110
NEW YORK, NY 10119
ATTN: KAREL S. KARPE, ESQ.

GIBSON RIVERA & TOMS, LLP
527 SOUTH LAKE AVENUE, SUITE 105
PASADENA, CA 91101
ATTN: ROBERT L. TOMS, JR., ESQ.

JANE W. ARNONE, ESQ.
BENANTI & ASSOCIATES
350 BEDFORD STREET, SUITE 201
STAMFORD, CT 06901

CHRISTOPHER P. SCHUELLER, ESQ.
BUCHANAN INGERSOLL & ROONEY PC
620 EIGHTH AVENUE, 23RD FLOOR
NEW YORK, NY 10018

TIMOTHY P. PALMER, ESQ.
BUCHANAN INGERSOLL & ROONEY PC
ONE OXFORD CENTRE
301 GRANT STREET, 20TH FL
PITTSBURGH, PA 15219-1410

ROBERT L. LEHANE, ESQ.
JASON R. ALDERSON, ESQ.
KELLEY DRYE & WARREN LLP
101 PARK AVENUE
NEW YORK, NY 10178

ROBERT R. LEINWAND, ESQ.
ROBINSON BROG LEINWAND AND GREENE GENOVESE & GLUCK P.C.
875 THIRD AVENUE, 9TH FLOOR
NEW YORK, NY 10022

ROBERT CHURCH
COMVEST GROUP
525 OKEECHOBE BLVD., SUITE 1050
WEST PALM BEACH, FL 33401

DAVID K. GOTTLIEB, ESQ.
THE LIQUIDATING TRUSTEE
CROWE HORWATH, LLP
15233 VENTURA BLVD., NINTH FLOOR
SHERMAN OAKS, CA 91403

BRIGHTEX INDUSTRIES, LTD.
c/o CURD, GALINDO & SMITH, LLP
301 E. OCEAN BLVD., STE. 1700
LONG BEACH, CA 90802
ATTN: ALEXIS GALINDO, ESQ.