TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
Counsel to **Rock & Republic Enterprises, Inc.**
 and **Triple R, Inc.**
Debtors and Debtors-in-Possession
425 Park Avenue
New York, NY 10022
 (212) 754-9400
Alex Spizz, Esq.
Arthur Goldstein, Esq.
Jill Makower, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re: | Chapter 11 |
| ROCK & REPUBLIC ENTERPRISES, INC., <u>et</u> <u>al.</u>, | Case No. 10-11728 (AJG) (Jointly Administered) |
| Debtors. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## **MEDIATION REFERRAL ORDER**

WHEREAS, on April 1, 2010 Rock & Republic Enterprises, Inc. and Triple R, Inc. (collectively referred to as the "Debtors") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code; and

WHEREAS, on March 23, 2011 an Order was entered confirming the Debtors' Joint Plan of Reorganization; and

WHEREAS, on March 30, 2011 the Debtors' Joint Plan of Reorganization became effective and has been substantially consummated (the "(Effective Date"); and

WHEREAS, pursuant to the Joint Plan of Reorganization, a liquidating trust has been established to distribute the Debtors' assets; and

WHEREAS, David Gottlieb has been appointed as the Liquidating Trust Administrator to hold and administer all of the assets that have been transferred to the liquidating trust for the benefit of allowed general unsecured claims as well as the holders of existing equity interest; and

264680v1

WHEREAS, 144 Spring Realty LLC ("Spring") filed Claims Nos. 23-1 and 24-1 against the Debtors' estates (the "Claim"); and

WHEREAS, on June 4, 2010 the Debtors filed an objection to the Claim of Spring and said objection is still pending; and

WHEREAS, prior to the Effective Date the Debtors and Spring consented to mediation before the Honorable Martin Glenn of this Court; and

WHEREAS, now that the Plan has become effective and David Gottlieb has been appointed as Liquidating Trust Administrator, it has been determined that it would be in the best interest of the Debtors' estates to continue the mediation with Judge Glenn.

NOW, THEREFORE, IT IS HEREBY ORDERED, that the parties are referred to mediation pursuant to Local Rule 9019-1 and General Order of this Court M-390; and it is further

ORDERED, that the parties' selection of the Honorable Martin Glenn, as mediator, is approved; and it is further

ORDERED, that an individual with final authority to settle this controversy and to bind the parties shall attend the mediation on behalf of each party; and it is further

ORDERED, that the continued trial on the objection to claim shall be held on June 1, 2011 and June 2, 2011.

Dated: New York, New York
     April 12, 2011

                               <u>s/Arthur J. Gonzalez</u>
                               ARTHUR J. GONZALEZ
                               CHIEF UNITED STATES BANKRUPTCY JUDGE